DOC #_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

    Plaintiff/Relator,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES, INC.;
BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S. K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

    Defendants.

---

JUDGE LYNCH

07 CIV 4612

ORDER



## **ORDER**

The plaintiff/relator in the above captioned matter, by his attorney, Jerry V. Leaphart of Jerry V. Leaphart & Assoc., P.C., has requested permission from the Court to file his complaint under seal for the following reason:

1.  This is a case arising under and pursuant to the False Claims Act, 31 U.S.C. §3729 et seq. As per 31 U.S.C.S. §3730, such complaints are to be filed under seal. Section 31 U.S.C. §3730 states in relevant part as follows:

> "A copy of the complaint and written disclosure of substantially all material evidence and information the person possesses shall be served on the Government pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure. The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

The Court, having considered the request of the plaintiff, hereby orders that the plaintiff's request to file his complaint under seal is

**GRANTED** / DENIED

BY THE COURT

_____
Judge, U.S.D.C.

DATED: 5/30/2007

2