**Judge      Daniels**