UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   07 Civ. 4612
DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

                                    Plaintiff/Realtor,   **Notice of Appearance**
                                                     (GBD)

vs.

SCIENCE APPLICATIONS INTERNATIONAL CORP.;
APPLIED RESEARCH ASSOCIATES, INC.,
BOENING; NUSTATS; COMPUTER AIDED
ENGINERING ASSOCIATES, INC.; DATASOURCE,
INC.; GEOSTAATS, INC.; GILSANZ MURRAY
STEFICEK LLP.; HUGHES ASSOCIATES, INC.;
AJMAL ABBASI; EDUARDO KAUSEL; DAVID
PARKS; DAVID SHARP; DANIELE VENEZANO;
JOSEF VAN DYCK; KASPAR WILLIAM; ROLF
JENSEN & ASSOCIATES, INC;
ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &HEGER,
INC; S.K. GHOSH ASSOCIATES INC.; SKIDMORE,
OWINGS & MERILL, LLP; TENG & ASSOCIATES,
INC.; UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.;
AMERICAN AIRLINES; SILVERSTEIN PROPERTIES;
and UNITED AIRLINES,

                                    Defendants.
------------------------------------------------------------------X
COUNSEL:

      PLEASE TAKE NOTICE, that Donovan Hatem LLP., 1 Penn Plaza, Suite 3324, New York, New York 10119, has been retained as counsel to represent the interests of Defendant Simpson Gumpertz & Heger, Inc. and hereby files this Notice of Appearance, without waiver of its rights to assert any and all Affirmative Defenses including but not limited to all jurisdictional defenses.

Dated:   New York, New York
         September 5, 2007

Donovan Hatem LLP.

_____
David M. Pollack (6143)
Attorney for Defendant
Simpson Gumpertz & Heger, Inc.
One Penn Plaza, Suite 3324
New York, New York 10119
(212) 244-3333

Donovan Hatem LLP.
David J. Hatem
Patricia Gary
World Trade Center East
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To: All Parties Via ECF

01114197