UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf § <br> of the UNITED STATES OF AMERICA § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SCIENCE APPLICATIONS § <br> INTERNATIONAL CORP.; APPLIED § <br> RESEARCH ASSOCIATES, INC.; § <br> BOEING, NuSTATS; COMPUTER § <br> AIDED ENGINEERING ASSOCIATES, § <br> INC.; DATASOURCE, INC.; § <br> GEOSTAATS, INC.; GILSANZ § <br> MURRAY STEFICEK LLP; HUGHES § <br> ASSOCIATES, INC.; AJMAL ABBASI; § <br> EDUARDO KAUSEL; DAVID PARKS; § <br> DAVID SHARP; DANIELE VENEZANO; § <br> JOSEF VAN DYCK; KASPAR WILLIAM; § <br> ROLF JENSEN & ASSOCIATES, INC.; § <br> ROSENWASSER/GROSSMAN § <br> CONSULTING ENGINEERS, P.C.; § <br> SIMPSON GUMPERTZ & HEGER, INC.; § <br> S. K. GHOSH ASSOCIATES, INC.; § <br> SKIDMORE, OWINGS & MERRILL, § <br> LLP; TENG & ASSOCIATES, INC.; § <br> UNDERWRITERS LABORATORIES, § <br> INC.; WISS, JANNEY, ELSTNER § <br> ASSOCIATES, INC.; AMERICAN § <br> AIRLINES; SILVERSTEIN PROPERTIES; § <br> and UNITED AIRLINES, § <br> § <br> Defendants. § | Case No. 07CV4612 <br><br> **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Adam S. Ennis, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of :

{D0462601.1}

Gail D. Zirkelbach
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
303.390.0003 Telephone
303.390.0177 Fax

Gail D. Zirkelbach is a member in good standing of the Bar of the States of Colorado and California. There are no pending disciplinary proceedings against Gail D. Zirkelbach in any State or Federal court.

Dated:

City, State:  Pittsburgh, PA

Respectfully submitted,

*Adam Ennis* (signature)

Adam S. Ennis
SDNY Bar No.  AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
412.434.8804 Telephone
412.434.8062 Fax

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Case No. 07CV4612<br><br>AFFIDAVIT OF ADAM S. ENNIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

    Adam S. Ennis, being duly sworn, hereby deposes and says as follows:

1.    I am an attorney at Jackson Kelly PLLC, counsel for Defendant, Applied Research Associates, Inc., in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Gail D. Zirkelbach as counsel pro hac vice to represent Defendant Applied Research Associates, Inc. in this matter.

{D0462607.1}

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on April 15, 1991. I was also admitted to practice law in the Commonwealth of Pennsylvania on May 31, 1994. I was admitted to the bar of the United States District Court for the Southern District of New York in 1991, and am in good standing with this Court.

3.     I have known Gail D. Zirkelbach since January 2007.

4.     Gail D. Zirkelbach is an attorney at Jackson Kelly PLLC in Denver, Colorado.

5.     I have found Gail D. Zirkelbach to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.     Accordingly, I am pleased to move for the admission of Gail D. Zirkelbach, pro hac vice.

7.     I respectfully submit a proposed order granting the submission of Gail D. Zirkelbach, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Gail D. Zirkelbach, pro hac vice, to represent Defendant Applied Research Associates, Inc. in the above captioned matter be granted.

Dated: August 28, 2007

City, State: Pittsburgh, PA

Respectfully submitted,

_____
Adam S. Ennis
SDNY Bar No. AE9468

STATE OF PENNSYLVANIA    )
    )
COUNTY OF ALLEGHENY    )

Subscribed and sworn to before me this 27th day of August, 2007, by Adam S. Ennis.

_____
Notary Public

My Commission expires: 

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tracie S. Turoczy, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Sept. 27, 2011

Member, Pennsylvania Association of Notaries

{D0462607.1}

2



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### GAIL DEBRA ZIRKELBACH

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that GAIL DEBRA ZIRKELBACH was on the 3RD day of JANUARY 1996, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 21st day of AUGUST, 2007.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By *Joseph Cornetta*
*Joseph Cornetta, Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. MORGAN REYNOLDS on behalf §
of the UNITED STATES OF AMERICA §
                                §
                     Plaintiff, §
                                §
vs.                             §
                                §
SCIENCE APPLICATIONS            §
INTERNATIONAL CORP.; APPLIED    §    Case No. 07CV4612
RESEARCH ASSOCIATES, INC.;      §
BOEING, NuSTATS; COMPUTER       §
AIDED ENGINEERING ASSOCIATES,   §
INC.; DATASOURCE, INC.;         §
GEOSTAATS, INC.; GILSANZ        §    **ORDER FOR ADMISSION**
MURRAY STEFICEK LLP; HUGHES     §    **PRO HAC VICE**
ASSOCIATES, INC.; AJMAL ABBASI; §    **ON WRITTEN MOTION**
EDUARDO KAUSEL; DAVID PARKS;    §
DAVID SHARP; DANIELE VENEZANO;  §
JOSEF VAN DYCK; KASPAR WILLIAM; §
ROLF JENSEN & ASSOCIATES, INC.; §
ROSENWASSER/GROSSMAN            §
CONSULTING ENGINEERS, P.C.;     §
SIMPSON GUMPERTZ & HEGER, INC.; §
S. K. GHOSH ASSOCIATES, INC.;   §
SKIDMORE, OWINGS & MERRILL,     §
LLP; TENG & ASSOCIATES, INC.;   §
UNDERWRITERS LABORATORIES,      §
INC.; WISS, JANNEY, ELSTNER     §
ASSOCIATES, INC.; AMERICAN      §
AIRLINES; SILVERSTEIN PROPERTIES; §
and UNITED AIRLINES,            §
                                §
                    Defendants. §

Upon the motion of Adam S. Ennis attorney for Applied Research Associates,

Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Gail D. Zirkelbach
    Jackson Kelly PLLC
    1099 18th Street, Suite 2150

{D0462605.1}

2

       Denver, Colorado 80202
       303.390.0003 Telephone
       303.390.0177 Fax

is admitted to practice pro hac vice as counsel for Applied Research Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

                                      _____
                                      United States District/Magistrate Judge



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Susan J. Festag__   Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**GAIL DEBRA ZIRKELBACH**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __15th__ day of __February__ A. D. __2000__ and that at the date hereof the said __GAIL DEBRA ZIRKELBACH__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __17th__ day of __August__ A. D. __2007__

*Susan J. Festag*

Clerk

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent via U.S. mail, postage prepaid, on this 29th day of August, 2007 to the following counsel of record:

Jerry V. Leaphart
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
*Counsel for Plaintiff*

{D0462601.1}                              3