UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2007

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA § § § Plaintiff, § § vs. § § SCIENCE APPLICATIONS § INTERNATIONAL CORP.; APPLIED § RESEARCH ASSOCIATES, INC.; § BOEING, NuSTATS; COMPUTER § AIDED ENGINEERING ASSOCIATES, § INC.; DATASOURCE, INC.; § GEOSTAATS, INC.; GILSANZ § MURRAY STEFICEK LLP; HUGHES § ASSOCIATES, INC.; AJMAL ABBASI; § EDUARDO KAUSEL; DAVID PARKS; § DAVID SHARP; DANIELE VENEZANO; § JOSEF VAN DYCK; KASPAR WILLIAM; § ROLF JENSEN & ASSOCIATES, INC.; § ROSENWASSER/GROSSMAN § CONSULTING ENGINEERS, P.C.; § SIMPSON GUMPERTZ & HEGER, INC.; § S. K. GHOSH ASSOCIATES, INC.; § SKIDMORE, OWINGS & MERRILL, § LLP; TENG & ASSOCIATES, INC.; § UNDERWRITERS LABORATORIES, § INC.; WISS, JANNEY, ELSTNER § ASSOCIATES, INC.; AMERICAN § AIRLINES; SILVERSTEIN PROPERTIES; § and UNITED AIRLINES, § § Defendants. § | Case No. 07CV4612<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of Adam S. Ennis attorney for Applied Research Associates,

Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Gail D. Zirkelbach
    Jackson Kelly PLLC
    1099 18th Street, Suite 2150

{D0462605.1}

        Denver, Colorado 80202
        303.390.0003 Telephone
        303.390.0177 Fax

is admitted to practice pro hac vice as counsel for Applied Research Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: SEP 1 1 2007

City, State:

                                         */s/ George B. Daniel*
                               United States District/Magistrate Judge
                                        HON. GEORGE B. DANIELS