UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   07 Civ. 4612
DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

                                                   **Notice of Appearance**
                      Plaintiff/Realtor,        (GBD)

vs.

SCIENCE APPLICATIONS INTERNATIONAL CORP.;
APPLIED RESEARCH ASSOCIATES, INC.,
BOENING; NUSTATS; COMPUTER AIDED
ENGINEERING ASSOCIATES, INC.; DATASOURCE,
INC.; GEOSTAATS, INC.; GILSANZ MURRAY
STEFICEK LLP.; HUGHES ASSOCIATES, INC.;
AJMAL ABBASI; EDUARDO KAUSEL; DAVID
PARKS; DAVID SHARP; DANIELE VENEZANO;
JOSEF VAN DYCK; KASPAR WILLIAM; ROLF
JENSEN & ASSOCIATES, INC;
ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &HEGER,
INC; S.K. GHOSH ASSOCIATES INC.; SKIDMORE,
OWINGS & MERILL, LLP; TENG & ASSOCIATES,
INC.; UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.;
AMERICAN AIRLINES; SILVERSTEIN PROPERTIES;
and UNITED AIRLINES,

                            Defendants.
-----------------------------------------------------------------X
COUNSEL:

      PLEASE TAKE NOTICE, that Donovan Hatem LLP., 1 Penn Plaza, Suite 3324, New York, New York 10119, has been retained as counsel to represent the interests of Defendant, Computer Aided Engineering Associates, Inc and hereby files this Notice of Appearance, without waiver of its rights to assert any and all Affirmative Defenses including but not limited to all jurisdictional defenses.

Dated:    New York, New York
            September 21, 2007

                                              Donovan Hatem LLP.

                                              */s/ David M. Pollack*

                                              David M. Pollack (6143)
                                              Attorney for Defendant
                                              Computer Aided Engineering
                                              Associates, Inc
                                              One Penn Plaza, Suite 3324
                                              New York, New York 10119
                                              (212) 244-3333


                                              Donovan Hatem LLP.
                                              David J. Hatem
                                              Patricia Gary
                                              World Trade Center East
                                              Two Seaport Lane
                                              Boston, MA 02210
                                              (617) 406-4500


To: All Parties Via ECF