## WAIVER OF SERVICE OF SUMMONS

TO: Computer Aided Engineering Associates, Inc.
    Attn: Legal Representative
    1579 Straits Turnpike #2B
    Middlebury, CT 06762

I, *David Pollack*, on behalf of Computer Aided Engineering Associates, Inc., acknowledge receipt of your request that I waive service of summons in the action of Dr. Morgan Reynolds, plaintiff, in his lawsuit against Science Applications International Corporation, et al which is Case No. 07 CIV 4612 (GEL) in the United States District Court for the Southern District of New York.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (as representative of Computer Aided Engineering Associates, Inc.) be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Computer Aided Engineering Associates, Inc. if any answer or motion under Rule 12 is not served upon you within 60 days after August __9__, 2007.

Dated: *9/10/07*  _____

Print/Type Name *David Pollack*

As *Attorney*
    Title

of *Computer Aided Engineering Associates Inc.*
    Defendant's Name

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

1. I, Kelly Faherty, being duly sworn, depose and say, I am not a party to this action, am over 18 years of age and reside in Farmingdale, New York.

2. On September 21, 2007, I served the within **Waiver of Service of Summons** by facsimile and by depositing true copies thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to:

Jerry Vincent Leaphert, Esq.
8 West Street, Suite 203
Danbury, CT 06810

_____
Kelly Faherty

Sworn to before me this

21st day of September, 2007

_____
Notary Public

DAVID M. POLLACK
Notary Public, State of New York
No. 30-02PO5035521
Qualified in Nassau County
Commission Expires Nov. 7, 20___