UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiff/Relator,<br><br>v.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/ GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | DOCKET NO.:<br>07 CV 4612<br>(GBD)<br><br>**NOTICE OF APPEARANCE** |

-----------------------------------------------------------------

**PLEASE TAKE NOTICE THAT** Philip Semprevivo, Justin Cilenti and Amanda Gruber of the law firm of Biedermann, Hoenig & Ruff, P.C. appear as counsel of record for defendant UNDERWRITERS LABORATORIES, INC. in the above-captioned action and request that copies of any and all pleadings, or other documents filed or entered in this case be given and served at the address set forth below.

**PLEASE TAKE FURTHER NOTICE THAT** each of the above attorneys is admitted in this Court.

Dated: New York, New York
September 5, 2007

BIEDERMANN, HOENIG & RUFF, P.C.

By: _____
Philip Semprevivo (PS 1526)
Justin Cilenti (JC 2321)
Amanda Gruber (AG 0124)

Attorneys for Defendant
UNDERWRITERS
LABORATORIES, INC.
570 Lexington Avenue
New York, New York 10022
(212) 697-6555 (phone)
(212) 986-3509 (fax)
psemprevivo@bhmr.com
jcilenti@bhmr.com
agruber@bhmr.com