## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | |
| SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 07CV4612 **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | § § § | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I Adam S. Ennis, a member

in good standing of the bar of this Court, hereby move for an Order allowing the

admission pro hac vice of :

{T0343831.1}

E. Leslie Hoffman, III
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, West Virginia  25401
304/263-8800  Telephone
304/263-7110  Fax

E. Leslie Hoffman, III is a member in good standing of the Bar of the State of

West Virginia.  There are no pending disciplinary proceedings against E. Leslie Hoffman,

III in any State or Federal court.

Dated: September \ 2007

City, State:  Pittsburgh, PA

Respectfully submitted,

Adam S. Ennis
SDNY Bar No.  AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
412.434.8804 Telephone
412.434.8062 Fax

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent via U.S. mail, postage prepaid, on this [_4th_] day of September, 2007 to the following counsel of record:

Jerry V. Leaphart
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 07CV4612<br><br><br>**AFFIDAVIT OF ADAM S. ENNIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Adam S. Ennis, being duly sworn, hereby deposes and says as follows:

1.      I am an attorney at Jackson Kelly PLLC, counsel for Defendant, Applied Research Associates, Inc., in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set forth herein and in support of Defendant's motion to admit E. Leslie Hoffman, III as counsel pro hac vice to represent Defendant Applied Research Associates, Inc. in this matter.

{T0343833.1}

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on April 15, 1991. I was also admitted to practice law in the Commonwealth of Pennsylvania on May 31, 1994. I was admitted to the bar of the United States District Court for the Southern District of New York in 1991, and am in good standing with this Court.

3.     I have known E. Leslie Hoffman, III since 2006.

4.     E. Leslie Hoffman, III is an attorney at Jackson Kelly PLLC in Martinsburg, West Virginia.

5.     I have found E. Leslie Hoffman, III to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.     Accordingly, I am pleased to move for the admission of E. Leslie Hoffman, III pro hac vice.

7.     I respectfully submit a proposed order granting the submission of E. Leslie Hoffman, III pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit E. Leslie Hoffman, III pro hac vice, to represent Defendant Applied Research Associates, Inc. in the above captioned matter be granted.

Dated: September 12, 2007

City, State: Pittsburgh, PA

Respectfully submitted,

_____
Adam S. Ennis
SDNY Bar No.  AE9468

STATE OF PENNSYLVANIA        )
                             )
COUNTY OF ALLEGHENY          )

        Subscribed and sworn to before me this 12 day of September, 2007, by Adam S. Ennis.

_____
Notary Public

My Commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tracie S. Turoczy, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Sept. 27, 2011
Member, Pennsylvania Association of Notaries

{T0343833.1}



# THE WEST VIRGINIA STATE BAR

## Certificate of Good Standing

E. Leslie Hoffman III  -  WVSB ID#1754

This is to certify that, according to the records of the West Virginia State Bar, E. Leslie Hoffman III, of Martinsburg, WV, was admitted to practice law by the West Virginia Supreme Court of Appeals on May 22, 1972, and was registered as an active member of The West Virginia State Bar in May, 1972.

It is further certified that the said E. Leslie Hoffman III, according to our membership records, is currently an active member in good standing with The West Virginia State Bar.

Given over my hand and seal of The West Virginia State Bar this day,  August 28, 2007.

Cheryl L. Wright
Membership Coordinator
The West Virginia State Bar