UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DR. MORGAN REYNOLDS, on behalf of the UNITED STATES OF AMERICA,

                              Plaintiff/Relator,

- against -

SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,

                              Defendants.

**NOTICE OF APPEARANCE**

Docket No.  07-CV-4612 (GBD)(DF)

---

**PLEASE TAKE NOTICE,** that Philip Touitou and Concepcion A. Montoya, attorneys admitted to practice in the Southern District of New York, hereby enter their appearance as counsel for Defendants Wiss, Janney, Elstner Associates, Inc., Rolf Jensen Associates, Inc. and Teng & Associates, Inc., without waiving any of their rights to assert any applicable affirmative defenses, including but not limited to, all jurisdictional defenses. All papers in this matter shall

be sent to the address set forth below.

Dated: New York, New York
October 1, 2007

                                  HINSHAW & CULBERTSON LLP

By: _____
      Philip Touitou (PT -4302)
      Concepcion A. Montoya (CM-7147)
Attorneys for Defendants
  WISS, JANNEY, ELSTNER ASSOCIATES, INC.
  ROLF JENSEN ASSOCIATES, INC. and
  TENG & ASSOCIATES, INC.
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200 (Telephone)
(212) 935-1166 (Facsimile)

TO:

Jerry Vincent Leaphart
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
*Attorney for Dr. Morgan Reynolds*

E. Leslie Hoffman
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800

David M. Pollack
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279
(212) 238-8900

2

Philip Carmine Semprevivo
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022