UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS, on behalf of the UNITED STATES OF AMERICA,<br><br>                                            Plaintiff/Relator,<br><br>- against -<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>                                            Defendants. | **CERTIFICATE OF SERVICE**<br><br>Docket No. 07-CV-4612<br>   (GBD)(DF) |

        The undersigned certifies that on October 1, 2007, the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

Jerry Vincent Leaphart
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
*Attorney for Dr. Morgan Reynolds*

E. Leslie Hoffman
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800

David M. Pollack  
Melito & Adolfsen, P.C.  
233 Broadway  
New York, NY 10279  
(212) 238-8900

Philip Carmine Semprevivo  
Biedermann, Hoenig, Massamillo & Ruff  
570 Lexington Avenue  
New York, NY

_____  
ALFRAÉ JOHNSON-RAGINS