UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf § <br> of the UNITED STATES OF AMERICA § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SCIENCE APPLICATIONS § <br> INTERNATIONAL CORP.; APPLIED § <br> RESEARCH ASSOCIATES, INC.; § <br> BOEING, NuSTATS; COMPUTER § <br> AIDED ENGINEERING ASSOCIATES, § <br> INC.; DATASOURCE, INC.; § <br> GEOSTAATS, INC.; GILSANZ § <br> MURRAY STEFICEK LLP; HUGHES § <br> ASSOCIATES, INC.; AJMAL ABBASI; § <br> EDUARDO KAUSEL; DAVID PARKS; § <br> DAVID SHARP; DANIELE VENEZANO; § <br> JOSEF VAN DYCK; KASPAR WILLIAM; § <br> ROLF JENSEN & ASSOCIATES, INC.; § <br> ROSENWASSER/GROSSMAN § <br> CONSULTING ENGINEERS, P.C.; § <br> SIMPSON GUMPERTZ & HEGER, INC.; § <br> S. K. GHOSH ASSOCIATES, INC.; § <br> SKIDMORE, OWINGS & MERRILL, § <br> LLP; TENG & ASSOCIATES, INC.; § <br> UNDERWRITERS LABORATORIES, § <br> INC.; WISS, JANNEY, ELSTNER § <br> ASSOCIATES, INC.; AMERICAN § <br> AIRLINES; SILVERSTEIN PROPERTIES; § <br> and UNITED AIRLINES, § <br> § <br> Defendants. § | Case No. 07CV4612 (GBD) <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |

Upon the motion of Adam S. Ennis attorney for Applied Research Associates,

Inc. and said sponsor attorney's affidavit in support;

    IT IS HEREBY ORDERED that

{T0343832.1}

E. Leslie Hoffman, III
Jackson Kelly PLLC
310 West Burke Street
Martinsbug, West Virginia 25401
304/263-8800  Telephone
304/263-7110  Fax

is admitted to practice pro hac vice as counsel for Applied Research Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
OCT 0 2 2007
City, State:

_____
United States District/Magistrate Judge
HON. GEORGE B. DANIELS