**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br>　　　　Plaintiff/Relator,<br>v.<br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br>　　　　Defendants. | Case No. 07CV4612 (GBD)<br><br>**RULE 7.1 STATEMENT** |

　　　　PURSUANT TO RULE 7.1 (Formerly Local General Rule 9) OF THE LOCAL

RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN AND EASTERN

DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE

JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR

RECUSAL, THE UNDERSIGNED COUNSEL FOR Simpson Gumpertz & Heger, Inc.

("SGH"), (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE

FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR

SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

**NONE**

Dated: October 5, 2007

/s/ David M. Pollack
David M. Pollack (DP6143)
DONOVAN HATEM LLP
Attorneys for Defendants
SIMPSON GUMPERTZ & HEGER, INC.
and COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.
One Penn Plaza
250 W. 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333

David J. Hatem, P.C.
William  D. Gillis, Jr., Esq.
Patricia B. Gary, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To:    Jerry V. Leaphart
       JERRY V. LEAPHART & ASSOCIATES, P.C.