UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

        Plaintiff / Realtor,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES, INC.;
BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI, EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK, KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.
-------------------------------------------------------------------------- X

Civil Action
No. 07 CV 4612

**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(1), (6)**

        **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, dated October 8, 2007, the declaration of Michael J. Vardaro, dated October 8, 2007, and the exhibits attached hereto, Defendant Skidmore, Owings & Merrill, LLP will move before the Honorable Gerald Lynch, United States District Judge at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, on the date and time to be determined by the Court, to dismiss the complaint of Relator Dr. Morgan Reynolds, pursuant to Rules 12(b)(1) and

12(b)(6) of the Federal Rules of Civil Procedure, together with attorneys' fees and expenses pursuant to 31 U.S.C. § 3730(d)(4), and for such other and further relief as this Court deems just.

Dated: New York, New York
      October 8, 2007

                                    Respectfully submitted,

                                    ZETLIN & DE CHIARA, LLP
                                    *Attorneys for Defendant*
                                    *Skidmore, Owings & Merrill, LLP*

                                    */s/ Michael J. Vardaro*
                                    Michael J. Vardaro
                                    801 Second Avenue
                                    New York, New York 10017
                                    (212) 682-6800