UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV4612 (GBD)<br><br>**APPLIED RESEARCH ASSOCIATES, INC.'S NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon Defendant Applied Research Associates, Inc.'s Motion to Dismiss, and all prior pleadings and proceedings in this case, the undersigned will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order pursuant to Rule 12(b)(1) and 9(b) of the Federal Rules of Civil

Procedure dismissing the Complaint of Plaintiff/Relator and grating Defendant Applied Research Associates, Inc. such other and further relief as the Court may deem just and proper.

Dated: October 9, 2007
       Denver, Colorado

          s/ Gail D. Zirkelbach
          Adam S. Ennis
          SDNY Bar No. AE9468
          Jackson Kelly PLLC
          Three Gateway Center, Suite 1340
          Pittsburgh, PA 15222
          Telephone:   412-434-8804
          Facsimile:   412-434-8062
          Email:   aennis@jacksonkelly.com

          Wm. David Byassee, Esq.
          (admitted *pro hac vice*)
          Gail D. Zirkelbach, Esq.
          (admitted *pro hac vice*)
          Jackson Kelly PLLC
          1099 18th Street, Suite 2150
          Denver, Colorado 80202
          Telephone:   303-390-0188
                        303-390-0033
          Facsimile:   303-390-0177
          Email:   dbyassee@jacksonkelly.com
                        gdzirkelbach@jacksonkelly.com

          E. Leslie Hoffman, III, Esq.
          (admitted *pro hac vice*)
          Jackson Kelly PLLC
          310 West Burke Street
          Martinsburg, WV 25401
          Telephone:   304-263-8800
          Facsimile:   304-263-7110
          Email:   phoffman@jacksonkelly.com

          *Counsel for Applied Research Associates, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October 2007, I electronically filed the foregoing **APPLIED RESEARCH ASSOCIATES, INC.'S NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Counsel for Relator*

Philip C. Semprevivo, Esq.
Justin Cilenti, Esq.
Amanda Gruber, Esq.
psemprevivo@bhmr.com
jcilenti@bhmr.com
agruber@bhmr.com
*Counsel for Underwriters Laboratories, Inc.*

David M. Pollack, Esq.
dpollack@donovanhatem.com
*Counsel for Simpson, Gumpertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*

Philip Touitou, Esq.
ptouitou@hinshawlaw.com
*Counsel for Wise, Janney, Elstner Associates, Inc.,*
*Rolf Jensen Associates, Inc. and*
*Teng & Associates, Inc.*

Chad Everette Sjoquist
csjoquist@zdlaw.com
*Counsel for Skidmore, Owings & Merrill, L.L.P.*

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

None.

**s/ Gail D. Zirkelbach**
Adam S. Ennis
SDNY Bar No. AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:    412-434-8804
Facsimile:    412-434-8062
Email:          aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Gail D. Zirkelbach, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:    303-390-0188
                      303-390-0033
Facsimile:    303-390-0177
Email:          dbyassee@jacksonkelly.com
                      gdzirkelbach@jacksonkelly.com

E. Leslie Hoffman, III, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
Telephone:    304-263-8800
Facsimile:    304-263-7110
Email:          phoffman@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*