# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS on behalf<br>of the UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORP.; APPLIED<br>RESEARCH ASSOCIATES, INC.;<br>BOEING, NuSTATS; COMPUTER<br>AIDED ENGINEERING ASSOCIATES,<br>INC.; DATASOURCE, INC.;<br>GEOSTAATS, INC.; GILSANZ<br>MURRAY STEFICEK LLP; HUGHES<br>ASSOCIATES, INC.; AJMAL ABBASI;<br>EDUARDO KAUSEL; DAVID PARKS;<br>DAVID SHARP; DANIELE VENEZANO;<br>JOSEF VAN DYCK; KASPAR WILLIAM;<br>ROLF JENSEN & ASSOCIATES, INC.;<br>ROSENWASSER/GROSSMAN<br>CONSULTING ENGINEERS, P.C.;<br>SIMPSON GUMPERTZ & HEGER, INC.;<br>S. K. GHOSH ASSOCIATES, INC.;<br>SKIDMORE, OWINGS & MERRILL,<br>LLP; TENG & ASSOCIATES, INC.;<br>UNDERWRITERS LABORATORIES,<br>INC.; WISS, JANNEY, ELSTNER<br>ASSOCIATES, INC.; AMERICAN<br>AIRLINES; SILVERSTEIN PROPERTIES;<br>and UNITED AIRLINES,<br><br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 07CV4612 (GBD)<br><br><br>**APPLIED RESEARCH ASSOCIATES, INC.'S<br>RULE 7.1 STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 (formerly Local General Rule 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Applied Research Associates, Inc. (a private nongovernmental party) certifies that Applied Research Associates, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

{D0466584.1}

Dated: October 9, 2007
Denver, Colorado

**s/ Gail D. Zirkelbach**
Adam S. Ennis
SDNY Bar No.  AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:     412-434-8804
Facsimile:     412-434-8062
Email:          aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Gail D. Zirkelbach, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:     303-390-0188
                303-390-0033
Facsimile:     303-390-0177
Email:          dbyassee@jacksonkelly.com
                gdzirkelbach@jacksonkelly.com

E. Leslie Hoffman, III, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV  25401
Telephone:     304-263-8800
Facsimile:     304-263-7110
Email:          phoffman@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

1

{D0466584.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2007, I electronically filed the foregoing **APPLIED RESEARCH ASSOCIATES, INC.'S RULE 7.1 STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Counsel for Relator*

Philip C. Semprevivo, Esq.
Justin Cilenti, Esq.
Amanda Gruber, Esq.
psemprevivo@bhmr.com
jcilenti@bhmr.com
agruber@bhmr.com
*Counsel for Underwriters Laboratories, Inc.*

David M. Pollack, Esq.
dpollack@donovanhatem.com
*Counsel for Simpson, Gumpertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*

Philip Touitou, Esq.
ptouitou@hinshawlaw.com
*Counsel for Wise, Janney, Elstner Associates, Inc.,*
*Rolf Jensen Associates, Inc. and*
*Teng & Associates, Inc.*

Chad Everette Sjoquist
csjoquist@zdlaw.com
*Counsel for Skidmore, Owings & Merrill, L.L.P.*

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

None.

2

**s/  Gail D. Zirkelbach**
Adam S. Ennis
SDNY Bar No.  AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:     412-434-8804
Facsimile:     412-434-8062
Email:          aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Gail D. Zirkelbach, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:     303-390-0188
                     303-390-0033
Facsimile:     303-390-0177
Email:          dbyassee@jacksonkelly.com
                     gdzirkelbach@jacksonkelly.com

E. Leslie Hoffman, III, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV  25401
Telephone:     304-263-8800
Facsimile:     304-263-7110
Email:          phoffman@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

{D0466584.1}