UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>                                    Plaintiff/Relator,<br><br>-against-<br><br>SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,<br><br>                                    Defendants. | 07 CIV 4612 (GBD)(DF)<br><br>**DEFENDANT ROLF JENSEN & ASSOCIATE'S RULE 7.1 DISCLOSURE STATEMENT** |

Defendant ROLF JENSEN & ASSOCIATES, INC. ("RJA"), by and through its attorneys, Hinshaw & Culbertson LLP, respectfully submits RJA's corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

1.   RJA is not publicly held or traded.

2. No publicly held companies own ten percent (10%) or more of RJA's stock.

Dated: New York, New York
October 9, 2007

                          Respectfully submitted,

                          HINSHAW & CULBERTSON LLP

                          By: _____
                              Philip Touitou (PT-4302)
                              Concepcion Montoya (CM-7147)

                          Attorneys for Defendants
                          WISS, JANNEY, ELSTNER ASSOCIATES,
                          INC. and ROLF JENSEN & ASSOCIATES,
                          INC.
                          780 Third Avenue, 4th Floor
                          New York, NY 10017
                          (212) 471-6200

TO:    Jerry Vincent Leaphart, Esq.
        Attorney for Plaintiff
        8 West Street, Ste. 203
        Danbury, CT 06810

        William David Byassee, Esq.
        Jackson Kelly, PLLC
        Attorneys for Defendant
        APPLIED RESEARCH ASSOCIATES, INC.
        1099 18th Street, Ste. 2150
        Denver, CO 80202

        David M. Pollack, Esq.
        Melito & Adolfsen, P.C.
        Attorneys for Defendant
        SIMPSON, GUMPERTZ & HEGER, INC.
        233 Broadway
        New York, NY 10279

        Philip Carmine Semprevivo, Esq.
        Biedermann, Hoenig, Massamillo & Ruff
        Attorneys for Defendant
        UNDERWRITERS LABORATORIES, INC.
        570 Lexington Avenue
        New York, NY 10022

31024935v1 880267

- 3 -

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
Attorneys for Defendant
Skidmore, Owings & Merrill, LLP
801 Second Avenue
New York, NY 10017

31024933v1 880267