UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>      Plaintiff/Relator,<br><br>  -against-<br><br>SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,<br><br>      Defendants. | 07 CIV 4612 (GBD)(DF)<br><br>**DEFENDANT WISS, JANNEY, ELSTNER ASSOCIATES, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

  Defendant WISS, JANNEY, ELSTNER ASSOCIATES, INC. ("WJE"), by and through its attorneys, Hinshaw & Culbertson LLP, respectfully submits WJE's corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

  1.  WJE is not publicly held or traded.

2. No publicly held companies own ten percent (10%) or more of WJE's stock.

Dated: New York, New York
October 9, 2007

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: _____
Philip Touitou (PT-4302)
Concepcion Montoya (CM-7147)

Attorneys for Defendants
WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC.
780 Third Avenue, 4th Floor
New York, NY 10017
(212) 471-6200

TO: Jerry Vincent Leaphart, Esq.
Attorney for Plaintiff
8 West Street, Ste. 203
Danbury, CT 06810

William David Byassee, Esq.
Jackson Kelly, PLLC
Attorneys for Defendant
APPLIED RESEARCH ASSOCIATES, INC.
1099 18th Street, Ste. 2150
Denver, CO 80202

David M. Pollack, Esq.
Melito & Adolfsen, P.C.
Attorneys for Defendant
SIMPSON, GUMPERTZ & HEGER, INC.
233 Broadway
New York, NY 10279

Philip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
Attorneys for Defendant
UNDERWRITERS LABORATORIES, INC.
570 Lexington Avenue
New York, NY 10022

- 3 -

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
Attorneys for Defendant
Skidmore, Owings & Merrill, LLP
801 Second Avenue
New York, NY 10017

- 3 -

31024935v1 880267