UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MORGAN REYNOLDS ON BEHALF OF THE UNITED
STATES OF AMERICA,

                              Plaintiff/Relator,

          -against-                                                  07 CIV 4612 (GBD)(DF)

SCIENCE APPLICATIONS INTERNATIONAL, CORP.;          **NOTICE OF MOTION**
APPLIED RESEARCH ASSOCIATES, INC.; BOEING;
NUSTATS; COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS,
INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES
ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO
KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE
VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM;
ROLF JENSEN & ASSOCIATES, INC.;
ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.;
S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS &
MERRIILL, LLP; TENG & ASSOCIATES, INC.;
UNDERWRITNERS LABORATORIES, INC.; WISS,
JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN
AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED
AIRLINES,

                              Defendants.

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Philip Touitou,

Esq. and the accompanying Memorandum of Law, defendants WISS, JANNEY, ELSTNER

ASSOCIATES, INC. ("WJE") and ROLF JENSEN & ASSOCIATES, INC. ("RJA"), will move

this Court, on a date and time determined by the Court, before the Honorable George B. Daniels

in the United States District Courthouse for the Southern District of New York, 500 Pearl Street,

New York, New York, to dismiss the Complaint herein pursuant to Fed. R. Civ. P. 12(b)(1) and

9(b) for the reasons set forth in the motion papers submitted by co-defendant APPLIED

RESEARCH ASSOCIATES, INC. ("Applied Research") which are adopted and incorporated

herein, and for such other and further relief in favor of defendants WJE and RJA as the Court

may deem just and proper.


Dated: New York, New York
       October 9, 2007

                                        Respectfully submitted,

                                        HINSHAW & CULBERTSON LLP

                                        By:  _____
                                             Philip Touitou (PT- 4302)
                                             Concepcion A. Montoya (CM-7147)

                                        Attorneys for Defendants
                                        WISS, JANNEY, ELSTNER  ASSOCIATES, INC.
                                        and ROLF JENSEN & ASSOCIATES, INC.
                                        780 Third Avenue, 4th Floor
                                        New York, New York 10017
                                        (212) 471-6200


TO:    Jerry Vincent Leaphart, Esq.
       Attorney for Plaintiff
       8 West Street, Ste. 203
       Danbury, CT 06810

       William David Byassee, Esq.
       Jackson Kelly, PLLC
       Attorneys for Defendant
       APPLIED RESEARCH ASSOCIATES, INC.
       1099 18th Street, Ste. 2150
       Denver, CO 80202


                                    - 2 -

31024915v1 880267

David M. Pollack, Esq.
Melito & Adolfsen, P.C.
Attorneys for Defendant
SIMPSON, GUMPERTZ & HEGER, INC.
233 Broadway
New York, NY 10279

Philip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
Attorneys for Defendant
UNDERWRITERS LABORATORIES, INC.
570 Lexington Avenue
New York, NY 10022

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
Attorneys for Defendant
Skidmore, Owings & Merrill, LLP
801 Second Avenue
New York, NY 10017

31024915v1 880267