Dina R. Jansenson, Esq. (DJ-6937)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500
Attorneys for Defendant Silverstein Properties, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――――x

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA

Plaintiff/Relator,

- against -

SCIENCE APPLICATIONS INTERNATIONAL CORP;
APPLIED RESEARCH ASSOCIATES, INC.; BOEING;
NuSTATS; COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.; DATASOURCE, INC.;
GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK
LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI;
EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP;
DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES, INC.;
ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER,
INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE,
OWINGS & MERRILL, LLP; TENG & ASSOCIATES,
INC.; UNDERWRITERS LABORATORIES, INC.; WISS,
JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN
AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED
AIRLINES,

Defendants.

――――――――――――――――――――――――――x

Docket No. 07 CV 4612 (GBD)

**STATEMENT PURSUANT
TO FED. R. CIV. P. RULE 7.1**

      Pursuant to Fed. R. Civ. P. 7.1 (a), the undersigned counsel for defendant Silverstein Properties, Inc., incorrectly sued herein as Silverstein Properties, states that there are no parent corporations of Silverstein Properties, Inc., and that no publicly held corporations own 10% or more of Silverstein Properties, Inc.'s stock.

Dated: New York, New York
October 9, 2007

                                  FLEMMING ZULACK WILLIAMSON
                                   ZAUDERER LLP

                                By:       /s/Dina R. Jansenson
                                      Dina R. Jansenson, Esq. (DJ-6937)

                                One Liberty Plaza
                                New York, New York 10006-1404
                                (212) 412-9500
                                Attorneys for Defendant Silverstein
                                Properties, Inc.

*298509/24305*