# DR. JUDY WOOD
202 Mulberry Ave.
Clemson, SC 29631
864-654-8271

lisajudy@nctv.com

March 16, 2007

**VIA EMAIL AND CERTIFIED MAIL RRR**

Chief, Management and Organization Division
National Institute of Standards and Technology
100 Bureau Drive, Mail Stop 3220
Gaithersburg, MD 20899-3220
Email: info.quality@nist.gov

Re: Requests for Correction per
Section 515 of Public Law 106-554

Dear Chief, Management and Organization Division:

I, Dr. Judy Wood, hereby submit this Request for Correction under and pursuant to the above mentioned statute which, I understand is known as the "Data Quality Act" (DQA). My address, telephone number and email address are as set forth above. In addition, Attorney Jerry V. Leaphart represents me in this matter. I request that all subsequent replies be sent to both me and to my counsel whose contact information is set forth below.

**BACKGROUND INFORMATION:**

The requests for correction of information submitted hereunder are submitted under Section 515 of Public Law 106-554.

The particular information disseminated that is the subject of the request consists in certain segments of the disseminated information entitled "NIST NCSTAR 1 – Final Report on the Collapse of the World Trade Center Towers" dated September 2005 (NCSTAR 1). The source of the said NCSTAR 1, meaning the point at which it can be and has been accessed, is: http://wtc.nist.gov/reports_october05.htm

The office responsible for the dissemination of the said information, namely NCSTAR 1 is set forth with particularity at pg. 239 of NCSTAR 1 and is both cited and relied on herein for purposes of indicating which office or program disseminated the information, together with other details that might assist in identifying the specific information which is the subject of this request.



1

If, for any reason, additional clarifying information is needed or would be deemed helpful in satisfying the need to identify the information for purposes of the management and Organization Division, please let me and my counsel know and a response will be sent.

## SPECIFIC STATEMENT OF QUALITY GUIDELINES FAILURE

The particular segments that require and mandate correction are segmented below. However, and as a general, overriding concern, the entire premise of NCSTAR 1 is so fundamentally flawed, so fraught with egregious error and apparent fraud that the entire document should be corrected, starting with its very title, down through and including its thirtieth (30th) and final recommendation.

As will be demonstrated hereunder, NIST completely failed to satisfy the first objective that it claimed to address in NCSTAR 1. NIST, or persons acting on its behalf and/or with whom it has contracted for services has caused to be disseminated false information that does not address what NIST claimed was a specific objective:

p. xxxv (p. 37): "The specific objectives were:
1. Determine why and how WTC 1 and WTC 2 collapsed following the initial impacts of the aircraft and why and how WTC 7 collapsed;"

NCSTAR 1's title is flawed in that the visual evidence set forth in this Request for Correction (RFC) demonstrates that the nomenclature "collapse" as contained in the title and throughout NCSTAR 1 is false, deceptive and misleading. The use of the word "collapse" does not, then, comport with, among other things, the integrity component of data quality requirements. The World Trade Center Towers did not collapse. Instead, they were quite obviously pulverized from top to bottom. While NCSTAR 1 acknowledges that "…the stories below the level of "collapse" initiation provided little resistance to the tremendous energy released by the falling building mass, the building section above came down essentially in free fall, as seen in videos."

NIST cannot make a statement that the World Trade Center towers came down in "free fall" on one hand, and then indicate, on the other, that doing so is a form of collapse.

The conditions there involved are not a collapse; and, in any event, NIST acknowledges that it does not analyze that part of the sequence of events; thus, it is utterly incongruent for NIST to describe that which it acknowledges went without analysis on its part.

Use of the descriptive word "collapse" to describe a process whereby the twin towers were turned to dust without the ability to have top heavy mass interact with mass underneath the pulverized mass sufficient to satisfy the criteria of two of the laws of physics is visibly obvious. The two laws of physics that are violated to such a degree that they are ignored altogether by NIST, in complete and total derivation of the requirements of the DQA are:

## Law of Conservation of Momentum; and

The amount of momentum (p) that an object has depends on two physical quantities: the mass and the velocity of the moving object.

$$p_1 = m_1 * v_1$$

where p is the momentum, m is the mass, and v the velocity.

If momentum is conserved it can be used to calculate unknown velocities following a collision.

$$(m_1 * v_1)_I + (m_2 * v_2)_I = (m_1 * v_1)_f + (m_2 * v_2)_f$$

where the subscript I signifies initial, before the collision, and f signifies final, after the collision.

