**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | **NOTICE OF MOTION OF HUGHES ASSOCIATES, INC. TO DISMISS PLAINTIFF/RELATOR'S COMPLAINT** |
| vs. | § § | |
| SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, | § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 07CV4612  **ECF CASE** |
| Defendants. | § § | |

PLEASE TAKE NOTICE that, upon the Declaration of Sean T. O'Leary, dated October 9, 2007 (the "O'Leary Declaration"), as well as the Memorandum of Law of the Defendant, Applied Research, Inc., dated October 9, 2007 (which is incorporated by reference by and annexed to the O'Leary Declaration), in support of the Motion of Hughes Associates, Inc. ("Hughes") to Dismiss Plaintiff/Relator's Complaint, Hughes, by and through its undersigned counsel, Wormser, Kiely, Galef & Jacobs LLP, will move this Court, Honorable George B. Daniels presiding, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to determined by this Court, for an Order dismissing the Plaintiff/Relator's Complaint for Lack of Subject Matter Jurisdiction, for Failure to Plead Fraud with Particularity, and for Lack of Standing pursuant to Fed. R. Civ. P. 12(b)(1) and 9(b) and granting Hughes such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1, opposing papers, if any, must be filed and served on the undersigned attorneys within ten business days after service of the moving papers, and reply papers must be served on attorneys for the Plaintiff/Relator, within five business days of service of the opposition papers.

Dated: New York, New York
       October 9, 2007

/s/ Sean T. O'Leary
Sean T. O'Leary (SO4542)
Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue
New York, New York 10022-7519
Telephone:    212.687.4900
Facsimile:    212.687.5703

*Attorneys for Hughes Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2007, I electronically filed the foregoing **NOTICE OF MOTION OF HUGHES ASSOCIATES, INC. TO DISMISS PLAINTIFF/RELATOR'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Counsel for Relator*

Philip Touitou
ptouitou@hinshawlaw.com
*Counsel for Rolf Jensen & Associates, Inc.*

Philip C. Semprevivo, Esq.
Justin Cilenti, Esq.
Amanda Gruber, Esq.
psemprevivo@bhmr.com
jcilenti@bhmr.com
agruber@bhmr.com
*Counsel for Underwriters Laboratories, Inc.*

David M. Pollack, Esq.
dpollack@donovanhatem.com
*Counsel for Simpson, Gumpertz & Heger, Inc. and Computer Aided Engineering Associates, Inc.*

Gail Debra Zirkelbach
William David Byassee
gdzirkelbach@jacksonkelly.com
dbyassee@jacksonkelly.com
*Counsel for Applied Research Associates, Inc.*

Chad Everette Sjoquist
csjoquist@zdlaw.com
*Counsel for Skidmore, Owings & Merrill, L.L.P.*

/s/ Sean T. O'Leary
Sean T. O'Leary SO4542
Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue
New York, New York 10022-7519
Telephone:    212.687.4900
Facsimile:    212.687.5703

*Attorneys for Hughes Associates, Inc.*