UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> vs. <br><br> SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, <br><br> Defendants. | **DECLARATION OF SEAN T. O'LEARY IN SUPPORT OF HUGHES ASSOCIATES, INC.'S MOTION TO DISMISS PLAINTIFF/RELATOR'S COMPLAINT** <br><br> Case No. 07CV4612 <br><br> **ECF CASE** |

SEAN T. O'LEARY, an attorney licensed to practice and admitted to practice in and before the Courts of the State of New York and the Southern District of New York, declares the following pursuant to 28 U.S.C. §1746:

1. I am associated with the law firm of Wormser, Kiely, Galef & Jacobs LLP, attorneys for the Defendant, Hughes Associates, Inc. ("Hughes").

2. I respectfully submit this Declaration in support of Hughes' Motion to Dismiss Plaintiff/Relator's Complaint for Lack of Subject Matter Jurisdiction, for Failure to Plead Fraud with Particularity, and for Lack of Standing pursuant to Fed. R. Civ. P. 12(b)(1) and 9(b) and granting Hughes such other and further relief as this Court may deem just and proper.

3. In support of its Motion, Hughes hereby incorporates, in its entirety, and relies upon the Memorandum of Law of the Defendant, Applied Research Associates, Inc., which is dated October 8, 2007, was filed on October 9, 2007, and is docketed as item number 39 on this Court's docket for this action ("Applied Research's Memorandum of Law").

4. For the sake of clarity and good order, a true copy of Applied Research's Memorandum of Law is annexed hereto as Exhibit A.

5. In particular, Hughes underscores the facts that: (i) for the reasons outlined in Section II of Applied Research's Memorandum of Law, this Court lacks subject matter jurisdiction over Relator's FCA claims and, therefore, Causes of Action One, Two and Three must be dismissed; (ii) for the reasons outlined in Section III of Applied Research's Memorandum of Law, Relator fails to plead fraud with particularity under Rule 9(b); and (iii) for the reasons outlined in Section IV of Applied Research's Motion to Dismiss, Relator lacks

standing to assert common-law claims on behalf of the Government and Causes of Action Four, Five, Six and Seven must be dismissed.

6.    Accordingly, Hughes respectfully requests that this Court dismiss the Plaintiff/Relator's Complaint in it entirety and grant Hughes such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       October 9, 2007

                                              **/s/ Sean T. O'Leary**
                                              Sean T. O'Leary (SO4542)

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2007, I electronically filed the foregoing **DECLARATION OF SEAN T. O'LEARY IN SUPPORT OF HUGHES ASSOCIATES, INC.'S MOTION TO DISMISS PLAINTIFF/RELATOR'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Counsel for Relator*

Philip Touitou
ptouitou@hinshawlaw.com
*Counsel for Rolf Jensen & Associates, Inc.*

Philip C. Semprevivo, Esq.
Justin Cilenti, Esq.
Amanda Gruber, Esq.
psemprevivo@bhmr.com
jcilenti@bhmr.com
agruber@bhmr.com
*Counsel for Underwriters Laboratories, Inc.*

David M. Pollack, Esq.
dpollack@donovanhatem.com
*Counsel for Simpson, Gumpertz & Heger, Inc. and Computer Aided Engineering Associates, Inc.*

Gail Debra Zirkelbach
William David Byassee
gdzirkelbach@jacksonkelly.com
dbyassee@jacksonkelly.com
*Counsel for Applied Research Associates, Inc.*

Chad Everette Sjoquist
csjoquist@zdlaw.com
*Counsel for Skidmore, Owings & Merrill, L.L.P.*

/s/ **Sean T. O'Leary**
Sean T. O'Leary SO4542
Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue
New York, New York 10022-7519
Telephone:  212.687.4900
Facsimile:  212.687.5703

*Attorneys for Hughes Associates, Inc.*