Dina R. Jansenson (DJ-6937)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1401
(212) 412-9500
Attorneys for Defendant Silverstein Properties, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA | : : : |
| Plaintiff/Relator, | : Docket No. 07 CV 4612 (GBD) |
| - against - | : : : |
| SCIENCE APPLICATIONS INTERNATIONAL CORP; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES, | : : : : : : : : : : : : : : : : **NOTICE OF MOTION IN SUPPORT OF SILVERSTEIN PROPERTIES, INC.'S MOTION TO DISMISS** |
| Defendants. | : : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Dina R. Jansenson, Esq. in Support of Silverstein Properties, Inc.'s Motion to Dismiss, executed on October 9, 2007, upon all prior pleadings and proceedings herein, and upon the

Applied Research Associates, Inc.'s Memorandum in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 9(b), dated October 8, 2007, and Defendants Simpson Gumpertz & Heger, Inc. and Computer Aided Engineering Associates, Inc.'s Memorandum of Law In Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 9(b), 12(b)(1), 12(b)(6) and 12(h)(3), dated October 5, 2007, which are fully adopted and incorporated by reference herein, defendant Silverstein Properties, Inc. ("Silverstein"), incorrectly sued as Silverstein Properties, will move before the Honorable George B. Daniels, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order (1) dismissing the complaint as against Silverstein pursuant to Rules 12(b)(1), 12(b)(6), 12(h)(3) and 9(b) of the Federal Rules of Civil Procedure; (2) awarding Silverstein attorney's fees and costs pursuant to 31 U.S.C § 3730(d)(4); and (3) for such other and further relief as this Court deems just.

Dated:   New York, New York
         October 9, 2007

    Respectfully submitted,

    FLEMMING ZULACK WILLIAMSON
     ZAUDERER LLP


    By:_____/s/ Dina R. Jansenson_____
        Dina R. Jansenson, Esq. (DJ-6937)
    One Liberty Plaza
    New York, New York  10006-1404
    (212) 412-9500
    Attorneys for Defendant Silverstein
    Properties, Inc.

298466.5/24305