UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br>         Plaintiff/Relator,<br>v.<br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br>         Defendants. | Case No. 07CV4612 (GBD)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I  David M. Pollack, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

     Patricia Gary, Esq.
     Donovan Hatem, P.C
     World Trade Center East
     Two Seaport Lane
     Boston, MA 02210

     Patricia Gary is a member of good standing of the Bar of the States of Massachusetts and New Hampshire. There are no pending disciplinary proceedings against Patricia Gary in any State or Federal court

Dated: New York, New York
      October 9, 2007

                                    <u>/s/ David M. Pollack</u>
                                      David M. Pollack (DP6143)
                                      DONOVAN HATEM LLP
                                      Attorneys for Defendants
                                      SIMPSON GUMPERTZ & HEGER, INC. and
                                      COMPUTER AIDED ENGINEERING
                                      ASSOCIATES, INC.
                                      One Penn Plaza
                                      250 W. 34th Street
                                      Suite 3324
                                      New York, NY 10119
                                      (212) 244-3333

                                      David J. Hatem, P.C.
                                      William D. Gillis, Jr., Esq.
                                      Patricia B. Gary, Esq.
                                      DONOVAN HATEM LLP
                                      Two Seaport Lane
                                      Boston, MA 02210
                                      (617) 406-4500

To:    Jerry V. Leaphart
         JERRY V. LEAPHART & ASSOCIATES, P.C.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br>    Plaintiff/Relator,<br>v.<br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br>    Defendants. | Case No. 07CV4612 (GBD)<br><br>**AFFIRMATION OF DAVID M. POLLACK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

David M. Pollack, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Donovan Hatem, LLP., counsel for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC., in the above captioned matter. I am a familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set for the herein and in support of Defendant's motion to admit Patricia Gary as counsel pro hac vice to represent Defendant, SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on February 23, 1981. I was admitted to the bars of the United States District Courts for the Southern and Eastern Districts of New York on March 24, 1981 and am a member in good standing. I was admitted to the bar of the United States Court of Appeals, 2nd Circuit on September 1, 1981, and am a member in good standing.

3. I have known Patricia Gary since June, 2007.

4. Patricia Gary is an attorney at Donovan Hatem, P.C in Boston, Massachusetts.

5. I have found Patricia Gary to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am please to move for the admission of Patricia Gary, pro hac vice.

7. I respectfully submit a proposed order granting the submission of Patricia Gary, pro hac vice, which is attached hereto as Exhibit "A".

WHEREFORE, it is respectfully requested that the motion to admit Patricia Gary, pro hac vice, to represent, SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in the above captioned matter be granted.

Dated: New York, New York
October 9, 2007

/s/ David M. Pollack
David M. Pollack (DP6143)
DONOVAN HATEM LLP
Attorneys for Defendants
SIMPSON GUMPERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.
One Penn Plaza
250 W. 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333

David J. Hatem, P.C.
William D. Gillis, Jr., Esq.
Patricia B. Gary, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To: Jerry V. Leaphart
JERRY V. LEAPHART & ASSOCIATES, P.C.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA, | : | Case No. 07CV4612 (GBD) |
|     Plaintiff/Relator, | : | |
| v. | : | |
| SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, | : | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
|     Defendants. | | |

    Upon the motion of David M. Pollack, attorney for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. and said sponsor attorney's affidavit in support;

    IT IS HEREBY ORDERED that:

    Patricia Gary, Esq.
    Donovan Hatem, LLP.
    World Trade Center East
    Two Seaport Lane
    Boston, MA 02210

Is admitted to practice pro hac vice as counsel for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rulese governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
October 9, 2007

/s/ David M. Pollack
David M. Pollack (6143)
DONOVAN HATEM LLP
Attorneys for Defendants
SIMPSON GUMPERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.
One Penn Plaza
250 W. 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333

David J. Hatem, P.C.
William D. Gillis, Jr., Esq.
Patricia B. Gary, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To: Jerry V. Leaphart
JERRY V. LEAPHART & ASSOCIATES, P.C.

01119695

6