UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS, on behalf of the UNITED STATES OF AMERICA,<br><br>                                    Plaintiff/Relator,<br><br>- against -<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>                                    Defendants. | **CERTIFICATE OF SERVICE**<br><br>Docket No. 07-CV-4612 (GBD)(DF) |

    The undersigned certifies that on October 9, 2007, the **Rule 7.1 Disclosure Statement on behalf of Defendant Rolf Jensen & Associates, Inc.** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

Jerry Vincent Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
*Attorney for Dr. Morgan Reynolds*

E. Leslie Hoffman, Esq.
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800

- 2 -

David M. Pollack, Esq.  
Melito & Adolfsen, P.C.  
233 Broadway  
New York, NY 10279  
(212) 238-8900  

Philip Carmine Semprevivo, Esq.  
Biedermann, Hoenig, Massamillo & Ruff  
570 Lexington Avenue  
New York, NY  

Michael J. Vardaro, Esq.  
Zetlin & De Chiara, LLP  
Attorneys for Defendant  
Skidmore, Owings & Merrill, LLP  
801 Second Avenue  
New York, NY 10017  

Dated: New York, New York  
       October 11, 2007  

                                       */s/ Alfraé L. Johnson-Ragins*  
                                        ALFRAÉ JOHNSON-RAGINS