UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MORGAN REYNOLDS, on behalf of the UNITED
STATES OF AMERICA,

                         Plaintiff/Relator,

            - against -

SCIENCE APPLICATIONS INTERNATIONAL CORP.,
APPLIED RESEARCH ASSOCIATES, INC.; BOEING;
NuSTATS; COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.; DATASOURCE, INC.;
GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK
LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI;
EDUARDO KAUSEL; DAVID PARKS; DAVID
SHARP; DANIELE VENEZANO; JOSEF VAN DYCK;
KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER,
INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE,
OWINGS & MERRILL, LLP; TENG & ASSOCIATES,
INC.; UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.;
AMERICAN AIRLINES; SILVERSTEIN PROPERTIES;
and UNITED AIRLINES,

                      Defendants.

**CERTIFICATE OF
SERVICE**

Docket No. 07-CV-4612
  (GBD)(DF)

      The undersigned certifies that on October 9, 2007, the defendants **Rolf Jensen & Associates, Inc.'s and Wiss, Janney, Elstner Associates, Inc.'s Notice of Motion to Dismiss, Declaration of Philip Touitou, and Memorandum of Law in Support** were filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

Jerry Vincent Leaphart, Esq.  
8 West Street, Suite 203  
Danbury, CT 06810  
(203) 825-6265  
*Attorney for Dr. Morgan Reynolds*

E. Leslie Hoffman, Esq.  
Jackson Kelly PLLC  
310 West Burke Street  
Martinsburg, WV 25401  
(304) 263-8800

David M. Pollack, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279
(212) 238-8900

Philip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
Attorneys for Defendant
Skidmore, Owings & Merrill, LLP
801 Second Avenue
New York, NY 10017

Dated: New York, New York
         October 11, 2007

ALFRAÉ JOHNSON-RAGINS