UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

                    Plaintiff,

        - against -

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES,
INC.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ARBASI; EDUARDO KAUSEL; DAVID
PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN
CONSULTING ENGINEERS, P.C.; SIMPSON
GUMPERTZ & HEGER, INC.; S.K. GHOSH
ASSOCIATES, INC.; SKIDMORE, OWINGS &
MERRILL, LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WILL, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

                    Defendants.
-----------------------------------------------------------X

**Index No.:**
**07-CV-4612 (GBD)**

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Jason Harrington and Glenn Fuerth of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, certifying that they are admitted to practice before this Court, hereby file this notice of appearance in the above-entitled action on behalf of Defendant GILSANZ MURRAY STEFICEK LLP, without waiver of its rights to assert any and all affirmative defenses, including jurisdictional defenses. All pleadings and papers in this action should be served upon the undersigned at the office and address stated below.

2979001.1

-2-

Dated: New York, New York
October 11, 2007

                                      Yours etc.,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

              By: _____
                  Jason Harrington (JH7273)
                  Attorneys for Defendant
                  Gilsanz Murray Steficek
                  150 East 42nd Street
                  New York, NY 10017
                  (212) 490-3000 (p)
                  (212) 490-3038 (f)

To: All parties via ECF

2979001.1