10/09/07 TUE 11:19 FAX 2038256256    JERRY V LEAPHART & ASSOC    ☒001/003

David W. Wiltenburg, Esq.
Jeffrey S. Margolin, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for Teng & Associates, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 11 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICAN,

        Plaintiff/Realtor,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES, INC.;
BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.

Case No. 07-CV-4612

---

**STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT**

Extension Stip.DOC

10/09/07 TUE 11:19 FAX 2038256256    JERRY V LEAPHART & ASSOC    ☑003
                                    HH&H LLP 18W                ☑002/003

Plaintiff Dr. Morgan Reynolds ("Reynolds") and Defendant Teng & Associates, Inc. ("Teng") hereby stipulate and agree as follows:

1. Teng's deadline to answer or otherwise to the complaint in this proceeding shall be extended to, and, including November 9, 2007.

2. This is Teng's first request of an extension of time to file a responsive pleading.

3. This Stipulation is without prejudice to either party seeking via stipulation, motion or otherwise a modification at any time of the provisions contained herein.

4. A facsimile signature shall be treated as an original signature, and this Stipulation may be executed in counterparts, each of which shall constitute an original.

Dated: Danbury, Connecticut          JERRY VINCENT LEAPHART & ASSOCIATES, P.C.
       October 8, 2007

                                     By: _____
                                         Jerry Vincent Leaphart, Esq.
                                     8 West Street, Suite 203
                                     Danbury, CT 06810
                                     (203) 825-6265

                                     Attorneys for Plaintiff Dr. Morgan Reynolds


Dated: New York, New York            HUGHES HUBBARD & REED LLP
       October 8, 2007

                                     By: _____
                                         David W. Wiltenburg, Esq.
                                         Jeffrey S. Margolin, Esq.
                                     One Battery Park Plaza
                                     New York, New York 10004
                                     (212) 837-6000

                                     Attorneys for Defendant Teng & Associates, Inc.

Dated: New York, New York
October __, 2007

OCT 11 2007

SO ORDERED:

*George B. Daniels* (signature)
George B. Daniels
United States District Judge

HON. GEORGE B. DANIELS