UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 11 2007

---

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICAN,

      Plaintiff/Realtor,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP., APPLIED RESEARCH ASSOCIATES, INC.;
BOEING; NuSTATS; COMPUTER +
AIDED ENGINEERING ASSOCIATES, INC.,;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

      Defendants.

Case No. 07-CV-4612

---

### ORDER FOR ADMISSION
### PRO HAC VICE ON WRITTEN MOTION

Upon written motion, it is hereby ordered that Edward B. Keidan, Conway & Mrowiec, 20 South Clark Street, Suite 1000, Chicago, Illinois 60603, Tel. (312) 658-1100, Fax (312) 658-1201, is admitted to practice pro hac vice as counsel for Teng & Associates, Inc. in the above

60027236_1.DOC

captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing System (EFC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____OCT 1 1 2007_____

_____
United States District / Magistrate Judge

HON. GEORGE B. DANIELS