IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. MORGAN REYNOLDS on behalf of the )
UNITED STATES OF AMERICA, )
 )
    Plaintiff/Relator, )
 )
v. )
 )  Civil Action No. 1:07-cv-04612 (GBD)
SCIENCE APPLICATIONS )
INTERNATIONAL CORP., et al. )
 )
    Defendants. )

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff and Relator Dr. Morgan Reynolds, through its undersigned counsel, hereby dismisses this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i), with respect to the following defendants: The Boeing Company, United Airlines, and American Airlines.

DR. MORGAN REYNOLDS

By: _____
Jerry V. Leaphart
Jerry V. Leaphart & Associates, P.C.
8 West Street, Suit 203
Danbury, CT 06810
(203) 825-6265
Fax: (203) 825-6256
Email: jsleaphart@cs.com

*Attorney for Plaintiff/Relator*
*Dr. Morgan Reynolds*

Dated: October 4, 2007

OCT 1 1 2007

SO ORDERED:

_____
U.S.D.J.
HON. GEORGE B. DANIELS