UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES,
INC.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ARBASI; EDUARDO KAUSEL; DAVID
PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN
CONSULTING ENGINEERS, P.C.; SIMPSON
GUMPERTZ & HEGER, INC.; S.K. GHOSH
ASSOCIATES, INC.; SKIDMORE, OWINGS &
MERRILL, LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WILL, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

                Defendants.
-----------------------------------------------------------------X

**Index No.:**
**07-CV-4612 (GBD)**

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant GILSANZ MURRAY STEFICEK LLP ("Gilsanz"), by and through the undersigned and its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby certifies that Gilsanz has no parent corporation and no corporation that owns more than 10% of its stock.

Dated: New York, New York
       October 11, 2007

2979231.1

-2-

        Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Jason Harrington (JH7273)
Attorneys for Defendant
Gilsanz Murray Steficek
150 East 42nd Street
New York, NY 10017
(212) 490-3000 (p)
(212) 490-3038 (f)

To: All parties via ECF

2979231.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October 2007, I electronically filed the foregoing **Rule 7.1 Statement of Defendant Gilsanz Murray Steficek LLP** with the Clerk of the Court using the CM/ECF system which will send e-mail notification to all appearing parties.

By: _____
Jason Harrington (JH7273)
Attorneys for Defendant
Gilsanz Murray Steficek
150 East 42nd Street
New York, NY 10017
(212) 490-3000 (p)
(212) 490-3038 (f)

2979231 1