**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------

DR. MORGAN REYNOLDS on behalf of the  :
UNITED STATES OF AMERICAN,            :
                                      :
           Plaintiff/Realtor,         :
                                      :        Case No. 07-CV-4612
vs.                                   :
                                      :
SCIENCE APPLICATIONS INTERNATIONAL    :
CORP., APPLIED RESEARCH ASSOCIATES, INC.; :
BOEING; NuSTATS; COMPUTER             :
AIDED ENGINEERING ASSOCIATES, INC.,;  :
DATASOURCE, INC.; GEOSTAATS, INC.;    :
GILSANZ MURRAY STEFICEK LLP;          :
HUGHES ASSOCIATES, INC.; AJMAL        :
ABBASI; EDUARDO KAUSEL;               :
DAVID PARKS; DAVID SHARP; DANIELE     :
VENEZANO; JOSEF VAN DYCK; KASPAR      :
WILLIAM; ROLF JENSEN & ASSOCIATES,    :
INC; ROSENWASSER/GROSSMAN CONSULTING  :
ENGINEERS, P.C.; SIMPSON GUMPERTZ &   :
HEGER, INC.; S.K. GHOSH ASSOCIATES,   :
INC.; SKIDMORE, OWINGS & MERRILL,     :
LLP; TENG & ASSOCIATES, INC.;         :
UNDERWRITERS LABORATORIES, INC.;      :
WISS, JANNEY, ELSTNER ASSOCIATES,     :
INC.; AMERICAN AIRLINES; SILVERSTEIN  :
PROPERTIES; and UNITED AIRLINES,      :
                                      :
           Defendants.                :

----------------------------------------------------------------------

### MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the

Southern District of New York, Jeffrey S. Margolin, a member in good standing of the bar of this

Court, hereby moves for an Order allowing the admission pro hac vice of: Edward B. Keidan,

Conway & Mrowiec, 20 South Clark Street, Suite 1000, Chicago, Illinois, 60603, Tel. 312-658-

60027236_1.DOC

1100, Fax. 312-658-1201; to represent defendant Teng & Associates, Inc. in this matter.

Mr. Keidan is a member in good standing of the Bar of the State of Illinois.  There are no disciplinary proceedings against Mr. Keidan in any Court.  The Affidavit of Jeffrey S. Margolin is attached hereto.

A proposed Order granting the admission of Edward B. Keidan pro hac vice is attached hereto.

WHEREFORE, it is requested that the motion to admit Edward B. Keidan pro hac vice, to represent Teng & Associates, Inc. in the above case be granted.

Dated:  October 8, 2007
New York, New York

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____
Jeffrey S. Margolin, Esq.
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
margolin@hugheshubbard.com
Counsel for Teng & Associates, Inc.

2

60027236_1.DOC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------------
```

DR. MORGAN REYNOLDS on behalf of the          :
UNITED STATES OF AMERICAN,                      :
                                                :
       Plaintiff/Realtor,                  :
                                                :          Case No. 07-CV-4612
vs.                                             :
                                                :
SCIENCE APPLICATIONS INTERNATIONAL             :
CORP., APPLIED RESEARCH ASSOCIATES, INC.;      :
BOEING; NuSTATS; COMPUTER                       :
AIDED ENGINEERING ASSOCIATES, INC.,;           :
DATASOURCE, INC.; GEOSTAATS, INC.;             :
GILSANZ MURRAY STEFICEK LLP;                   :
HUGHES ASSOCIATES, INC.; AJMAL                 :
ABBASI; EDUARDO KAUSEL;                         :
DAVID PARKS; DAVID SHARP; DANIELE              :
VENEZANO; JOSEF VAN DYCK; KASPAR               :
WILLIAM; ROLF JENSEN & ASSOCIATES,             :
INC; ROSENWASSER/GROSSMAN CONSULTING           :
ENGINEERS, P.C.; SIMPSON GUMPERTZ &            :
HEGER, INC.; S.K. GHOSH ASSOCIATES,            :
INC.; SKIDMORE, OWINGS & MERRILL,              :
LLP; TENG & ASSOCIATES, INC.;                  :
UNDERWRITERS LABORATORIES, INC.;               :
WISS, JANNEY, ELSTNER ASSOCIATES,              :
INC.; AMERICAN AIRLINES; SILVERSTEIN           :
PROPERTIES; and UNITED AIRLINES,               :
                                                :
       Defendants.                         :

