UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MORGAN REYNOLDS ON BEHALF OF THE UNITED STATES OF AMERICA,

                        Plaintiff/Relator,

-against-

SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,

                        Defendants.

07 CIV 4612 (GBD)(DF)

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Philip Touitou, Esq. and the accompanying Memorandum of Law, defendants WISS, JANNEY, ELSTNER ASSOCIATES, INC. ("WJE") and ROLF JENSEN & ASSOCIATES, INC. ("RJA"), will move this Court, on a date and time determined by the Court, before the Honorable George B. Daniels in the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, to dismiss the Complaint herein pursuant to Fed. R. Civ. P. 12(b)(1) and 9(b) for the reasons set forth in the motion papers submitted by co-defendant APPLIED RESEARCH ASSOCIATES, INC. ("Applied Research") which are adopted and incorporated

herein, and for such other and further relief in favor of defendants WJE and RJA as the Court may deem just and proper.

Dated: New York, New York
      October 9, 2007

                              Respectfully submitted,

                              HINSHAW & CULBERTSON LLP

                              By: _____
                                  Philip Touitou (PT- 4302)
                                  Concepcion A. Montoya (CM-7147)

                              Attorneys for Defendants
                              WISS, JANNEY, ELSTNER ASSOCIATES, INC.
                              and ROLF JENSEN & ASSOCIATES, INC.
                              780 Third Avenue, 4th Floor
                              New York, New York 10017
                              (212) 471-6200

TO:    Jerry Vincent Leaphart, Esq.
        Attorney for Plaintiff
        8 West Street, Ste. 203
        Danbury, CT 06810

        William David Byassee, Esq.
        Jackson Kelly, PLLC
        Attorneys for Defendant
        APPLIED RESEARCH ASSOCIATES, INC.
        1099 18th Street, Ste. 2150
        Denver, CO 80202

- 3 -

David M. Pollack, Esq.
Melito & Adolfsen, P.C.
Attorneys for Defendant
SIMPSON, GUMPERTZ & HEGER, INC.
233 Broadway
New York, NY 10279

Philip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
Attorneys for Defendant
UNDERWRITERS LABORATORIES, INC.
570 Lexington Avenue
New York, NY 10022

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
Attorneys for Defendant
Skidmore, Owings & Merrill, LLP
801 Second Avenue
New York, NY 10017

31024915v1 880267