USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 26 2007

Dina R. Jansenson (DJ-6937)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1401
(212) 412-9500
Attorneys for Defendant Silverstein Properties, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA

Plaintiff/Relator,

- against -

SCIENCE APPLICATIONS INTERNATIONAL CORP; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC,; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,

Defendants.

Docket No. 07 CV 4612 (GBD)

**STIPULATION AND ORDER DISMISSING ACTION AGAINST <u>SILVERSTEIN PROPERTIES, INC.</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the above captioned-action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as to defendant Silverstein Properties, Inc.

Dated: New York, New York
October 15, 2007

JERRY V. LEAPHART & ASSOCIATES, P.C.

By: ______________________
Jerry V. Leaphart (JL-4468)
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6252
Attorneys for Plaintiffs

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: ______________________
Dina R. Jansenson (DJ- 6937)
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500
Attorneys for Defendant Silverstein Properties, Inc.

OCT 26 2007

SO ORDERED:

______________________
Hon. George B. Daniels
United States District Judge

298417/24305

HON. GEORGE B. DANIELS