

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA, | Civil Action No. 07 CV 4612 (GBD) |
| Plaintiff / Realtor, | |
| vs. | |
| SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI, EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK, KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | |

-------------------------------------------------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chad E. Sjoquist, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, pro hac vice, of:

| | |
|---|---|
| Applicant's Name: | Louis J. Dennis |
| Firm Name: | Zetlin & De Chiara LLP |
| Address: | 801 Second Avenue |
| City/State/Zip: | New York, New York 10017 |
| Telephone | (212) 682-6800 |
| Fax: | (212) 682-6861 |
| Email address: | LDennis@ZDLaw.com |

Louis J. Dennis is a member in good standing of the Bar of the State of California and is admitted to practice in United States District Court Central District of California.

There are no pending disciplinary proceedings against Louis J. Dennis in any state or federal court.

Dated: October 31, 2007
   New York, New York

Respectfully submitted,

_____
Chad E. Sjoquist
Bar No. CS 0142
Zetlin & De Chiara LLP
801 Second Avenue
New York, New York 10017
Telephone:   (212) 682-6800
Fax:   (212) 682-6861

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA, | Civil Action No. 07 CV 4612 |
| Plaintiff / Realtor, | |
| vs. | |
| SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI, EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK, KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, | **AFFIDAVIT OF CHAD E. SJOQUIST IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | |

------------------------------------------------------------------------------- X

State of New York    )
                     )   ss:
County of New York   )

Chad E. Sjoquist, being duly sworn, hereby deposes and says as follows:

1. I am an associate of Zetlin & De Chiara, counsel to Defendant Skidmore, Owings & Merrill, LLP ("SOM") in the above-captioned action. I am fully familiar with the

proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of SOM's motion to admit Louis J. Dennis as counsel, pro hac vice, to represent SOM in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Dennis for over one year.

4. Mr. Dennis is of counsel to Zetlin & De Chiara LLP in Los Angeles, California and New York, New York.

5. I have found Mr. Dennis to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Louis J. Dennis, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Louis J. Dennis, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this motion to admit Louis J. Dennis, pro hac vice, to represent Defendant SOM in the above-captioned matter, be granted.

Dated: October 31, 2007
New York, New York

Respectfully submitted,

_____
Chad E. Sjoquist
Bar No. CS 0142

Notarized: 10/31/07

_____
Notary Public

RACHEL MARINO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6120953
Qualified In New York County
Commission Expires January 03, 20__

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

October 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LOUIS JAY DENNIS, #157586 was admitted to the practice of law in this state by the Supreme Court of California on February 7, 1992; that from the date of admission to December 31, 2002, he was an ACTIVE member of the State Bar of California; that on December 31, 2002, he transferred at his request to the INACTIVE status; that from that date to July 3, 2006, he was an INACTIVE member of the State Bar of California; that on July 3, 2006, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

      A True and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent via U.S. mail, postage prepaid on this 31st day of October, 2007 to the following counsel of record:

      Jerry V. Leaphart
      Jerry V. Leaphart & Assoc., P.C.
      8 West Street Suite, 203
      Danbury, CT  06810