Philip Touitou (PT - 4302)
HINSHAW & CULBERTSON LLP
Attorneys for Defendants
*Wiss, Janney, Elstner Associates Inc. and*
*Rolf Jensen & Associates*
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200 (Telephone)
(212) 935-1166 (Facsimile)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MORGAN REYNOLDS ON BEHALF OF
THE UNITED STATES OF AMERICA,

    Plaintiff/Relator,

    -against-

SCIENCE APPLICATIONS
INTERNATIONAL, CORP.; APPLIED
RESEARCH ASSOCIATES, INC.; BOEING;
NUSTATS; COMPUTER AIDED
ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL; DAVID
PARKS; DAVID SHARP; DANIELLE
VENEZANO, JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN
CONSULTING ENGINEERS, P.C.; SIMPSON
GUMPERTZ & HEGER, INC.; S.K. GHOSH
ASSOCIATES, INC.; SKIDMORE, OWINGS
& MERRIILL, LLP; TENG & ASSOCIATES,
INC.; UNDERWRITNERS LABORATORIES,
INC.; WISS, JANNEY, ELSTNER
ASSOCIATES, INC.; AMERICAN AIRLINES;
SILVERSTEIN PROPERTIES; AND UNITED
AIRLINES,

    Defendants.

---

No: 07 CIV 4612 (GBD)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of PHILIP TOUITOU, attorney for Defendant, WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| KEVIN R. SIDO | RENEE C. CHOY |
| Hinshaw & Culbertson LLP | Hinshaw & Culbertson LLP |
| 222 North LaSalle Street, Suite 200 | 222 North LaSalle Street, Suite 200 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| Tel: (312) 704-3000 | Tel: (312) 704-3000 |
| Fax: (312) 704-3001 | Fax: (312) 704-3001 |
| Email: ksido@hinshawlaw.com | Email: rchoy@hinshawlaw.com |

are admitted to practice pro hac vice to argue or try this particular case in whole or in part on behalf of Defendants WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC. in the above captioned case. A notation of Ms. Choy's and Mr. Sido's admission pro hac vice will be made on the roll of attorneys.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including he Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) System, counsel shall immediately apply for an EFC password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       November 5, 2007

SO ORDERED:

NOV 0 5 2007

*George B. Daniel*
HON. GEORGE B. DANIELS, U.S.D.J.

2

6225389v1 880267