UNITED STATES DISTRICT COURT   SCANNED
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA, | Civil Action No. 07 CV 4612(GBD) |
| Plaintiff / Realtor, | |
| vs. | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI, EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO: JOSEF VAN DYCK, KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, |  USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: NOV 07 2007 |
| Defendants. | |

-------------------------------------------------------------------- X

Upon the motion of Chad E. Sjoquist, attorney for Skidmore, Owings & Merrill, LLP and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that:

Applicant's Name:   Louis J. Dennis

Firm Name:   Zetlin & De Chiara LLP

Address:   801 Second Avenue

City/State/Zip:      New York, New York 10017

Telephone/Fax:    (212) 682-6800 / (212) 682-6861

Email address:    LDennis@ZDLaw.com

is admitted to practice pro hac vice for Defendant Skidmore, Owings & Merrill, LLP in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nyds.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

NOV 07 2007

_George B. Daniels_
United States District / Magistrate Judge
HON. GEORGE B. DANIELS