UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,  :<br><br>Plaintiff/Realtor,  :<br><br>vs.  :<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.,; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,  :<br><br>Defendants.  : | Case No. 07-CV-4612<br>(GBD) (DF)<br><br>**NOTICE OF MOTION** |

---

PLEASE TAKE NOTICE that, upon the accompanying declaration of Edward B. Keidan, Esq. and memorandum of law, defendant Teng & Associates, Inc. ("Teng") hereby adopts and joins for all purposes in the motion to dismiss submitted by co-defendants Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen & Associates, Inc., which is incorporated herein, and which

seeks to dismiss the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 9(b). Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen & Associates, Inc. filed their motion on October 9, 2007 (ECF entry #33) and re-filed on October 16, 2007 (ECF entries #57-59). To best serve justice and avoid unnecessary and duplicative effort, time and expense to the Court and the parties, Teng adopts and joins in that motion in its entirety. For the reasons stated in that motion, Teng requests that this Court dismiss the Plaintiff's Complaint in its entirety as against Teng with prejudice, and further seeks an award of attorneys' fees and expenses.

Wherefore, Teng respectfully requests this Court permit Teng to join and adopt the motion to dismiss submitted by Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen & Associates, Inc. in its entirety; grant the relief requested in that motion including attorneys' fees and costs; and for such other and further relief in favor of Teng as this Court deems just and proper.

Dated:  November 8, 2007
New York, New York

                              Respectfully submitted,

                              HUGHES HUBBARD & REED LLP

                              By: _____
                                  David W. Wiltenburg, Esq.
                                  Jeffrey S. Margolin, Esq.
                                  One Battery Park Plaza
                                  New York, NY 10004-1482
                                  (212) 837-6000
                                  Email:  wilten@hugheshubbard.com
                                                   Margolin@hugheshubbard.com

                              Counsel for Teng & Associates, Inc.

Of Counsel:
Edward B. Keidan, Esq. (Admitted *Pro Hac Vice*)
Conway & Mrowiec
20 South Clark Street, Suite 1000
Chicago, Illinois 60603
Phone: (312) 658-1100

60038331_1.DOC