**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA, | : | |
| Plaintiff/Realtor, | : | |
| vs. | : | Case No. 07-CV-4612 (GBD) (DF) |
| SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, | : | |
| Defendants. | : | |

---

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to this action and that on the 8th day of November, 2007, I did cause to be served via Federal Express true and correct copies of Teng & Associates, Inc.'s Notice of Motion to

60038338_1.DOC

Dismiss and accompanying Memorandum of Law and Declaration of Edward B. Keidan in the above referenced proceeding on:

Jerry Vincent Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810

and via U.S. first-class mail on:

E. Leslie Hoffman, Esq.
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401

David M. Pollack, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279

Michael J. Vardaro, Esq. Zetlin & De Chiara, LLP
Attorneys for Defendant
Skidmore, Owings & Merrill, LLP
801 Second Avenue
New York, NY 10017

Phillip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022

   I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       November 8, 2007

                                              /s/ Jeffrey S. Margolin
                                              Jeffrey S. Margolin