**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------
DR. MORGAN REYNOLDS on behalf of the     :
UNITED STATES OF AMERICA,     :
    :
    Plaintiff/Realtor,     :
    :
vs.     :    Case No. 07-CV-4612
    :       (GBD) (DF)
SCIENCE APPLICATIONS INTERNATIONAL     :
CORP., APPLIED RESEARCH ASSOCIATES, INC.;     :
BOEING; NuSTATS; COMPUTER     :
AIDED ENGINEERING ASSOCIATES, INC.;     :
DATASOURCE, INC.; GEOSTAATS, INC.;     :
GILSANZ MURRAY STEFICEK LLP;     :
HUGHES ASSOCIATES, INC.; AJMAL     :
ABBASI; EDUARDO KAUSEL;     :
DAVID PARKS; DAVID SHARP; DANIELE     :
VENEZANO; JOSEF VAN DYCK; KASPAR     :
WILLIAM; ROLF JENSEN & ASSOCIATES,     :
INC; ROSENWASSER/GROSSMAN CONSULTING     :
ENGINEERS, P.C.; SIMPSON GUMPERTZ &     :
HEGER, INC.; S.K. GHOSH ASSOCIATES,     :
INC.; SKIDMORE, OWINGS & MERRILL,     :
LLP; TENG & ASSOCIATES, INC.;     :
UNDERWRITERS LABORATORIES, INC.;     :
WISS, JANNEY, ELSTNER ASSOCIATES,     :
INC.; AMERICAN AIRLINES; SILVERSTEIN     :
PROPERTIES; and UNITED AIRLINES,     :
    :
    Defendants.     :
-----------------------------------------------------------------------

## <u>CERTIFICATE OF SERVICE</u>

       I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a

party to this action and that on the 8th day of November, 2007, I did cause to be served via

Federal Express true and correct copies of Teng & Associates, Inc.'s Notice of Motion to

60038338_1.DOC

Dismiss and accompanying Memorandum of Law and Declaration of Edward B. Keidan in the

above referenced proceeding on:

Jerry Vincent Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810

and via U.S. first-class mail on:

E. Leslie Hoffman, Esq.
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401

David M. Pollack, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279

Michael J. Vardaro, Esq. Zetlin & De Chiara, LLP
Attorneys for Defendant
Skidmore, Owings & Merrill, LLP
801 Second Avenue
New York, NY 10017

Phillip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022


      I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       November 8, 2007

                            /s/ Jeffrey S. Margolin
                              Jeffrey S. Margolin

2