UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the : <br> UNITED STATES OF AMERICA, : <br> : <br>       Plaintiff/Realtor, : <br> : <br> vs. : <br> : <br> SCIENCE APPLICATIONS INTERNATIONAL : <br> CORP., APPLIED RESEARCH ASSOCIATES, INC.; : <br> BOEING; NuSTATS; COMPUTER : <br> AIDED ENGINEERING ASSOCIATES, INC.; : <br> DATASOURCE, INC.; GEOSTAATS, INC.; : <br> GILSANZ MURRAY STEFICEK LLP; : <br> HUGHES ASSOCIATES, INC.; AJMAL : <br> ABBASI; EDUARDO KAUSEL; : <br> DAVID PARKS; DAVID SHARP; DANIELE : <br> VENEZANO; JOSEF VAN DYCK; KASPAR : <br> WILLIAM; ROLF JENSEN & ASSOCIATES, : <br> INC; ROSENWASSER/GROSSMAN CONSULTING : <br> ENGINEERS, P.C.; SIMPSON GUMPERTZ & : <br> HEGER, INC.; S.K. GHOSH ASSOCIATES, : <br> INC.; SKIDMORE, OWINGS & MERRILL, : <br> LLP; TENG & ASSOCIATES, INC.; : <br> UNDERWRITERS LABORATORIES, INC.; : <br> WISS, JANNEY, ELSTNER ASSOCIATES, : <br> INC.; AMERICAN AIRLINES; SILVERSTEIN : <br> PROPERTIES; and UNITED AIRLINES, : <br> : <br>       Defendants. : | Case No. 07-CV-4612 <br> (GBD) (DF) |

---

## CERTIFICATE OF SERVICE

I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to this action and that on the 8th day of November, 2007, I did cause to be served via Federal Express true and correct copies of Teng & Associates, Inc.'s Notice of Motion to

60038338_1.DOC

Dismiss and accompanying Memorandum of Law and Declaration of Edward B. Keidan in the above referenced proceeding on:

Jerry Vincent Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810

and via U.S. first-class mail on:

E. Leslie Hoffman, Esq.
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401

David M. Pollack, Esq.
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279

Michael J. Vardaro, Esq. Zetlin & De Chiara, LLP
Attorneys for Defendant
Skidmore, Owings & Merrill, LLP
801 Second Avenue
New York, NY 10017

Phillip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022

   I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       November 8, 2007

                                        /s/ Jeffrey S. Margolin
                                        Jeffrey S. Margolin