UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPER WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV4612<br>(GBD)<br><br><br><br>**CERTIFICATION OF PHILIP C. SEMPREVIVO** |

---

Philip C. Semprevivo, an attorney duly admitted to practice law in the State of New York, including the U.S. District for the Southern District of New York, certifies the following under penalty of perjury:

1.  I am a member of Biedermann, Reif, Hoenig & Ruff, P.C., attorneys for defendant Underwriters Laboratories, Inc. ("UL") in the within matter. As such, I am familiar with the facts and circumstances surrounding this action based upon a review of the file maintained by this law office.

2.  I submit this Certification in support of UL's Motion for Rule 11 Sanctions and Memorandum Of Law In Support Of Motion For Rule 11 Sanctions, PURSUANT TO Rule 11(c) of the Federal Rules of Civil Procedure.

3.  Attached hereto is a true and complete copy of the QUI TAM COMPLAINT and JURY DEMAND filed by Plaintiff on May 31, 2007, labeled Exhibit A.

4.  Attached hereto is a true and complete copy of the QUI TAM COMPLAINT and JURY DEMAND filed by Judy Wood on April 25, 2007, labeled Exhibit B.

5.  Attached hereto as Exhibit C, are copies of articles and press releases concerning this case, the Wood case, and the Relator's complaints against NIST. Notably, several of the press releases provide links to Mr. Leaphart's email address and Relator's own websites.

6.  Attached hereto are true and complete copies of information from the Scholars for 9/11 Truth website, including its full group membership list and associate member list, and various press releases, labeled Exhibit D.

7.  Attached hereto are true and complete copies of documentation providing information regarding Relator's Counsel, Mr. Leaphart's own speaking engagements

promoting the common agenda between Mr. Leaphart and the Relator in the above captioned action, Mr. Reynolds, labeled Exhibit E.

8.   Attached hereto are true and complete copies of various pages from Relator's website, "nomoregames.net," labeled Exhibit F.

9.   UL respectfully refers the Court to Defendant UNDERWRITERS LABORATORIES, INC.'S Memorandum of Law In Support of Motion For Rule 11 Sanctions attached herein, and requests that the Court award it attorneys' fees and expenses due to the frivolous nature of the Relator's complaint. As discussed fervently in both the ARA Motion, for which Defendant UL has joined, as well as the Memorandum Of Law In Support Of Motion For Rule 11 Sanctions by Defendant UL, the Relator's complaint lacks any merit in both fact and law. Clearly, the Relator's complaint has no chance of success as it premised upon outlandish theories and baseless allegations.

**WHEREFORE**, for all the foregoing reasons, in addition to all of the arguments set forth in the UL Motion for Rule 11 Sanctions and Memorandum Of Law In Support thereof, Defendant Underwriting Laboratories, Inc. seeks an Order:

(a)   Imposing sanctions brought pursuant to Rule 11 of the Federal Rules of Civil Procedure;

(b)   awarding Underwriting Laboratories, Inc. attorneys' fees and expenses; and

(c)   granting such other and further relief as this Court deems just and proper.

Dated: November 8, 2007

Respectfully submitted,

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____
Philip C. Semprevivo (PS1526)

570 Lexington Avenue
New York, New York 10022
(212) 697-6555
psemprevivo@bhmr.com

*Attorneys for Defendant Underwriters Laboratories, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on November 8, 2007, I electronically filed the foregoing Declaration with the Clerk of Court using the CM/ECF system, which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Attorney for Relator*

Gail D. Zirkelbach, Esq.
Adam S. Ennis, Esq.
William David Byassee, Esq.
E. Leslie Hoffman, III, Esq.
gdzirkelbach@jacksonkelly.com
aennis@jacksonkelly.com
dbyassee@jacksonkelly.com
phoffman@jacksonkelly.com
*Attorneys for Applied Research Associates, Inc.*

David M. Pollock, Esq.
dpollock@donovanhatem.com
*Attorney for Simpson, Gumpertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*

Philip Touitou, Esq.
ptouitou@hinshawlaw.com
*Attorney for Wise, Janney, Elstner Associates, Inc.*
*Rolf Jensen Associates, Inc., and*
*Teng & Associates, Inc.*

