## INSTANTANEOUS PULVERIZATION OF STEEL OF CONCRETE AND MORE:



**Figure 18**   Utter annihilation, caused by DEW?

Dr. Wood relies on information available at the website of and through publications of the Directed Energy Professional Society in support of the ablation and other effects mentioned above.

Another way of assessing this matter is the timing of the destructive interval; <10 seconds. This claim is supported in the first instance by the video of the event and by the official governmental

13

reports. What can be seen and what the reporting agencies have all uniformly concluded is that the destructive interval was approximately 10 seconds for WTC2 and less than <9 seconds for WTC 1. As to the latter, the timing was faster than that of free-fall in a vacuum from the height of the tower. That is all but inexplicable, absent directed energy weaponry because there were simply too many completely undamaged floors for none of them to have created some resistance. Faster than free-fall in a vacuum is simply untenable.
Below is the seismic data that Dr. Wood further relies on in confirmation of the timing issue:

SEISMIC DATA:



Figure 19  Seismic signals on 9/11/01



Figure 20 Seismic signals on 9/11/01, time-expanded view

14



Figure 21 The destruction of WTC1 appears to have taken less than 8 seconds.

Eyewitnesses also report phenomena consistent with DEW; including, by way of example, steel bars disappearing; and, more ominously, people disappearing. They also report hearing sound that is frequently described (by multiple witnesses) as that of a high pitched "jet engine." They also experienced what was described alternatively as high winds and/or hurricane force winds.

The Space Shuttle sent back photographs showing the extent to which the process of destruction resulted in the creation of a very high plume of particulate matter that Dr. Wood refers to, colloquially, as "dustification," as seen here:

**DUSTIFICATION SEEN FROM SPACE SHUTTLE:**



Figure 22 Photograph believe to be from 9/12/01

On behalf of Dr. Wood, I would appreciate an opportunity to present other of the rather voluminous data that Dr. Wood has compiled and/or invite you and appropriate representatives of the Air Force Research Lab, Directed Energy Directorate, to 'surf' Dr. Wood's website where a significant portion of data has been compiled and laid out in explanatory categories.

That website is:

http://janedoe0911.tripod.com

Upon doing so, I think you and your colleagues may well wish to have further discussions with us.

Respectfully,


Jerry V. Leaphart

Epilogue:



Figure 23   Picture of Edna Cintron as she stood in the epicenter of where a jetliner is said to have crashed into WTC 1:



Figure 24

17



Figure 25  The perpendicular holes are found in several buildings and in the streets.



| Register | Rules | FAQ | Members List | Calendar | Today's Posts | Search |

» **Political Hotwire** » **Society and Culture** » **Conspiracy Theories** » **Attorney Jerry Leaphart on Directed-Energy Weapons**

PostReply                                              Page 1 of 4  **1** 2 3 > Last »

Thread Tools    Search this Thread    Display Modes

---

02-21-2007, 11:35 PM                                                                 #1

**CB_Brooklyn**           **Attorney Jerry Leaphart on Directed-Energy Weapons**

Status: Junior Member       (I'm a new poster and unsure if this goes here or in the CT
Join Date: Feb 2007         forum. I figure since it's about Iran I should try posting here.)
Posts: 65

Jerry Leaphart speaks on evidence for DEW usage at the World
Trade Center on 9/11, and the government's probable plans to
use DEWs in Iran. He says the reason Iran wasn't attacked yet is
because of the WTC evidence exposure.

Downloadable MP3s of Leaphart's interview:
Dr Judy Wood / Attorney Jerry Leaphart Give Radio Interview |
9/11 Researchers

Quote

---

02-22-2007, 11:47 PM                                                                 #2

**Freedom for All**        **Re: Attorney Jerry Leaphart on Directed-Energy Weapons**

       Yeah, it should go to the Broken Pottery Place.



Status: Senior Member
Join Date: Aug 2006
Location: Los Angeles
Age: 47
Posts: 9,112

Quote

---

02-23-2007, 12:03 PM                                                                 #3

**The_Bear**              **Re: Attorney Jerry Leaphart on Directed-Energy Weapons**

hey CB, you from brooklyn?\



**Status:** Senior Member
**Join Date:** Jan 2007
**Age:** 3
**Posts:** 2,051

what's dew?

