Exhibit F



• Home

• Recent Articles

• Economics

• Politics

• 9/11

• Other Conspiracies

No More Games • Net — 9/11

# Reynolds Makes a Federal Case of 9/11 — Sues NIST Contractors for 9/11 Plane Fraud

Morgan Reynolds
August 21, 2007

## Summary:

Last month the U.S. District Court, Southern New York, unsealed a 9/11 case filed by Dr. Morgan Reynolds, thereby making the case public. Reynolds is suing on behalf of the United States of America after the U. S. Attorney for the Southern District of New York who represents "the government" declined to intervene in the case. The suit, a so-called qui tam case, alleges that the 9/11 contractors NIST hired to investigate destruction of the WTC Towers on 9/11 defrauded the U.S. government of substantial money by rendering bogus, impossible physical analysis and animations about how two hollow aluminum aircraft (allegedly Boeing 767s) flew into a steel/concrete tower and disappeared. Yet it can be easily demonstrated, after a great deal of hard work by dedicated 9/11 researchers, that no planes hit the towers. The office of Reynolds' attorney, Jerry V. Leaphart of Connecticut, is now serving(notifying) the defendants in the suit, including Science Applications International Corporation (SAIC), Applied Research Associates (ARA), Boeing, American Airlines, United Airlines and Silverstein Properties. I will post new information on the case as developments warrant.

Unsealed Complaint PDF here.

00198722
Visits to my site!

The 9/11 Files Topsites

Copyright Morgan Reynolds 2006+ unless otherwise specified. Distribution of and linking to the articles on this website is strongly encouraged, as long as the content is not manipulated or distorted in anyway.



## No More Games • Net — Homepage

*"The American people know what they saw with their own eyes on September 11, 2001. To suggest any kind of government conspiracy in the events of that day goes beyond the pale."*
— Robert Gates, Secretary of Defense, former Director of the Central Intelligence Agency (CIA), and former president of Texas A&M University.

- Home
- Recent Articles
- Economics
- Politics
- 9/11
- Other Conspiracies

### Is this your first visit to the site?

If so, be sure to check out my article "Why Did the Trade Center Skyscrapers Collapse?"

View my bio. I'll add an FAQ later.

### Links

Here are some other websites that you might also want to check out.

**911:**
911logic.blogspot.com
Cooperative Research
9/11 Hoax
911research.wtc7.net
Pentagon Research
Portland Indymedia
Prison Planet
Re-open 911
www.serendipity.li
Scholars for 9/11 Truth
The Web Fairy - 9/11 Memorial
Dr. Judy Wood
Killtown
Still Diggin
Pump it Out

**POLITICS:**
AntiWar
Lew Rockwell

**ECONOMICS:**
Com Stock Funds
Yahoo Finance
Fleckenstein Capital
Gloom Boom Doom
Gold Eagle
Liberty Dollar
Mises
CNN - Money
Prudent Bear

**OTHER CONSPIRACIES:**
Assassination Science

**Interview Links:**
Prof Morgan Reynolds - Discusses DEW and K Barrett and 911 Research - Dynamic Duo 30 Oct 2007
Judy Wood - Kevin Barrett - Truth Jihad Radio - 27 Oct 2007
Dr. Judy Wood and Ambrose Lane--WTC and DEW--26 October 2007 Part I and Part II
Prof Morgan Reynolds and Jim Fetzer - NIST and Newtons Laws Part II - Dynamic Duo - 23 Oct 2007
Prof Morgan Reynolds and Jim Fetzer - NIST and Newtons Laws - Dynamic Duo - 18 Oct 2007
Ace Baker - 9/11 Video Fakery
Prof Morgan Reynolds - Madison Science Conference - 20 Aug 2007



## No More Games • Net — Recent Articles

- Home
- Recent Articles
- Economics
- Politics
- 9/11
- Other Conspiracies

- Reynolds Files Appeal of NIST Denial of His "Request for Correction" «« • »» Morgan Reynolds

- NIST Denies Reynolds' Request for Correction: Preliminary Thoughts «« • »» Morgan Reynolds

- I had a car crash «« • »» Road Runner with rebuttal by Morgan Reynolds

- Nice Guy Kevin Barrett Spins 9/11 Planes: A Peer Review «« • »» Morgan Reynolds and Judy Wood

- Madison "What Planes?" Presentation «« • »» Morgan Reynolds

- Reynolds' Supplement to his "What Planes?" NIST Request for Correction «« • »» Morgan Reynolds

- Reynolds Makes a Federal Case of 9/11 Sues NIST Contractors for 9/11 Plane Fraud «« • »» Morgan Reynolds

- Reynolds Booted from No Plane Club Inducted Into 'Dirty Liars Club' «« • »» Morgan Reynolds

- A physicist critiques Steven Jones' new paper «« • »» Stephen Phillips

- 9/11 Studies as Austro-Libertarian Opportunity «« • »» Ace Baker
  An open letter to the faculty and students of the Ludwig von Mises Institute, and to libertarians in general

- Request for Correction from NIST «« • »» Morgan Reynolds

- The Arkansas Auto Tax Rip-Off «« • »» Morgan Reynolds

- Hustler Magazine - "Was 9/11 an INSIDE JOB?" (Critique / Rebuttal) «« • »» Andrew Johnson

- Reynolds Booted From SPINE «« • »» Morgan Reynolds

- Getting to Know Robert M. Gates «« • »» Morgan Reynolds

- Labor and the Austrian School «« • »» Morgan Reynolds