Exhibit C

Why Doubt 9/11?   Who Are We?   Press Releases   Resources   Links   Contact Us   Get Involved!   Login   Search

Home   Beginner?   Headlines   Events   Books   Papers   Articles   Media   Perspectives   Foreign Perspectives

**11 OCTOBER 2007 - 9/11 SCHOLAR FILES "QUI TAM" LAWSUIT AGAINST NIST**



## 9/11 Scholar files "Qui Tam" lawsuit again

ABSTRACT: A prominent member of Scholars for 9/11 Truth, Dr. Judy Wood, has filed a Qui Tam lawsuit against several co contracted by the National Institute for Standards and Technology (NIST) to provide technical assistance to NIST alleging fra performed concerning the official investigation of why and how the World Trade Center complex was destroyed on 9/11/01. L professor of mechanical engineering at Clemson University, has amassed evidence about the destruction of the World Trade her suit, which has now been unsealed by the Court and is available to the public.

http://www.opednews.com/articles/opedne_jim_fetz_071011_9_2f11_scholar_files__22.htm

Madison, WI (OpEdNews) October 11, 2007 – According to James H. Fetzer, founder of Scholars for 9/11 Truth, on Septeml after the sixth anniversary of the attacks on the World Trade Center (WTC), Federal Judge George B. Daniels of the Souther York signed a court order "unsealing" a 9/11 complaint filed by Dr. Judy Wood against the National Institute of Standards and 25, 2007.   "This may prove to be a crucial turning points in exposing the official cover-up of what actually happened on that I Fetzer.

The complaint alleges that contractors hired by the National Institute of Standards and Technology (NIST), an agency of the Commerce, violated the so-called False Claims Act in their work originally intended to "determine why and how WTC 1 and V following the initial impacts of the aircraft." Dr. Wood is suing on behalf of the United States of America because the U. S. Att Southern District of New York, which represents "the government," declined to intervene in the case, a so-called "Qui Tam" la

With the case unsealed, steps in the litigation now can be reported to the public in the same manner as any lawsuit pending i according to Jerry V. Leaphart, Attorney at Law, who is representing Dr. Wood in these proceedings.  Leaphart, who has bee in New York, New Jersey, and Connecticut, recognized that the situation was ripe for a Qui Tam suit in light of Dr. Wood's re contradicts the official NIST report.

According to Leaphart, Qui Tam is a legal provision under the False Claims Act (31 U.S.C. #3729 et seq.) that allows private those who are known as "whistleblowers," who possess knowledge of frauds committed against the United States to bring su "When the nation won't act on its own behalf," he added, "Qui Tam provides the means for citizens to compel the governmen duties and obligations under the law."

"NIST was hanging out with the wrong crowd," said Dr. Wood. "Apparently the people hired to do the work of figuring out how disappeared convinced NIST to focus on something else. NIST admitted to me in writing that it deliberately did not investigat unraveling of the WTC."she said. In its letter of July 27, 2007 to Wood, NIST acknowledged, "NIST only investigated the facto initiation of the collapses of the WTC towers, not the collapses themselves."

Dr. Wood holds degrees in Civil Engineering, Engineering Mechanics, and Materials Engineering Science. Fetzer added, "Si assistant professor in the Department of Mechanical Engineering at Clemson University and is arguably the best qualified 9/ world. I know of no one else whose qualifications come close to matching hers."

Dr. Wood is well known in the 9/11 truth movement for alleging fraud and requesting correction of the official report prepared recent Appeal of her Request for Correction (RFC), Wood presented compelling evidence that the Twin Towers were destroy Energy Weapons (DEW).

She has also discovered that companies heavily invested in developing and manufacturing such black technology were also NIST project. They appear to have ignored evidence of DEW all around them, instead using their expertise to cover up the k employed.

Although NIST declined to correct NCSTAR 1 as demanded by Dr. Wood, NIST did respond in part by providing a specific de meant by the word "collapse" in its original report, NCSTAR 1, namely:

"a falling in, loss of shape, or reduction to flattened form or rubble of a structure."

This definition, however, turns out to be at odds with the basic premise of NCSTAR 1, insofar as the NIST never actually stud fall within the scope of this novel definition. "That is fraud," declared Dr. Wood. [http://drjudywood.com/articles/NIST/Qui_Ta

"Indeed," said Fetzer, who recently retired as a professor of philosophy after 35 years of college teaching, "that definition wou consistent with the destruction of the building by means of a nuclear explosion, which flattened it and turned it to rubble. NIS it happened."

Dr. Wood's federal Qui Tam case asserts that the corporate and individual defendants committed actionable fraud under the Her lawsuit seeks reimbursement of monies paid, penalties and interest.

"The most shocking claim," Attorney Leaphart has observed, "may be that some of the defendants include those actually invo and manufacture of directed energy weapons and the development of covert psychological operations, which Wood claims w in the events of 9/11." Her complaint states, in part:

"[The] defendants...committed fraud in seeking to have NCSTAR 1 deceive the public into not recognizing that WTC1, 2 cou possibly have been destroyed in the manner seen absent the use of DEW. Some of the defendants knew as much; other de or if they did not, they should have known. To the extent they did not know, such ignorance was willful, intentional and action Claims Act."

Leaphart's office has already served the defendants with notice of the complaint that has been filed against them. Defendant Applied Research Associates (ARA), Science Applications International Corporation (SAIC), and Underwriters Laboratories, should be very interesting," said Fetzer. "I predict you'll be hearing more about it. We are burrowing deeper and deeper into

James H. Fetzer
Founder
Scholars for 9/11 Truth


Links to Court Documents

http://drjudywood.com/pdf/070912_7cv3314orderunsealed.pdf

http://drjudywood.com/pdf/070425_orig_filing.jpg

http://drjudywood.com/pdf/070112_07cv3314complaint.pdf

http://drjudywood.com/pdf/150_JudyWood_NIST_RFC6.pdf

http://drjudywood.com/pdf/Wood_supplement1_to_RFC.pdf

http://drjudywood.com/pdf/Wood_supplement2_to_RFC1.pdf

http://drjudywood.com/pdf/070822_RFC_Appeal17a_JW.pdf


**Next >**

[ Back ]

©2007 Scholars for 9/11 Truth - Questions? Contact Us

**Coffee Exposed**
A shocking secret coffee co's don't want you
to know
**All Military Records ®**

# TOTAL 911 INFO

## Friday, March 23, 2007

## Dr. Judy Wood files against NIST for WTC lies

_DrJudyWood.com_ March 22:



"Dr. Judy Wood (with degrees in Civil Engineering, Engineering Mechanics, and Materials Engineering Science), widely acknowledged as the leading proponent of the theory that Directed Energy Weapons (<u>DEW</u>) were used to destroy the World Trade Center (WTC) complex, has filed a Request for Correction under the Data Quality Act with the National Institute of Standards and Technology (NIST), located in Gaithersburg, MD.

Dr. Wood is represented in this effort by Attorney Jerry Leaphart, a Connecticut-based trial lawyer, who states that NIST now has 60 days to respond to the RFC. After that, an appeal can be taken and/or other legal action may then follow.

Leaphart further states that Dr. Wood knows that the implications of her theory that <u>DEW</u> were used to destroy the WTC complex shatter certain key beliefs that Americans as a whole cherish and hold dear. Her theory has generated a lot of interest and commentary within the 9/11 Truth Movement that relies primarily upon the Internet as its media source. Mainstream print and broadcast media do not cover the 9/11 Truth Movement, but may need to take heed of this administrative action filed by Dr. Wood, according to

[ The place to find all the real cutting edge information, news, and analysis on the terror attacks of September 11, 2001. ]

[PLEASE USE XML FEED]
SEND TIPS
PGP TIPS

[TOTAL911.INFO HOME]

[ ► KEY VIDEO ]

C-SPAN v HAMILTON
DU HIT PENTAGON
MARTIAL LAW 9/11
GRIFFIN @ UWMADISON
LOOSE CHANGE
PENTAGON FLASH
911: IN PLANE SITE
WTC7: PULL IT
PAINFUL DECEPTIONS
911 ROAD TO TYRANNY
FOX: ISRAEL SPIES
HOPSICKER TRIO
CARLYLE EXPOSED
F'HEIT911 CLIP/FULL
SEN. DAYTON v NORAD
NYFD: BOMBS IN WTC
SHAM KEAN GOVT
HEARINGS
CONGRESS HEARINGS

GNN: S-11 REDUX

[ 📖 KEY DOCUMENTS ]
PNAC: NEW PEARL
HARBOR
OPERATION NORTHWOODS
UDAY/PUTIN/VREELAND
OBL WAS TIM OSMAN
BOJINKA - CENSORED
W 199 EYE
VREELAND NOTES
BIN LADEN & W
BUSH<1<2
GOV SHAM
911COMMISSION
USA PATRIOT ACT
6 AUG 01
PDB(scrubbed)
CONGRESS 911 REPORT

Coffee Exposed
A secret that coffee co's
don't want you to know.
www.coffeefool.com

[ 🔊 KEY AUDIO ]
VREELAND [1] [2]
STANLEY HILTON
ELLEN MARIANI
GREG PALAST
WHAT WOULD YOU DO?
SIBEL EDMONDS
MEACHER, MP
GOV VENTURA v NORAD

[ NEWS LINKS ]
9/11 ACTIVISM INFO
9/11 CITIZENS WATCH
911 CLOSE UP
911 TRUTH ACTION
911 TRUTH ALLIANCE
911TRUTH.ORG
911 VISIBILITY
PROJECT
GOV SHAM
911COMMISSION
AMERICAN FREE PRESS
AWOKEN: 9-11
BLACK OP RADIO
[🔊] JACK BLOOD
CLOAK & DAGGER
COOPERATIVE RESEARCH
CTRL
🔊 DAVE EMORY
NEWS GOOGLE
INFO CLEARING HOUSE
INFOWARS
INN: 911
LETSROLL911.ORG

Attorney Leaphart.

