Exhibit E



NYC Jobs—We're hiring!

**The Minneapolis/St. Paul MN 9/11 Truth and Freedom Group**

---

## Join The Minneapolis/St. Paul MN 9/11 Truth and Freedom Group!

Your name:             Your email:             Create a password:

☑ **I agree to the terms of service and I am 18 or older**      [ SIGN UP FOR THIS MEETUP ]

We'll never share your email address without your permission. Already a Meetup member? Sign in.

---

# Messages

| **Message Boards** | Mailing List Archive |

---

## THE MADISON CONFERENCE- Look at the SPEAKERS List

Message Board › THE MADISON CONFERENCE- Look at the SPEAKERS List

---

| | |
|---|---|
| Johnny<br><br>user 4685752<br>Saint Paul, MN<br>1st Post<br>✉ ✦ | Posted Jul 31. 2007 at 1:50 PM   Link to this discussion<br><br>go to http://911scholars.or... scroll down and in the center you'll see the details:<br><br>THE MADISON CONFERENCE<br>3-5 August 2007<br><br>"The Science and the Politics of 9/11:<br>What's Controversial, What's Not?"<br>SPEAKERS:<br>This cutting-edge conference boasts thirteen stellar speakers:<br><br>ALEXANDER "ACE" BAKER, a music composer and producer, is<br>currently the co-composer for "American Dragster" on ESPN<br>and has also been the composer for independent feature films,<br>such as "Mohave Phone Booth", winner of multiple film festival<br>awards and scheduled for SHOWTIME. In scoring for film and<br>television, Ace works with digital video on a daily basis. He has<br>completed a study of television film fakery involving the hit on<br>the South Tower, which is entitled, "Chopper 5 Composite".<br><br>KEVIN BARRETT, Ph.D., the leading 9/11 activist in the<br>world today, is the author of TRUTH JIHAD, co-editor of<br>9/11 AND AMERICAN EMPIRE, and the founder of MUJCA-NET,<br>a society that brings together Christians, Muslims, and<br>Jews in pursuit of the truth about 9/11. He will present<br>an overview about political aspects of 9/11 activism. |

JAMES H. FETZER earned his Ph.D. in the history and the philosophy of science. A former Marine Corps officer, he has published 28 books, including, most recently, THE 9/11 CONSPIRACY: THE SCAMMING OF AMERICA, with contributions from eleven experts on different aspects of the case. The founder of Scholars for 9/11 Truth, he also maintains the society's web site at 911scholars.org.

BOB FITRAKIS, Political Science Professor at Columbus State Community College, Columbus, OH, earned his Ph.D. from Wayne State University and his J.D. from The Moritz College of Law at Ohio State. He has published many books, including STAR WARS, WEATHER MODIFICATION, AND FULL SPECTRUM DOMINANCE. An expert on election fraud, he has received many awards for excellence in investigative journalism.

BARBARA HONEGGER, graduate of the Naval War College master's program in National Security Decisionmaking and the Senior Military Affairs Journalist at the Naval Postgraduate School, the Department of Defense's premiere science, technology, and national security affairs graduate school, she is the author of "The Pentagon Attack Papers", which David Ray Griffin has suggested will "transform the discussion of what happened at the Pentagon". The author of OCTOBER SURPRISE, the first book to expose the origins of Irangate, she was one of two members of the Ronald Reagan Administration to resign from conscience.

JERRY V. LEAPHART, J.D., is an activist civil rights trial lawyer and a bar member in New York, New Jersey, and Connecticut. He has more than 33 years experience as a lawyer in both domestic and international areas. He was the moving force behind the use of the Data Quality Act to submit Request for Correction to the NIST, which may lead to shattering the 9/11 cover-up.

JIM MARRS, an investigative journalist and best-selling author, has published books on many controversial subjects, including UFOs, secret societies, and the assassination of JFK. CROSSFIRE, for example, was a primary source for Oliver Stone's "JFK". His work on 9/11 now includes INSIDE JOB: UNMASKING THE 9/11 CONSPIRACIES and THE TERROR CONSPIRACY: DECEPTION, 9/11 AND THE LOSS OF LIBERTY (co-authored with Barbara Honegger).

LEUREN MORET, an independent radiation specialist, has worked in 46 countries as a professional geo-scientist. An expert witness on DU weaponry at the International Criminal Tribunal for Afghanistan in Tokyo in 2003, she was recently appointed an expert witness on DU weaponry for the Canadian Parliament. She has published on exotic weapons, including HAARP, weather-modification, tectonic warfare, mind-control, 4th generation nuclear weapons, and scientific issues related to 9/11. She also received a University of California President's Mentoring Fellowship in the Sciences during her Ph.D. research on atmospheric dust and the history of the Earth's magnetic field.

