UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br>    Plaintiff/Relator,<br>v.<br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br>    Defendants. | Case No. 07CV4612 (GBD)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I David M. Pollack, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Patricia Gary, Esq.
    Donovan Hatem, P.C
    World Trade Center East
    Two Seaport Lane
    Boston, MA 02210

    Patricia Gary is a member of good standing of the Bar of the States of Massachusetts and New Hampshire. There are no pending disciplinary proceedings against Patricia Gary in any State or Federal court

1

Dated: New York, New York
November 20, 2007

DONOVAN HATEM LLP

_____
David M. Pollack (DP6143)
Attorneys for Defendants
SIMPSON GUMPERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.
One Penn Plaza
250 W. 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333

David J. Hatem, P.C.
William D. Gillis, Jr., Esq.
Patricia B. Gary, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To:   Jerry V. Leaphart
      JERRY V. LEAPHART & ASSOCIATES, P.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br>    Plaintiff/Relator,<br>v.<br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br>    Defendants. | Case No. 07CV4612 (GBD)<br><br>**AFFIRMATION OF DAVID M. POLLACK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

David M. Pollack, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Donovan Hatem, LLP., counsel for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC., in the above captioned matter. I am a familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set for the herein and in support of Defendant's motion to admit Patricia Gary as counsel pro hac vice to represent Defendant, SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on February 23, 1981. I was admitted to the bars of the United States District Courts for the Southern and Eastern Districts of New York on March 24, 1981 and am a member in good standing. I was admitted to the bar of the United States Court of Appeals, 2nd Circuit on September 1, 1981, and am a member in good standing.

3. I have known Patricia Gary since June, 2007.

4. Patricia Gary is an attorney at Donovan Hatem, P.C in Boston, Massachusetts.

5. I have found Patricia Gary to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am please to move for the admission of Patricia Gary, pro hac vice.

7. I respectfully submit a proposed order granting the submission of Patricia Gary, pro hac vice, which is attached hereto as Exhibit "A".

WHEREFORE, it is respectfully requested that the motion to admit Patricia Gary, pro hac vice, to represent, SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in the above captioned matter be granted.

Dated: New York, New York
       November 20, 2007

DONOVAN HATEM LLP

_____
David M. Pollack (DP6143)
Attorneys for Defendants
SIMPSON GUMPERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.
One Penn Plaza
250 W. 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333

David J. Hatem, P.C.
William D. Gillis, Jr., Esq.
Patricia B. Gary, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To:  Jerry V. Leaphart
     JERRY V. LEAPHART & ASSOCIATES, P.C.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **June** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

**Patricia Gary**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **November** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

November 15, 2007

**MAURA S. DOYLE**
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Patricia Gary
Donovan Hatem, LLP
2 Seaport Ln.
Boston, MA  02210

IN RE:     **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Patricia Gary:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/pjs
CL Received: November 15, 2007
enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>    Defendants. | Case No. 07CV4612 (GBD)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of David M. Pollack, attorney for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Patricia Gary, Esq.
Donovan Hatem, LLP.
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Is admitted to practice pro hac vice as counsel for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rulese governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
November 20, 2007

DONOVAN HATEM LLP

_____
David M. Pollack (DP6143)
Attorneys for Defendants
SIMPSON GUMPERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.
One Penn Plaza
250 W. 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333

David J. Hatem, P.C.
William D. Gillis, Jr., Esq.
Patricia B. Gary, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To:  Jerry V. Leaphart
     JERRY V. LEAPHART & ASSOCIATES, P.C.

01119695

6

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

1.    I, Anthony P. Terranova, being duly sworn, depose and say, I am not a party to this action, am over 18 years of age and reside in Florham Park, New Jersey.

2.    On December 5, 2007, I served the within Notice of Motion to Admit Counsel Pro Hac Vice and Affirmation in Support, by depositing true copies thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to:

Jerry Vincent Leaphart
Attorney for Plaintiff
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265

E. Leslie Hoffman
Attorneys for Applied Research Associates, Inc.
Jackson Kelly PLLC.
310 West Burke Street
Martinsburg, WV 25401

Gail Debra Zirkelbach
Attorneys for Applied Research Associates, Inc.
Jackson Kelly PLLC
1099 18th Street, Suite
Denver, CO 80202

William David Byasee
Attorneys for Applied Research
Jackson Kelly PLLC
1099 18th Street
Suite 2150
Denver, CO 80202

Jason Andrew Harrington
Shelowitz Broder LLP.
Attorneys for Gilsanz, Murray, Steficek, LLP.
11 Penn Plaza, 5th Floor
New York, NY 10001
(212) 490-3000

Sean Thomas O'Leary
Wormser, Kiely, Galef & Jacobs, LLP.
Attorney for Hughes Associates, Inc.
825 Third Avenue, 26th Fkloor
New York, NY 10022
(212) 573-0618

Kevin R. Sido, Esq.
Hinshaw & Culbertson, LLP.
Attorneys for Rolf Jensen & Associates, Inc. & Wiss, Janney, Elstner Associates, Inc.
222 N. Lasalle, Suite 300
Chicago, IL 60601

Philip Touitou, Esq.
Hinshaw & Culbertson, LLP.
Attorneys for Rolf Jensen & Associates, Inc. & Wiss, Janney, Elstner Associates, Inc.
780 Third Avenue
New York, NY 10017

| | |
|---|---|
| Renee C. Choy, Esq.<br>Hinshaw & Culbertson, LLP.<br>Attorneys for Rolf Jensen &<br>Associates, Inc. & Wiss, Janney, Elstner<br>Associates, Inc.<br>222 N. Lasalle, Suite 300<br>Chicago, IL 60601 | Chad Everette Sjoquist<br>Zetlin & De Chiara, LLP.<br>Attorneys for Skidmore, Owings & Merill,<br>LLP.<br>801 Second Avenue<br>New York, NY 10017 |
| Louis J .Dennis, Esq.<br>Zetlin & De Chiara, LLP.<br>Attorneys for Skidmore, Owings &<br>Merill, LLP.<br>801 Second Avenue<br>New York, NY 10017 | Jeffrey Steven Margolin, Esq.<br>Hughes, Hubbard & Reed, LLP.<br>Attorneys for Teng & Associates, Inc.<br>One Battery Park Plaza<br>New York, New York 10004 |
| Edward B. Keidan<br>Conway & Mrowiec<br>Attorneys for Teng & Associates, Inc.<br>20 South Clark Street, Suite 1000<br>Chicago, IL 60603 | Philip Carmine Semprevivo, Esq.<br>Biedermann, Hoenig, Massamillo & Ruff<br>570 Lexington Avenue<br>New York, New York 10022 |

_____
Anthony P. Terranova

Sworn to before me this

7th day of December, 2007.

_____
Notary Public
KELLY B. FAHERTY
Notary Public, State of New York
No. 01FA6068816
Qualified In Nassau County
Commission Expires 2/27/10
01098095