UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

        Plaintiff / Realtor,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES, INC.;
BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI, EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK, KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.

---X

No. 07 CV 4612

**STIPULATION AND ORDER
DISMISSING COMMON
LAW CLAIMS AGAINST
SKIDMORE, OWINGS &
MERRILL, LLP**

        IT IS HERBY STIPULATED AND AGREED by and between the undersigned parties that the Fourth, Fifth, Sixth and Seventh Counts (the common law claims) of Plaintiff / Relator's Complaint, dated May 31, 2007, are dismissed with prejudice pursuant to Rule 41(a) of

the Federal Rules of Civil Procedure as to defendant Skidmore, Owings and Merrill, LLP.

Dated: New York, New York
       November 12, 2007

JERRY V. LEAPHART & ASSOCIATES, P.C.

By: _____
    Jerry V. Leaphart (JL 4468)
8 West Street, Suite 203
Danbury, Connecticut 06810
(203) 825-6252
Attorneys for Plaintiff / Relator

ZETLIN & DE CHIARA LLP

By: _____
    Chad E. Sjoquist (CS 0142)
801 Second Avenue
New York, New York 10017
(212) 682-6800
Attorneys for Skidmore, Owings & Merrill, LLP

SO ORDERED: DEC 1 9 2007

_____
Hon. GEORGE B. DANIELS
United States District Judge