# JERRY V. LEAPHART & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
8 West Street, Suite 203
Danbury, CT 06810

Tel: 203-825-6265					Facsimile: 203-825-6256

**SO ORDERED**

JAN 11 2008  *[signature]* George B Daniels
HON. GEORGE B. DANIELS

VIA FACSIMILE (212) 805-6735

January 9, 2008

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:  Reynolds v. Science Application International Corp.
     07 CIV 4612 (GBD)

Dear Judge Daniels:

This firm represents the plaintiff in the above cited matter. Pursuant to your Honor's Individual Practices, we request the Court's permission to submit a memorandum of law in opposition to defendants' motions to dismiss the complaint exceeding the page limitation by no more than 15 pages.

Respectfully,

*[signature]*
Jerry V. Leaphart

CC:  Edward B. Keidan, Esq. (312) 658-1201
     E. Leslie Hoffman, Esq. (304) 263-7110
     Remaining counsel via email