**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiff/Relator,<br><br>v.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV4612 (GBD)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE ON**<br>**WRITTEN MOTION** |

Upon the motion of David M. Pollack, attorney for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Patricia Gary, Esq.
Donovan Hatem, LLP.
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Is admitted to practice pro hac vice as counsel for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rulese governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

5

Dated: New York, New York
       November 20, 2007

DONOVAN HATEM LLP

_____
David M. Pollack (DP6143)
Attorneys for Defendants
SIMPSON GUMPERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.
One Penn Plaza
250 W. 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333

David J. Hatem, P.C.
William D. Gillis, Jr., Esq.
Patricia B. Gary, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To:   Jerry V. Leaphart
      JERRY V. LEAPHART & ASSOCIATES, P.C.

01119695

**SO ORDERED**

_____
HON. GEORGE B. DANIELS

JAN 1 8 2008

6