UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; and WISS, JANNEY, ELSTNER ASSOCIATES, INC.<br><br>Defendants. | Case No. 07CV4612 (GBD)<br><br>APPLIED RESEARCH ASSOCIATES, INC.'S NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that, upon Defendant Applied Research Associates, Inc.'s Motion For Sanctions Pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA, and all prior pleadings and proceedings in this case, the undersigned will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA issuing sanctions against

{D0474003.1}

1

Plaintiff/Relator Dr. Morgan Reynolds and his attorney Jerry V. Leaphart and such other and further relief as the Court may deem just and proper.

Dated: December 26, 2007
Denver, Colorado

*s/ Gail D. Zirkelbach*
Adam S. Ennis
SDNY Bar No. AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:   412-434-8804
Facsimile:   412-434-8062
Email:       aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Gail D. Zirkelbach, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:   303-390-0188
             303-390-0033
Facsimile:   303-390-0177
Email:       dbyassee@jacksonkelly.com
             gdzirkelbach@jacksonkelly.com

E. Leslie Hoffman, III, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
Telephone:   304-263-8800
Facsimile:   304-263-7110
Email:       phoffman@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December 2007, I served the foregoing **APPLIED RESEARCH ASSOCIATES, INC.'S NOTICE OF MOTION** via overnight Federal Express on:

Jerry V. Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810
*Counsel for Relator*

s/ **Gail D. Zirkelbach**
Adam S. Ennis
SDNY Bar No. AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:    412-434-8804
Facsimile:    412-434-8062
Email:        aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Gail D. Zirkelbach, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:    303-390-0188
              303-390-0033
Facsimile:    303-390-0177
Email:        dbyassee@jacksonkelly.com
              gdzirkelbach@jacksonkelly.com

E. Leslie Hoffman, III, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
Telephone:    304-263-8800
Facsimile:    304-263-7110
Email:        phoffman@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

{D0474003.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2008, I electronically filed the foregoing **APPLIED RESEARCH ASSOCIATES, INC.'S NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Counsel for Relator*

Philip C. Semprevivo, Esq.
psemprevivo@bhmr.com
*Counsel for Underwriters Laboratories, Inc.*

David M. Pollack, Esq.
David J. Hatem, Esq.
Patricia Gary, Esq.
dpollack@donovanhatem.com
dhatem@donovanhatem.com
pgary@donovanhatem.com
*Counsel for Simpson, Gumpertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*

Philip Touitou, Esq.
Kevin R. Sido, Esq.
Renee C. Choy, Esq.
ptouitou@hinshawlaw.com
ksido@hinshawlaw.com
rchoy@hinshawlaw.com
*Counsel for Wise, Janney, Elstner Associates, Inc. and*
*Rolf Jensen Associates, Inc.*

Chad Everette Sjoquist, Esq.
Louis J. Dennis, Esq.
csjoquist@zdlaw.com
ldennis@zdlaw.com
*Counsel for Skidmore, Owings & Merrill, L.L.P.*

Sean T. O'Leary, Esq.
soleary@wkgj.com
*Counsel for Hughes Associates, Inc.*

David W. Wiltenburg, Esq.
Jeffrey S. Margolin, Esq.
*Counsel for Teng & Associates, Inc.*

1

Jason Harrington, Esq.
Glenn Fuerth, Esq.
jason.harrington@wilsonelser.com
glenn.fuerth@wilsonelser.com
*Counsel for Gilsanz, Murray, Steficek, Llp*

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

Edward B. Keidan, Esq.
Conway & Mrowiec
21 S. Clark St., Ste. 1000
Chicago, IL 60603
*Counsel for Teng & Associates, Inc.*

                                          **s/ Gail D. Zirkelbach**
Adam S. Ennis
SDNY Bar No. AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:   412-434-8804
Facsimile:   412-434-8062
Email:       aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Gail D. Zirkelbach, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:   303-390-0188
             303-390-0033
Facsimile:   303-390-0177
Email:       dbyassee@jacksonkelly.com
             gdzirkelbach@jacksonkelly.com

E. Leslie Hoffman, III, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401

2

Telephone: 304-263-8800
Facsimile: 304-263-7110
Email: phoffman@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

3