## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; and WISS, JANNEY, ELSTNER ASSOCIATES, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 07CV4612 (GBD)<br><br><br>**AFFIDAVIT OF GAIL D. ZIRKELBACH IN SUPPORT OF APPLIED RESEARCH ASSOCIATES, INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 AND § 3730(d)(4) OF THE FCA** |

Gail D. Zirkelbach, being duly sworn, hereby deposes and says as follows:

1.      I am a member of Jackson Kelly PLLC, attorneys of record for Defendant Applied Research Associates, Inc. in the captioned case.

2.      I am admitted *pro hac vice* in this matter.

3.      I submit this Affidavit in Support of Applied Research Associates, Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA, solely to submit certain documents for consideration by the Court, all of which are public records or otherwise publicly available.

1

{D0474018.1}

4.    Attached as Exhibit A is a true and correct copy of the Complaint in Civil Action No. 07-cv-3314 (GBD), *United States ex rel. Dr. Judy Wood v. Applied Research Associates, Inc., et al.,* United States District Court for the Southern District of New York, dated April 25, 2007.

5.    Attached as Exhibit B is a true and correct copy of the First Amended Complaint in Civil Action No.: 07-cv-3623 (VM), *Edward F. Haas v. Secretary,* United States District Court for the Southern District of New York, dated May 10, 2007.

6.    Attached as Exhibit C is a true and correct copy of the Scholars for 9/11 Truth Members Lists, available at http://twilightpines.com/index.php? option=com_content&task=view&id=37&Itemid=35.

7.    Attached as Exhibit D is a true and correct copy of the Scholars for 9/11 Truth: Who Are We? statement, available at http://twilightpines.com//index.php? option=com_content&task=view&id=36&Itemid=35.

8.    Attached as Exhibit E is a true and correct copy of the webpage article posted by the Relator on his website, available at http://www.nomoregames.net/index.php?page=911&subpage1=federal_case.


Dated: December 26, 2007
Denver, Colorado


*Gail D. Zirkelbach*
Gail D. Zirkelbach


STATE OF COLORADO                    )
CITY AND COUNTY OF DENVER            )

Subscribed and sworn to before me this 26th day of December 2007, by Gail D. Zirkelbach.

Notary Public

My Commission expires: 7/4/09                    [SEAL]

SUZANNE W. MAYER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires April 4, 2009

2

{D0474018.1}