**Full Member List** 

**Michael M. Andregg (FM)**

Domestic intelligence, Justice and Peace Studies, St. Thomas University, St. Paul, MN

**Mark Bamberger, Ph.D. (FM)**

Professor of Geology and Environmental Sciences, Miami University and Capital University

**Kevin Barrett (FM)**

Folklore, UW-Madison; Director, Khidria, Inc.; Founding Member, Muslim-Jewish-Christian Alliance for 9/11 Truth, mujca.com

**Philip J. Berg, Esq. (FM)**

Attorney at Law, Former Deputy Attorney General, former candidate for Governor, Lt. Governor, and U.S. Senate from Pennsylvania, whose website, 911forthetruth.com, covers the RICO lawsuit that is pending against Bush, Cheney and 53 other Defendantsin Federal Court, Southern District of New York

**Tracy Blevins (FM)**

Bioengineering, Rice University

**Robert M. Bowman (FM)**

Former Director of the U.S. "Star Wars" Space Defense Programin both Republican and Democratic administrations, and a former Air ForceLieutenant Colonel with 101 combat missions

**Robert S. Boyer (FM)**

Philosophy; Mathematics; Computer Science; University of Texas,Austin

**Clare Brandabur (FM)**

Assistant Professor of English Literature at Dogus University in Istanbul

**Joseph G. Buchman, Ph.D. (FM)**

Associate Professor of Marketing, Adams State College

**Andreas von Buelow (FM)**

Former assistant German defense minister, director of the GermanSecret Service, minister for research and technology, and member of Parliamentfor 25 years

**Don Bustion (FM)**

EXHIBIT
C

Attorney, Adjunct Professor, Southern Arkansas University

**John Bylsma (FM)**

French language and culture

**William A. Cook (FM)**

Professor of English, University of La Verne, Author of "Tracking Deception: Bush Mid-East Policy"

**Richard Curtis (FM)**

Dr. Curtis is an Adjunct Professor of Philosophy at several Seattle area colleges.

**A. K. Dewdney (FM)**

Mathematician, Computer Scientist, University of Western Ontario,physics911.net/spine.htm

**Joseph Diaferia (FM)**

Political Science and History, State University and City University,New York

**Albert Dragstedt (FM)**

Classics and Philosophy, St. Mary's College, Oakland, CA

**Mike Earl-Taylor (FM)**

Criminal Profiling, Investigative and Forensic Psychology,Rhodes University, South Africa

**Ted Elden (FM)**

Architect, Communicator

**Constance Eichenlaub (FM)**

Classical Languages
Comparative Literature

**James H. Fetzer (FM)**

Distinguished McKnight University Professor of Philosophy at the University of Minnesota, Duluth, a former Marine Corps officer, author or editor of more than 20 books, and founder of *Scholars for 9/11 Truth*

**Marcus Ford (FM)**

Humanities, NAU

**Ruth Frankenberg (FM)**

American Studies, Cultural Studies, Author of four books

**Paul D. Haemig, Ph.D. (FM)**

Department of Biology and Environment, Kalmar University, Sweden

**Bill Hammel (FM)**

Ph.D. Physics at U. Wisconsin, Milwaukee (ret.)

**Bruce R. Henry (FM)**

Mathematics, Worcester State College

**James Hill (FM)**

Intellectual property attorney, Radiology, USC School of Medicine

**Jim Hogue (FM)**

MS Theatre, Taught at Community College of Vermont

**Robert G. Horn (FM)**

Former full-time faculty Department of Pathology, at Vanderbilt University School of Medicine

**Charles Hux (FM)**

Associate Professor, Robert Wood Johnson Medical School

**Don "Four Arrows" Jacobs (FM)**

Former Dean of Education, Oglala Lakota College and currently professor of educational leadership at Fielding Graduate University and at Northern Arizona University

**Andrew Johnson (FM)**

Physics, Computer Science, Software Engineering

**Aaron Jones (FM)**

Computer Engineering at The University of Illinois - Chicago

**Michael Keefer (FM)**

English and theatre, University of Guelph

**Stephen F. LeRoy (FM)**

Professor of Economics, University of California, Santa Barbara

**Davidson Loehr (FM)**

Theology; Philosophy of science; Philosophy of religion

**Catherine Lowther  (FM)**

Goddard College

**Jim Marrs (FM)**

Author, Researcher, 9/11, JFK, more

**Richard McGinn (FM)**

Associate Professor Emeritus of Linguistics and Southeast AsianStudies, Ohio University. Former chair of Linguistics (10 years) and Directorof Southeast Asian Studies (4 years) at Ohio University

