

# No More Games • Net — 9/11

## Reynolds Makes a Federal Case of 9/11
## Sues NIST Contractors for 9/11 Plane ]

Morgan Reynolds
August 21, 2007

- Home
- Recent Articles
- Economics
- Politics
- 9/11
- Other Conspiracies

## Summary:

Last month the U.S. District Court, Southern New York, unsealed a 9/11 cas Reynolds, thereby making the case public. Reynolds is suing on behalf of the America after the U. S. Attorney for the Southern District of New York who government" declined to intervene in the case. The suit, a so-called qui tam ( 9/11 contractors NIST hired to investigate destruction of the WTC Towers o U.S. government of substantial money by rendering bogus, impossible physi animations about how two hollow aluminum aircraft (allegedly Boeing 767s steel/concrete tower and disappeared. Yet it can be easily demonstrated, afte work by dedicated 9/11 researchers, that no planes hit the towers. The office Jerry V. Leaphart of Connecticut, is now serving(notifying) the defendants ii Science Applications International Corporation (SAIC), Applied Research A Boeing, American Airlines, United Airlines and Silverstein Properties. I will on the case as developments warrant.

Unsealed Complaint PDF here.

00217326
Visits to my site!

[x] The 9/11 Files Topsites

Copyright Morgan Reynolds 2006+ unless otherwise specified. Distribut the articles on this website is strongly encouraged, as long as the ( manipulated or distorted in anyway.



EXHIBIT E