Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS, on behalf of | : | |
| The United States of America | : | |
| | : | |
| Plaintiff, | : | ECF CASE |
| vs. | : | |
| | : | January 22, 2008 |
| SCIENCE APPLICATIONS | : | |
| INTERNATIONAL CORP., et al | : | 07 CIV 4612 (GBD) |
| | : | |
| Defendants. | : | |

### AFFIRMATION OF SERVICE OF COMPLAINT and
### WAIVER OF SERVICE OF SUMMONS DOCUMENTS

I, Jerry V. Leaphart of Jerry V. Leaphart and Assoc., PC, hereby affirm that:

1. I represent the plaintiff in the above cited matter and am familiar with all aspects of this case.

2. On August 9, 2007, in accordance with Fed.R.Civ.P. 4(d), I caused a copy of the following documents to be mailed, certified mail, return receipt requested, to all defendants (listed on Exhibit A), as well as the U.S. Attorney's Office.

    A.    Complaint;

      B.    Waiver of Service of Summons and Complaint package which included the following:

    a.    Informational cover letter;

    b.    Notice of lawsuit and Request for Waiver of Service of Summons;

    c.    Two (2) copies of a Waiver of Service of Summons with return self-addressed stamped envelope;

    d.    Copy of Fed.R.Civ.P. 4(d);

    e.    SDNY 3rd amended instructions for filing an electronic case or appeal; and

    f.    Individuals practices of Judges Lynch and Freeman (the then assigned Judges).

The original green return receipt postcards were previously submitted to the Court, and copies of them have been retained in my files.

    3.    On October 5, 2007, I caused a duplicate copy of the documents outlined above, to be mailed, certified mail, return receipt requested, to those defendants for which green return postcards had not been received. A list of those defendants is attached hereto as Exhibit B. The waiver packages mailed on October 5, 2007 were mailed to the registered agents of those corporations listed on Exhibit B. The original green return receipt postcards were previously submitted to the Court, and copies of them have been retained in my files.

    THE PLAINTIFF

By____/s/ Jerry V. Leaphart_____
Jerry V. Leaphart #JL4468
Jerry V. Leaphart & ASSOC.,PC
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265/(203) 825-6256 – fax
jsleaphart@cs.com

Dated: Danbury, CT
       January 22, 2008

## **ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008, a copy of the foregoing Affirmation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The following attorneys have been served via facsimile:

E. Leslie Hoffman, Esq.
Jackson Kelly P_LLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-7110 fax

Edward B. Keidan, Esq.
Conway & Morwiec
Chicago, IL
(312)658-1201

    /s/ Jerry V. Leaphart
Jerry V. Leaphart (ct 17185)
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
Tel. (203) 825-6265
Fax (203) 825-6256

# **EXHIBIT A**

(List of defendants to whom waiver packages were mailed on August 9, 2007)

SCIENCE APPLICATIONS INTERNATIONAL CORP.
APPLIED RESEARCH ASSOCIATES, INC.
BOEING
NuSTATS
COMPUTER AIDED ENGINEERING ASSOCIATES, INC.
DATASOURCE, INC.
GEOSTAATS, INC.
GILSANZ MURRAY STEFICEK LLP
HUGHES ASSOCIATES, INC.
AJMAL ABBASI
EDUARDO KAUSEL
DAVID PARKS
DAVID SHARP
DANIELE VENEZANO
JOSEF VAN DYCK
KASPAR WILLIAM
ROLF JENSEN & ASSOCIATES, INC.
ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.
SIMPSON GUMPERTZ & HEGER, INC.
S. K. GHOSH ASSOCIATES, INC.
SKIDMORE, OWINGS & MERRILL, LLP
TENG & ASSOCIATES, INC.
UNDERWRITERS LABORATORIES, INC.
WISS, JANNEY, ELSTNER ASSOCIATES, INC.
AMERICAN AIRLINES
SILVERSTEIN PROPERTIES
UNITED AIRLINES

# **EXHIBIT B**

(List of defendants to whom waiver packages were mailed on October 5, 2007 in care of their Registered Agent)

Rolf Jensen & Associates, Inc.

S. K. Ghosh Associates, Inc.

Rosenwasser/Grossman Consulting Engineers, P.C.

Science Applications International Corporation