| | |
|---|---|
| Subj: | **Rule 11 Motion** |
| Date: | 12/27/2007 7:50:48 PM Eastern Standard Time |
| From: | DByassee@jacksonkelly.com |
| To: | Jsleaphart@cs.com |
| CC: | rwalker@jacksonkelly.com |
| *Received from Internet:* | |

Dear Mr. Leaphart:

    If you are in the office during the holidays you have noted by now that we served a copy of our Motion for Rule 11 Sanctions to start the running of the 21 days before filing . Though I was hesitant to do so, as I try to avoid such motions when I can, we felt this one had to be served and filed if necessary. To make a long story short ARA is not involved in those things you allege and even if something was done that was wrong, ARA was a part of it.

    Would you consider dismissing ARA from the remaining claims in the Reynolds?

    Thank you for your consideration.

*Wm. David Byassee*
**Jackson Kelly PLLC**
1099 18th Street, Suite 2150
Denver, CO  80202
Direct Telephone:  (303) 390-0188
Telephone:  (303) 390-0003
Telecopier:  (303) 390-0177
dbyassee@jacksonkelly.com

**CONFIDENTIALITY NOTE** :
This e-mail message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.