If $(m_1)_I = 0$, and $(v_2)_I = 0$, then $(v_2)_f$ must $= 0$.
So, for conservation of momentum, there cannot be pulverization.

If we assume the second mass is initially at rest [(v2)I = 0], the equation reduces to

$$(m_1 * v_1)_I = (m_1 * v_1)_f + (m_2 * v_2)_f$$

As you can see, if mass m1 = m2 and they "stick" together after impact, the equation reduces to ,

$$(m_1 * v_1)_I = (2m_1 * v_{new})_f$$

or $v_{new} = (1/2) * v_I$

If two identical masses colliding and sticking together, they will travel at half the speed as the original single mass.

**Law of Conservation of Energy.**

In elastic collisions, the sum of kinetic energy before a collision must equal the sum of kinetic energy after the collision. Conservation of kinetic energy is given by the following formula:

$$(1/2)(m_1 * v^2_1)_I + (1/2)(m_2 * v^2_2)_I = (1/2)(m_1 * v^2_1)_f + (1/2)(m_2 * v^2_2)_f + \textbf{(Pulverize)} + \textbf{(Fail Floor Supports)}$$

where (Pulverize) is the energy required to pulverize a floor and (Fail Floor Supports) is the energy required to fail the next floor.

If $(1/2)(m_1 * v^2 1)I + (1/2)(m_2 * v^2_2)I = \textbf{(Pulverize)} + \textbf{(Fail Floor Supports)}$, there well be no momentum transfer.

In reality, $(1/2)(m_1 * v^2_1)_I + (1/2)(m_2 * v^2_2)_I <$ (Pulverize) + (Fail Floor Supports),

So, for conservation of energy, we must assume there is some additional energy such that,

$$(1/2)(m_1 * v^2_1)_I + (1/2)(m2 * v^2_2)_I + \text{(Additional Energy)} = \text{(Pulverize)} + \text{(Fail Floor Supports)},$$

where  (Additional Energy) is the additional amount of energy needed to have the outcome we observed on 9/11/01.

The applicability of these laws is illustrated hereunder.

Requester obtained the information that is the subject of this Request for Correction from NIST's web site at http://wtc.nist.gov/reports_october05.htm in or about the month of June, 2006, in advance of a seminar held in St. Louis, MO, attended by NIST representatives, including, by way of example, Frank Gale.

It is understood that said information, namely NCSTAR 1, has been disseminated so as to provide "influential information" and should, therefore, at least adhere to the norms of common sense, not to mention the mandates of the laws of physics in the way in which it describes events "destruction" versus "collapse" not to mention the substantive issues mentioned hereunder.

Requester submits this request on behalf of herself and other similarly situated persons. Requester is a citizen of the United States, a professional mechanical engineer, an educator and a person who maintains a web site for the accurate dissemination and propagation of information descriptive of the destruction of the World Trade Center Towers occurring on September 11, 2001. The web site designation is; http://www.drjudywood.com or http://janedoe0911.tripod.com

Requester's business is in the nature of a research and journalistic web site that has succeeded in providing citizens of the United States with timely information concerning the events of September 11, 2001, particularly, but not exclusively, arising in New York City. Requester's work is, therefore, in the public interest and consists primarily in work of an educational nature.

As indicated, this request is to be understood as being submitted by requester in her said capacity and either additionally or alternatively on behalf of other similarly situated persons who are too numerous to quantify or specifically name. Requester is adversely affected by the Ongoing dissemination of information that is in need of correction because the present course of action may result in the further concealment of serious wrongdoing and the pursuit of some 30 recommendations that are found in Chapter 9 of NCSTAR 1 that proceed from data conclusions that are false, misleading, fraudulent and utterly and totally lacking in the requirements mandated by the DQA.

---

In reviewing this Request for Correction, please note the following segments of NCSTAR 1:

**E.1 Genesis of this investigation**
p. xxxv-xxxvi (pp. 37-38): "The specific objectives were:
"1. Determine why and how WTC 1 and WTC 2 collapsed following the initial impacts of the aircraft and why and how WTC 7 collapsed;

2. Determine why the injuries and fatalities were so high or low depending on location, including all technical aspects of fire protection, occupant behavior, evacuation, and emergency response;

3. Determine what procedures and practices were used in the design, construction, operation, and maintenance of WTC 1,2,and 7; and

4. Identify, as specifically as possible, areas in current building fire codes, standards, and practices that warrant revision."