```
----------------------------------------------------------------------
```

### AFFIDAVIT OF JEFFREY S. MARGOLIN
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Jeffrey S. Margolin, being duly sworn, hereby deposes and states:

1.     I am an attorney at Hughes Hubbard & Reed, LLP, counsel for defendant Teng &

Associates.  I am familiar with the proceedings in this case.  I make this statement based on

personal knowledge of the facts set forth herein and in support of the motion to admit Edward B.

Keidan as counsel pro hac vice to represent Teng & Associates, Inc. in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on March 21, 2003, and am in good standing with this Court.

3.      Edward B. Keidan is an attorney with Conway & Mrowiec in Chicago, Illinois. Mr. Keidan was admitted to practice law in the State of Illinois on November 9, 1995. A Certificate of Good Standing is attached hereto. Mr. Keidan was admitted to the bar of the United States District Court for the Northern District of Illinois in 1995 (and the Trial Bar on September 15, 1999), to the United States District Court for the District of Indiana in 2001, and to the United States Court of Appeals for the Seventh Circuit in 2001.

4.      I have found Edward Keidan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.      Accordingly, I am pleased to move for the admission of Edward B. Keidan, pro hac vice. A proposed order granting the admission of Edward B. Keidan pro hac vice is attached hereto.

Jeffrey S. Margolin

Subscribed and Sworn to
Before Me This 8th Day
of October, 2007

Notary Public, State of New York
No. 31-4636293
Qualified in New York County
Commission Expires August 31, 2010

2

60027236_1.DOC



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Edward B. Keidan
Conway & Mrowiec
20 South Clark Street, Suite 1000
Chicago, IL 60603

Chicago
Wednesday, October 03, 2007

In re: Edward Barrett Keidan
Admitted: 11/9/1995
Attorney No. 6229552

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Daryl R. Evans
Deputy Registrar

DRE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------

DR. MORGAN REYNOLDS on behalf of the                  :
UNITED STATES OF AMERICAN,                             :
                                                      :
        Plaintiff/Realtor,                  :
                                                      :    Case No. 07-CV-4612
vs.                                                   :
                                                      :
SCIENCE APPLICATIONS INTERNATIONAL                    :
CORP., APPLIED RESEARCH ASSOCIATES, INC.;             :
BOEING; NuSTATS; COMPUTER                             :
AIDED ENGINEERING ASSOCIATES, INC.,;                  :
DATASOURCE, INC.; GEOSTAATS, INC.;                    :
GILSANZ MURRAY STEFICEK LLP;                          :
HUGHES ASSOCIATES, INC.; AJMAL                        :
ABBASI; EDUARDO KAUSEL;                               :
DAVID PARKS; DAVID SHARP; DANIELE                     :
VENEZANO; JOSEF VAN DYCK; KASPAR                      :
WILLIAM; ROLF JENSEN & ASSOCIATES,                    :
INC; ROSENWASSER/GROSSMAN CONSULTING                  :
ENGINEERS, P.C.; SIMPSON GUMPERTZ &                   :
HEGER, INC.; S.K. GHOSH ASSOCIATES,                   :
INC.; SKIDMORE, OWINGS & MERRILL,                     :
LLP; TENG & ASSOCIATES, INC.;                         :
UNDERWRITERS LABORATORIES, INC.;                      :
WISS, JANNEY, ELSTNER ASSOCIATES,                     :
INC.; AMERICAN AIRLINES; SILVERSTEIN                  :
PROPERTIES; and UNITED AIRLINES,                      :
                                                      :
        Defendants.                          :

-----------------------------------------------------------------------

## CERTIFICATE OF SERVICE

       I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to

this action and that on the 8th day of October, 2007, I did cause to be served via Federal Express

a true and correct copy of the Motion to Admit Counsel Pro Hac Vice in the above-referenced

matter on:

Jerry Vincent Leaphart
Jerry Vincent Leaphart & Associates, P.C.
8 West Street, Suite 203
Danbury, Connecticut 06810
Tel. (203) 825-6265
Fax (203) 825-6256
*Attorneys for Plaintiff*


and via U.S. First-Class Mail on the attached Service List.

    I further certify under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
      October 8, 2007

                                              Jeffrey S. Margolin

2

# SERVICE LIST

Reynolds v. Science Applications International Corp., et al.
Case # 1:07-cv-04612-GBD

Wi lliam David Byassee
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, CO 80202
Tel. (303) 390-0003
Fax (303) 390-0177
**_Attorneys for Applied Research_**
**_Associates, Inc._**

E. Leslie Hoffman
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800
Fax: (304) 263-7110
**_Attorneys for Applied Research_**
**_Associates, Inc._**

Gail Debra Zirkelbach
Jackson Kelly PLLC
1099 18th Street
Suite 2150
Denver, CO 80202
(303) 390-0003
Fax: (303) 390-0177
**_Attorneys for Applied Research_**
**_Associates, Inc._**

Philip Carmine Semprevivo
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022
Tel. (212) 634-5066
Fax (212) 986-3509
**_Attorneys for Underwriters Laboratories, Inc._**

David M. Pollack
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279
Tel. (212) 238-8900
Fax (212) 238-8999
**_Attorneys for Computer Aided Engineering_**
**_Associates, Inc. and Simpson, Gumpertz_**
**_& Heger, Inc._**

Philip Touitou
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
Tel. (212) 471-6211
Fax (212) 935-1166
**_Attorneys for  Rolf Jensen & Associates, Inc._**
**_(RJA),Wiss, Janney, Elstner & Associates, Inc._**

60027238_1.DOC