Chad Everett Sjoquist, Esq.
csjoquist@zdlaw.com
*Attorney for Skidmore, Owings & Merrill, LLP*

Dina R. Jansenson, Esq.
djansenson@fzw.com
service@fzw.com

Sean Thomas O'Leary, Esq.
soleary@wkgj.com

Jason Andrew Harrington, Esq.
Jason.harrington@wilsonelser.com

Renee C. Choy, Esq.
Kevin R. Sido, Esq.
rchoy@hinshawlaw.com
ksido@hinshawlaw.com

Edward B. Keidan
ebk@cmcontractors.com

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

None.

Dated: November 8, 2007

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____
    Philip C. Semprevivo (PS1526)
570 Lexington Avenue
New York, New York 10022
(212) 697-6555
psemprevivo@bhmr.com

*Attorneys for Defendant Underwriters Laboratories, Inc.*

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 9, 2007, our office electronically served the Relator and all other parties who as of that date had appeared in the action, copies of the following documents pursuant to Underwriters Laboratories, Inc.'s Motion for Rule 11 Sanctions: Notice of Motion for Rule 11 Sanctions; Certification of Philip C. Semprevivo; Memorandum of Law In Support of Motion for Rule 11 Sanctions by Defendant, Underwriters Laboratories, Inc.; and corresponding Exhibits to Memorandum of Law In Support of Motion for Rule 11 Sanctions.

I hereby certify that on November 12, 2007, our office mailed hardcopies of the Corresponding Exhibits to the Memorandum of Law In Support of the Motion for Rule 11 Sanctions to the Relator's Counsel via federal express mail.

I hereby certify that on December 7, 2007, I electronically filed the foregoing Certification with the Clerk of Court using the CM/ECF system, which will send notification of filing to the following e-mail addresses:

    Jerry V. Leaphart, Esq.
    jsleaphart@cs.com
    *Attorney for Relator*

    Gail D. Zirkelbach, Esq.
    Adam S. Ennis, Esq.
    William David Byassee, Esq.
    E. Leslie Hoffman, III, Esq.
    gdzirkelbach@jacksonkelly.com
    aennis@jacksonkelly.com
    dbyassee@jacksonkelly.com
    phoffman@jacksonkelly.com
    *Attorneys for Applied Research Associates, Inc.*

    David M. Pollock, Esq.
    dpollock@donovanhatem.com
    *Attorney for Simpson, Gumpertz & Heger, Inc. and*
    *Computer Aided Engineering Associates, Inc.*

Philip Touitou, Esq.
ptouitou@hinshawlaw.com
*Attorney for Wise, Janney, Elstner Associates, Inc.*
*Rolf Jensen Associates, Inc., and*
*Teng & Associates, Inc.*

Chad Everett Sjoquist, Esq.
csjoquist@zdlaw.com
*Attorney for Skidmore, Owings & Merrill, LLP*

Louis J. Dennis, Esq.
ldennis@zdlaw.com
*Attorney for Skidmore, Owings & Merrill, LLP*

Dina R. Jansenson, Esq.
djansenson@fzw.com
service@fzw.com

Sean Thomas O'Leary, Esq.
soleary@wkgj.com

Jason Andrew Harrington, Esq.
Jason.harrington@wilsonelser.com

Renee C. Choy, Esq.
Kevin R. Sido, Esq.
rchoy@hinshawlaw.com
ksido@hinshawlaw.com

Jeffrey Steven Margolin, Esq.
margolin@hugheshubbard.com
*Attorney for Teng & Associates, Inc.*

Edward B. Keidan
ebk@cmcontractors.com
*Attorney for Teng & Associates, Inc.*

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

None.

Dated: December 7, 2007

          BIEDERMANN, REIF, HOENIG & RUFF, P.C.

          By: _____
              Philip C. Semprevivo (PS1526)

          570 Lexington Avenue
          New York, New York 10022
          (212) 697-6555
          psemprevivo@bhmr.com

          *Attorneys for Defendant Underwriters Laboratories, Inc.*