My friend, the Burmeese Bear, told me yesterday about an opinion poll carried out on Burmese attitudes to US foreign policy. "Like most people, they thought that it sucks," the Burmeese Bear told me. "But not for the usual reason. Burmese wanted to know why George Bush hasn't invaded their country yet."

Yet once again, know that I am The Bear.
- The Bear

Quote

02-24-2007, 01:06 AM                                                                    #4

### CB_Brooklyn

**Status:** Junior Member
**Join Date:** Feb 2007
**Posts:** 65

Re: Attorney Jerry Leaphart on Directed-Energy Weapons

Quote:
> Originally Posted by **Freedom for All**
> Yeah, it should go to the Broken Pottery Place.

Take a look at this 10 minute video and tell me what you think:
**911 OCTOPUS 8 - Unmasking the Media Perps**

Quote

02-24-2007, 04:34 AM                                                                    #5

### Freedom for All

**Status:** Senior Member
**Join Date:** Aug 2006
**Location:** Los Angeles
**Age:** 47
**Posts:** 9,112

Re: Attorney Jerry Leaphart on Directed-Energy Weapons

No. I'm not clicking a link when I have no idea what "tinyurl" is.

Besides, your OP said all that was needed, didn't it?

Quote

02-24-2007, 08:30 PM                                                                    #6

### CB_Brooklyn

**Status:** Junior Member
**Join Date:** Feb 2007
**Posts:** 65

Re: Attorney Jerry Leaphart on Directed-Energy Weapons

Quote:
> Originally Posted by **Freedom for All**
> No. I'm not clicking a link when I have no idea what "tinyurl" is.

> *Besides, your OP said all that was needed, didn't it?*

The tinyurl links to a very long URL starting with "www.livevideo.com". Assuming you're not frightened by the possbile contents, you should take a look.

**Quote**

03-12-2007, 12:12 PM                                                                 #7

**CB_Brooklyn**

Status: Junior Member
Join Date: Feb 2007
Posts: 65

**Re: Attorney Jerry Leaphart on Directed-Energy Weapons**

**See here for letter with original formatting and URL links intact:**
Email to 16,000+ Newspaper Contacts in the United States | 9/11 Researchers

================================================
Dear Newspaper Investigators, Reporters, and Personnel, in the State of:

I have a question for you: If I supplied you with information you have not seen, information that is vital to expose to the American public, would you report it?

I ask for you to read this letter in full. After reading the letter, please check the links I provide. If you actually take the time to look through the information, I guarantee, you'll be surprised.

This letter concerns the real scientific evidence behind the 9/11 attacks.

What is the real scientific evidence? Dr Judy Wood is a former Professor of Mechanical Engineering from Clemson University. On June 7, 2006, Dr Wood made a presentation at the 2006 Society for Experimental Mechanics Annual Conference in St. Louis. She presented her paper titled "A Refutation of the Official Collapse Theory". Her presentation passed peer review and proved scientifically that the official story of the WTC destruction was false. She received no media coverage whatsoever.

Dr Wood has the key to the truth of 9/11! She, along with Dr Morgan Reynolds, are writing a scientific paper based on the evidence. Most of the evidence is visual and easily understood.

Their hypothesis, which is based on the available scientific data, is that a directed-energy weapon was responsible for the destruction of all seven buildings at the World Trade Center on 9/11. (Just in case you're not aware that directed-energy weapons exist and are being used, see this link for over a dozen articles and videos of the technology.)

One key part of their paper is analysis of the bathtub (slurry wall) at Ground Zero, and its apparent lack of functional damage. If one million tons of steel, concrete and other building material collapsed at freefall speed onto the bathtub, it would have broken through and flooded

downtown Manhattan.

They also note the low seismic readings, and show calculations proving the readings should have been much higher.

Another section in their paper reveals large round holes in the roof of WTC 5 and WTC 6.