Leaphart said that to his knowledge, only three RFCs concerning NIST's WTC report have been filed to date. One by Dr. Morgan Reynolds, another by Edward F. Haas and the one filed by Dr. Wood. All three are currently pending.

The 43 page RFC filed by Wood asserts that the basic integrity of NCSTAR 1 is lacking because, by its own admission, it did not investigate the actual destruction of the World Trade Center Towers.

NCSTAR 1 admits:

"The focus of the investigation was on the sequence of events from the instance of aircraft impact to the initiation of collapse for each tower. For brevity in this report, this sequence is referred to as the "probable collapse sequence," although it does not actually include the structural behavior of the tower after the conditions for collapse initiation were reached and collapse became inevitable." [See NCSTAR 1, pgs xxxvii, footnote 2 and/or 82, footnote 13]...

Thus, to this day, Americans have not been given any explanation whatsoever for the destruction of the WTC complex that comports with information and quality standards.

In contrast, Dr. Wood's RFC contains a stunning array of visual evidence confirming highly unusual energy effects seen by all as the twin towers were almost instantaneously destroyed in less time than it would take a billiard ball to hit the ground if dropped from the height of the twin towers.

That fact is assessed on the basis of the two other laws of physics in Wood's RFC, thus confirming its scientific rigor. Wood also points to other compelling evidence that NIST ignored. Wood's RFC shows visual evidence of unusual and unexplained blast effects on vehicles parked blocks away from the complex. Wood also demonstrates unexplained visual damage in the form of perpendicular gouges in WTC 4,5,6 and the near disappearance of WTC 3, all of which remain unexplained by NIST to this day. Wood goes further and points out that the incredible amount of dust resulting from the visible process of steel disintegrating before our very eyes all point to the use of directed energy weapons. One other element of Wood's proof is the almost complete lack of even a rubble pile at the WTC complex. Wood asks: Where did it go?

TOTAL 911 INFO                              http://www.total911.info/2007/03/dr-judy-wood-files-against-nist-fo...

LETSROLL911 FORUM
LIBERTYFORUM: 9/11
LIBERTYTHINK
PRISON PLANET
PROPAGANDA MATRIX
RENSE.COM WHAT REALLY
HAPPENED

[ GOOGLE WIRE ]
AFGHANISTAN
AL QAEDA
BIN LADEN CARLYLE
GROUP
CIA
KEAN COMMISSION
MI6
MOSSAD
NORAD
OFFICE/SPECIAL PLANS
PATRIOT ACT
PENTAGON
PNAC
SHANKSVILLE
WORLD TRADE CENTER

[ LIVE AUDIO ]
911TRUTHRADIO.com
GCN [1] [2] [3] [4]
REPUBLIC [16k] [32k]

Added to all of that is the fact that whatever the energy and heat source was, it had no effect upon paper that was seen floating everywhere and not burning very much, if at all.

Dr. Wood's RFC demonstrates all of the above mentioned effects in its 43 pages of text and pictorial proof. The combined effects of gravity, jet fuel (a form of kerosene) and plane damage could not possibly have caused the massive destruction that occurred on September 11, 2001, in New York City, according to Dr. Wood. The wonder of it all is that more engineers and scientists have not come forward to challenge the woeful, scientific inadequacies of the official explanation.

Dr. Wood invites her peers and colleagues to set aside their emotional attachments and to view the evidence objectively. Then and only then can America come to grips with what happened on 9/11/01, according to Dr. Wood.
------

Labels: directed-energy, NIST, WTC

[ Archives ] .....---
       .....| Posted by Total at 11:17 PM | PERMA-LINK |



Peace Ringtone
Send this ringtone to your phone right now!
RingRingMobile.com
World Peace Newsletter

Comments:

Post a Comment



Bottom | Star Wars Beam Weapon | Dirt | Billiard Balls | Press Release | DQA-NIST | Whistleblower Information | Scientific Method | Why Indeed | Articles | **NEWS** | official challenges | Presentations | Videos | WTC2 Strike | Oath | Links | West



# 9/11 Issues

### Yes, there are issues with 9/11!

*"A time comes when silence is betrayal."*
*– Martin Luther King*

Judy Would - a 9/11 truth song by ace baker
Blown to Kingdom Come - Ace Baker

HUNT THE RUBBLE!



*janedoe's video page*

*Brief Bio*

### Welcome to my new site!

This is the new home of 9/11 Issues, previously at janedoe0911.tripod.com
Tripod recently began corrupting my web pages so that those with Windows Internet Explorer were blocked from viewing my web pages.
I am very grateful to Andrew Johnson for his wonderful donation of this web space!

**Start Here**
Analysis of Collapse Time
Billiard Ball Example (BBE)

## Star Wars Directed-Energy Weapons (DEW)
*(brought to you by the Star Wars Program)*

*dustification page3*  *holes page4*  *toasted cars page5*  *lack-of-sufficient debri*

   

## Molecular Dissociation: from Dust to Dirt
*(brought to you by the Star Wars Program)*

*Alka-Seltzer (dirt1)*  *Fuzzballs (dirt2)*  *dirt (dirt3)*  *Cheetos (dirt4)*  *lathering-up (dirt5)*  *lathering-up (WTC7)*  *dust*

  

**I call for a true investigation** of what really happened on 9/11, not another puppet show or whitewash.
We can't count on NIST, FEMA, or the 9/11 Omission Commission to do it. So, let's get to work!

## NEWS

**11 October 2007**
**Judy Wood's Qui Tam Law Suit Unsealed**
**Click Here for more details**

**Related Articles**

**11 October 2007**
Interview: John R Moffett asked Jim Fetzer to arrange an interview/debatebetween him (John Moffett) and Judy

Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4
http://drjudywood.com/articles/DEW/StarWarsBeam1.html

Wood, as guests of Jim Fetzer,
on "The Dynamic Duo" Listen (mp3)
5-7 PM/EDT on GCN: http://www.gcnlive.com (ch. 4)

**27 September 2007**
Interview: Ace Baker is the guest of Jim Fetzer    **Related Links**
on "The Dynamic Duo" Listen edited: (mp3)
5-7 PM/EDT on GCN: http://www.gcnlive.com (ch. 4)    acebaker.com

**31 August 2007**
Interview: Judy Wood is the guest of James    **Related Links**
Hogue                                         Directed-Energy      RFC: What Happened was Not Inevitable (6.5 Mb), 16
on "House at Pooh Corner" on WGDR.org         Weapons (DEW)        March 2007
Listen : (mp3)                                From Dust to Dirt    - Response to RFC from Dr. Judy Wood, dated March 16,
4:30-6:00 PM/EDT, LISTEN LIVE                                      2007
Listen Live help page                         toasted cars        APPEAL of NIST initial denial dated July 27, 2007 (7.9
                                              more toasted cars   MB pdf)
nomoregames.net
                                                                  ARA's (and SAIC's) conflict of interest

| *Challenges* to NIST's 9/11 Investigations. | **New Articles** |
|---|---|

APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf)    Scholars' WTC Report Appeal acknowledged by NIST
22 August 2007, by Dr. Judy Wood                                 29 September 2007, by Jim Fetzer

Response to Request for Correction from Dr. Judy Wood, dated     Gorillas in the Midst: Perceptual Conformity
March 16, 2007                                                   21 September 2007, in honor of JP
27 July 2007, by NIST, Catherine S. Fletcher, Chief, Management and
Organization                                                    Professors Make Legal Challenges to NIST 9/11 World Trade Centre Report
National Institute of Standards and Technologydated July 27, 2007,   8 September 2007, by Andrew Johnson
USPS mail from Catherine Fletcher to Dr. Wood, dated July 30, 2007
                                                                Professors Make Legal Challenges to NIST 9/11 World Trade Centre Report
                                                                7 September 2007, DANBURY, CONNECTICUT,  Legal News

                                                                **Directed Energy Weapons and the World Trade Center**
                                                                (alternate pdf format)
                                                                Issue 45 | fall 2007, paranoiamagazine.com
                                                                2 August 2007, by Len Bracken

**27 August 2007**
Interview: Morgan Reynolds is the guest of Lenny Bloom    **Related Links**
on "Cloak and Dagger" Listen : (mp3)
5-6 PM/EDT, Live: cloakanddagger.de                       nomoregames.net
                                                          drjudywood.com

Earlier Events/Presentations

## Formal Challenges to the Official Story

**FY 2007 Information Quality Request for Corrections**    **Press Release RFC NCSTAR 1**
US Department of Commerce:                                 REQUESTS FOR CORRECTION OF NIST REPORT ON
Office of the Chief Information Officer                    DESTRUCTION OF WORLD TRADE CENTER FILED
                                                          22 March 2007

### WTC, DEW and NIST contractor, ARA, linked:    **RFC NCSTAR 1 and related documents**
### Major conflict of interest cited
                                                  APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf)
                                                  22 August 2007, by Dr. Judy Wood