MORGAN REYNOLDS, Ph.D., Economics Professor Emeritus at Texas A&M University and former Chief Economist in the Department of Labor in the Bush Administration, he has also served as Director of the Criminal Justice Center

at the National Center for Policy Analysis, Dallas, TX.
The author of six books, he has taken a leading role in
studies that support the conclusion that no big planes
crashed on 9/11. He has a web site at nomoregames.net.

DOUG ROKKE, Ph.D., former Director, U.S. Army Depleted
Uranium Project, earned his B.S. in physics at Western Illinois
and his M.S. and Ph.D. in physics and technology education
the University of Illinois. He has taught undergraduate and
graduate courses in environmental science, environmental
engineering, nuclear physics, and emergency management, and
served as a staff physicist at the University of Illinois at
Urbana-Champaign for 19 years. His military career spanned
four decades, including combat duty in Vietnam and Gulf War I.

DAVE VON KLEIST was among the first to spot problems with
the videos of the planes hitting the South Tower, which were
featured in his documentary on 9/11, "In Plane Site". He co-
hosts "The Power Hour" with Joyce Riley, which can be accessed
at thepowerhour.com. An outstanding activist and researcher
who has been instrumental in focusing attention on the planes,
his latest DVD, "9/11: Ripple Effect", has just now been released.

ALFRED WEBRE, J.D., M.Ed., author, lawyer, futurist, peace activist,
environmental activist, and space activist who promotes the ban of
space weapons, was a co-architect of the Space Preservation Treaty
and of the Space Preservation Act, which was introduced to the U.S.
Congress by Representative Dennis Kucinich and is endorsed by more
than 270 non-governmental organizations worldwide. Webre is a judge
on the Kuala Lumpur International War Crimes Tribunal and is the
International Director of the Institute for Cooperation in Space.
He is co-author of the 9/11 Independent Prosecutor Act, and author
of EXOPOLITICS: POLITICS, GOVERNMENT AND LAW IN THE UNIVERSE. He
and Leuren Moret have proposed a Citizens 9/11 War Crimes Tribunal.

JUDY WOOD, Ph.D., may be the most qualified scientist studying
9/11 in the world. She holds a B.S. in civil engineering, an
M.S. in engineering mechanics, and a Ph.D. in materials
engineering science. A former professor of mechanical
engineering at Clemson University, Dr. Wood has done
pioneering research on the destruction of the WTC and
maintains a web site at drjudywood.com, which is the
most important research web site in the 9/11 community.

| Tim: Booth | Posted Aug 1, 2007 at 9:10 AM  Link to this reply |



user 3200201
Group
Organizer
Saint Paul, MN
185th Post

I don't entirely trust a few of those people. If you go, watch for, as Ron says, the
propaganda payload.

Notice who ISN'T there and notice who IS and what theories they have come up
with in the last weeks/months.

I find it that it's a conflict of interest that many of the ones who are coming up the
exotic-technology theories are the ones trying to dictate what's controversial and
what's not. Seems like another method of control...

Edited by Tim: Booth on Aug 2, 2007 at 12:47 PM



### PRWeb
**PRESS RELEASE**
**N E W S W I R E**

Home | Learn More | Release Features | Success Stories | Search Archives | PRWeb Direct | Submit Release

Industry Categories | News by Country | News by MSA | Todays News | Browse by Day | PR Trackbacks™ | ViewNews™ | e

All Press Releases for July 20, 2007

Subscribe to this News Feed [XML]

## The Science and the Politics of 9/11 Conference To Be Held in Madison, Wisconsin

*Scholars for 9/11 Truth will be holding its first conference, "The Science and the Politics of 9/11: What's Controversial, What's Not", at the Radisson Madison from August 3-5 in Madison, Wisconsin.*

Madison, WI (PRWEB) July 20, 2007 -- Scholars for 9/11 Truth will be holding its first conference at the Radisson Madison from August 3-5 in Madison, Wisconsin. The conference, titled "The Science and the Politics of 9/11: What's Controversial, What's Not," will review the many reasons why the "official account" of 9/11 cannot possibly be true, and will explore issues that have generated controversy in the research community. Space is limited so call 608-835-2707 to register.

The conference will allow students of 9/11 research to interact personally with leading investigators. Additional topics include 9/11 in the context of the Neocon agenda, with a final session devoted to assessing the state of current research.