**John McMurtry, Ph.D.  (FM)**

Professor of Philosophy, University Professor Emeritus Elect,University of Guelph, Fellow of the Royal Society of Canada, and the authorof six books dealing with public policy issues

**Scott Meredith (FM)**

Oriental languages; Theoretical linguistics; Computationallinguistics

**Robert Merrill (FM)**

Literature and Humanities; Maryland Institute College of Art;Editor, Maisonneuve Press

**Donald C. Meserlian (FM)**

Forensic engineering
Mechanical engineering
Citizens' Commission Report on 9/11

**Ted Micceri (FM)**

Statistical Research, Planning and Analysis, University ofSouth Florida

**Michael Morrissey (FM)**

English as a Foreign Language, University of Kassel, Germany

**Raymond Munro (FM)**

Professor of Theatre, Clark University

**Richard C. Murray (FM)**

> Sociology, George Williams College, Downers Grove, Illinois

**Jesus Nieto (FM)**

> College of Education, San Diego State University

**Daniel Orr (FM)**

> Professor Emeritus, Department of Economics, University of Illinois

**Matthew Orr (FM)**

> Population Biology, Evolution and Ecology, University of Oregon "Is the War on Terror Fraudulent?"

**John Pepper (FM)**

> Ecology and Evolutionary Biology, University of Arizona

**Dale Allen Pfeiffer (FM)**

> Novelist
> Geologist
> Science Journalist

**Joseph M. Phelps (FM)**

> MS, PE. Structural Dynamicist (ret.), Charter Member, Structural Engineering Institute of the American Society of Civil Engineers

**Jean-Pierre Petit (FM)**

> Aeronautics, astrophysics, engineering

**Diana Ralph (FM)**

> Associate Professor Carleton University School of Social Work. Author of Work and Madness: The Rise of Community Psychiatry

**Joseph Raso (FM)**

> Political Science, Comparative and International Politics, State-sponsored terrorism, resourcespc.org

**Morgan Reynolds (FM)**

> Professor of Economics Emeritus, Texas A&M University; former Chief Economist, Department of Labor, Bush Administration; Director of the Criminal Justice Center and Senior Fellow at the National Center for Policy Analysis, Dallas

**Gera Rosy (FM)**

Sociology, taught at University of Texas at El Paso and Metropolitan State College in Denver

**Christian Schladetsch (FM)**

Computer scientist, simulation systems; Lectured at Univ of Queensland

**James G. Smart, Ph.D. (FM)**

U. S. History Asst. Prof., University of Chattanooga, TN then Assoc Prof, Professor, Keene State College, Keene, NH (now Prof. emeritus)

**Kenneth Sowden (FM)**

Mathematics, West Hills Community College

**David Sprintzen (FM)**

Professor Emeritus of Philosophy, Long Island Progressive Coalition, Citizen Action of New York

**Morgan Stack (FM)**

Accounting, Finance & Information Systems, University College Cork (UCC), Ireland. Co-founder of the Irish 9/11 Truth Movement

**Robert J. Stern (FM)**

Associate Prof. of Mathematics, Pellissippi State Technical Community College

**Webster Griffin Tarpley (FM)**

President, Washington Grove Institute Government-sponsoredterror, Author, "9/11 Synthetic Terror"

**Martin Walter (FM)**

Professor, Mathematics, University of Colorado at Boulder

**Richard Welser (FM)**

Psychology, Neuropsychology, Philosophy of Science

**Grant Williams (FM)**

Commercial construction with emphasis on seismic and structural engineering

**Gerhard Wisnewski (FM)**

Political scientist; Author of "Das RAF-Phantom", "Operation 9/11", "Aktenzeichen 11.9. ungeloest" (Case 9/11

Unsolved), "Mythos 9/11" and (forthcoming), "Verschlusssache Terror" (The secret files of terror)

**Judy Wood (FM)**

Civil Engineering, Engineering Mechanics, Materials Engineering Science, http://janedoe0911.tripod.com/

**William Woodward (FM)**

Psychology, Political Psychology, University of New Hampshire

Close Window

**Associate Member List** 

**Joe E. Adams (AM)**

Active American

**Garry Anaquod (AM)**

Sessional instructor, First Nations University of Canada

**Gary Anderson (AM)**

Plant molecular genetics, Indiana University

**James Arft (AM)**

America First Party

**Gwendolyn Atwood (AM)**

Clinical psychologist, Ed.D., Harvard University

**John C. Austin (AM)**

Juris Doctorate; Music publishing; Radio broadcasting

**Steve Baer (AM)**

Solar energy, Manufacturing

**Whitney Baron (AM)**

Philosophy, Psychology, Protest Music

**Kenneth Bauman (AM)**

Law enforcement, Explosives detection, Railroad detective (retired), Author of "Leaves of Lavendered Lily"