---

4

**E.2  Approach**
p. xxxvii (p. 39) footnote (!)[2] "The focus of the Investigation was on the sequence of events from the instant of aircraft impact to the initiation of collapse for each tower.  For brevity in this report, this sequence is referred to as the probable collapse sequence," although it includes little analysis of the structural behavior of the tower after the conditions for collapse initiation were reached and collapse became inevitable.

Text, same p. "In each tower, a different combination of impact damage and heat-weakened structural components contributed to the abrupt structural collapse."

**E.3  Summary of Findings**
p. xxxviii (40): "NIST found no corroborating evidence for alternative hypotheses suggesting that the WTC towers were brought down by controlled demolition using explosives planted prior to September 11, 2001. NIST also did not find any evidence that missiles were fired at or hit the towers.  Instead, photographs and videos from several angles clearly showed that the collapse initiated at the fire and impact floors and that the collapse progressed from the initiating floors downward, until the dust clouds obscured the view.  "

**1.2.2  The Towers, the Structures**
p. 6 (56) "The dense array of columns along the building perimeter was to resist the lateral load due to hurricane-force winds, while also sharing the gravity loads about equally with the core columns."

**Chapter 2     The Account of World Trade Center 1**
**2.1  8:46:30 A.M. EDT**
p. 19 (69) "As a result, there are some facts that could not be discerned, and thus there are uncertainties in this accounting...NIST was able to gather sufficient evidence and documentation to conduct a full investigation upon which to reach firm findings and recommendations."

**2.3  The immediate damage**
p. 20 (70) "The aircraft (AA FL11) cut a gash that was over half the width of the building and extended from the 93rd floor to the 99th floor...All but the lowest of these floors were occupied by Marsh & McLennan, a worldwide insurance company.

**2.9  9:59 TO 10:28  A.M. EDT**
p. 33 (83) "The tower was being overwhelmed.  Three of the four major structural systems -- the core, the floors, and the perimeter walls -- were weakening.  The south wall became unstable and tried to transfer its remaining load to the weakened core via the hat truss and to adjacent perimeter columns via the spandrels. The entire section of the building above the impact zone began tilting as a rigid block toward the south. The upper section of the building then collapsed onto the floors below.  Within 12s, the collapse of WTC1 had left nothing but rubble."  ➔ What rubble?

**Chapter 3     The Account of World Trade Center 2**
**3.6  9:36 a.m. to 9:58 a.m. EDT**
p. 44 (94) "The physical condition of the tower had deteriorated seriously.  The inward bowing of columns on the east wall spread along the east face.  The east wall lost its ability to support gravity loads and, consequently, redistributed the loads to the weakened core through the hat truss and to the adjacent north and south walls through the spandrels.  But the loads could not be supported by the weakened structure, and the entire section of the building above the impact zone began tilting as a rigid block to the east and south (Figure 3-5).  Column failure continued from the east wall around the corners to the north and south faces. The top of the building continued to tilt to the east and south, as, at 9:58:59 A.M., WTC2 began to collapse."

5

## Issues Confirming that NCSTAR 1 is Fraudulent:

1. The Towers did not collapse.

2. Tipping top of the south tower falsifies the NIST "inevitable collapse" scenario.

3. Particularized destructive effects that NIST ignored, thus rendering NCSTAR 1's conclusions incomplete, inadequate, misleading and/or fraudulent:

   A. Empty Holes indicative of Unusual Energy Impacts.

   B. Almost complete lack of rubble that is likewise indicative of Unusual Energy Impacts

   C. Evidence of Vehicular burn effects, damages effects and literal Toasting of Cars that are indicative of Unusual and Unexplained by NIST Energy Impacts.

   D. Degree of destruction of material that resulted in "Dustification" of the massive Twin Tower and WTC complex structures (other than WTC 7) that are, yet again, indicative of Unusual Energy Impacts that are Unexplained by NIST.



**Figure 1.** The massive core columns of the WTC, as seen during construction, Because of their mass, they would be an enormous heat sink.



**Figure 2.**Construction of WTC1 (center of photo) began before WTC2 (lower right corner).  The internal structures act as cross bracing.

As noted on page 4 above, mention has been made of NIST's 4 objectives, set out at pgs xxxv-vi of the Executive Summary of NCSTAR 1.  NIST then declares that in-house expertise and an "array of specialists in key technical areas," totaling mover 200 staff contributed to the Investigation.

With that level of expertise, it seems highly likely that some among them will have information that substantiates the claims that are made in this RFC.  Indeed, starting with the premise that World Trade Center buildings 1 and 2, the Twin Towers, (WTC 1,2) were massive, strongly built structures, made of steel that should not have been significantly harmed by kerosene generated fires (jet fuel is kerosene), should have been apparent to some among the assembled bevy of experts.