The photographs also show very little debris where the towers were. Each ¼ mile high tower had 47 massive core columns that if laid end to end, would stretch over 20 miles. There's no sign of these columns in any of the photographs. They couldn't have been removed overnight.

One of the highlights of their paper is the dozens of photos of toasted cars. Some 1,400 cars received damage that cannot be explained by conventional weaponry. Take a look at the pictures for yourself and note the anomalies.

Drs Judy Wood and Morgan Reynolds frequently do radio interviews. (MP3s downloadable from Judy's site.) Perhaps you'd like to interview them? The people in your community would benefit from knowing the actual evidence of 9/11.

Another courageous person speaking up is attorney Jerry Leaphart. On December 14, 2006 he addressed the NCST Advisory Committee Meeting. Also, on February 6, 2007 he wrote NIST regarding the "quality" of their final report. He also filed a FOIA request for NIST documentation.

(If you're convinced that NIST did a thorough investigation, you should be aware that NIST did not even analyze the so-called "collapses". NIST admits this themselves in the footnote on page 82 of their report. Page 132 of the PDF version.)

Many of you have heard of Professor Steven Jones, formally from Brigham Young University. He's one of the most well known people to speak up for the "controlled demolition theory" on 9/11. Unfortunately however, Jones' misrepresentations of Drs Wood and Reynolds' research seem to mirror that of his previous free-energy work in 1989. Based on the repeat pattern, the original cold fusion research by Drs Pons and Fleischman should be reexamined.

Steven Jones called his WTC demolition theory a "hypothesis to be tested", despite Judy Wood's successful peer reviewed presentation. Jones has been on TV many times, Wood has not.

In early 2006, one of Dr Wood's students, Michael Zebuhr, was murdered under very suspicious circumstances. Not only was Michael doing 9/11 research with Dr Wood, but their research was specifically to prove Dr Jones work faulty. After the murder, Wood received an email stating "we've done it before and we will do it again if need be".

There is a new site devoted to 9/11 research: <u>9/11 Researchers | Open Resource for 9/11 Researchers</u>

Looking through this site, you'll see a treasure trove of scientific

analysis. One example is an analysis of the dialog of TV newscasters, which has been shown to be scripted. Another example is the footage from CNN showing an aluminum airplane gliding smoothly into the steel/concrete tower as it glides through the air. (We believe this CNN footage to be pure 2-D animation.) One final example is an article in Technology Review magazine. This article details how the military and TV networks have the ability to alter live video, and that the evening news can no longer be trusted!

Please look at the information in this letter instead of automatically jumping to conclusions. Again, if you look through the information, I guarantee you'll be surprised.

Sincerely,
CB
Brooklyn NY

03-12-2007, 12:21 PM    #8

**Kyryahn**



**Status:** Senior Member
**Join Date:** Jan 2007
**Location:** France
**Age:** 29
**Posts:** 1,998

Re: Attorney Jerry Leaphart on Directed-Energy Weapons

Yeah and at this moment Osama is drinking Coke while joking with Cheney at his ranch, Al Qaeda is a pro-US association and Daniel Pearl and Nick Berg were just actors in an horror muslim movie.
Sometimes I understand republicans.
Sometimes...

___
Life is not a journey to the grave with the intention of arriving all pretty and preserved, but rather skid on the broadside thoroughly used up, totally worn out and loudly proclaiming... 'WOW' What a ride!
- Unknown



03-12-2007, 02:27 PM    #9

**operator kos**



**Status:** Member
**Join Date:** Dec 2006
**Posts:** 810

Re: Attorney Jerry Leaphart on Directed-Energy Weapons

Judy Wood is a BS disinfo artist. Her attempts at making the truth movement look ridiculous have been debunked over and over again by real truthers.

___
The answer to 1984 is 1776.

http://www.fightingforgod.com

**Quote**

03-12-2007, 02:36 PM                                                                                      #10

### CB_Brooklyn

Re: Attorney Jerry Leaphart on Directed-Energy Weapons

**Status:** Junior Member
**Join Date:** Feb 2007
**Posts:** 65

Quote:
> Originally Posted by **operator kos**
> Judy Wood is a BS disinfo artist. Her attempts at making the truth movement look ridiculous have been debunked over and over again by real truthers.