                Supplement#2 to RFC submitted earlier (320 kb)    Response to Request for Correction from Dr. Judy Wood, dated
                Supplement#2 to PROD01_00                         March 16, 2007
                20 April 2007, Judy Wood                          27 July 2007, by NIST, Catherine S. Fletcher
                                                                 Chief, Management and Organization
                MEMORANDUM To: Dr. Judy Wood (232 kb)            National Institute of Standards and Technologydated July 27, 2007,
                30 March 2007, Jerry V. Leaphart, Attorney        USPS mail from Catherine Fletcher to Dr. Wood, dated July 30, 2007

                Supplement#1 to RFC submitted earlier (28 kb)    Extension of NIST review for Dr. Judy Wood Request
                Supplement#1 to PROD01_002667
                29 March 2007, Judy Wood

*Jerry V. Leaphart*
*Attorney*



*(click to enlarge)*

29 June 2007, email from Catherine S. Fletcher to Dr. Wood
Chief, Management and Organization
National Institute of Standards and Technology

WTC7: Complaint for Injunctive and Declaratory Relief filed
7 May 2007, Ed Haas and Jerry V. Leaphart

Response from Juventino R."Rich" Garcia via fax
Directed Energy Directorate, Air Force Research
Laboratory/DEO-PA, Kirtland AFB NM
4 May 2007, from Rich Garcia to Jerry V. Leaphart

DEW Information follow-up letter to response from the Office of
Public Affairs, Directed Energy Directorate, Kirtland Air Force Base
3 May 2007, from Jerry Leaphart to Rich Garcia

Supplement#2 to RFC submitted earlier (320 kb)
Supplement#2 to PROD01_002667
20 April 2007, Judy Wood

*Earlier articles* about challenging the Official Story

---

**More Events/Presentations**

---

*TOP*                **Articles**

### Molecular Dissociation: from Dust to Dirt
16 May 2007, Judy Wood , v. 0.5
*(ongoing series)*

**Under construction: This is too important to wait.**
*(Due to the seriousness of this issue, it is important to present the analysis and data as soon as possible. (Following the murder of my student, Michael Zebuhr, an extraordinary human being, I received an email stating, "we've done it before and we will do it again if need be.") Michael, this too is for you)*

### The Star Wars Beam Weapons
### Star Wars Directed-Energy Weapons
17 Oct 2006, Judy Wood and Morgan Reynolds, v. 0.5
*(ongoing series)*

**Under construction: This is too important to wait.**
*(Due to the seriousness of this issue, we felt it was important to present the analysis and data as soon as possible. (Following the murder of my student, Michael Zebuhr, an extraordinary human being, I received an email stating, "we've done it before and we will do it again if need be.") Therefore, expect this website to be added to and updated over the next few days. Michael told me, "Whatever happens, don't ever stop pursuing this. It's too important." Michael, this is for you)*

---

Scholars' WTC Report Appeal acknowledged by NIST
29 September 2007, by Jim Fetzer

Acting like a Grown-up
27 September 23 2007, by Steven Jones, Ace Baker, Morgan Reynolds

Gorillas in the Midst: Perceptual Conformity
21 September 2007, in honor of JP

Justice for Michael Zebuhr



Justice for Michael Zebuhr

a blog for research and updates
on the murder of Michael Zebuhr



The team casts a crankcase from aluminum.

PHOTO BY JUDY HAY
source: Popular Mechanics

Professors Make Legal Challenges to NIST 9/11 World Trade
Centre Report
8 September 2007, by Andrew Johnson

Professors Make Legal Challenges to NIST 9/11 World Trade
Centre Report
7 September 2007, DANBURY, CONNECTICUT,   Legal News

Nice Guy Kevin Barrett Spins 9/11 Planes: A Peer Review
5 September 2007, by Morgan Reynolds and Judy Wood

I Had a Car Crash
11 September 2007, by Roadrunner
with Comments on Newton's Third Law by Dr. Morgan Reynolds

Stories of September 11
26 August 2003, by Douglas Longenecker

Supporting Evidence for No-Planes and DEW (exotic weapons)
26 August 2007, excellent posts by Ace Baker and others
from www.nineeleven.co.uk/

Excellent Summary by "underscribed"
The 9/11 "official truth movement's" new cover-up
15 August 2007, excellent posts by "underscribed"
from forum.911movement.org/

Directed Energy Weapons and the World Trade Center
(alternate pdf format)
Issue 45 | fall 2007, paranoiamagazine.com
2 August 2007, by Len Bracken

Explosions or Collapse?
The Semantics of Deception and the Significance of Categories
(undated), by C. Thurston

Thoroughly Discredited
August 14, 2007, by Jeff Strahl

A Touch of "The Hidden Hand"?
Is the Next False Flag Attack on US Soil Near?
28 July 2007, by Andrew Johnson

Weighing the Evidence
23 July 2007, by CB_Brooklyn

9/11 Truth is Truth 101 (An Apple is an Apple)
22 July 2007, by Matt Kjeldsen

Transcript of "Micronukes vs Thermite/Thermate at WTC"
27 June 2007, Transcript by Andrew Johnson, Footnotes mainly
by Andrew Johnson, with additional comments by Prof Judy
Wood.

Chopper 5 Composite: An analysis of the live WNYW helicopter
video of UA Flight 175 striking the World Trade Center
June 2007, by Ace Baker

A Ladder 9 Murder
Death Of FDNY 9/11 Vet Probed As Murder
24 May 2007, comment on wnbc news article
XXX (needs material)

A physicist critiques Steven Jones' new paper
21 May 2007, by Stephen Phillips, Ph.D.

On the Manipulation of the 9/11 Research Community
17 May 2007, by James Fetzer, transcribed by Jeannon Kralj

**Formal Challenges to the Official Story**

*TOP*          **Special Articles**

Molecular Dissociation: from Dust to Dirt
16 May 2007, Judy Wood , v. 0.5
*(ongoing series)* For audio, see here, as well as individual pages

The Star Wars Beam Weapons Star Wars Directed-Energy
Weapons
5 January 2007, Judy Wood and Morgan Reynolds
*(ongoing series)* For audio, see here.

Rules of Disinformation
Including Articles by H. Michael Sweeney

Misinformation
False Memory Syndrome: Misinformation and Memory, and the
Creation of New Memories, Including Articles by Elizabeth F.
Loftus

*TOP*          **Articles (continued)**

Invitation to post a simultaneous response letter Response1
Email from Steven E. Jones to Judy Wood
Email from Judy Wood to Steven E. Jones

Invitation to post a simultaneous response letter Response2
Email from Steven E. Jones to Judy Wood
Email from Judy Wood to Steven E. Jones

DEW Sponsors and Department of Defense Contractors
25 April 2007,

Reading Between The Lines – Jenkins/Wood interview revisited,
Text, Subtext and The Truth About DEWs
10 April 2007, transcript by Andrew Lowe Watson, with added
pictures & comments

The Desert of the Real: the Soul of the World
7 April 2007, The Unapologetic Mexican

"Thinking for Ourselves" (mp3)
An interview with Judy Wood, Ph.D.
6 March 2007, A Slave Planet Interview

Dr. Greg Jenkins' "Directed Debunking Energy"
and Prof. Judy Wood
1 March 2007, by Andrew Johnson

The New "9/11 Hijackers"?
February 2007, by Andrew Johnson

Why Indeed Must it be Controlled Demolition?
An informal critique of Dr. Jones' hypothesis
30 January 2007, "Who"

The Greg Jenkins Analytical Method Ignores the Facts
28 February 2007, by Andrew Lowe Watson

Highlighting Directed Energy Weapons May Save the World from
War
8 February 2007, by Andrew Lowe Watson

Was 9/11 and Inside Job?

APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf)
22 August 2007, by Dr. Judy Wood

Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007
27 July 2007, by NIST, Catherine S. Fletcher
Chief, Management and Organization
National Institute of Standards and Technologydataed July 27, 2007,
USPS mail from Catherine Fletcher to Dr. Wood, dated July 30, 2007

Extension of NIST review for Dr. Judy Wood Request
29 June 2007, email from Catherine S. Fletcher to Dr. Wood
Chief, Management and Organization
National Institute of Standards and Technology

WTC7: Complaint for Injunctive and Declaratory Relief filed
7 May 2007, Ed Haas and Jerry V. Leaphart

Response from Juventino R."Rich" Garcia via fax
Directed Energy Directorate, Air Force Research Laboratory/DEO-PA, Kirtland AFB NM
4 May 2007, from Rich Garcia to Jerry V. Leaphart

DEW Information follow-up letter to response from the Office of Public Affairs, Directed Energy Directorate, Kirtland Air Force Base
3 May 2007, from Jerry Leaphart to Rich Garcia

Supplement#2 to RFC submitted earlier (320 kb)
Supplement#2 to PROD01_00
20 April 2007, Judy Wood

DEW Information Request Letter, with comments
7 April 2007, Judy Wood, comments by Jerry Leaphart

MEMORANDUM To: Dr. Judy Wood (232 kb)
30 March 2007, Jerry V. Leaphart, Attorney

Supplement#1 to RFC submitted earlier (28 kb)
Supplement#1 to PROD01_002667
29 March 2007, Judy Wood

RFC: What Happened was Not Inevitable (6.5 Mb)
16 March 2007, Judy Wood
(Other pdf resolutions available here.)