Special Guest Speakers Include:

Professor James H. Fetzer -- A former Marine Corps officer with a Ph.D. in the history and the philosophy of science, he has published 28 books, including, most recently, The 9/11 Conspiracy: The Scamming of America, with contributions from eleven experts on different aspects of the case. He is the founder of Scholars for 9/11 Truth (http://www.911scholars.org) and has appeared on Hannity and Colmes on FOX News and The O'Reilly Factor with Bill O'Reilly.

Leuren Moret -- An independent radiation specialist, who has worked in 46 countries as a professional geo-scientist. An expert witness on Depleted Uranium weaponry at the International Criminal Tribunal for Afghanistan in Tokyo, she was also appointed as an expert witness on DU for the Canadian Parliament and has published on HAARP, weather-modification, tectonic warfare, mind-control, 4th generation nuclear weapons, and scientific issues related to 9/11.

Jim Marrs -- An investigative journalist and best-selling author, he has published books on many controversial subjects, including UFOs, secret societies, and the assassination of JFK. The book Crossfire, for example, was a primary source for Oliver Stone's "JFK". His work on 9/11 now includes Inside Job: Unmasking the 9/11 Conspiracies and The Terror Conspiracy: Deception, 9/11 and the Loss of Liberty (co-authored with Barbara Honegger).

Doug Rokke, Ph. D. -- Former Director of the U.S. Army Depleted Uranium Project. He has taught undergraduate and graduate courses in environmental science, environmental engineering, nuclear physics, emergency management, and served as a staff physicist at the University of Illinois at Urbana-Champaign for 19 years. His military career spanned four decades, including combat duty in Vietnam and Gulf War I.

Barbara Honegger - Graduate of the Naval War College master's program in National Security Decision Making and the Senior Military Affairs Journalist at the Naval

**OPTIONS**

 Printer Friendly Version

 Download PDF Version

 Download Reader Version

Email this story to a colleague

**CONTACT INFORMATION**

**James Fetzer**
Scholars for 9/11 Truth
Visit Our Site
608-835-2707
Email us Here

**ATTACHED FILES**



**The Science and the Politics of 9/11 Conference**



Postgraduate School, the Department of Defense's premiere science, technology, and national security affairs graduate school. She is the author of "The Pentagon Attack Papers", which David Ray Griffin has suggested will "transform the discussion of what happened at the Pentagon". The author of October Surprise, the first book to expose the origins of Irangate, she was one of two members of the Ronald Reagan Administration to resign from conscience.

Kevin Barrett, Ph. D. – A leading 9/11 activist in the world today, he is the author of Truth Jihad, co-editor of 9/11 and American Empire, and the founder of MUJCA-NET, a society that brings together Christians, Muslims, and Jews in pursuit of the truth about 9/11. He will present an overview about political aspects of 9/11 activism.

Morgan Reynolds, Ph. D. – Economics Professor Emeritus at Texas A&M University and former Chief Economist in the Department of Labor in the Bush Administration, he has also served as Director of the Criminal Justice Center at the National Center for Policy Analysis, Dallas, TX.

Bob Fitrakis – Political Science Professor at Columbus State Community College, Columbus, Ohio. He has published many books, including Star Wars, Weather Modification and Full Spectrum Dominance. An expert on election fraud, he has received many awards for excellence in investigative journalism.

Dave Von Kleist – As witnessed in his documentary 9/11: In Plane Site, he was among the first to spot problems with the videos of the planes hitting the South Tower. He is an outstanding activist and researcher who co-hosts "The Power Hour" (http://www.thepowerhour.com) with Joyce Riley. His latest DVD entitled 9/11: Ripple Effect, has just been released.

Alfred Webre, J.D., M.Ed. – An author, lawyer and futurist, as well as peace and environmental activist who promotes the ban of space weapons, he was a co-architect of the Space Preservation Treaty and of the Space Preservation Act, introduced to the U.S. Congress by Representative Dennis Kucinich and endorsed by more than 270 NGOs worldwide. Webre is a judge on the Kuala Lumpur International War Crimes Tribunal and is the International Director of the Institute for Cooperation in Space. He is co-author of the 9/11 Independent Prosecutor Act, and author of Exopolitics: Politics, Government and Law in the Universe. He and Leuren Moret have proposed a Citizens 9/11 War Crimes Tribunal.

Judy Wood, Ph. D. – Perhaps the most qualified scientist studying 9/11 in the world, she holds a B.S. in civil engineering, an M.S. in engineering mechanics, and a Ph.D. in materials engineering science. A former professor of mechanical engineering at Clemson University, Dr. Wood has conducted pioneering research on the destruction of the WTC and maintains a web site at drjudywood.com, an important research web site in the 9/11 community.