**Mark L. Beauchamp, MD (AM)**

Physician

**Michael Berger (AM)**

Speaker, Spokesman, 911Truth.org

**Mark S. Bilk (AM)**

Computer programmer; Electronics technician/engineer; cosmicpenguin.com/911

**Steve Bishop (AM)**

> Information Technology

**John Blacker (AM)**

> Physical systems
> Renewable energy
> Science correspondent

**Ray Bock (AM)**

> Systems analyst (ret). BA Economics and MA in Education

**Kevin Bracken (AM)**

> Victorian Branch Secretary of the Maritime Union of Australia

**Len Bracken (AM)**

> Credentialed Journalist, Graduate of GWU's Elliott School of International Affairs, Author of "Shadow Government: 9/11 and State Terror"

**Jordan Brewster (AM)**

> Conspiracies

**James Roger Brown (AM)**

> Director, The Sociology Center; Congressional Evidence Book Author

**D'Anne Burley (AM)**

> Talk Show Host, Truthradio,RBNLIVE.COM

**Bill Carlson (AM)**

> Webmaster, groups.yahoo.com/group/wrh/

**Thom Clark (AM)**

> Registered geologist, Environmental geologist

**Mike Cogan (AM)**

> Computer professional

**Muhammad Columbo (AM)**

Graduate Engineer electronics wide industrial experience

**Michael Copass  (AM)**

Microbiology, Vaccinology, Immunology

**Patrick B. Cottrell (AM)**

Graduate of the University of Notre Dame (Electrical Engineering) and Saint Anselm College (Liberal Arts)

**Judy Cunningham (AM)**

Health Education, Counseling and Rehabilitation

**Rose Davis (AM)**

Publisher, Indian Voices

**Steve De'ak (AM)**

Network professional

**George-Luis Dewey (AM)**

Publisher of Liberty Steward, a Bill of Rights e-magazine

**Thaddeus Dombrowski (AM)**

Mathematics, Computer science, Software engineering

**Karel Donk (AM)**

Multimedia and Web Design

**Eric Douglas (AM)**

New York City architect Chair of the Independent Peer ReviewCommitte for the NIST WTC Reports at nistreview.org

**Curtis T. Dunlap (AM)**

Weather forecaster, Global Hawk technology

**John Ekonomou (AM)**

Attorney at Law

**Ronald Feintech (AM)**

Ph.D. in Clinical Psychology from the University of Nebraska, Licensed Psychologist

**Scott Fenton (AM)**

Physics, Chemistry, Information Technology

**Joel Ferrell (AM)**

Pilot, Aeronautical engineer, physics911.net/spine.htm

**Paul Fortunato (AM)**

Graphic designer

**Robert Fritzius (AM)**

Electrical Engineering, Radar and telecommunications

**Craig T. Furlong (AM)**

Quantitative Methods, Business Administration

**Cathy Garger (AM)**

Freelance Writer, Motivational Speaker

**Russ Gerst (AM)**

Mathematics, Certified Public Accountant

**Kenyon Gibson (AM)**

Former US Naval Intelligence, author of "Common Sense: A Study of the Bushes, the CIA and the Suspicions Regarding 9/11" (2003, in Arabic)and of "Hemp for Victory" (2006)

**Gordon Ginn (AM)**

Motives behind attack

**Sean Glazier (AM)**

Software engineering

**Donald Theodore Grahn (AM)**

TV Producer, "All-ways Pursuing Truth", Public Access TV, Seattle

**Rick Guerard (AM)**

Journeyman ironworker, Industrial maintenance

**Dan Hamburg (AM)**

Former US Representative; Author, Headwaters Forest Act; ExecutiveDirector, VOTE Action Committee

**Mia Hamel (AM)**

Broadcaster

**David Hastings (AM)**

Boilermaker, Shipbuilder, Blacksmith Forger

**Jesse Hemingway (AM)**

Author of "Friendly Fire on Holy Grounds"