It is not yet clear why so many people failed and failed utterly to avoid the issuance of a deceptive and fraudulent report.  Perhaps some among them will come forward in a timely manner to rectify this situation.

The construction of WTC1,2, as illustrated above provide but the first clue that they could not have self-destructed in the manner seen, absent significant energy inputs of an unusual kind.

# 1. The Towers did not collapse.

The NCSTAR1, document, states the specific objective of their investigation was to

"1. Determine why and how WTC 1 and WTC 2 collapsed following the initial impacts of the aircraft and why and how WTC 7 collapsed."

**(E.1 Genesis of this investigation,** p. xxxv (p. 37))

Yet two pages later, and in a footnote, it is stated,

[2]"The focus of the investigation was on the sequence of events from the instance of aircraft impact to the initiation of collapse for each tower. For brevity in this report, this sequence is referred to as the "probable collapse sequence," although it does not actually include the structural behavior of the tower after the conditions for collapse initiation were reached and collapse became inevitable."

**(E.2  Approach,** p. xxxvii (p. 39) footnote (!) [2])

This second statement indicates a deliberate derailment of the investigation they were assigned to do and pretended to do. NIST should retract NCSTAR1 in its entirety because the document fails in its fundamental purpose. It does not address the objectives set forth in E1.

In addition, the towers did not collapse, as shown below. Therefore the entire premise of NCSTAR1 is false and the public must be told that the twin towers did not collapse. Any further refusal to do so would be tantamount to the commission of ongoing fraud.

The August Fact Sheet (Answers to Frequently Asked Questions) by NIST [http://wtc.nist.gov/pubs/factsheets/faqs_8_2006.htm] states, "NIST estimated the elapsed times for the first exterior panels to strike the ground after the collapse initiated in each of the towers to be approximately 11 seconds for WTC 1 and approximately 9 seconds for WTC 2."   (Question #6.)

The above statement by NIST is deceptive. But, what was even more deceptive was NIST's failure to even address this in the NCSTAR1 document. The omission of such an analysis is in the NCSTAR1 report is inconsistent, incongruent, lacking in integrity.

The height of the South Tower (WTC2) is 1362 feet, and the height of the North Tower (WTC1) is 1368 feet, which are nearly the same. Assuming no air resistance (in a vacuum), the free-fall time of an object dropped from the roof of a WTC tower can be calculated as follows.

$$t = \sqrt{\frac{2 \times h}{g}} \, , \tag{1}$$

where h = the height of the roof, g = the gravitational coefficient (32.2 feet/sec$^2$). These calculations show that the free-fall times, t, for WTC1 and WTC2 are greater than 9.218 sec and 9.198 sec, respectively. But, there is air resistance as well as resistance from the building that must be accounted for. The obvious conclusion is that the WTC towers did now have time to "collapse." The WTC towers were destroyed faster than it would take them to drop to the ground in free-fall. This is further emphasized by the seismic data shown in Figure **3**..

Columbia University's Seismology Group recorded seismic events of 10 seconds and 8 seconds in duration, which correspond to the collapses of WTC2 and WTC1, respectively. The ground shook for no more than 8 seconds while WTC1 was destroyed.



**Figure 3.** Seismic signal from Columbia University's seismographic recording station.

A large portion of the building was turned to dust -- which does not make a "thud" when it lands, if it lands.



**Figure 4.** Large quantities of dust filled the streets of Southern Manhattan following the destruction of each tower. Mostly unburned paper mixes with the (former) top half of the Twin Towers. As seen a block away, a large portion of the towers remain suspended in air. This dust looks deeper than one inch. Most of the curb looks filled in.

A more thorough explanation of this is attached and is also available on the web at
http://janedoe0911.tripod.com/BilliardBalls.html or http://www.drjudywood.com
A brief description of this is given here.

## A Refutation of the Official Collapse Theory



**Figure 5.** Minimum Time for a Billiard Ball dropped from the roof of WTC1 to hit the pavement below, assuming no air resistance.



**Figure 6.** Minimum time for the collapse, if every floor collapsed like dominos.

**Figure 7.** Minimum time for the collapse, if nine of every ten floors have been demolished prior to the "collapse."



**Figure 8.** Progressive Destruction, initiated ahead of free-fall of gravity.
http://janedoe0911.tripod.com/BilliardBalls.html or http://www.drjudywood.com.