You are spreading disinfo by saying such a thing. There is absolutely NO evidence for what you said. Your comment that she has been debunked is a total lie.

**Quote**

**PostReply**                                   Page 1 of 4  **1**  2  3  >  Last »

« More whackos on 9-11 conspiracies | Documented proof of........ »

---

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **On**
Pingbacks are **On**

**Forum Jump**
Conspiracy Theories   **Go**

### Similar Threads

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| The Bush administration is bracing for impeachment hearings in Congress. | Vortex | U.S. Politics | 371 | 02-19-2007 10:24 AM |
| Bush Hatred | Righty | U.S. Politics | 687 | 02-02-2007 07:17 PM |
| Why don't Americans like Europe? | Leo | U.S. Politics | 211 | 10-22-2006 04:08 PM |
| Did Bush Really Lie about Prewar Intelligence? | YoungRepublican | U.S. Politics | 110 | 08-18-2006 02:48 PM |
| Awesome News: Senate Passes Oil Drilling Bill | David Duke | U.S. Politics | 32 | 08-06-2006 06:07 AM |

- 
- 
- 
  - -- TvB Curves Fluid 

Sponsored Links: Calcium Supplement .

All times are GMT -4. The time now is 12:22 PM.

Contact Us - Political Hotwire - Archive - Top

Powered by vBulletin Version 3.6.0
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.
SEO by vBSEO 3.0.0 RC3 © 2006, Crawlability, Inc.

Scholars for 9/11 Truth         Home page                    Journal Articles



# 9/11 SCHOLARS REVIEW

Home     Current Issue     Contents     Author Index     About Us     Submissions

The *9/11 Scholars Review* is a peer-reviewed, open-access, electronic-only journal covering the whole of research related to 9/11/2001. All content is freely available online.

**An invitation to submit**

The editors invite submissions of manuscripts by all researchers working at the forefront of investigations related to 9/11/2001 and its aftermath.

## NOW HERE

*Editors:*

### Dr. Morgan Reynolds

Professor emeritus, economics, Texas A&M University, College Station, TX;
former chief economist, U.S. Dept. Labor 2001-2;
former Director, Criminal Justice Center, National Center for Policy Analysis.
Ph.D. in economics, University of Wisconsin, Madison, 1971
M.S. Economics, University of Wisconsin, Madison, 1969
B.S. Economics, University of Wisconsin, Madison, 1965

econrn@suddenlink.net

### Dr. Judy Wood

Former professor of Mechanical Engineering, Clemson University, Clemson, SC
Ph.D. in Materials Engineering Science, from the Department of
Engineering Science and Mechanics, Virginia Tech, 1992

M.S. Engineering Mechanics, Virginia Tech, 1983
B.S. Civil Engineering (Structural Engineering), Virginia Tech, 1981

lisajudy@nctv.com

**Manuscripts to be considered for publication should be sent to one of the Editors. All papers will be subjected to peer-review prior to online publication.
Preferably, manuscripts should be submitted electronically. Referee reports and correspondence should also be sent by e-mail if possible.**



Scholars for 9/11 Truth                 Home page                  Journal Articles



# 9/11 SCHOLARS REVIEW

## About the Journal

Home        Current Issue        Contents        Author Index        About Us        Submissions

*9/11 Scholars Review* provides an international medium for discussion, analysis and debate of important and controversial issues within its subject area. Well-reasoned contributions from diverse perspectives are welcome.

This journal is intended to foster a tradition of rational criticism within the 9/11 research community for the benefit of its own participants, 9/11 activists, the general public, the national and the international media, and the government.

All submissions will be subject to review. Emphasis will be given to the quality of reasoning and the scope and nature of the evidence analyzed. Information about submissions may be found on the Submissions page.


EDITORIAL FOCUS

The Destruction of the WTC
Planes/No Planes
All other aspects of 9/11 and its aftermath


ADVISORY EDITORIAL BOARD

Jerry Leaphart, Attorney and 9/11 activist, NCST Presentation, December 14, 2006