RFC: What Planes? (80 kb)
8 March 2007, Morgan Reynolds

Effort to halt government WTC7 investigation launched
1 March 2007, Edward F. Haas

Presentation made by Jerry Leaphart, challenging the official story
14 Dec 2006, The National Construction Safety Team (NCST)

[Is Steven Jones setting the truth movement up for a fall?]
6 January 2007, March Hustler Magazine, by Mark Johnson

Hustler Magazine Rebuttal - "Was 9/11 an INSIDE JOB?"
12 January 2007, Critique / Rebuttal Compiled by Andrew Johnson
Using Comments by Judy Wood, Morgan Reynolds, Jeff Strahl and Veronica Chapman

The Scientific Method Applied to the Thermite Hypothesis
14 December 2006, Judy Wood and Morgan Reynolds

Presentation made by Jerry Leaphart, challenging the official story
14 Dec 2006, The National Construction Safety Team (NCST)

Why Indeed did the WTC Buildings Disintegrate?
23 Aug 2006, janedoe0911, Morgan Reynolds and Judy Wood

Jonesville
28 Aug 2006, nomoregames.net, Morgan Reynolds and Judy Wood

Reynolds & Wood Try to Help Steven E. Jones
27 Aug 2006, nomoregames.net, Morgan Reynolds and Judy Wood

How They Did the Plane Trick at WTC 2
27 Aug 2006, nomoregames.net, Morgan Reynolds

Why Indeed did the WTC Buildings Disintegrate?
23 Aug 2006, nomoregames.net, Morgan Reynolds and Judy Wood, v. 1.0

Conspiracy and Closed Minds on 9/11
15 March 2006, Morgan Reynolds

We Have Some Holes in the Plane Stories*
5 Mar 2006, nomoregames.net, Morgan Reynolds, Ph.D.

Aluminum Glows
1 Mar 2006, janedoe0911, Judy Wood and Michael Zebuhr

| Rumsfeld is Asked About Exotic Weaponry | 911 Octopus 8: Media Perps Unmasked |



| | |
|---|---|
| 1:39 URL Video<br>Added: April 21, 2007<br>by "genghis6199 " | 9:53 URL Video by "bsregistration "<br>Also, video: Reading from the same script (LiveVideo) |

| Two Live shots vs Two Fake 911 Hoax Videos | Zooming In on The 911 Hoax:<br>Contrasting Four Shots with Video Analysis |
|---|---|
| 0:24 URL Video by "bsregistration "<br>(LiveVideo)<br>"Can we all agree that both shots on the right hand side are fake? If not, for those of you who think an airplane crashed into the south tower, how more... many planes crashed into it? Pick one that you think is the real UA 175. Then most of the other 36 videos are fake, including all of the ones that they aired on TV. If you think both videos on the right are real, you must have rather serious mental probems. All 4 videos are in sync and run at the exact same speed."<br>Also, video: Reading from the same script<br>911 OCTOPUS 8 - Unmasking the Media Perps | 4:52 URL Video by "bsregistration "0<br>(LiveVideo)<br>"The two live shots on top appear to show a missile attacking the South Tower of the World Trade Center. Whatever coming in is much smaller than UA more... 175 should be and looks nothing like a plane. The two shots on the bottom are fake. In the under the bridge shot the "black blob" goes in front of a building it should be behind for a couple of frames, and then is corrected. The fireball shows signs of tampering. The shot in the lower right appears to be a screencap of a bird which has been pasted into the image, and moves across much faster than the missile in the live shot. It's a fake." |

**History Repeats.**



Case 1:07-cv-04612-GBD    Document 78-5    Filed 12/07/2007    Page 14 of 29



*One picture of the inside of WTC6 and the other is the Murrah Building in OKC.*
*Can you tell which is which? (Hint: one of them has a wheatchex at the bottom.)*

*— Click on pictures to access links —*



**Analysis of WTC2 strike**



**Finnish Military Expert writes on 9/11**
**Enlarged portions of pictures in the ground-zero Tour**



**Picture Tour of ground zero**



**Close-up views of selected beams**

**Analysis of Collapse Time: Billiard Ball Example (BBE)**



| Case 1. | Case 2. | Case 3. | Case 4. | |
|---|---|---|---|---|
| Free-fall from roof | "collapse" every 10 floors | "collapse" every floor | if "collapse" initiated ahead of collapse wave | Seismic Evidence |

"A time comes when silence is betrayal." - Martin Luther King
"All that is necessary for evil to succeed is that good men do nothing." -Edmond Burke
"The world is a dangerous place, not because of those who do evil, but because of those who look on and do nothing." - Albert Einstein



*TOP*

## Martin Luther King

### "A time comes when silence is betrayal."

"These are the times for real choices and not false ones. One. We are at the moment when our lives must be placed on the line if our nation is to survive its own folly. Every man of humane convictions must decide on the protest that best suits his convictions, but we must all protest."

source
delivered 4 April 1967 at Riverside Church in New York City

Transcript here

**It's not my job!**



**Is this your excuse?**

*Complete Oath of Citizenship*

### U.S. Citizenship Oath:
*I hereby declare, on oath, that ... ...I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic...*

FBI Whistle blower, Sibel Edmonds



This foreign-born US citizen makes it her job to defend this country!
justacitizen.org

## Links

*TOP*

### 9/11 Sites

Blown to Kingdom Come - Ace Baker
Judy Would - a 9/11 truth song by ace baker

Pentagon : Hunt the Boeing! (French Site in English)
Shanksville: Hunt the Boeing II!
WTC: Hunt the Rubble! (Ace Baker)

http://thewebfairy.com
Killtown
Killtown's 150+ 9/11 Smoking Guns
http://911hoax.com
Plaguepuppy's Video Archive
PlaguePuppy's Café and Sanctuary for the Unspeakable Truth

Covertoperations 9/11 Blog    with an extensive list of 9/11 links
No More Games
crashphysics.blogspot
bilksmears.blogspot
coffinman.co.uk

Andrew Johnson's Audio Archive

total911.info/
total411.info/
Pissedoffcabbie
damien911.blogspot.com

C-SPAN: Watch LIVE

Friends of the American Revolution

"The Dynamic Duo," Jim Fetzer (T,W,Th) and Kevin Barrett (M, F)
3-5 PM/CT, Genesis Communications Network,
**Listen Live on Network 2,here**

Terrorize (Danish 911 site)

Demolition Site

The Bush Regime Card Deck

Scholars for 9/11 Truth
The Debt to the Penny

votersunite.org

After Downing Street

ConyersBlog
godlikeproductions.com
**Google videos**
The Great Conspiracy
Confronting the Evidence
Truth & Lies of 9/11

gunsandbutter.net
Complete 9/11 Timeline (Paul Thompson)

WeOurselves with Ambrose I. Lane Sr.

**Disinformation**
The Rules of Disinformation
Eight Traits of the Disinformationalist

911truthy.org (spoof site)
German Engineers 9/11 site
Finnish 9/11 Site in English
9/11 Busters
NIST's Evasion
 DU
911truthemergence
911 Podcast

**Excellent videos and articles**

911 Eyewitness
A Fairy Tale from Hell:Ê An Introduction to 9/11 http://www.tyrannyalert.com

---

## Presentations/Events

Andrew Johnson's Audio Archive

*TOP*          To quote FDR, "the only thing we have to fear is fear itself." And those who use it for their own political purposes.

**27 September 2007**
Interview: Ace Baker is the guest of Jim Fetzer
on "The Dynamic Duo." Listen edited: (mp3)
5-7 PM/EDT on GCN: http://www.gcnlive.com (ch. 4)

**Related Links**

acebaker.com

**27 August 2007**
Interview: Morgan Reynolds is the guest of Lenny Bloom
on "Cloak and Dagger": Listen : (mp3)
5-6 PM/EDT, Live: cloakanddagger.de

**Related Links**

nomoregames.net
drjudywood.com

**18 August 2007**
Interview: Judy Wood and Morgan Reynolds are the guests of
D'Anne Burley on "Late Night With D'Anne" on Republic
Broadcasting: Listen (mp3-1) (mp3-2) Êdited: (mp3)
11 PM-2 AM/EDT, Live: http://www.republicbroadcasting.org
Call-in: 800-313-9443

**Related Articles**

| Molecular Dissociation: From Dust to Dirt | | Star Wars Directed-Energy Weapons (DEW) | |
|---|---|---|---|
| dirt 1 | dirt 4 | DEW page 3 (dustification) | DEW page 6 (misc.) |
| dirt 2 | dirt 5 | DEW page 4 (holes) | DEW page 7 (conclusion) |
| dirt 3 | WTC7 | DEW page 5 (toasted cars) | more toasted cars |

\* Request for Correction dated March 16, 2007

-Supplement #1 to Request for Correction dated March 16, 2007
-Supplement #2 to Request for Correction dated April 20, 2007
- Extension of NIST review for Dr. Judy Wood Request
- Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007

Request for Correction dated March 8, 2007

-Supplement #1 to Request for Correction dated
- Extension of NIST review for Morgan Reynolds Request

**13 August 2007**
Interview: Jerry Leaphart is the guest of Total Info

**Related Articles**

on "Total Info Radio" Listen: (mp3) 5.7 MB
10-11 PM/EDT on Revere Radio Network

"Jerry Leaphart joins TotalInfo to discuss the role of Applied
Research Associates in writing the National Institutes for
Standards and Technology's report on the World Trade Center
"collapse." ARA is heavily involved in the exotic weapons
business, including directed-energy weapons."