Jerry V. Leaphart, J.D. – An activist civil rights trial lawyer and a bar member in New York, New Jersey, and Connecticut with more than 33 years experience as a lawyer in both domestic and international areas. He was the force behind the use of the Data Quality Act to submit Request for Correction to the NIST, which may lead to shattering the 9/11 cover-up.

Alexander "Ace" Baker – A music composer and producer, he is currently the co-composer for "American Dragster" on ESPN. He is also the composer for the independent feature film "Mohave Phone Booth", winner of multiple film festival awards and scheduled for SHOWTIME. In scoring for film and TV, Ace works with digital video on a daily basis and has completed a study of television video fakery involving the hit on the South Tower, which is entitled, "Chopper 5 Composite".

"The Science of 9/11: What's Controversial, What's Not" Conference will be held August 3-5, 2007, at the Radisson Hotel Madison located at 517 Grand Canyon Drive, Madison, WI 53719.

Registration, including two lunches, is $125, but seating is limited to the first 150 so call

**Steel is ejected outward from the tower as it disappears.**



**Aerial photo of the destruction of the North Tower**



**World Trade Center Building 7**

**ABOUT PRESS RELEASES**

If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PRWeb. We will be unable to assist you with your inquiry. PRWeb disclaims any content contained in these releases. Our complete disclaimer appears here.

608-835-2707 or email jfetzer@d.umn.edu in order to register. Members of the media will receive complimentary registration and should also call 608-835-2707. Full conference schedules are available at http://911scholars.org/

###



**Disclaimer:** If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PRWeb®. We will be unable to assist you with your inquiry. PRWeb® disclaims any content contained in these releases. Our complete disclaimer appears here.

© Copyright 1997-2007, Vocus PRW Holdings, LLC.
Vocus, PRWeb and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

Terms of Service | Privacy Policy | Copyright

## Our Mission

Open research to uncover the truths surrounding events of September 11, 2001.



## Navigation

**Home**
**Archives**
**Blogs**
**Books And**
~~Cross~~ **Content**
**Forums**
**Polls**
**Recent**
~~Restings~~
**News**
~~Aggregator~~

## Popular content

## Today's:

- **Barrak Hussien C and Dick Cheney Cousins?**
- **Gang / Counter-dialectics**
- **Professor Files 9 Tam Alleging NIS Frauds**
- **FCS- Future Com System (from 9/ the Future) -Upd**
- **The 9/11 StarWa ExoW CoverUp: \ NASA and NGA w of the Perp Syste**

# 9/11 Researchers

**Home** » **Blogs** » **CB_Brooklyn's blog**

## Dr Judy Wood / Attorney Jerry Leaphart Give Radio Interview



*Submitted by CB_Brooklyn on Wed, 2007-02-21 18:07.*

**http://www.drjudywood.com**

20 February 2007
Ambrose I. Lane, Jerry Leaphart, and. Judy Wood discuss evidence that Directed-Energy Weapons (DEWs) likely destroyed the World Trade Towers on 9/11/01, and discuss their concerns that DEWs may be used to attack Iran.
1-2 PM/EST, **www.weourselves.org**

(mp3-1)
**http://frankferg.onlinestoragesolution.com/JudyWood-Jerry**

(mp3-2)
**http://frankferg.onlinestoragesolution.com/JudyWood-Jerry**

(mp3-3)
**http://frankferg.onlinestoragesolution.com/JudyWood-Jerry**

(mp3-4)
**http://frankferg.onlinestoragesolution.com/JudyWood-Jerry**

(mp3-5)
**http://frankferg.onlinestoragesolution.com/JudyWood-Jerry**

(mp3-6)
**http://frankferg.onlinestoragesolution.com/JudyWood-Jerry**

(mp3-7)
**http://frankferg.onlinestoragesolution.com/JudyWood-Jerry**

**CB_Brooklyn's blog**    **Login** or **register** to post comments    962 reads

*DEW   DEWs   directed-energy weapon   directed-energy weapons   Jerry Leaphart   Judy Wood   star wars beam weapon   star wars directed-energy weapons*

In accordance with Title 17 U.S.C. Section 107, the articles posted on this website are

## Who's online

There are currently *1 user* and *3 guests* online.