**Rodger Herbst (AM)**

777 and 787 Aeronautics, Flight Controls and Simulation Engineering

**Eric Hermanson (AM)**

Engineering Physics, Nuclear Engineering, Software Architect

**John Herold (AM)**

Studio Art
Computer Consultant
Communication Studies

**Michael Himes (AM)**

Paralegal, witness to 9/11

**Jim Hogue (AM)**

Radio talk show host, WGDR in Vermont

**James F. Holwell (AM)**

Mathematics, Communication

**Nick Hull (AM)**

Particle Physics, geocities.com/CapitolHill/

Case 1:07-cv-04612-GBD   Document 87-5   Filed 01/18/2008   Page 13 of 21

**Wade Inganamort (AM)**

>   Writer, Webmaster, Awoken Research Group

**Nick Irving (AM)**

>   Audio Engineeer
>   Website Manager
>   Musician (singer, songwriter)

**Richard T. Jeroloman (AM)**

>   International law; Intellectual property; Electronic engineering

**Debbie Johnson (AM)**

>   Writer, Editor, Proofreader

**Doug Kabourek (AM)**

>   WTC album, Singer and songwriter

**Malcom Kirkman (AM)**

>   LLB Hons (Law degree with honours, UK)

**Peter Kirsh (AM)**

>   Forensic pathologist

**Robert Klassen (AM)**

>   Editor, Freelance writer, Critical care respiratory therapy

**Rebecca R. Kline (AM)**

>   Teacher, Journalist

**Kent Knudson (AM)**

>   Systems Engineering

**Paul Landis (AM)**

>   Industrial engineering, Author of "A Real 9/11 Commission"

**Jerry Leaphart (AM)**

>   Activist lawyer, Amateur Philosopher, Quaker peacenik

Scholars for 9/11 Truth - Associate Member List

**Greg Lemon (AM)**

> Animation, Simulation, Special Effects

**John Leonard (AM)**

> Publicist, linguist and Publisher,  Master of BusinessAdministration

**Jerry Liebler (AM)**

> Electrical Engineering, Metal fabrication and welding

**Davidson Loehr (AM)**

> Minister

**Stevan Douglas Looney (AM)**

> Attorney

**Julia Lipkins (AM)**

> Researcher, Colbert Reports/Comedy central

**Wayne Madsen (AM)**

> Investigative journalist and syndicated columnist, a formercommunications security analyst with NSA and a former intelligence officerin the USMC and a Senior Fellow of the Electronic Privacy Information Center

**Michael Maguire (AM)**

> Mechanical engineering, Aeronatutical engineering, Prognostic Health Monitoring

**Gene Maier (AM)**

> Corporate controller

**Arno Mansouri (AM)**

> Publisher at Editions Demi-Lune in Paris, France

**Eric Martineau (AM)**

> VP of Web Operations

**David Masdon (AM)**

> Electrical Engineering

**Thomas J. Mattingly (AM)**

>  9/11 Literary Agent Member, McClendon Group, The National Press Club

**Brad Mayeux (AM)**

>  RF Engineering, 911review.org

**John McCarthy (AM)**

>  johnmccarthy90066.tripod.com

**David McGowan (AM)**

>  Author and lecturer

**Scott Meredith (AM)**

>  Theoretical Linguistics,  High technology 21 years

**Peter Meyer (AM)**

>  Computational physics, computer programmer, software developer, creator of the Serendipity web site (serendipity.li) and of the Hermetic Systems web site (hermetic.ch)

**Melissa Miles-Wallace (AM)**

>  Environmental Biologist

**Paul Andrew Mitchell (AM)**

>  Federal witness; Criminal investigator; Private attorney general

**Dennis "galen" Mitrzyk (AM)**

>  Physics and math, Business administration

**Max J. Mizejewski (AM)**

>  Retired US Army combat veteran. Served as helicopter pilot in Viet Nam

**Aidan Monaghan (AM)**

>  Electronics engineering, explosive911analysis.com

**Tony Morgan (AM)**

>  BA, teaching in Japan

Scholars for 9/11 Truth - Associate Member List

**Foster Morrison (AM)**

> Forecasting, Dynamic Modeling

**Jeff Moskin (AM)**

> Private pilot, Electronics engineer, Certified flight instructor

**Ted Muga (AM)**

> Naval aviator; Commercial pilot; Structural engineering

**Shane Mulligan (AM)**

> Philosophy, Political Theory, International Relations, InternationalDevelopment

**Nori J. Muster (AM)**

> Author

**Nicholas Newton (AM)**

> Astrophysics, Simulation Models

**David A. Nolan (AM)**

> Writing, Research, Web Development

**Chris North (AM)**

> Police Officer, London Metropolitan Police/New, Scotland Yard, retired, Homeland Security/Counter, Terrorism/Civil Defence