Wood, Judy, "A Refutation of the Official Collapse Theory" in *The 9/11 Conspiracy: The Scamming of America*, Edited by James H. Fetzer, (2007) pp.83-100.

## 2. Tipping top of the south tower falsifies the NIST "inevitable collapse" scenario.

Figure 3-5 of NCSTAR 1, pg. 45, claims WTC 2 can be seen "tilting to the southeast at the onset of collapse." That statement is deceptive. Here is a more accurate summary of the conditions actually seen:

*The top 300 feet of the south tower did not "collapse" but ...top ...all along floor 80 (approx.) east side there is a row of explosions, along floor 86 (approx.) west side there is row of explosions, east side fails, why were there explosions on the west side six floors ...squibs out the back side. The top tipped over and went away. In addition, the main section of WTC 4 went away at the same time. Resistance paradox: where is the resistance causing the section tipping over to pulverize? NIST acknowledges tipping, cannot be symmetrical... Asymmetry cannot cause symmetrical Initiation process ... asymmetrical damage, asymmetrical fires that cause simultaneous loss all perimeter columns, around each and every column, around the entire building, all fire proofing, and along and around all 47 core columns. How on earth could asymmetrical damage and fires make a symmetrical "collapse inevitable." Thermal conductivity...how can the same heat transfer be identical... The towers were nearly seven times as tall as they were wide. How could such an aspect ratio, 7:1, produce an "inevitable" symmetrical "collapse." ...put soda pop cans with aspect ratio of 3:1, how many people could stand on them and crush them ...if asymmetrical damage (a dent on one side of a pop can) to a soda, no one can crush it symmetrically. Angular momentum...where'd the dust come from? Because the bldg. turned to dust in mid-air.*

11

**3.6  9:36 a.m. to 9:58 a.m. EDT**

p. 44 (94) "The physical condition of the tower had deteriorated seriously. The inward bowing of columns on the east wall spread along the east face. The east wall lost its ability to support gravity loads and, consequently, redistributed the loads to the weakened core through the hat truss and to the adjacent north and south walls through the spandrels. But the loads could not be supported by the weakened structure, and the entire section of the building above the impact zone began tilting as a rigid block to the east and south (Figure 3-5). Column failure continued from the east wall around the corners to the north and south faces. The top of the building continued to tilt to the east and south, as, at 9:58:59 A.M., WTC2 began to collapse."



© 2001 Mark Stetler

Figure 3–5.  Photograph of WTC 2 tilting to the southeast at the onset of collapse.

**Figure 9.**  Figure 3-5 from the NCSTAR1, showing the top of WTC2 tipping at the beginning of destruction.

By not addressing the full dynamics of the "tilting" or confirmed tipping of WTC 2, as seen above, NCSTAR 1 is necessarily incomplete, analytically. One cannot acknowledge tilting without, at a minimum, providing a quantitative assessment of the degree of tilting, coupled with an explanation of the unusually energetic effects seen in the direction opposite that of the observed tilt.

By tipping to the south and east, it follows that the load on the west wall is reduced. Yet, we observe catastrophic failure of the west fall occurring simultaneously with the tilt in the opposite direction. NIST also fails to provide an analysis of the mechanism of destruction resulting from a tilt in one direction, and the nearly instantaneous destruction of the building whereby steel, concrete and rebar are literally pulverized. See Fig. 13, below, pg. 14, showing disintegration of the tilted portion of WTC 2. By failing to address these observed conditions, NIST's report in this respect is deceptively incomplete.

12



**Figure 10.** This series of photographs illustrate the tipping of the top of WTC2.

*same stress*

*Before tipping*

*more stress*    *less stress*

*After tipping*

**Figure 11(a).** Before tipping

**Figure 11(b).** After tipping

13



**Figure 12.** Was the top deliberately tipped over? Note the diagonal shearing of the building, ending at the upper right edge (upper blue arrow) where it detonates as the building tips. In the video, there is a large chunk of "wheatchex" that is left standing, momentarily. The appearance is rather odd and warrants further study. In the above video, it can be seen that the initial detonations on the left side are all along the floor that is pointed out by the red arrow. I would expect that the floors which align with the lower blue arrow (on the right)

Videos that show tipping can be seen here:
http://www.terrorize.dk/911/wtc2dem5/911.wtc.2.demolition.north.very.close.mpg
http://www.911research.com/wtc/evidence/videos/docs/south_tower_collapse.mpeg



**Figure 13.** WTC2 tipping eastward, as viewed from the north. The tipping top is disappearing



**Figure 14.** If the buildings "fell" at free-fall speeds, the tops would have encountered no more resistance from the lower portions than from air. But, the tops disintegrated while falling, as if they encountered very high resistance. Here we have conditions which contradict each other and which NIST fails to address, much less explain. In fact, the observed conditions are consistent with unusual energy effects that are obvious and that mandate explanation. The failure to address the observed conditions may be evidence of fraud and/or criminal wrongdoing.