* Request for Correction dated March 16, 2007
   -Supplement #1 to Request for Correction dated March 16, 2007
   -Supplement #2 to Request for Correction dated April 20, 2007
   - Extension of NIST review for Dr. Judy Wood Request
   - Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007

* ARA federal contracts
   Reactive Material Testing - Lethality Testing
   Manufacturing/Prototyping
   Facilities
   Weapon Effects testing

**3-5 August 2007**
**Conference: 'The Science of 9/11'**

Here are the available audio recordings
- Thanks to Total911Info and to Andrew Johnson for these

**Click on logo for announcement**

1. 070804_1_JudyWood_1.mp3 (mp3)   (5.6 M)
2. 070804_2_BobFritrakis.mp3 (mp3)   (2.6 M)
3. 070804_3_JudyWood_2.mp3 (mp3)   (11.6 M)
4. 070804_4_JerryLeaphart.mp3 (mp3)   (9.8 M)
5. 070804_5_AlfredWebre.mp3 (mp3)   (7.0 M)

6. 070805_6_Morgan Reynolds.mp3 (mp3)   (6.0 M)
7. 070805_7_AceBaker.mp3 (mp3)   (9.6 M)
8. 070805_8_JimFetzerClsngCmt.mp3 (mp3)   (7.4 M)



**31 July 2007**
Interview: Judy Wood is the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3-1) (mp3-2) edited:
(mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)



Madison Conference

**Related Articles**

What molten metal?

A Touch of "The Hidden Hand"?
Is the Next False Flag Attack on US Soil Near?
28 July 2007, by Andrew Johnson

**27 July 2007**
Interview: Jerry Leaphart is the guest of Kevin
Barrett
on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)



Madison Conference

**Related Articles**

**19 July 2007**
Interview: Judy Wood is the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

History of the Concrete Canoe Competition (ASCE)
Molecular Dissociation: from Dust to Dirt: page 5
WTC7

   What is Organized Gang Stalking?

   http://www.multistalkervictims.org/
   California eyes stronger cyberstalking laws
   Terrorist Stalking in America
Molecular Dissociation: from Dust to Dirt: page 4

**19 July 2007**
Interview: Judy Wood is the guest of Charles Giuliani
on "The Truth Hertz" on republicbroadcasting: Listen (mp3-1)
(mp3-2) edited: (mp3)
12-2 PM/EDT, Live: http://www.republicbroadcasting.org

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 1
Molecular Dissociation: from Dust to Dirt: page 2
Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4

**18 July 2007**
Interview: Christoper A. Brown is the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

http://www.algoxy.com/gcn/

Look at Figures 3(a), 3(b), 3(c)
http://drjudywood.com/articles/why/why_indeed.html#Overview

http://drjudywood.com/videos/videos.html#building
http://911research.wtc7.net/wtc/arch/core.html
http://911research.wtc7.net/wtc/evidence/photos/wtccons2.html
http://911research.wtc7.net/wtc/evidence/photos/construction.html

**11 July 2007**
Interview: Morgan Reynolds is the guest of Jim Fetzer

**Related Articles**

on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

Fire from Ice: Searching for the Truth Behind the Cold Fusion Furor
by Eugene J. Mallove (Author) "THE SNOW-COVERED WASATCH
MOUNTAINS, so beautiful and unreal in late March, glistened against the intense
blue of the skies above Salt Lake City..." Key Phrases: University of Utah,
Los Alamos, Martin Fleischmann
Transcript of "Micronukes vs Thermite/Thermate at WTC"
27 June 2007, Transcript by Andrew Johnson,
Steven Jones' Contributions to Science, Humanity and the Planet,
by CB_Brooklyn, 1/29/07.

**10 July 2007**
Interview: Morgan Reynolds and Rick Ratjer are the guest of
Kevin Barrett
on "9/11 and Empire" Listen (mp3-1) (mp3-2)
5-6 PM/EDT on http://www.wtprn.com/listen.shtml

**Related Articles**

"SEPTEMBER CLUES" Live Video:
part 1: " THE 911 NEWSWMEDIA COVERAGE "
part 2: "THE FLYING TELEPHANTS"
part 3: " OF MISSILES AND MEN "
part 4: " THE DENSE COINCIDENCE DANCE "
part 5: "17 SECONDS"
part 6: " FORGERIES INC."

**10 July 2007**
Interview: Steven Greer is the guest of Jim Fetzer (hour 1)
Interview: Russ Gerst and Morgan Reynolds are the guest of Jim
Fetzer (hour 2)
Listen to "The Dynamic Duo" Listen (mp3-1)(mp3-2)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Fire from Ice: Searching for the Truth Behind the Cold Fusion Furor
by Eugene J. Mallove (Author) "THE SNOW-COVERED WASATCH
MOUNTAINS, so beautiful and unreal in late March, glistened against the intense
blue of the skies above Salt Lake City..." Key Phrases: University of Utah,
Los Alamos, Martin Fleischmann
Transcript of "Micronukes vs Thermite/Thermate at WTC"
27 June 2007, Transcript by Andrew Johnson,
Steven Jones' Contributions to Science, Humanity and the Planet,
by CB_Brooklyn, 1/29/07.

**3 July 2007**
Interview: Russ Gerst will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Fire from Ice: Searching for the Truth Behind the Cold Fusion Furor
by Eugene J. Mallove (Author) "THE SNOW-COVERED WASATCH
MOUNTAINS, so beautiful and unreal in late March, glistened against the intense
blue of the skies above Salt Lake City..." Key Phrases: University of Utah,
Los Alamos, Martin Fleischmann
Transcript of "Micronukes vs Thermite/Thermate at WTC"

**27 June 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4
Marketing an Invasion

**20 June 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 4
WTC7
Marketing an Invasion

**19 June 2007**
Interview: Judy Wood will be the guest of Jim Fetzer, hour 2
on "The Dynamic Duo" Listen to second half (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 4
Marketing an Invasion
WTC7

**25 May 2007**
Interview: Judy Wood will be the guest of Ambrose Lane
on "www.weourselves.org"
Listen: One 25 min segment (mp3) or two (mp3-1, mp3-2)
11:00 -11:30 AM/EDT

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 1
Molecular Dissociation: from Dust to Dirt: page 2
Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4

**23 May 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 1
Molecular Dissociation: from Dust to Dirt: page 2
Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4

**23 May 2007**
Interview: Jerry Leaphart will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
4-5 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Muslims Suspend Laws of Physics (also here)(here)
FY 2007 Information Quality Request for Corrections

**8-9 May 2007**
Interview: Rosalee Grable (Webfairy) will be the guest
of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

http://missilegate.com
http://webfairy.org/uav
http://webfairy.org/haarp/beamweapon.htm

**2 May 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com (ch. 2)

**Articles**

9/11 gatekeepers muzzle truth toward societal dumbing-down
*Toasted Parking Lot*
DEW Sponsors and Department of Defense Contractors

**25 April 2007**
Interview: Andrew Johnson will be the guest of Ambrose Lane
on "www.weourselves.org" Listen (mp3)

**Articles**

The New "9/11 Hijackers"?
February 2007, by Andrew Johnson
Dr. Greg Jenkins' "Directed Debunking Energy" and Prof. Judy Wood
1 March 2007, by Andrew Johnson

**19 April 2007**
Interview: Jerry Leaphart will be the guest of Jim Fetzer
on "The Dynamic Duo" (rerun-4/5/07) Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com

**Articles**

MEMORANDUM To: Dr. Judy Wood (232 kb)
30 March 2007, Jerry V. Leaphart, Attorney

**12 April 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/ET on GCN: http://www.gcnlive.com

**Articles**

Supplement#1 to RFC submitted earlier (28 kb)
Supplement#1 to PROD01_002667
29 March 2007, Judy Wood

**10 April 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com

**Articles**

RFC: What Happened was Not Inevitable (6.5 Mb)
16 March 2007, Judy Wood
(Other pdf resolutions available here.)

**5 April 2007**
Interview: Jerry Leaphart will be the guests of Jim Fetzer
on "The Dynamic Duo" Discussing NCSTAR1's RFC's

Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com

**Articles**

RFC: What Happened was Not Inevitable (6.5 Mb)
16 March 2007, Judy Wood
(Other pdf resolutions available here.)

RFC: What Planes? (80 kb)
8 March 2007, Morgan Reynolds

Effort to halt government WTC7 investigation launched
1 March 2007, Edward F. Haas

**3 April 2007**
Interview: Morgan Reynolds will be the guests of Jim Fetzer

**Articles**

on "The Dynamic Duo" Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com

RFC: What Planes? (80 kb)
8 March 2007, Morgan Reynolds

**10 March 2007** (rescheduled from 16 September 2006)
The National 9/11 Debate
Embassy Suites Hotel Airport-Convention Center
5055 International Blvd
N. Charleston, South Carolina, United States 29418
For further information, Press Release,  link
**CANCELLED: The government has refused to debate!**

**Articles**

Debate seeks advocates of official government account of 9/11
2 August 2006, muckraker report, Ed Haas

**NIST DECLINES DEBATE**
Change in Venue or Date will not Alter Decision
3 Jul 2006, MUCKRAKER REPORT, Edward F. Haas

**6 March 2007**
"Thinking for Ourselves" (mp3)
An interview with Judy Wood, Ph.D.
6 March 2007, A Slave Planet Interview

**Articles**

**28 February 2007**
Interview: Morgan Reynolds will be the guest of Jim Fetzer
on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT on GCN: gcnlive.com
Listen Live on Network 2, Here

  http://thewebfairy.com

  http://911hoax.com

  WTC 'Plane' Crash Videos
  http://killtown.911review.org/

  The Hidden Advanced Aircraft of Black Operation 911
  http://911stealth.blogspot.com/

  video discussion:
  TV Newscasters on 9/11 were Reading from Scripts

  video: Reading from the same script
  911 OCTOPUS 8 - Unmasking the Media Perps

**Articles**

**No Big Boeing Theory (NBB)**

We Have Some Holes in the Plane Stories
5 Mar 2006, nomoregames.net, Morgan Reynolds, Ph.D.