**Online users**

- rick

## Sponsor







**buydomains.onlinetv.com**

Your Ad Here

## User login

**Username:** *

**Password:** *

| |SEARCH BLOG| | FLAG BLOG| Next Blog»              Create Blog | Sign In

# Tangible Information

The virtue of uncertainty is not a comfortable idea, but then a citizen-based democracy is built upon participation, which is the very expression of permanent discomfort. The corporatist system depends upon the citizen's desire for inner comfort. Equilibrium is dependent upon our recognition of reality, which is the acceptance of permanent psychic discomfort. And the acceptance of psychic discomfort is the acceptance of consciousness. John Ralston Saul The Unconscious Civilization

**FRIDAY, AUGUST 24, 2007**

**What Age Will You Die?**
Are You Dying? Take the Quiz!
When-Will-You-Die.com

**"Extraordinary Rendition"**
CIA. Secret Prisons. Torture. 9/11.
Frontline/World Investigates Nov 6.

Ads by Google

## 911 NOPLANE lawsuit ACCEPTED

**4**
diggs

**digg it**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA,

Plaintiff/Relator,

vs.

APPLIED RESEARCH ASSOCIATES, INC., et al.,

Defendants.

## CLICK HERE for the OFFICIAL law-suit page!

To LISTEN to a talk with Judy Wood and the lawyer Leaphart CLICK HERE or HERE or HERE

If Reynolds' complaint had no merit, the court would have it **dismissed**. They did not.

**JERRY V. LEAPHART**
Attorney-at-Law
8 WEST Street
Suite 203
DANBURY, CT 06810

P-203-8256265

F-203-825-6256

May 3, 2007

**Via Fedex and Facsimile**

AFRL / DEO - PA
3550 Aberdeen Avenue S.E.
Kirtland Air Force Base, NM 87117-5776
        Attn. Rich Garcia

Dear Rich Garcia:

This is in furtherance of the telephone conference between you, Dr. Judy Wood and I held on April 27th. That conversation was in response to Dr. Wood's letter to Ms. Susan Thornton, dated April 7th that you indicated had been passed to you for reply to Dr. Wood.

The central query of the April 7th letter was whether or not certain demonstrated effects shown to exist in photographs of the destruction of the World Trade Center on 11 September 2001 were consistent with directed energy weapons having been used? We acknowledged the startling nature of the inquiry. We did not expect an immediate answer; and, indeed, no immediate answer was given.

In our thirty (30) minute conversation of April 27th, the issue was plainly left open with neither a definitive 'yes' nor definitive 'no' answer to the query having been given. Instead, the possibilities were discussed and left at that.

Both Dr. Wood and I greatly appreciated the opportunity to discuss directed energy weaponry and their effects in conjunction with the theory that the World Trade Center complex (WTC) was destroyed, in whole or in part, by such weapons.

The photographic, videographic, seismographic and atmospheric data all lend support to the hypothesis. Currently, Dr. Wood is assessing lethality information that is in the public domain.

She is aware that ablation of steel, molecular dissociation and the creation of perpendicular holes, all as seen below, are consistent with DEW.

STEEL-TO-DUST:



Figure 1 The steel is turning to dust as it falls, yet the aluminum we see does not.



Figure 2  The steel is turning to dust as it falls, yet the aluminum we see does not.



Figure 3 The steel is turning to dust as it falls.



**Figure 4 The steel is turning to dust as it falls.**

5

**Figure 5** "Dustification."



**Figure 6  More "dustification."**



http://i18.photobucket.com/albums/b108/janedoe444/ARG/toasted/midair_dustification.gif

**Figure 7  Video clip of steel turning to dust.**



Figure 8  Frames captured from a video showing the steel "spire" turning to dust.
All the above (Figures 1 – 8) depict steel being visibly turned to dust

7

**CRUMPLED BEAMS:**



Figure 9 What caused these beams to wrinkle?



Figure 10  What caused these beams to wrinkle?  We also note there is no "steam" rising from beneath these beams on a rainy day.

8



Figure 6-10 Area of collapsed floor slab in bays between C-8, E-8, C-7, and E-7, from the 15th floor.

Figure 11  A shriveled-up beam in the opening of the cylindrical cut-out of Bankers Trust Bldg.

Each of the above depict crumpled beams

9

PERPENDICULAR CYLINDRICAL AND GEOMETRICAL HOLES:



Figure 12  The cylindrical holes in the WTC complex are noticeable.



Figure 13  WTC3, between 10:00 AM and 10:30 AM on 9/11/01.  After 10:30 AM on 9/11/01, WTC3 was reduced to two or three stories of just the column seen on the right edge of WTC3.

10



**Figure 14  Climbing down into the basement of WTC2, shortly after 9/11/01, looking for survivors**



Figure 15  The remains of WTC6 are on the right and the footprint of WTC1 is on the left.

11



Figure 16 The material from WTC1 is essentially absent and the vertical holes cut through WTC6 can be seen. Note the absence of material in this void.

All of the above (Figures 12-16) demonstrate perpendicular, regularized holes.

PAPER DID NOT BURN:



Figure 17  Unburned paper