**RC Oliver, Jr. (AM)**

> Chief Engineer

**Alfons Olszewski (AM)**

> Webmaster, freedomisforeverybody.org

**Ralph Omholt (AM)**

> Former airline captain; http://home.comcast.net/~skydrifter/how.htm

**Adam Parrott (AM)**

> Graduate in Chemical Engineering from Queen's University

**Larry Patriarca (AM)**

> Aviation structural mechanic, entrepreneur, Navy service

**Lawrence Patriarca (AM)**

> Organizer of the Central Mass 9/11 Truth Alliance group

**Scott Piper (AM)**

> Documentary Filmmaker

**Scott Piper (AM)**

> Physics

**Joe Plummer (AM)**

> StopTheLie.com

**Lori Price (AM)**

> General Manager, Citizens For Legitimate Government; Writer/editor, The Robotics Institute, Carnegie Mellon University

**Benjamin Pritchard (AM)**

> Software Engineer, 911TruthEmergence.com

**Michael Provost (AM)**

> Independent film maker

**Kevin Quirk (AM)**

> Author of "A Writer's Eye", Former journalist

**Carter W. Rae (AM)**

> Biology, Chemistry, Dentistry

**Craig Ranke (AM)**

> 9/11 researcher/activist

**Guy Razer (AM)**

> Lieutenant Colonel, USAF Retired

**Paul Robins (AM)**

Electronics, Aerospace products

**Rein A. Roos (AM)**

Airborne Dust and Aerosol Specialist

**Gordon Ross (AM)**

Mechanical engineering, Production engineering

**Adam Rosszay (AM)**

B.S. in Computer Engineering

**Harlan Ryerson (AM)**

Blacksmith

**Michael Sansone (AM)**

Master of Arts in English, Film and Media Studies

**Michael Schmidt (AM)**

Project engineer, Project manager, Highway construction

**Daniel Schnizing (AM)**

Author

**E. Martin Schotz (AM)**

Psychiatrist, Citizen Historian

**Val Scott (AM)**

General manager, Executive director, Chief executive officer,Labor, management, employee organizations

**Keith Shannon (AM)**

Web design, Hardware/software troubleshooting

**Rick Siegel (AM)**

911eyewitness.com, 911eyewitness.com/truth

**Gunter Skupin (AM)**

Audio engineer, computer engineer, volunteer firefighter

**Neil Slade (AM)**

film/video maker, author, artist, musical composer, concertperformer

**Jimmy Smith (AM)**

Communications Engineering

**Tom Spellman (AM)**

Civil engineering, architecture, non-profits, activism

**Leonard Spencer (AM)**

Twin Towers Attack, The Pentagon Attack, serendipity.li

**Donald E. Stahl (AM)**

MA in philosophy

**Jacob G. Stansbury, Jr. (AM)**

FSLIC and FDIC; members.cox.net/damor1/

**Scott Star (AM)**

Senior Digital Imaging Specialist

**Stephen M. St. John (AM)**

Author, A Peace Proposal for Greater Jerusalem

**Rob Steinhofer (AM)**

Local Milwaukee Grassroots Contact Person for 911Truth.org,Local Milwaukee Coordinator for MUJCA.net (Muslim-Jewish-Christian Alliancefor 911 Truth)

**Harry Stottle (AM)**

Philosopher, Author, Computer Consultant, Inventor. IT Directorof the Codel Project. Specialist in authentication and related issues.

**Shaun D. Taulbee, MOB, MA (AM)**

Masters of Organizational Behavior

**Gary Ryan Taylor (AM)**

> Videographer, Electronic media

**Jörgen Thorlund (AM)**

> Attorney, Sweden

**Coco Tralla (AM)**

> Writer, Speaker, Publisher, Distributor

**Paul Tuffery (AM)**

> Film maker, Videographer, Computer technician

**Tom Tvedten (AM)**

> Family Physician; Medical School instructor; Arkansas 9/11 Truth contact

**H. Chris Videll (AM)**

> Accountant, Financial analyst

**Jack White (AM)**

> Photoanalyst

**David Whyte (AM)**

> Psychology
> Sociology
> Politics

**Edgar Williams (AM)**

> Statistics, Computer Science, Database Management

**Larry Winfrey (AM)**

> Network engineer

**Judson Witham (AM)**

> Civil Rights Laws; High Rise/Mid Rise/Low Rise Construction/demolition

**Ian Woods (AM)**

> Publisher and Editor of Global Outlook (the Magazine of 9/11Truth); president of S.I.F.T. - Skeptics Inquiry For

Truth (aka 911inquiry.org)

**Wayne Young (AM)**

BS Civil Engineering

Close Window