Section 3.6, their page 44, file page 94.

"But the loads could not be supported by the weakened structure, and the entire section of the building above the impact zone began tilting as a rigid block to the east and south (Figure 3-5)." Then where did it go? Accordingly NIST's explanation is misleading and deceptive. If the tipping top had fallen as a rigid block, it would have landed on WTC4. When we look, it's not there. Not only is it not there, the main body of WTC4

15

isn't there, either. The north wing of WTC4 appears to have been surgically sliced off from the main building and the main building has disappeared.



**Figure 15.** WTC4 footprint at the bottom, the remaining WTC4 north wing on the right, and the WTC2 footprint above.

16

## 3.  Particularized destructive effects that NIST ignored, thus rendering NCSTAR 1's conclusions incomplete, inadequate, misleading and/or fraudulent:

A. Empty Holes indicative of Unusual Energy Impacts.



**Figure 16.**  Satellite image of the WTC complex, 9/23/01, by NOAA. Every building that was destroyed had a prefix of WTC. There was surprisingly little collateral damage to nearby buildings that were not targeted. The WTC buildings that were not totally destroyed had multiple circular holes visible at Ground Zero -- especially in buildings WTC5 and WTC6 and a round cylindrical hole in Liberty Street.





**Figure 17.** GZ workers descend into the subbasements below WTC2. While there is extensive damage, there is little building debris at the bottom of the hole. There is no sign of molten metal. A worker in the distance walks along a massive core column. There is little to no material in these holes.
*(photo filed 9/18/01)*

18



**Figure 18.** This hole adjacent to WTC2 (zone 2 in Figure 303(c)) is through sidewalk and pavement. This hole contains more debris than the hole discussed in Figure 300 above. It looks as if the debris fell in the hole. Note the scale, shown above.   *(photo filed 9/21/01)*

19



**Figure 19.** The three steel wheatchex stabbed into West Street in the foreground and the remains of WTC3 in the background, in front of the west wall of WTC2.



**Figure 20.** The remarkable "lay down" of steel wheatchex from the lower stories of WTC1 on West Street (West Side Highway). The WTC3 debris pile is in the background, next to the unsupported WTC2 wall.    *(9/13/01)*



**Figure 21.** Here is a reminder of the material that must be accounted for in the rubble pile. Viewed from West Street.

21



**Figure 22.** This photo highlights the depth of the hole in WTC6. The "smoke" or pulverized dust from debris appears to have diminished in comparison to Figure **20**. While there is abundance of aluminum cladding on the roofs of buildings 5 and 6, there is little or none in the holes.



**Figure 23.** Notice how straight the vertical holes were that cut down through WTC6.

22



Figure 24. A view over the dome of WFC2 shows the damage to WTC6 in the center of the photo. To the left is the collapsed WTC7. Its debris stack is at least five stories high. To the right of WTC6 is the remaining north wall of WTC1 which leans toward WTC6. Where did the wall go? Where did the top 100 floors of the north wall go? They did not fall on WTC6 or WTC7 because there are no steel wheatchex there. Some of the core of WTC1 remains, but where is the rest of the core? The amount of steel on the ground barely covers the ground.

B. Almost complete lack of rubble that is likewise indicative of Unusual Energy Impacts



**Figure 25.** A photo taken by NOAA immediately following 9/11.    *(9/13/01)*

24



**Figure 26.** Most of WTC3 disappeared during the destruction of WTC1. The pedestrian walkway over the West Side Highway was connected to something that is no longer there. The remains of WTC2 can be seen near the center of the photo and the remains of WTC1 are partly visible in the lower right corner.

"Building vapor" wafts up from the WTC1 and WTC2 "piles." Where is it coming from? It resembles steam off of a manure pile. It does not seem to originate from a single point, but rises over a wide zone, like a haze in a fairly uniform fashion.



**Figure 27.** The WTC plaza before 9/11.



**Figure 28.** Here is a reminder of the material that must be accounted for in the rubble pile.



**Figure 29.** WTC6 supports the leaning remains of the north wall of WTC1. And, although WTC6 is an eight-story building, it dwarfs the remains of WTC1, which had been a 110-story tower. No substantial remains of WTC1 are visible in any of the photos from this area. This is not what a gravity-driven collapse looks like.