Crash physics for everyone
Open Letter to Steven Jones
10 Dec 2006, crashphysics.blogspot.com, Coffinman

An Inconvenient Truth About 9/11:
The Hijacked Planes Were a Hoax (6 Aug 2006)
http://covertoperations.blogspot.com

Jeff King, an MIT engineer, from "9/11 Revisited"
Demolitions: (jeffkinged2.mp3)
What planes?: (kingblacktech.mp3)

Heavy Watergate, The War Against Cold Fusion

**20 February 2007**
Ambrose I. Lane, Jerry Leaphart, and. Judy Wood discuss
evidence that Directed-Energy Weapons (DEWs) likely destroyed
the World Trade Towers on 9/11/01, and discuss their concerns
that DEWs may be used to attack Iran.
Read the Full Report: Star Wars Directed-Energy Weapons.
1-2 PM/EST, www.weourselves.org  (mp3 of show)

(mp3-1) (mp3-2) (mp3-3) (mp3-4) (mp3-5) (mp3-6) (mp3-7)

**Articles**

Democrats in pledge to restrict troop deployment
Bush Administration Says No Plans to Attack Iran
"We are not planning to go across the border [into Iran]. But the president also is
not going to rule out any alternatives. But for those who think we are beating the
war drums, no [no plans to invade Iran].

The Future of Warfare: America's High-Tech Arsenal
(March 5, 2003)

**14 February 2007**
Interview: Judy Wood will be the guest of Jim Fetzer discussing the latest 9/11
research on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com
Listen Live on Network 2, Here

**Articles Referred to:**

DEW page 4 (holes)
DEW page 5 (toasted cars)
more toasted cars (cleanup)

**13 February 2007**
Interview: Judy Wood will be the guest of Jim Fetzer discussing the latest 9/11

**Articles Referred to:**

research on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com

DEW page 3 (dustification)
DEW page 4 (holes)
DEW page 5 (toasted cars)
more toasted cars
**Rules of Disinformation**

**8 February 2007**
Interview: **Judy Wood** will be the guest of Jim Fetzer discussing the latest 9/11
research on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com

**Articles Referred to:**

Rules of Disinformation
Including Articles by H. Michael Sweeney

DEW page 3 (dustification)
DEW page 4 (holes)
DEW page 5 (toasted cars)
more toasted cars

**7 February 2007**
Interview: **Jerry Leaphart** will be the guest of Jim Fetzer discussing
developments concerning NIST on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com

**Articles Referred to:**

Presentation by Jerry Leaphart, challenging the official story
14 Dec 2006, The National Construction Safety Team (NCST)
FOIA --
NCSTAR 1-- Report on "Collapses"
[should say Destruction] of Twin Towers
NIST statement on data quality standards --
US Office of Research Integrity --
Overview of Whistleblower Laws -- .
NIST contracts for WTC 7 --
muckrakerreport.com
Laws that enable NIST to conduct investigations

**6 February 2007**
Interview: **Rick Siegel** will be the guest of Jim Fetzer discussing recent developments
in the 9/11 community on "The Dynamic Duo"
3-5 PM/CT, Genesis Communications Network, gcnlive.com

**Articles Referred to:**

**Rules of Disinformation**
Including Articles by H. Michael Sweeney

**30 January 2007**
Daphane Wysham (Institute for Policy Studies) presents the serious status of
global warning. Judy Wood offers evidence that Directed-Energy Weapons
(DEWs) likely destroyed the World Trade Towers on 9/11/01. John Bloomer
explains how the same Directed-Energy Weapons can reverse Global Warming.
Gaining control of the orbital Beam apparatus for constructive as opposed to
destructive use is discussed by Ambrose I. Lane and his three guests. Read the Full
Report: Star Wars Directed-Energy Weapons. 1-2 PM/EST,
www.weourselves.org  (mp3 of show)

**Global Warming**

http://www.iht.com/bin/print.php?id=4370560
http://observer.guardian.co.uk/print/0,,329698789-119093,00.html

And, here's hair-raising information on Greenland's melting.
http://www.theoildrum.com/story/2005/12/9/31522/5910

**25 January 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
discussing recent research on "The Dynamic Duo"
3-5 PM/CT, Genesis Communications Network,
gcnlive.com, archive, listen live (channel 2 or 4)

**Toasted Cars, Science and Disinformation**

http://janedoe0911.tripod.com/disinfo.html
http://janedoe0911.tripod.com/StarWarsBeam3.html
http://janedoe0911.tripod.com/StarWarsBeam4.html
http://janedoe0911.tripod.com/StarWarsBeam5.html
http://janedoe0911.tripod.com/moretoastedcars.html

**12 January 2007**
Interview: Ambrose Lane welcomes Dr. Judy Wood and John Bloomer
to discuss high energy beams and the WTC disaster.
Read the Full Report: Star Wars Directed-Energy Weapons
10-11 AM/EST, http://www.weourselves.org/wpfw/011207.html
Ambrose Lane, Dr. Judy Wood, and Mr. John Bloomer welcome
listener questions and comments.  (information with mp3 files) (one mp3 file)
Transcript by Veronica Chapman

**4 January 2007**
Interview: Jeff Strahl discusses the history of the "9/11 truth movement"
with Jim Fetzer on "The Dynamic Duo" (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com

**Articles Referred to:**

Muslims Suspend Laws of Physics (also here)(here)

**2 January 2007**
Interview: Steven Jones, Judy Wood, and Morgan Reynolds have been invited
to discuss 9/11 with Jim Fetzer on "The Dynamic Duo" (mp3)

3-5 PM/CT, Genesis Communications Network, gcnlive.com
Transcript: by Veronica Chapman
~~NIST~~ *Steven Jones* DECLINES DEBATE

**14 December 2006**
Presentation made by Jerry Leaphart, challenging the official story
The National Construction Safety Team (NCST)
Advisory Committee met via teleconference,
Thursday, December 14, 2006, 9:00 a.m. - 11:00 a.m.
This included the presentation made by Jerry Leaphart

**6 December 2006**
I Interview: Morgan Reynolds will be the guest of Jim Fetzer
discussing his research on 9/11 on "The Dynamic Duo," Listen (mp3)(mp3)
3-5 PM/CT, Genesis Communications Network,
gcnlive.com, listen live, archive

**30 November 2006**
Interview: Judy Wood and Jim Fetzer
will be interviewed on Paltalk,9-11 PM/CT
Listen live at and/or write in to ask questions, chat
live skypecast

**29 November 2006**
Interview: Judy Wood will be the guest of Jim Fetzer
discussing her research on 9/11 on "The Dynamic Duo," Listen (mp3)
3-5 PM/CT, Genesis Communications Network,
gcnlive.com, listen live, archive, (mp3-1)(mp3-2) (mp3)

**Articles**

Related: The Star Wars Beam Weapon

**11 November 2006**
Interview: Judy Wood will be the guest on
"Non-Random Thoughts" with host Jim Fetzer
6-8 PM/CT (7-9 PM/ET and 4-6 PM/PT)
http://rbnlive.com, live page, archive, (mp3-1)(mp3-2)(all: mp3-no ads)

**Articles**

Related: The Star Wars Beam Weapon

**28 October 2006**
Public Forum: 9-11: Search For Truth
Presentations:
Judy Wood, "How Indeed did the WTC Disintegrate?"
Morgan Reynolds, "Proof 9/11 Was An Inside Job," and
Wayne Madsen, "Recent Updates on Whistleblower Revelations"

Trinity United Methodist Church
6512 23rd Ave. NW (NW 65th & 23rd NW) Ballard
Seattle, WA, 7 PM - 10 PM/PT (info)
sponsored by 9-11 Visibility Project

**Videos**

Judy Wood, "How Indeed did the WTC Disintegrate?"