 

**Figure 30.** Looking southeast toward WTC6, across the West Street and Vesey Street intersection.

**Figure 31.** These photos were taken in the afternoon of 9/11/01, before WTC7 was destroyed.



**Figure 32.** The minimal debris left by the destruction of both towers is remarkable. This was no collapse.

28



**Figure 33.** A view of the remains of WTC1, looking east from West Street.



**Figure 34.** A view of the remains of WTC1, looking north-northeast from West Street. WTC7 is still standing, which identifies the time as the afternoon of 9/11/01.



Ground Zero                    Photo © 2001 Allan Tannenbaum / Gamma

**Figure 35.** A look north on West Street. WFC1 is on the left. The pedestrian walkway crosses West street just south of Liberty Street. Here, the remains of the building appear to be no more than dust and paper.



**Figure 36.** Standing at ground level, the WTC1 rubble pile appears no higher than ground level. *(9/13/01)*

30



**Figure 37.** The WTC plaza before 9/11. WTC2 is on the left, WTC1 is on the right, and WTC3 is straight ahead.



**Figure 38.** Scooping up the building

C. Evidence of Vehicular burn effects, damages effects and literal Toasting of Cars that are indicative of Unusual and Unexplained by NIST Energy Impacts.

Here I have referred to "unusual energy effects." I here want to elaborate that the effects seem … These effects are consistent with the use of Directed Energy Weaponry (DEW) as a causal factor for the events of 9/11.[1]



**Figure 39. Peculiar wilting of car doors and deformed window surrounds on FDR Drive.**



**Figure 40.** There is extensive damage to the front of car 2723, including no door handle on the driver's door. There is an unusual, unburned circular area on the rear door.

---

[1] The public domain contains a wealth of information on the development and current status on DEW. Please see the following links for a compilation of information DEW.

| | |
|---|---|
| http://janedoe0911.tripod.com/StarWarsBeam7.html#microwaving | http://janedoe0911.tripod.com/StarWarsAppendix1.html |
| http://www.911scholars.org/Media/DEW/MyersRumsfeldDirectedEnergy.wmv | http://janedoe0911.tripod.com/StarWarsAppendix2.html |
| http://www.911scholars.org/Media/DEW/Myers-Rumsfeld.MOV | http://janedoe0911.tripod.com/StarWarsAppendix3.html |

 

**Figure 41.** Vehicles were toasted along FDR drive.



**Figure 42.** The front half of car 2723 is toasted, but check out the new wax job on the back. Notice the missing front door handle and the untouched back door handle.



**Figure 43.** Burned NYPD car
Police car I've not seen before.
Why the back end and not the front?

33



**Figure 44.** Toasted cars in a lot near the WTC, on the northwest corner of Vesey and West streets.



**Figure 45.** block with fire at end
I think this is just before they did WTC7.  Notice how empty the streets are, while they are flooded with water and lots of fire hoses.  Obviously the water lines weren't busted! The traffic light in the distance appears to still have power. *(9/11/01)*

34




**Figure 46.** Burned SUV and mail truck. . *(9/11/01)*



**Figure 47.** Cars burn while paper does not.



**Figure 48.** Looking west on Vesey Street after both WTC2 andWTC1 have been destroyed. The absence of significant debris is remarkable.

35

 

**Figure 49**. Sans windows. (But nice tire!)  The above illustrates unusual energy effects in that the windows are all blown out including the mirrors, but without damage to the metal parts of the vehicle. NIST's failure to analyze information like this renders NCSTAR1 useless at best and indicative of fraud and deception.  What we see here is not an isolated occurrence.  See also Figures **31** and **32** above for similar effects.

 

| | |
|---|---|
| **Figure 50.** A mini van is consumed by flames. The fire rages inside the vehicle, contained by the remaining windows. The fire appears more intense at the front where the engine is. | **Figure 51.**   The tires and even the pavement under the car are on fire. The windows appear to be intact with no visible interior fire. There is line of fire along the trunk lid. The right front fender is deformed and has turned white. |



**Figure 52.** A fire rages, apparently on Vesey Street, sending up thick black smoke. These may be the vehicles that eyewitness EMT Rebecca Ondrovic. described as she ran past WTC6 during the destruction of WTC2. The text of her testimony can be found here:
*[http://janedoe0911.tripod.com/StarWarsBeam6.html#eyewitness]*

D. Degree of destruction of material that resulted in "Dustification" of the massive Twin Tower and WTC complex structures (other than WTC 7) that are, yet again, indicative of Unusual Energy Impacts that are Unexplained by NIST.