Morgan Reynolds, "Proof 9/11 Was An Inside Job,"

**17 October 2006**
Ambrose I. Lane talks with special guest  Dr. Judy Wood about her
evidence for the use of high-energy weapons in destroying the WTC Towers.
"We Ourselves" with host Ambrose I. Lane Sr.
1:30 PM to 2:15 PM/ET (show is from 12 PM to 3 PM/ET)
on The Power XM Channel 169
archive, (mp3-1)(mp3-2)(mp3-3)

**Articles**

Related: The Star Wars Beam Weapon

**25 September 2006**
Interview: Ambrose I. Lane interviews special guest
Dr. Judy Wood and discuss her evidence for the use of
high-energy weapons in destroying the WTC Towers.
"We Ourselves" with host Ambrose I. Lane Sr.
1 PM to 2 PM/ET (show is from 12 PM to 3 PM/ET)
on The Power XM Channel 169
archive, (mp3-1)(mp3-2)(mp3-3)(mp3-4)(all 4 files)

**10 September 2006**
9/11 Truth, New York City, 5th Anniversary
Cooper Union:

Education track: Judy Wood, Jim Fetzer, Jesse Richard, Ralph Schoenman, Jim Marrs,
Wayne Madsen, Faiz Kahn

Solution track: Kevin Barrett, Ian Wood, Bob Bowman, Barrie Zwicker, William
Pepper, Ralph Schoenman, Craig Hill, Lynn Pentz, Carl Person, Les Jamieson, Jason
Bermas

Audio files (radio4all.net) (portland.indymedia)

Dialup (32 kbps)

1-Press Conference-Partial
2-Intro-Les Jamieson
3-Judy Wood-Engineer
4-James Fetzer
5-Ralph Schoenman-Author
6-Barrie Zwicker-Journalist
7-David Miller-First Response
8-Jim Marrs-Author
9-Wayne Madsen-Journalist
10-William Pepper-Lawyer

Broadband (128 kbps)

1-Press Conference-Partial
2-Intro-Les Jamieson
3-Judy Wood-Engineer
4-James Fetzer
5-Ralph Schoenman-Author
6-Barrie Zwicker-Journalist
7-David Miller-First Response
8-Jim Marrs-Author
9-Wayne Madsen-Journalist
10-William Pepper-Lawyer

**6 September 2006**
Presentations: "9/11 was an Inside Job" by Morgan Reynolds
and Judy Wood, sponsored by The McClendon Study Group
The National Press Club, Washington, D.C., 7-10 PM/ET (info)
(Reynolds and Wood presentation material), (mp3)(streaming)
[FOX interview with Morgan Reynolds: (mp3)(streaming)]
(Thanks to www.total911.info for the recordings and postings!)

**18 August 2006**
Lecture: Judy Wood, "9/11 Truth: The Key to Avoiding World War III, Depression, and Dictatorship"
Fountain Inn, 104A N. Main Street, Fountain Inn, S.C.
6:00 PM/ET buffet, 7:00PM/ET lecture meeting
For more information, www.patriotnetwork.info/

**12 July 2006**
Interview and Lecture:  Judy Wood will be a guest
speaker for the "We the People Tour", discussing 9/11
Ashville-Buncombe Technical College, Asheville, NC
5-6:00 PM/PT (8-9:00 PM/ET)
wethepeoplecongress.org, comments, (streaming video)

**29 June 2006**
Interview:  Judy Wood will be the guest on
"Non-Random Thoughts" with host Jim Fetzer
11 AM to 1 PM/CT (Noon-2 PM/ET and 9-11 AM/PT)
Non-Random Thoughts, live page, archive, (mp3-1)(mp3-2)(mp3)

**7 June 2006**
Lecture: "The WTC Towers as Bio-inspired Structures",
by Judy Wood, Ph.D., and M. Tedder, D. Smith, G. Lozano,
Clemson University
1:00 PM/CT, Annual Conference of the Society for Experimental Mechanics,
Adam's Mark Hotel, St. Louis, MO
For further information, link, Technical Program (ppt)

*TOP*

*TOP*

## Weather Related

Was Hurricane Rita manipulated?

In this video, notice that the eye closes up when the "red
fingers" appear, and returns after the "red fingers" disappear.
Also notice that the hurricane changes course while the "red
fingers" are present, and maintains the new course after they

Videos

Katrina Victims Testify About Ethnic Cleansing, Levee Bomb
"Mama D" (Dyan French Cole) Testifies to members of
Congress (from Daily KOS
The Congressmen tried to get Mama D to
not go overtime and she scolded them,
saying she came up from N'awlins with a list
of complaints from fellow victims and she is



disappear.

To view the path change, draw a straight line between the hurricane center and the Galviston Bay, as soon as the Bay is in view. (e.g. Position the edge of a piece of paper over the computer monitor.) Notice that the Bay moves closer to the hurricane center, along that line, until the "red fingers" appear.

Explanation and video from the U. of Wisconsin CIMSS hurricane archive site. They have some really nice hurricane graphics.

GOES Project Science
NWS Storm Center
NOAA Satellite Images
Climate Center


*Source*



going to read ALL of them

Then she accused Chris Shays of accusing the victims o lying about police pointing M-16s at 5-year-olds, of perfectl fine housing projects that Bush had steel-plated and close of a LEVEE BOMB (and she went "BA-BOOOOM! rig in the hearing room), of concentration camp tactics on th I-10 Causeway, of outright Ethnic Cleansing

Mama D's testimony begins at 0:53:00
The "Ba-BOOM" segment begins around 1:36:00
        Some comments in response to this testimony

Were New Orlean Levees Blown?
Rumor of levee dynamite persists

Weatherwars.info





FEMA in charge?

Picture of NYC,
**3 days after 911.**
(Photo on Sept. 14, 2001)

FEMA in charge?

Picture of NOLA,
**_?_ days after Katrina,** and
still counting.

Katriana Blog

*TOP*

| Other Videos |
| video page |
| History Repeats |

| Click on this link for Older Media and other items |  |
| **XXXXX** | |

sitemeter



# Scholars file challenges to 9/11 NIST reports
## Submissions may shatter the cover-up, founder declares

Madison, WI (PRWEB) March 30, 2007 – Some members of Scholars for 9/11 Truth, a non-partisan organization of students, experts and scholars dedicated to exposing falsehoods and revealing truths about 9/11, have filed complaints against the National Institute of Standards and Technology for legal defects in its studies of events of 9/11 involving the Twin Towers and Building 7. James H. Fetzer, the society's founder, believes these actions have the potential to break the back of the cover-up that has enveloped these events.

"It would be nice if the government would tell us the truth about our own history," Fetzer said. "But all we get from the President, the Vice President, the Secretary of State and former Secretary of Defense is a 'song and dance' that keeps the American people in ignorance." The complaints have been filed by Ed Hass, who edits The Muckraker Report; Morgan Reynolds, past Chief Economist in the Department of Labor in the Bush administration; and Judy Wood, former professor of mechanical engineering at Clemson University. Reynolds and Wood are both members of the society.

The complaints, which are archived and available to the public at www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_002619, fall into three categories. The complaint by Ed Hass concerns claims that NIST has advanced asserting that it has found "no evidence of a blast or controlled demolition event" in relation to Building 7. Haas alleges that this is false and misleading insofar as NIST has never looked for evidence of this kind. Moreover, NIST denies having found any "corroborating evidence" supporting the hypothesis that the building was brought down by controlled demolition, which is inconsistent with evidence it acknowledges.

Indeed, in his complaint, Haas observes that the gross features of the collapse of Building 7—a 6.6 second, complete, symmetrical, and total collapse—qualify as evidence of controlled demolition of that building, which contradicts NIST's affirmations. In a second complaint, Haas observes that conflicts of interest affect using many of the same scientists, experts, subcontractors, and others who were responsible for research on the Twin Towers to conduct research on Building 7 as well, which tends to taint their objectivity.

"Building 7 has been of special interest lately," Fetzer remarked, "since archival footage from the BBC has been discovered, where a female reporter is explaining that Building 7 has also collapsed." The problem is that the building only collapsed at 5:20 PM, while and she is reporting it at 4:57 PM, which is 23 minutes too soon. "You can find a dozen articles about it on 911scholars.org, which is the society's web site. You can even see Building 7 clearly standing in the background over her left shoulder in these news video clips, which raises disturbing questions about the media in all of this."

The second complaint, which has been filed by Morgan Reynolds, disputes NIST's explanations of the jetliner-shaped holes in the Twin Towers. According to NIST, the North Tower (WTC-1) was hit by Flight AA 11, a Boeing 767, traveling at an estimated 443 mph, yet its tail section disappears within 0.25 seconds. And it claims that the South Tower (WTC-2) was hit by Flight UA 175, another Boeing 767, flying at an estimated speed of 542 mph, where its tail section disappears into the building in approximately 0.20 seconds.

Reynolds observes that the planes are 159 feet in length, which means that, on the NIST account, Flight AA 11 lost only 2% of its speed in despite massive resistance from a steel/concrete building. Similarly for Flight UA 175, the airspeed of which did not decline in spite of its impact with steel walls and concrete floors, as well as the dense steel core consisting of 47 columns. The complaint contends that real jetliners would have been dramatically slowed by the impact, which implies that the NIST report is not only factually wrong but also physically impossible in violating physical laws.

"Morgan poses a substantial number of anomalies that NIST will be hard pressed to explain," Fetzer said. "But the greatest challenge to its scientific integrity is posed by the complaint filed by Judy Wood, which is a veritable tour de force." While the documents filed by Haas and Reynolds run less than ten pages in length, the one filed by Wood runs forty-three pages, including photographs and other supporting evidence. "It is a powerful critique that demonstrates the government has completely and utterly failed to explain what happened to the World Trade Center on that tragic and fateful day."

Fetzer characterizes Dr. Wood, who has degrees in civil engineering, engineering mechanics, and materials engineering science, as the leading expert on technical aspects of the destruction of the World Trade Center. "There are experts in many areas of science and of engineering studying 9/11," he explained, "but she has degrees that are centrally focused on critical areas in which competence is required to begin to understand what happened on 9/11. No one else in the 9/11 community comes close to her level of expertise."

Her complaint, technically, Request for Correction, like the others, asserts that the basic integrity of NIST's report, called NCSTAR 1, is lacking because, by its own admission, NIST did not investigate the actual destruction of the World Trade Center Towers: "The focus of the investigation was on the sequence of events from the instance of aircraft impact to the initiation of collapse for each tower." This means that the NIST report does not actually include the collapse behavior of the towers after the conditions for their initiation were realized, which NIST refers to as "the probable collapse sequence."