**Figure 53.** The dense cloud blocks sunlight.

**Figure 54.** Darkness falls on Battery Park.

**Figure 55.** Ultra fine dust drifts skyward.

**Figure 56.** A few south, down the west side.

**Figure 57.** This is not consistent with a collapse.

**Figure 58.** A view south, from down FDR Drive.

38



**Figure 59.** WTC1 smoke obscures WTC 2 destruction. It's like a total eclipse of the sun.



**Figure 60.** WTC1 from the northeast. Does this look more like a pancake collapse, a volcano, or a dust fountain "bubbler"?



**Figure 61.** from the north



**Figure 62.** Viewed from the north-northwest

39

 

**Figure 63.** WTC2, demonstrating there is little to no free-fall debris ahead of the "collapse wave."

 

**Figure 64.** This is not what a collapse looks like

**Figure 65.** The building is disintegrating.



**Figure 66.** This is not a collapse and it is fraudulent to have so stated. This may be evidence of criminal intent to deceive the public. It is also evidence of the use of DEW. No other explanation fits the depiction of destruction seen above as well as that of use of DEW.

41

This RFC has shown that the visual evidence of the manner in which WTC 1,2 were destroyed and the observed effects of that destruction including, by way of example the following effects:

1. The near free-fall timeframe of destruction. See Figs. 3 - 8.
2. The failure properly to assess the dynamic of "tipping" of WTC 2 during its destruction. See Figs. 9 - 14.
3. The lack of debris, consistent with unusual energy effects. See Figs. 15 - 21; 25 - 38.
4. The "holes" that are only adequately explained based on unusual energy effects, consistent with use of Directed Energy Weapons (DEW). See Figs. 22 - 24
5. Vehicles that are inexplicably burned as if toasted and found in unexplained places and at varying distances from Ground Zero; simultaneous lack of burning of paper. Each of these widespread effects are unusual energy effects, consistent with DEW. See Figs 39 - 52.
6. Steel turned to dust as literally as the buildings are being destroyed before our very eyes. These effects defy explanation other than that of DEW. Figs. 53 - 66.
7. The existence of DEW is confirmed by information in the public domain.

NIST's failure to consider evidence and information readily available to it and to its contractors and subcontractors is evidence of fraud as well as indicative of non-compliance with data and information quality standards.

42

## BURDEN OF PROOF

In and with respect to all Requests for Correction and all claims set forth herein above, I have documented the many incongruities and unexplained phenomena that directly contradict the premise that "collapse" was inevitable. I will provide such other and further information to substantiate each and every request for correction or other claim set forth herein in due course, dependent solely upon whether and to what extent NIST seeks to object to or otherwise assert that one or more of the requests for correction contained herein are not acceptable to it. The better course of action would be for NIST, acting by and through its official decision making process, and/or based on persons with knowledge voluntarily coming forward to do so, to issue the necessary corrections and take other appropriate action forthwith.

I have set forth information confirming the existence of significant evidence of "Unusual energy impacts" that are consistent with Directed Energy Weapons (DEW) having been used as a causal factor in the destruction of the World Trade Center complex on 11 September, 2001. This evidence appears to have been ignored thus far, but cannot reasonably be ignored any longer. I am aware that I am here asserting that the evidence presented is consistent with possible criminality and fraud of an unprecedented scale. Moreover, other and further serious wrongdoing is readily apparent in that the abundant evidence in support of these contentions should have been obvious to competent investigators, be they governmental officials or contractors. Some evidence that might have promptly and effectively revealed the presence of unusual energy effects was either ignored or dealt with in a deceptive or misleading manner, including, by way of example, deliberate alteration of evidence that was consistent with the use of directed energy weapons.

Based upon all of the foregoing, NCSTAR 1 must be retracted in its entirety and NIST must acknowledge that it is doing so because the document is fraudulent, misleading or deceptive, or all of these.

By copy of this Correction Request to my counsel, Jerry V. Leaphart and Associates, P.C., I hereby request that he file such other and further requests for relief as may be suitable based on the original source information submitted herein.

Respectfully submitted,


Dr. Judy Wood


Cc
Jerry V. Leaphart
8 West Street
Suite 203
Danbury, CT 06810
p-203-825-6265
f-203-825-6256