" NIST, of course, claims that it was the impact of the aircraft and the jet-fuel based fires, which caused the steel to weaken and bring about a collapse," Fetzer said. "But the buildings were designed to withstand such occurrences and the steel had been certified by UL to 2,000 degrees Fahrenheit for several hours without weakening. The fires only burned around 500 degrees for less than an hour (in the case of WTC-2) and an hour-and-a-half (in the case of WTC-1), so NIST really doesn't even reach the point at which a 'collapse' of any kind would be 'initiated.' The situation is quite remarkable."

Thus, to this day, Americans have not been given any explanation whatsoever for the destruction of the WTC complex that comports with information and quality standards. In contrast, Dr. Wood's RFC contains a stunning array of visual evidence that confirms highly unusual energy effects seen by all as the Twin Towers were almost instantaneously destroyed in less time than it would take a billiard ball to hit the ground if dropped from the height of 110 stories, a result she demonstrates in relation to the law of falling bodies.

Wood also points out other compelling evidence that NIST ignored, including visual evidence of unusual and unexplained devastation to vehicles parked blocks away from the WTC complex, including some with disintegrated engine blocks but unexploded gas tanks. And she notes the peculiar damage of perpendicular gouges in WTC-3, WTC-4, WTC-5, and WTC-6, as well as other distinctive effects, such as cylindrical holes in these buildings and even in the street, which remain unexplained by NIST to this day. "These outcomes appear to be inexplicable if only conventional explosives, much less fires, were involved," Fetzer said. "Cars burned, paper did not."

Indeed, Wood goes further and points out that the huge quantity of dust resulting from the visible process of steel disintegration, some of which was captured on film, combined with these other effects suggest the probable use of high-tech, directed energy weapons. Another element of Wood's proof is the almost complete lack of even a rubble pile at the WTC complex. "Where did it go?", she asks. Whatever the source of energy and heat may have been, it had no effect upon massive quantities of paper floating around the city.

Jerry Leaphart, a Connecticut-based trial lawyer, who is also a member of Scholars, represents the complainants in this effort. Leaphart states that NIST now has 60 days to respond to the RFC. After that, an appeal can be taken or other legal action could be pursued. "Anyone with a serious interest in what happened at the World Trade Center has to read Wood's complaint," Fetzer added. "It is a stunning indictment of the NIST's failure to come to grips with the problem. In my opinion, these submissions have the potential to shatter the cover-up in one of the greatest murder mysteries in history. We are all indebted to them for doing this."

James H. Fetzer
Founder
Scholars for 9/11 Truth

< Prev        Next >

[ Back ]

©2007 Scholars for 9/11 Truth - Questions? Contact Us

Why Doubt 9/11?    Who Are We?    Press Releases    Resources    Links    Contact Us    Get Involved!    Login    Search



Home    Beginner?    Headlines    Events    Books    Papers    Articles    Media    Perspectives    Foreign Perspectives    New Postings

**11 OCTOBER 2007 - 9/11 SCHOLAR FILES "QUI TAM" LAWSUIT AGAINST NIST**



# 9/11 Scholar files "Qui Tam" lawsuit against NIST

ABSTRACT: A prominent member of Scholars for 9/11 Truth, Dr. Judy Wood, has filed a Qui Tam lawsuit against several companies that were contracted by the National Institute for Standards and Technology (NIST) to provide technical assistance to NIST alleging fraud in the work they performed concerning the official investigation of why and how the World Trade Center complex was destroyed on 9/11/01. Dr. Wood, formerly a professor of mechanical engineering at Clemson University, has amassed evidence about the destruction of the World Trade Center in support of her suit, which has now been unsealed by the Court and is available to the public.

http://www.opednews.com/articles/opedne_jim_fetz_071011_9_2f11_scholar_files_22.htm

Madison, WI (OpEdNews) October 11, 2007 – According to James H. Fetzer, founder of Scholars for 9/11 Truth, on September 12, 2007, the day after the sixth anniversary of the attacks on the World Trade Center (WTC), Federal Judge George B. Daniels of the Southern District of New York signed a court order "unsealing" a 9/11 complaint filed by Dr. Judy Wood against the National Institute of Standards and Technology on April 25, 2007. "This may prove to be a crucial turning points in exposing the official cover-up of what actually happened on that tragic day," observed Fetzer.

The complaint alleges that contractors hired by the National Institute of Standards and Technology (NIST), an agency of the U.S. Department of Commerce, violated the so-called False Claims Act in their work originally intended to "determine why and how WTC 1 and WTC 2 collapsed following the initial impacts of the aircraft." Dr. Wood is suing on behalf of the United States of America because the U. S. Attorney for the Southern District of New York, which represents "the government," declined to intervene in the case, a so-called "Qui Tam" lawsuit, Fetzer said.

With the case unsealed, steps in the litigation now can be reported to the public in the same manner as any lawsuit pending in a federal court, according to Jerry V. Leaphart, Attorney at Law, who is representing Dr. Wood in these proceedings. Leaphart, who has been admitted to the bar in New York, New Jersey, and Connecticut, recognized that the situation was ripe for a Qui Tam suit in light of Dr. Wood's research, which contradicts the official NIST report.

According to Leaphart, Qui Tam is a legal provision under the False Claims Act (31 U.S.C. #3729 et seq.) that allows private persons, including those who are known as "whistleblowers," who possess knowledge of frauds committed against the United States to bring suits on its behalf. "When the nation won't act on its own behalf," he added, "Qui Tam provides the means for citizens to compel the government to fulfill its own duties and obligations under the law."

"NIST was hanging out with the wrong crowd," said Dr. Wood. "Apparently the people hired to do the work of figuring out how the Twin Towers disappeared convinced NIST to focus on something else. NIST admitted to me in writing that it deliberately did not investigate the actual unraveling of the WTC."she said. In its letter of July 27, 2007 to Wood, NIST acknowledged, "NIST only investigated the factors leading to the initiation of the collapses of the WTC towers, not the collapses themselves."

Dr. Wood holds degrees in Civil Engineering, Engineering Mechanics, and Materials Engineering Science. Fetzer added, "She is a former assistant

professor in the Department of Mechanical Engineering at Clemson University and is arguably the best qualified 9/11 researcher in the world. I know of no one else whose qualifications come close to matching hers."

Dr. Wood is well known in the 9/11 truth movement for alleging fraud and requesting correction of the official report prepared by NIST. In her recent Appeal of her Request for Correction (RFC), Wood presented compelling evidence that the Twin Towers were destroyed by Directed Energy Weapons (DEW).

She has also discovered that companies heavily invested in developing and manufacturing such black technology were also hired to work on the NIST project. They appear to have ignored evidence of DEW all around them, instead using their expertise to cover up the kind of weaponry employed.

Although NIST declined to correct NCSTAR 1 as demanded by Dr. Wood, NIST did respond in part by providing a specific definition of what it meant by the word "collapse" in its original report, NCSTAR 1, namely:

"a falling in, loss of shape, or reduction to flattened form or rubble of a structure."

This definition, however, turns out to be at odds with the basic premise of NCSTAR 1, insofar as the NIST never actually studied the events that fall within the scope of this novel definition. "That is fraud," declared Dr. Wood. [http://drjudywood.com/articles/NIST/Qui_Tam_Wood.html]

"Indeed," said Fetzer, who recently retired as a professor of philosophy after 35 years of college teaching, "that definition would even be consistent with the destruction of the building by means of a nuclear explosion, which flattened it and turned it to rubble. NIST did not explain how it happened."

Dr. Wood's federal Qui Tam case asserts that the corporate and individual defendants committed actionable fraud under the False Claims Act. Her lawsuit seeks reimbursement of monies paid, penalties and interest.

"The most shocking claim," Attorney Leaphart has observed, "may be that some of the defendants include those actually involved in development and manufacture of directed energy weapons and the development of covert psychological operations, which Wood claims were key ingredients in the events of 9/11." Her complaint states, in part:

"[The] defendants...committed fraud in seeking to have NCSTAR 1 deceive the public into not recognizing that WTC1, 2 could not reasonably or possibly have been destroyed in the manner seen absent the use of DEW. Some of the defendants knew as much; other defendants either knew or if they did not, they should have known. To the extent they did not know, such ignorance was willful, intentional and actionable under the False Claims Act."

Leaphart's office has already served the defendants with notice of the complaint that has been filed against them. Defendants named include Applied Research Associates (ARA), Science Applications International Corporation (SAIC), and Underwriters Laboratories, among others. "This should be very interesting," said Fetzer. "I predict you'll be hearing more about it. We are burrowing deeper and deeper into the reality of 9/11."

James H. Fetzer
Founder
Scholars for 9/11 Truth


Links to Court Documents

http://drjudywood.com/pdf/070912_7cv3314orderunsealed.pdf

http://drjudywood.com/pdf/070425_orig_filing.jpg

http://drjudywood.com/pdf/070112_07cv3314complaint.pdf

http://drjudywood.com/pdf/150_JudyWood_NIST_RFC6.pdf

http://drjudywood.com/pdf/Wood_supplement1_to_RFC.pdf

http://drjudywood.com/pdf/Wood_supplement2_to_RFC1.pdf

http://drjudywood.com/pdf/070822_RFC_Appeal17a_JW.pdf

Scholars for 9/11 Truth - 11 OCTOBER 2007 - 9/11 SCHOLAR FI...    http://twilightpines.com//index.php?option=com_content&task=vie...

Next >

[ Back ]

©2007 Scholars for 9/11 Truth - Questions? Contact Us

10/22/2007 2:38 PM