Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DR. MORGAN REYNOLDS, on behalf of :
The United States of America           :
                                       :
                    Plaintiff,         :        ECF CASE
vs.                                    :
                                       :        January 28, 2008
SCIENCE APPLICATIONS                   :
INTERNATIONAL CORP., et al             :        07 CIV 4612 (GBD)
                                       :
                    Defendants.        :

# AFFIDAVIT

STATE OF ARKANSAS      )
                                ss:
COUNTY OF GARLAND      )

DR. MORGAN REYNOLDS, being duly sworn, deposes and says:

1.   I am of full age and legal capacity and make this affidavit in support of my opposition to defendants' motions to dismiss in the above-cited matter.

2.   I hereby reaffirm the state of facts and of affairs articulated in paragraphs 1 through and including 81 of my complaint in this action that sets forth the factual claims that confirm:

A.   That per 31 U.S.C. § 3730(e)(4)(b), I am the original source of information confirming fraud by the defendants in this matter.

B.   My direct and independent knowledge of the information upon which my

claims are made will be articulated in some detail in this affidavit.

3.      I provided clear and unequivocal notice of this information to National Institute of Standards and Technology (NIST) on March 8, 2007 and on May 1, 2007, in writing, and these writings are annexed hereto as Exhibits A and B respectively.[1]

4.      I have direct and independent knowledge and have informed the government that its contractors intentionally participated in a ruse whereby blatantly false assertions were made in officially disseminated information to the public.  That officially disseminated information was a report entitled and designated NCSTAR 1 ("Final Report on the Collapse of the World Trade Center Towers") issued on or about the month of September 2005, which report helped to further the false, deceptive and highly misleading claim, without proof and in the face of overwhelming proof to the contrary and/or gaping inconsistencies, that held out as true, the following fallacious proposition:

- That two wide-body Boeing 767-200ER jetliners, namely, American Airlines Flight 11 (tail number N334AA) allegedly sped into WTC 1 (north tower) at over 400 mph and United Airlines Flight 175 (tail number N612UA) sped into WTC 2 (south tower) at over 500 mph, at an altitude of approximately 1,000 feet above ground over the Island of Manhattan and the City and State of New York on the morning of 11 September 2001[2];

---

[1] http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_002621 ; http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_003887

[2] Oddly enough, NIST never mentions airplane tail numbers.  Apparently only the NTSB among government organizations confirms the tail numbers: http://www.9-11commission.gov/ http://govinfo.library.unt.edu/911/archive/hearing12/9-11Commission_Hearing_2004-06-17.htm http://209.85.207.104/u/GovinfolibraryUNT?q=cache:ca-l5_HRABcJ:govinfo.library.unt.edu/911/staff_statements/staff_statement_17.pdf+N334AA&hl=en&ct=clnk&cd=2&gl=us&ie=UTF-8 ; American Airlines flight 11 - N334AA: http://www.ntsb.gov/ntsb/GenPDF.asp?id=DCA01MA060&rpt=fa
United Airlines flight 175 - N612UA:
http://www.ntsb.gov/ntsb/GenPDF.asp?id=DCA01MA063&rpt=fa
http://rinf.com/alt-news/911-truth/fbi-refuses-to-confirm-identity-of-911-planes/1875/

- These two wide-body jetliners were said to have been, but never proven, hijacked from trained and experienced pilots and airline crews by "young Arabs acting at the behest of Islamist extremists in distant Afghanistan… used knives… Mace… and the threat of a bomb," according to the 9/11 Commission chaired by Governor Thomas H. Kean because "they hate our freedoms" according to President George W. Bush.[3]  Proof of the assertion that hijackings of wide-body jetliners occurred does not result from mere recounting of assertions by presidents, governmental Commissions, or reports by "Respectable" newspapers, TV and other media.  In the bulleted sub-paragraph above this one, I reference the fact that jetliners have unique identifying tail numbers and so do all the so-called time-change parts in each aircraft have aircraft-unique serial numbers. NIST report NCSTAR 1 and the contractors who provided input into the preparation of NCSTAR 1 did not prove that the two alleged jetliners crashed into the WTC by means of proper or authentic investigation procedures; rather, they merely assumed that the events occurred.  Instead of an investigation that was "thorough and based on all available evidence"[4] by NIST personnel and the defendants, in fact, it was the opposite of an investigation since it was a "scientific" cover up, as demonstrated below.  During the course of this lawsuit, the exact details of the willful blindness and indifference to facts and to fact finding will be proven through the discovery process and subsequent trial;

- NIST document NCSTAR 1, *Final Report on the Collapse of the World Trade Center Towers*, on p. 19 (69 of 298) asserts, "At 8:46:30 a.m. EDT, five hijackers flew American Airliner Flight 11 (AA11) with 11 crew and 76 passengers into the north face of WTC 1 (figure 2-1)."  That is a mere assertion and is not proven by NIST or any other governmental body.  There follows in NCSTAR 1 Figure 2-1



Source: National Commission on Terrorist Attacks Upon the United States ("The 9/11

---

[3] http://www.9-11commission.gov/ ; http://www.whitehouse.gov/news/releases/2001/09/20010920-8.html
[4] January 10, 2008, denial of the appeal of Dr. Judy Wood available at http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_005026-1.pdf ; also see  NIST claims of "thorough, open, independent" here: http://wtc.nist.gov/pubs/semerjian_remarks_62305.htm

Commission"), Ch. 1; http://govinfo.library.unt.edu/911/report/images/911Report_Ch1_img3.jpg



1.
Source: FEMA, http://911research.wtc7.net/mirrors/guardian2/wtc/WTC_ch1.htm#1.1

a "simulated impact," or cartoon illustration of the alleged jetliner crash event that is
false and fraudulent but which serves to reinforce the myth that such an event
occurred.  A simulation, no matter how complex or sophisticated, is not evidence
supporting an assertion that hijackers flew AA Flight 11 into the north tower.  It is
an empirical question.  In the academy and elsewhere, however, simulations, amply
employed by NIST and the defendants, are often known as GIGO = Garbage In,
Garbage Out, because parameters may be tweaked until the desired results arrive, the
"data," such as they may be, tortured until they confess. NCSTAR 1 claims on p. 38
(88 of 298), "Sixteen and a half minutes after the first impact, five hijackers flew
United Airlines (UA) Flight 175, with 9 crew and 51 passengers, into WTC 2 at
about 540 mph, about 100 mph faster than AA Flight 11 (Figure 3-1)." Instead,
NCSTAR 1 Figure 3-1 is a photo attributed to Carmen Taylor, an alleged tourist and
amateur photographer, who reputedly captured a split-second shot of "Imminent
impact of United Airlines Flight 175 with WTC 2" from a ferryboat.[5]  There are
numerous difficulties with this picture.  First, despite hundreds of media reporters

---

[5] http://www.uafortsmith.edu/News/Index?storyid=1511 ;
http://forum.911movement.org/index.php?showtopic=1668&st=0 ;
http://covertoperations.blogspot.com/2006/03/who-really-took-famous-carmen-taylor.html

and cameramen down at the WTC, not one of them heard the thundering roar of an incoming airliner and captured an image of any kind of an incoming airliner. Second, the Carmen Taylor photo has not been authenticated. Third, the plane image does not display standard UA livery in dark blue and gray colors, despite seemingly accurate colors elsewhere. Fourth, the Sony camera allegedly used has an approximately 10-second delay between shots yet she quickly followed up her airplane picture with the "ghost face" in the explosion/fireball at the south tower. During discovery in this case, these and other issues with the photographic record will be thrashed out with the aim of determining why and in what manner the fraud in the form of willful blindness to the obvious defects in the record upon which assertions of jetliner crashes have been made could possibly have come about.



http://images.google.com/imgres?imgurl=http://news.bbc.co.uk/nol/shared/spl/hi/guides/456900/456983/img/1157108958.gif&imgrefurl=http://news.bbc.co.uk/1/shared/spl/hi/guides/456900/456983/html/nn2page1.stm&h=380&w=300&sz=40&hl=en&start=3&um=1&tbnid=vfZryGBx7f5asM:&tbnh=123&tbnw=97&prev=/images%3Fq%3Dflight%2B175%26svnum%3D10%26um%3D1%26hl%3Den%26client%3Dfirefox-a%26rls%3Dorg.mozilla:en-US:official%26hs%3D1dG%26sa%3DX



http://images.google.com/imgres?imgurl=http://news.bbc.co.uk/nol/shared/spl/hi/guides/456900/4569
83/img/1157108958.gif&imgrefurl=http://news.bbc.co.uk/1/shared/spl/hi/guides/456900/456983/html/nn2pag
e1.stm&h=380&w=300&sz=40&hl=en&start=3&um=1&tbnid=vfZryGBx7f5asM:&tbnh=123&tbnw=97&pre
v=/images%3Fq%3Dflight%2B175%26svnum%3D10%26um%3D1%26hl%3Den%26client%3Dfirefox-
a%26rls%3Dorg.mozilla:en-US:official%26hs%3D1dG%26sa%3DX

- After allegedly subduing two experienced pilots aboard each flight, presumably by cutting them to death with box knives, releasing blood all over the cockpit, console and controls, then releasing their seatbelts and somehow moving and wrestling their dead 180-lb.+ bodies out of the narrow cockpit seats into the companionway and disposing of them without disturbing the flight controls (= impossible), plus subduing 9 additional crew members and 76 passengers aboard Flight 11 as well as 7 additional crew members and 51 passengers aboard Flight 175, five purported evil Muslim hijackers on each flight then navigated and piloted said jetliners uninterrupted from far beyond the horizon of New York on an indirect, circuitous route into Manhattan,[6] unhindered by the mighty (expensive) U.S. air defense as the alleged hijackers wandered about,

---

[6] http://govinfo.library.unt.edu/911/report/911Report_Ch1.htm

6

seemingly unconcerned about military interception in favor of a leisurely flight eventually headed toward the WTC targets, and virtually unseen and unheard upon arrival in Manhattan; confronted by hijackers, pilots know they can simply roll the plane upside down, dumping the hijackers on their heads to incapacitate them, but supposedly none did so on 9/11; the official timeline implies that Flight 175 exceeded the speed of sound over New Jersey, an impossibility for Boeing 767s; not a single athletic male passenger aboard either flight reached above his seat, grabbed the first available piece of luggage in an overhead compartment and assaulted a knife-wielding hijacker with it, despite dozens of luggage pieces available, the ability to throw them at hijackers and use luggage as a shield against a knife, as well as a weapon against a terrorist—how could America still be termed "the home of the brave" with such cowardly men?  Something is fishy here.  Only Daniel Lewin, allegedly an Israeli multi-millionaire and elite commando, resisted the hijackers on Flight 11 and initially was reported as killed by a gunshot.[7]  The official tale maintains no American passenger or crew member stepped forward on Flights 11 and 175 to do anything to resist, instead the myth of events would require belief that everyone was cowed by Arabs armed with $10 knives bent on going to "Allah" by murdering thousands of American and causing billions in property damage.  In truth, a few Arabs armed with knives, badly outnumbered by American crew members and passengers with easy access to luggage, would be suddenly and easily overwhelmed by passengers banding together; the simple logic of what we know about "can-do" Americans exposes the official conspiracy theory for the poppycock without proof that it is; "nonsense on stilts," as the Brits would say. This line of inquiry, during discovery, will need to be covered and will be;

- Per the official myth, said hijackers acquired the skill to navigate and pilot these Boeing 767 jetliners by virtue of purported training on how to fly single-engine



[7]
"Daniel C. Lewin, 31, was co-founder and chief technology officer of Akamai Technologies in Cambridge, Mass. Lewin, who attended graduate school at MIT, became an instant billionaire — at least on paper — in October 1999 when Akamai made its Wall Street debut.  'Danny was a wonderful human being,' said George Conrades, Chairman and CEO of Akamai.  'He will be deeply missed by his many friends at Akamai'   Lewin is survived by a wife and two sons."
http://www.usatoday.com/news/nation/2001/09/12/victim-capsule-flight11.htm ;
http://govinfo.library.unt.edu/911/report/911Report_Ch1.htm

"puddle jumpers" (read: small aircraft). Mohammed Atta supposedly seized the
controls of American Flight 11 after his commuter flight that morning from Portland,
ME, to Boston Logan and nearly missed his suicidal hijack connection to AA Flight
11, while Marwan al Shehhi allegedly piloted Flight 175 from Logan, smartly
banking the wide-bodied 140-ton airliner left in the last few moments of his life and
hitting the south tower 23-ft from center, a target width of 208 feet despite an
incredible speed of 542 mph near sea level, or flying two city blocks per second in a
huge airliner. Such a flight would have taken only 4-5 seconds from the southern
end of Battery Park City to WTC 2. This alleged flying feat is virtually impossible
for the most accomplished pilots, as per the annexed affidavit of John Lear. All
other known pilots of 767 jetliners require years of experience in progressively
larger jetliners and typically train intensively for weeks to learn to fly Boeing 767s,
after having actually flown slightly smaller jet aircraft, like 737/727s, for years or
decades, rather than Piper Cubs and Cessnas. Supposedly the two "pilots" were
fanatical Muslims, yet there is no proof that fanaticism is a reasonable substitute for
skill. Certainly, in this, a court of law, that issue will need to be examined.

- The alleged 767s left virtually no evidence of "crashing" into the towers but as
shown in pictures and videos glided silently through and disappeared inside said
steel-framed towers from nose to tail, wing tip to wing tip, creating an apparent
silhouette of passage of an airplane outline, undersized though these gashes in the
buildings were, without slowing, without degrading, without crumpling, without
deforming, without breaking off wings or wing tips, flaps, panels, actuators, fuselage
or tail section, without fuel spillage, without burned fuel spilled down the face of the
impact wall; without a visible wake vortex in the (delayed) explosions or the sound
of a jetliner and without evidence of any airplane pieces visible in the towers or
below the impact walls of the towers whatsoever, despite the combined weight of
166 tons of airplane parts or 332,000 pounds, plus cargo weighing some 560,000
pounds, 6.2 million aircraft parts according to Boeing, and no known air crash
investigation with confirmation of time-change parts unique to each commercial
airliner matched to maintenance logs to confirm the identity of each airliner; the
explosion fireball was remarkably gray in contrast to real large jet explosions that
are charcoal and black;

8



Source: http://en.wikipedia.org/wiki/American_Airlines_Flight_11
elementary physics makes the two events depicted strictly impossible; "America fell for the Roadrunner trick" as one anonymous poster on a forum put it. Each and every fact contained in this sub-paragraph should have resulted in the recognition by the defendants herein that they, each and every one of them, were engaging in fraud. The degree of willful blindness to reality is clear, palpable and apparent. NIST and the defendants were employed to reach and support fraudulent, predetermined political conclusions with their technical expertise.

5.     The defendants herein either knew that the elements of the tale described above were impossibly false and had not occurred; and /or engaged in willful and fraudulent disregard of ordinary investigatory procedures and of reasoned professional practices applicable to their respective areas of expertise, for which they were paid, that should have resulted in the recognition that no such events had occurred and that should have precluded their participation in fraud and deception. Even if they did not wish to "go out on a limb" and disclose the fraud, they should have, at a minimum, withdrawn from a fraudulent enterprise, rather than continue with it, get paid for it and then lend the support of their professional names and reputations to the fraud. The respective reputations for professional expertise of the defendants, singly and in the aggregate, were, in fact, relied on to buttress the stature and standing of the fraudulent report disseminated by NIST (NCSTAR 1) and was a part of the fraudulent scheme carried out by the defendants.

6.      Unlike the contractor defendants herein, I, on the other hand, did blow the whistle on this fraud.  I filed a Request for Correction (RFC) with NIST on March 8, 2007 and I supplemented that request on May 1, 2007, (RFC Supp) in which I specifically cited the FCA and indicated that fraud had been committed.  Annexed hereto as Exhibits A and B are my said RFC and RFC Supp.  I have received a response from NIST (RFC Response) to my said RFC and RFC Supp from NIST dated September 28, 2007, which is annexed hereto as Exhibit D.  In it, NIST denies that it relied upon fraudulent photographic and video evidence and also denies its simulations violated the laws of physics, but does acknowledge that that is what I am claiming.  I have done more.  I have also appealed as inadequate NIST's denial of my RFC and RFC Supp and I have requested documentation from NIST via a FOIA request which NIST initially responded to by claiming that I needed to pay them a fee in excess of $3,000. Of course, the discovery process in this case will be greatly aided by NIST production of the documents I have requested.  Annexed hereto as Exhibits E, F, and G are my RFC Appeal, NIST's confirmation that it will hold its response to my appeal until further communication from Reynolds and NIST's responses to my FOIA requests for documents to date.  Clearly, I am the original source of the assertions of fraud.  I am separately seeking revocation of NCSTAR 1, and I am suing those who helped perpetrate that fraud.

7.      In the preceding paragraphs, I have confirmed that I have direct and independent knowledge of the validity of the assertions made herein and of the claims of fraud that I am making.  In the remaining paragraphs of this affidavit, I provide further factual documentation and/or references that have been assembled prior to the discovery phase of this case that will confirm that there are an abundance of facts in support of the claims here made and that will aid the

discovery process by helping to lead to the discovery of admissible evidence. That is the purpose

of the remaining display of information found herein.

8.      Firstly, I incorporated by reference the information published by NIST on each and

every contract that is publicly available that details what each defendant in this case was contracted

to do.[8] As to each of them, it can be stated, with particularity, that the respective areas of expertise

that the defendants were called upon to utilize with respect to the specific contracts they entered

into involved areas of work or of investigation and/or elements of professional expertise that they

were mandated to utilize that should have resulted in the clear and unmistakable recognition by

each of them individually and in the aggregate, that the project they worked on was being

conducted so as to perpetrate a blatant fraud, a falsity, and a report that was false to the point of

absurdity. They failed and failed utterly to heed the information that was staring them right in their

respective faces; and, for that, they must pay the consequent price.

9.      I can and should indicate that I came to the recognition that fraud was taking place

on a gradual basis. I am aware that on September 21, 2001, National Security Advisor Condoleeza

Rice reiterated the government conspiracy theory and declared that a full "white paper" of evidence

would be forthcoming. This document would assemble all the evidence about the 9/11 attacks

supporting the governmental version of events. Likewise, then-Secretary of State Colin Powell

promised such a white paper on September, 23, 2001, in his appearance on NBC's "Meet the Press"

hosted by Tim Russert.[9] No such document proving the government's claims was ever produced,

but I did not forget that one was promised. And, for that matter, any competent authority would

have and should have issued an authoritative report on an event like 9/11, if it had happened as

---

[8] http://wtc.nist.gov/solicitations/
[9] http://www.911truth.org/article.php?story=2004081212004979
http://www.ratical.org/ratville/CAH/AOPof911p11.html

depicted. The media never reminded the government of this oversight. "All we had was nineteen photographs and a verbal story," writes John C. Austin.[10] It is in that context that when NIST issued its NCSTAR 1 report on or about the month of September, 2005, consisting in a main report of 298 pages, backed by some 10,000 pages of additional reputed documentation, it seemed to me, initially, and at long last, that an authoritative and objective rendering of the facts of 9/11, at least as they pertained to the events in New York City, might have been done. However, as time elapsed and upon careful review, it became apparent that NCSTAR 1 was fraudulent and I took action of the type that clearly and unequivocally puts me in the position of being the original source for purposes of bringing this qui tam action.

10.    On September 30, 2005, Secretary of State Condoleeza Rice said at Princeton University: "But if you believe, as I do and President Bush does, that the root cause of September 11th was the violent expression of a global extremist ideology, an ideology rooted in the oppression and despair of the modern Middle East, then we must speak [sic] to remove the source of this terror by transforming that troubled region." Here Rice implicitly admits that "the root cause of September 11th" is a matter of "belief" rather than proof. No proof of the official conspiracy theory was ever offered. Thus, even though at the time indicated, September 30, 2005, at the time of the release of the final NCSTAR 1 report, there was no mention made of it or of reliance upon it as an authoritative source for what had happened, such that we would no longer have to accept the official version of events as a matter of faith or of belief. There still was no proof, it remained a matter of faith and belief. Since release of NCSTAR 1 over two years ago, government officials might have insisted that a thorough investigation had been done and that independent and objective scientific expertise had confirmed the official government story, yet I have seen no government

---

[10] John C. Austin, "American Nightmare 2001-?," p. 5 in *The 9/11 Conspiracy: The Scamming of America*, edited by James H. Fetzer, Catfeet Press, 2007.

officials make this claim or rely on the NIST report in any way outside of NIST officials themselves.  Why the 'deafening' silence, the lack of promotion and propaganda?

11.    I can say that I have not ever been able to confirm whether any official, final passenger manifests were ever issued for flight 11 or flight 175 by the airlines or government and whether or to what extent NIST and its contractors had access to that information. It is not yet clear whether NIST has information like actual passenger manifests for the flights in question. I expect to find this out during the discovery phase of this case.  NCSTAR 1 does not present this information.

12.    There are no Arab names on any passenger manifests made public that I have been able to locate.

13.    There are no videos showing any of the alleged hijackers at Boston Logan Airport, the alleged origin of Flights 11 and 175 that allegedly struck the WTC.

14.    I am aware that media have reported as many as 10 of the accused hijackers alive within days of 9/11, including Mohamed Atta, Waleed al Shehri, Wail Al Shehri, and Abdulaziz al Omari, i.e., four of the five accused hijackers of Flight 11, as well as Ahmed al Ghamdi and Mohand al Shehri, two of five accused hijackers of Flight 175.  It is impossible to be dead in a suicidal hijacking in America and yet alive in North Africa or the Middle East.  The point here is that there are a number of significant, unresolved issues that need to be thrashed out during the discovery process and come about simply because NIST and its contractors, the defendants herein, did not question them or answer them.

15.    Again, based upon pre-discovery information, we are required to accept as true the proposition that the attacks of 9/11 caught the FBI completely "by surprise" but we are also to believe that a suddenly efficient FBI identified the hijackers within hours of the attacks, despite no such names appearing on passenger manifests.  No airplane ticket trail has been identified and

NIST and the defendants herein will need to be queried on this issue. On September 20, 2001, expressing uncertainty over identities, FBI Director Robert Mueller admitted, "We have several others that are still in question. The investigation is ongoing, and I am not certain as to several of the others" [*Newsday*, 9/21/2001]. After the media reported live hijackers as mentioned in #10 above, FBI Director Mueller said on September 27: "We are fairly certain of a number of them" [*South Florida Sun-Sentinel*, 9/28/2001]. I repeat: Mueller was "fairly certain" of a number of them. Finally, on November 2, 2001 Mueller shut this chapter down by asserting, "We at this point definitely know the 19 hijackers who were responsible," and Mueller boldly chose to keep all the names and photos released in late September [*AP*, 11/3/2001]. Mueller never provided proof for this allegation and has never been forced to produce such evidence in a court of law. The media made no further inquiries about live hijackers. I hasten to add that I do not intend to rely on newspaper articles as evidence, but I do intend to use the information available in the public domain to help in the discovery process.

16.     FBI Director Mueller has further stated, "In our investigation, we have not uncovered a single piece of paper either here in the United States or in the treasure trove of information that has turned up in Afghanistan and elsewhere that mentioned any aspect of the September 11 plot." Mueller claimed the attackers used "extraordinary secrecy" and "investigators have found no computers, laptops, hard drives or other storage media that may have been used by the hijackers, who hid their communications by using hundreds of pay phones and cell phones, coupled with hard-to-trace prepaid calling cards" [FBI, 4/19/2002; *Los Angeles Times*, 4/22/2002]. Therefore, the FBI admits it can provide no evidence of a plot from a trail left behind by those it accuses of being suicidal Muslim hijackers. We are to assume suicidal Muslims were so crafty, so clever, that they left not a shred of evidence behind for Mueller to examine.

17.    There are no known, verified security videos of the boarding and departure of flights 11 and 175 that have been made available.  Boston Logan, we are to believe, had no video surveillance videos anywhere in the airport in an age when every convenience store has them and ordinary citizens are taped dozens of times daily.  Does NIST have them, and did the defendants herein see them?  These and other queries remain for the discovery process.

18.    Airport security failed, we are told, in 19 of 19 cases, despite the fact that at least three of the alleged hijackers were either listed on the U.S. terrorism watch list or had outstanding arrest warrants.[11]  And how did the accused terrorists get their knives and mace through security? "None of the checkpoint supervisors recalled the [Flight 11] hijackers or reported anything suspicious regarding their screening."[12]  Do NIST and the defendants have information on these matters?

19.    Flight 11 reportedly failed to respond to a command to climb at 8:13a and the flight controller repeatedly tried to reach the pilot, even using the emergency frequency, but got no response, apparently hijacked.[13]  Despite FAA notification of American Airlines that Flight 11 (allegedly) had been hijacked 8 minutes later at 8:21 a.m., it took another 21 minutes or more before Flight 175 allegedly was hijacked, fully 30 minutes or more before Flight 77 allegedly was hijacked, and 1 hour and 7 minutes before Flight 93 allegedly was hijacked, and potentially life-saving information was never provided to pilots in the air.  United Airlines flight dispatcher Ed Ballinger reportedly was handling 16 United transcontinental flights, including Flights 175 and 93 and shortly after he heard about the hit on WTC 1 contacted his flights to warn them.  Flight 175

---

[11] Paul Thompson, *The Terror Timeline*, NYC: Reganbooks, 2004, p. 345.
[12] http://govinfo.library.unt.edu/911/report/911Report_Ch1.htm
[13] Thompson, p. 357.

failed to respond and Ballinger concluded the flight had been hijacked.[14]  It is unclear whether he

contacted anyone about his conclusion.  None of this sounds remotely plausible.  FAA regulations

and training require air traffic controllers to "Consider that an aircraft emergency

exists…when:...There is unexpected loss of radar contact and radio communications…If…you are

in doubt that a situation constitutes an emergency or potential emergency, handle it as though it

were an emergency."[15]  Would these (non)actions be rational, by-the-book responses in an

emergency when every minute counts ?  Why was such information withheld?  "The defense of

U.S. airspace on 9/11 was not conducted in accord with preexisting training and protocols," says

the 9/11 Commission.  "It was improvised by civilians who had never handled a hijacked aircraft

that attempted to disappear, and by a military unprepared for the transformation of commercial

aircraft into weapons of mass destruction.  As it turned out, the NEADS air defenders had nine

minutes' notice on the first hijacked plane, no advance notice on the second, no advance notice on

the third, and no advance notice on the fourth."[16]  We are to believe that hijacked aircraft were

unprecedented and everyone in the FAA, air traffic control and NORAD/NEADS was a novice,

learning on the job. No one ordered a combat air patrol (CAP) over the nation's capitol.  Why not?

During discovery, there will be a need to determine, how did the defendants treat these facts?

     20.     No pilot from any of the four alleged flights sent the universal hijack distress code

"7500" despite the ease and speed (1-2 sec) pilots can send it.  Zero for four.  Why? The 9/11

Commission never explains this startling string of failures.   Instead, it misdescribes the protocol

for FAA and NORAD interception and proclaims, "On the morning of 9/11, the existing protocol

---

[14] Ibid., p. 375.
[15]  David Ray Griffin, *The New Pearl Harbor: Disturbing Questions about the Bush Administration and 9/11*, Northampton, MA: Olive Branch, 2004, p. 4.
[16]  http://govinfo.library.unt.edu/911/report/911Report_Ch1.htm

was unsuited in every respect for what was about to happen."[17]  During discovery, there will be a need to determine, how did the defendants treat these facts?

21.    According to information and belief, AA Flight 11 never officially happened because the flight was not in the automated Bureau of Transportation Statistics data base.[18]

22.    Tail number N334AA, allegedly used for Flight 11, was valid until officially deregistered January 14, 2002 despite FAA rules that destroyed aircraft must be deregistered within 24 hours.  During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat this fact.

23.    Tail number N612UA was valid four years after the attacks of 9/11 until officially deregistered September 28, 2005.   During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat this fact.

24.    The FBI stated on June 6, 2006 that Osama Bin Laden was not wanted for the crimes of 9/11 because the FBI had "no hard evidence" that he was involved.[19]  By contrast, The 9/11 Commission Report in a section headed by the question, "Who Is the Enemy?" simply asserts without proof, "The 9/11 attack was driven by Usama Bin Ladin."[20]  During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these facts.  Were they aware of these facts prior to the September, 2005, release of the NIST final report?

25.    No Boeing 757/767 in domestic service ever had ever been hijacked before 9/11 since their commercial introduction in 1982. Further, there was no sky hijacking of any kind in the

---

[17]  Ibid.
[18]  http://www.serendipity.li/wot/holmgren_interview.htm ;
[19]  http://www.twf.org/News/Y2006/0608-BinLaden.html
[20]  http://govinfo.library.unt.edu/911/report/911Report_Exec.htm

United States for a decade before the alleged four successful hijackings on 9/11.[21]  During
discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat
these facts.

      26.     The only Boeing 767 known hijacked prior to 9/11 was Ethiopian Flight 961which
ran out of fuel toward the end of its flight on November 23, 1996.  Water tore that Boeing 767 to
pieces off the island of Comoros in the Indian Ocean, "Due to the fact that the pilot tried landing
parallel with the tides, the left engine and wingtip struck the water first, causing the aircraft to
break up."[22]  Is water—parallel with tides or not—"stronger" than a massive steel-and-concrete
tower?  Does $H_2O$ impose more resistance, more force, upon an airliner than a steel-and-concrete
tower?  Yet within 14" of "soft" water resistance, an armor-piercing, copper-jacketed .50 caliber
round with muzzle-velocity of 2,000 mph is torn to shreds despite being fired only ten ft. from the
water. [23]  Fourteen inches is the width of steel box columns in the towers.  Could that bullet pierce
one side of a steel column, break through and still have enough energy and mass to break through
the other side?  These two facts alone falsify the fraudulent analysis perpetrated by NIST and the
defendants about "aircraft impact damage," as labeled in NCSTAR 1-2.  The word "impact"
occurs 1,645X in NCSTAR 1-2, as if repetition makes it so.  Impact means "the striking of one
body against another; a collision; the effect of one thing upon another."  Neither the defendants nor
NIST offer proof that there were such impacts.  During discovery, there will be a need to determine
how did NIST and its contractors, the defendants, treat these facts.

---

[21] http://www.centennialofflight.gov/essay/Government_Role/security/POL18.htm.  The lack of
systematic data on hijackings is odd.
[22]
http://en.wikipedia.org/wiki/Ethiopian_Airlines_Flight_961;http://www.cnn.com/WORLD/9611/26
/comoros.crash/crash.really.large.14sec.mov
[23]   http://www.metacafe.com/watch/125635/50_caliber_sniper/

27.     The U.S. air defense forces failed to intercept a single (alleged) hijacked airliner on the morning of 9/11 despite routinely intercepting unresponsive, off-path airplanes for many years, with 129 reported interceptions in the year 2000 alone.[24]  The air defense establishment of the United States of America is filled with patriots—NORAD, National Guard, etc.  No pilot, rogue or otherwise, was able to intercept one airliner on 9/11 despite flying jet interceptors capable of 2+ Mach.  No "stand down" orders have been discovered nor were they needed if there were no hijacked airliners to intercept, only false "blips" inserted on radars.

28.     On 9/11 the American people were told that 19 of 19 Muslim hijackers successfully sky-jacked four large Boeing airliners in four attempts, 4 for 4, a 100% success rate despite the fact that there no hijackings of any kind during the previous decade in the United States and no record of hijackings of Boeing 757/767 airliners since their introduction into domestic commercial service back in 1982.  I repeat: no 767 or 757 jetliner had ever been hijacked in the United States, none but the four alleged on 9/11. In real life, hijackers often fail.  Sky jacking a large airliner with dozens if not hundreds aboard is an extremely risky enterprise, especially with a small knife and locked cockpit doors.  The high likelihood of failure is a powerful reason why hijackings are unknown in the modern era in the United States.  The attacks of 9/11 were truly unprecedented but in ways most speakers of this cliché fail to realize.  Given the hijack-free history of 757/767s prior to 9/11, extraordinary proof would be required to verify the government conspiracy theory of four hijackings on 9/11.  Extraordinary proof would, in turn, require extraordinary care in examination given a background of governmental deception.  To date, no proof of the hijacking of flights 11, 175, 77 and 93 has been forthcoming.  Instead, we are offered the four cleanest crash sites in

---

[24] Interceptors were scrambled 67 times from September 2000 and June 2001 and 129 times in 2000 according to NORAD. http://911research.wtc7.net/planes/analysis/norad/index.html#ref1 http://911research.wtc7.net/cache/planes/analysis/norad/020812ap.html http://911research.wtc7.net/cache/planes/analysis/norad/calgaryherald101301_scrables.html

aviation history.  The wreckage at all four 9/11 sites was virtually non-existent.  The government

has issued no "white paper" to prove its case, the 9/11 Commission made no attempt to prove that

the accused Muslim men did the attacks, nor did NIST and the defendants investigate and prove

what happened on 9/11. Instead, the establishment presupposed its official conspiracy theory was

true and applied make-up as required.[25]  The official 9/11 conspiracy theory has the unfortunate

property of being false, and therefore unprovable.   During discovery, there will be a need to

determine how NIST and its contractors, the defendants, treated these facts.

29.    Vibrations reaching sensitive seismograms from the north tower event registered a

0.9 equivalent magnitude earthquake at 8:46:26 EDT according to Lamont-Doherty, too small to be

felt on the ground, and an even smaller 0.7 magnitude at 9:02:54 EDT for the south tower event.[26]

These facts raise a problem: the alleged plane at the south tower hit at 100 mph greater speed than

the north tower "plane," according to NIST and the defendants.  Kinetic energy increases as the

square of speed, and 100 additional mph would increase kinetic energy by 50%, only trivially

reduced by the alleged 3-ton lower weight of FL 175 versus FL 11.  Therefore, the south tower

event should have had much greater force and impact, according to the official "speed" story by

NIST and the defendants, yet Lamont-Doherty registered a substantially smaller Richter value than

the first impact.  During discovery, there will be a need to determine how NIST and its contractors,

the defendants, treated this fact.

---

[25] Yet NIST reasserts "…the NIST WTC investigation as described in NCSTAR 1 and the
supporting reports was thorough and based on all available evidence…" in its January 10, 2008,
denial of the appeal by Dr. Judy Wood,
http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_002619 ; also
see more self-praise by NIST of its investigation as open, thorough and independent here:
http://wtc.nist.gov/pubs/semerjian_remarks_62305.htm
[26] http://www.ldeo.columbia.edu/LCSN/Eq/WTC_20010911.html
http://911research.wtc7.net/mirrors/guardian2/wtc/seismic/WTC_LDEO_KIM.htm
http://www.popularmechanics.com/technology/military_law/1227842.html?page=5
http://drjudywood.com/articles/DEW/StarWarsBeam1.html

30.    For the first time in major U.S. commercial aviation history, no flight data recorders or cockpit voice recorders were recovered from either aircraft and authenticated.  Alleged evidence from FDRs and CVRs (provably inauthentic, according to John Lear) has been released for the alleged Pentagon and Shanksville incidents but not the WTC incidents.  Why not?

31.    FDRs and CVRs are installed in the tail section of airliners because they are among the strongest structures in an airliner and the most crash survivable part of the aircraft.[27]  In addition to the absence of FDRs and CVRs, no tail section from either "airliner" was recovered, despite the immense forgings that form their strength.  The FDR records some 156 parameters 8X per sec.  A National Transportation Safety Board spokesperson says, "It's extremely rare that we don't get the recorders back. I can't recall another domestic case in which we did not recover the recorders." [CBS News, 2/23/2002]. The black boxes are considered "nearly indestructible," are placed in the most survivable parts of the aircraft, and are designed to survive impacts much greater than the WTC impact. They can withstand heat of up to 2,000 degrees Fahrenheit for one hour, and can withstand an impact of an incredible 3,400 G's.  In 2004, some of the black boxes were reported found in the weeks after 9/11, but that their asserted "discovery" was kept secret, never verified and can therefore be treated as a nullity until produced.[28]  During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these facts.

32.    An unburned Saudi passport for Satam al Suqami, an alleged hijacker aboard alleged Flight 11, however, reportedly was found by a passerby on or near Vesey St. near the WTC before

---

[27] http://www.ntsb.gov/aviation/CVR_FDR.htm. With the data retrieved from the FDR, the Safety Board can generate a computer animated video reconstruction of the flight and therefore resolve questions.
[28]
http://www.cooperativeresearch.org/timeline.jsp?timeline=complete_911_timeline&investigations=_a_detailed_look=wtcinvestigation
October 2001: Three of Four Black Boxes From WTC Crashes Secretly Found?

destruction of both towers.[29]  We, the people of the United States of America, are supposed to

believe, therefore, that a paper passport somehow flew out of the pocket or luggage of terrorist

Satam al Suqami, who was busy holding crew and passengers at bay, survived a fiery explosion and

fireball high up in WTC 1 and then gently floated down to a sidewalk nearby, intact and unburned.

*The Guardian* calls this one of "Uncle Sam's Lucky Finds," among so many items conveniently left

behind by the hijackers for the FBI to stumble over.[30]  The alleged rental car at Logan proved a

"treasure trove" of material, including a flight manual in Arabic and a copy of the Koran.

Similarly, the alleged Muslim pilot of Flight 175, Marwan Al Shehhi, the devout Mulsim who

enjoyed lap dances at strip clubs, also left behind a Boeing 757 flight manual, illustrated martial

arts books (all the better to fend off an attack by 60 people, Bruce-Lee-style), an airplane fuel tester

(always useful during a hijacking), a protractor and an 8-inch stack of East Coast flight maps in a

motel room.[31]  As one headline put it, "Hijackers Leave a Clear Trail of Evidence."[32]  Such careless

behavior is inconsistent with FBI Director Mueller's contention that the plotters left not a trace of

an electronic or paper trail whatsoever.  During discovery, there will be a need to determine, how

did NIST and its contractors, the defendants, treat these multiple facts?

     33.     Where is all the aircraft debris?  September 11th left the four cleanest (alleged) crash

sites in aviation history.  Contrary to all previous airplane and airliner crash experience and

expectations, no large aluminum airplane pieces bounced off the impact walls, there was no aircraft

wreckage visible in either tower hole and no evidence of aircraft wreckage below those impact

---

[29] http://en.wikipedia.org/wiki/Satam_al_Suqami
[30] http://www.guardian.co.uk/september11/story/0,11209,669961,00.html
[31] http://www.sfgate.com/cgi-bin/article.cgi?file=/chronicle/archive/2001/10/04/MN102970.DTL ;
http://chronicle.augusta.com/stories/091601/ter_124-7402.shtml
[32]

http://www.cooperativeresearch.org/searchResults.jsp?searchtext=rented+car&events=on&entities
=on&articles=on&topics=on&timelines=on&projects=on&titles=on&descriptions=on&dosearch=o
n&search=Go

holes.  During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts?

34.    I am aware that the FBI has denied Aidan Monaghan's FOIA request and his appeal of the FBI denial of his request for "documentation pertaining to any formally and positively identified debris by the FBI, from all 4 civilian commercial aircraft used in the terrorist attacks of September 11, 2001."  The FBI claims that such evidence is "exempt from disclosure."  I will attempt to get this information (unique serial number, time-change parts matched to maintenance logs for N334AA and N612UA) through the discovery process in this case, as well as ascertain whether NIST and its contractors had access to it.  Each Boeing 767 has 3.1 million parts yet there was almost no airplane debris at the WTC.  No large parts visibly bounced off either building and landed but supposedly a few pieces flew out the opposite side of each tower.  These reported parts raise troubling questions.  For example, the fuselage piece "found" uncrushed and unburned on the roof of WTC 5



Source: FEMA, rehab previous link.

was not present in aerial photos of WTC 5 shortly after 9/11 but showed up in an October

25, 2001, staged picture attributed to Dr. Gene Corley, an expert hired by





http://drjudywood.co.uk/articles/DEW/StarWarsBeam4.html#fuselageplace

FEMA and other agencies to find the correct things about 9/11, destruction of the Federal

Murrah Office building in Oklahoma City, etc.[33]  FEMA's Director during this period

(February 1, 2001-March 1, 2003) was George W. Bush's close friend and 2000 campaign

manager, Joe M. Allbaugh.[34]  Similar questions about authenticity arise for Arab passports,

---

[33] http://drjudywood.co.uk/articles/DEW/StarWarsBeam4.html#fuselageplace ;
[34] http://en.wikipedia.org/wiki/Joe_Allbaugh#Senior_Advisor_to_Rudy_Giuliani

landing gear, two dinky engine pieces, life vests and the other items allegedly found near

the WTC. The engine piece north of

## Amazing Unexplained FEMA Physics

FEMA Report pg 2-16: It is known that some debris from the aircraft traveled completely through the structure. For example, **life jackets** and portions of seats from the aircraft were **found on the roof of the Bankers Trust building**, located to the south of WTC 2



But Questions Remain
1) How did we lose the jet engines (made of steel alloys), but retain flimsy evidence like life jackets?

2) How did this debris manage to get through WTC2? Was the wind THAT strong?

3) Were these parts planted, much like the proposed 1962 Operation Northwoods scheme?
http://en.wikipedia.org/wiki/Operation_Northwoods





Source: http://nomoregames.net/index.php?page=911&subpage1=we_have_holes

the WTC is especially suspicious, since it supposedly came from a United 767 which uses

Pratt & Whitney engines exclusively. Yet the engine part looks like it is GE/Snecma,

General Electric's French partner, on information and belief. Nor does it appear that such

an engine part could have flown over the tall buildings on the alleged flight path and landed

in the intersection of Church and Murray streets and place itself on its end under

scaffolding. And where are the gashes in the street from the hard landing? What were the

serial numbers on the two engine pieces? Do the defendants and NIST know? It would

have easy enough, indeed mandatory at a crime scene, to record and photograph those

numbers and match them against maintenance logs for tail numbers N334AA and N612UA.

Apparently NIST and the defendants ignored these questions about the authenticity of

airplane debris; how NIST and the defendants treated these facts is a necessary subject for

depositions.



What is this?  More plane parts attracted to scaffolding, allegedly 767 landing gear from

Tail number N334AA, punching all the way through the WTC 1 fireball to land 3-4 blocks

south at West and Rector.[35]  Is that tire burned?  Or just dirty?  How could that wide tire and

shaft exit through the south side of WTC 1 when photos show no large gash and no broken

columns?  Maybe the defendants can tell us in deposition.

Source: FEMA, http://911research.wtc7.net/mirrors/guardian2/wtc/WTC_ch2.htm

---

[35] For a thorough analysis of this fraudulent plant, see
http://nomoregames.net/index.php?page=911&subpage1=trouble_with_jones

35.    The NYPD, FDNY, PANYNJ and FAA personnel, in addition to the military, reportedly are under gag orders regarding 9/11. No interviews with air traffic controllers involved in the incidents have been released. No audio communications with the two flights have been released. No electronic records of the monitoring of hijacked flights by air traffic control have been released.[36] I have a brother-in-law who has two friends in the FAA in New Hampshire who were on duty on 9/11 and he even co-owns a private plane with one of the controllers and he asked both for "something" about 9/11 but neither would talk about it. Why the secrecy for civilians? Of the 500 witness statements I have examined, more than ninety (90) of them are redacted, thus hiding from us portions of otherwise available, civilian witness statements. During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts?

36.    An equally compelling line of factual query results from the fact that the visible holes in the respective towers were undersized, so Boeing 767s could not have completely disappeared into the towers through such small holes. A Boeing 767 is 159 feet long, 156 feet wide and 49 feet tall (landing gear retracted). NIST and its contractors avoided estimating the dimensions of the holes, an easy and necessary task. The obvious explanation would be that had they done so, it would have been well nigh impossible to continue to the hoax that wide-body jetliners crashed into the WTC and disappeared inside each tower. The depicted openings are too small to permit passage of a Boeing 767. The WTC 1 hole was approximately 125 feet wide in terms of severed columns and under 40 feet tall. The WTC 2 hole was even smaller, with a width of only about 106 feet by my measure in severed columns, or two-thirds of that required to swallow a 767 whole. Something is seriously amiss.

---

[36] http://911research.wtc7.net/planes/evidence/missing.html



Source: FEMA

During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts?

37.    The WTC holes were obstructed too, so an airliner could not have cleanly swept through such obstructions and disappeared deep into the hole.  A clean disappearance requires a hole large enough to accommodate the front profile of the aircraft and must essentially be unobstructed, aside from aircraft debris, reflecting the plane's ability to sweep aside virtually all tower material encountered, including steel box columns reinforced by the lateral edges of steel/concrete floors, aside from material that falls down after the aircraft's passage.  During

discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts?

38.     Even if most of a Boeing, for the sake of argument, could punch through steel composing 37% of the surface area of each tower wall, braced by steel spandrel belts and the lateral edges of six+ steel/concrete floors, without the aluminum plane breaking apart at the wall and floor edges, within 60 feet the Flight 11 plane would have collided with the robust core of the north tower with its 47 massive steel, cross-braced columns.  That implies 99 feet of airplane still outside the building if its nose (impossibly intact) made contact with the powerful core. United Flight 175 would have collided with the south tower's core within 37 feet, just 7 feet longer than the distance of a 1st-&-10-yards-to-go in football.  That short distance implies 122 feet of aircraft would remain outside the building if the nose or its pieces struck the core.  It is impossible, in other words, for an aluminum airliner of 159 feet to run into such a dense concentration of structural steel within such a short distance in a massive steel/concrete tower and leave no trace of visible aircraft debris in each hole and enormous pieces of 767 outside the building.  The story NIST and the defendants tell and animate is an absurd proposition.  A fragile aluminum plane cannot disappear into a dense structure of steel and concrete.  In a real crash, substantial wreckage would have been highly visible in the hole as well as outside it, especially below, because the walls, floors and core would have prevented any advance inside the building for most of the aircraft. Instead, we are told to believe the absurd proposition peddled by the government, media, NIST and its defendant-contractors that two Boeing 767s disappeared into the Twin Towers through undersized, obstructed holes without visible, verified aircraft debris.  During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts.

39.    The holes were "airplane-shaped," a physical impossibility.  Children laugh at such cookie-cutter "silhouettes of passage" in Roadrunner and Tom & Jerry cartoons because they know they are physically impossible.  That is not the way collisions work.  Only cartoon characters can







Source: FEMA, http://911research.wtc7.net/mirrors/guardian2/wtc/WTC_ch2.htm#fig-2-13

run and fly through "weak, deformable" interior walls, mountainsides and buildings and leave their own outlines behind. That's why they're funny. A live announcer from WBAI on the morning of 9/11 giggled slightly, despite the grim situation, upon reporting airplane-shaped holes had appeared in the towers. During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts.

40.    An aluminum plane cannot disappear into a heavy steel/concrete tower, no ifs, ands or buts. It is impossible and the defendants know it.[37] Aluminum airplanes in real crashes deform, tear and

---

[37] Yet Purdue University with one of the most prestigious engineering schools in the nation produced an animation of an airliner easily pushing right through an image of a twin tower. See

crumple, smash to pieces, bounce parts inelastically and break off flaps, panels, actuators, wings, wing tips and tail sections.  The fuselage would break into several sections.  The tail section would snap off.  There are no 14" steel box columns in airliners, reinforced by steel spandrel belts, in turn reinforced by the lateral edges of steel/concrete floors, in turn reinforced by 47 massive, cross-braced steel columns.  For pictorial evidence on the fragility of aircraft and other vehicles,



see http://nomoregames.net/presentations/Madison_No_Planes_Final_August_07.ppt.htm and airdisaster.com

During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts.

---

http://www.livevideo.com/video/killtown/C988F75E99224372824831E3F73DC126/purdue-sim-of-aa11-s-strong-wi.aspx

41.    Steel is stronger than aluminum.  For example, the ultimate (failure) strength of A36 steel is 50% higher than that of 6061-T6 aluminum.[38] During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts.

42.    The high-strength steel used in the 14" wall box columns had a thickness of 5/8" to ¼" in the impact zone of WTC 1 floors 89-101 and 13/16" to ¼" in WTC 2 floors 77-87.

43.    Steel is approximately 3x stiffer than aluminum.  Aluminum will deform 3x as much as steel, in other words, under the same stress.  Hence, an airplane must deform as it strikes a steel tower.

44.    Videos of the south tower penetration, however, show that the airplane image does not deform, break or decelerate during perforation of the tower.  The twin tower events were the two most non-violent "collision" in the history of collisions.  There were no collisions, no impacts, just alleged "entry" into the twin towers, followed by explosions.  Such a depiction violates basic

---

[38] R.C. Hibbeler, *Mechanics of Materials*, 7th edition, Prentice Hall.

laws of



     Source: Single Frame from "ghost plane" courtesy of CNN/Michael Herzarkhani.  If it hit at a 15° lateral angle, why did not the left engine hit the building before the right engine and knock the plane counterclockwise (east)?  Perhaps the defendants can tell us in deposition.

mechanics and motion.  Such videos are fake, very bad ones at that.  Any video showing a

physically impossible event, similar to the special effects seen in commercials, cartoons and

movies, is fake.  This is an incontestable proposition.  Nothing is more reliable in life than the basic

laws of nature.  During discovery, there will be a need to determine why NIST and its contractors,

the defendants, treated these pictures and videos and related facts as literal depictions of reality.

     45.     An immense, heavy tower built of steel walls reinforced by steel-reinforced concrete

floors and a dense, cross-braced structural core would offer massive resistance to an aluminum

airplane, breaking it up.  During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts.

46.     While a real speeding airliner would damage any tower it hit, leaving a mark or scar on the tower, a plane could not punch through the tower walls and floors while simultaneously being shredded into tiny pieces by the tower's structure and disappear entirely into the tower as if vacuumed into the opening, as depicted by NIST and the defendants.  NIST and defendants are telling us, in effect, that a speeding tennis ball can burst through the strings of a tennis racquet while the tennis strings, in turn, simultaneously shred the ball into tiny pieces.  That cannot happen. In reality, a tennis ball that breaks the strings would just burst through the weaker strings and stay intact, 'invincible' as it proved itself relative to the strings.  A silhouette of "airplane" passage at the WTC could only be approximated if an airliner were a much stronger object than the tower. Suppose we imagine, for example, that the plane were constructed of steel and the tower was a sheet of unreinforced aluminum where the impact will occur.  The strong plane could punch into the weaker object (tower), supposedly quite deformable during penetration, and the far-stronger plane would enter the building completely or mostly intact.  However, it could not be shredded to pieces by the weak, deformable building wall.  In discovery, there will be a need to discover how the defendants treat these facts.

47.     Although improbable, a loose engine or piece of landing gear, if they hit it just right, are the only pieces dense and small enough to conceivably fly through a tower, while the massive forgings at the core of the plane's structure—keel, wing box, wing spars, tail section—could not, encountering too much resistance.   During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts.

48.    The alleged 767s would have weighed approximately 140 tons.  Five floors in the upper levels of the Twin Towers would have weighed at least 14,000 tons or 100x as much as a 767 and its load.[39]  Tons and tons of braced structural steel and concrete would destroy the airplane and leave a substantial portion of the plane wreckage below the two impact zones and in the holes. NIST simulations actually display shredded airplane parts exiting the impact hole and being showered around the tower interior as if each plane were shredded while simultaneously putting huge gashes in exterior walls and interior floors.  Yet NIST and the defendants furnish no evidence of shredded airplane parts in the holes, below the holes, or in the WTC plaza.[40] During discovery, there will be a need to determine how did NIST and its contractors, the defendants, treat these multiple facts.

49.    The shredding of each plane was allegedly so fine that shredded parts removed fireproofing from trusses and columns everywhere, allowing fires to eventually weaken the structure up to the "initiation of collapse" and "collapse became inevitable."[41]  NIST and the defendants would have us believe that a fragile airplane could severe massive steel columns, perimeter and core, and steel-reinforced concrete floors while the plane shredded itself to shrapnel on the building.

50.    Could fire-resistive insulation have been stripped by aircraft debris?  NCSTAR 1 makes an astounding claim (pg. 40 of 298): "The WTC towers likely would *NOT* [emphasis added] have collapsed under the combined effects of aircraft impact damage and the extensive, multi-floor fires that were encountered on September 11, 2001, if the thermal insulation had not been widely

---

[39] Calculations from
http://nomoregames.net/presentations/Madison_No_Planes_Final_August_07.ppt.htm, slides 86-88.
[40] NCSTAR 1 and NCSTAR 1-2 show no evidence of airplane debris.
[41] NCSTAR 1, pg. 39 of 298, fn. 2.

dislodged or had been only minimally dislodged by aircraft impact." On pg. 70 of 298 NIST

asserts: "The insulation applied to the floor trusses above and the columns was scraped off by

shrapnel-like aircraft debris and building wall fragments over a wedge almost 100 ft wide at the

north face of the tower and 50 ft wide at the south end of the building core." I cannot resist

commenting on this claim! The entire war on terror, at home and abroad, rests on the claim that

Muslim hijackers flew airliners into iconic buildings, and "aircraft impact damage" and fires led to

complete destruction of the twin towers. NIST and the defendants, some 200 experts strong, spent

$20 million and 3 years to embellish this story: airliners disappeared inside the steel towers by

severing the dense lattice works of steel and steel-reinforced concrete, while also shredding

themselves to shrapnel, thereby removing fire-resistive insulation and jet fuel/office fires then

destroyed the WTC! Anyone pushing this singular theory of what happened in quasi-identical

fashion at each tower would have to have extraordinary evidence to back it up. What evidence do

NIST and the defendants supply that airplane/building impacts could turn airplanes pieces into

shrapnel that, in turn, could strip mass quantities of thermal insulation from columns and trusses in

the towers? Nothing valid. First, a real aluminum airplane would mostly crumple outside, making

such fine shredding impossible, as argued in this affidavit. An airplane and its parts have more

material integrity than to shred into shrapnel.[42] Can NIST and the defendants point to other

aviation accidents in history that delivered such "shrapnel"? No historical examples were cited.

This will be explored in discovery. Second, there is no evidence that such fine shredding, even if

we entertain the idea for the sake of argument, could significantly damage or strip fire-resistive

insulation. NIST's 12-gauge custom-barrel "shotgun" tests—I am not making this up—failed to

show proof of concept even if we assumed there was a real airplane "crash," as argued by Kevin

---

[42] http://en.wikipedia.org/wiki/Shrapnel

Ryan below.[43] Third, in "four standard fire resistance tests that were conducted under a range of insulation and test conditions, NIST found …in all cases, the floors continued to support the full design load without collapse for over 2 hours" (pg. 43 of 298), so insulation or no insulation, there is no scientific case for collapse from structural impact and fires.  Fourth, extensive fires in the north tower in February 1975 had already demonstrated "proof of concept" that the towers were highly resistant to fires.

51.     Multiple videos show a plane image, supposedly United Flight 175, which does not decelerate as it travels into the south tower.  The plane image moves into the tower at the same speed as it does in thin air outside the tower, as if the tower applies no force upon the plane.  NIST and its contractors concur in interpreting the videos as displaying virtually no deceleration, thereby

---

[43] "With step three we quickly get to the core of NIST's collapse initiation argument.  Their report states that "The WTC towers likely would not have collapsed under the combined effects of aircraft impact damage and the extensive, multi-floor fires if the thermal insulation had not been widely dislodged or had been only minimally dislodged by aircraft impact."  Considering that NIST so clearly depends on extensive fireproofing loss, you would think they would have spent a great deal of their time and money investigating this effect and communicating the details.     But no, one had to be very patient and focused to find what evidence NIST provided for this crucial claim.  Their test for fireproofing loss, never inserted in the draft reports, involved shooting a total of fifteen rounds from a shotgun at non-representative samples in a plywood box. Flat steel plates were used instead of column samples, and no floor deck samples were tested at all.  In the end, they slid the results into a 12 page appendix to the final report. 9   Unfortunately, it's not hard to see that these tests actually disproved their findings.  One reason is that there is no evidence that a Boeing 767 could transform into any number of shotgun blasts.   Nearly 100,000 blasts would be needed based on NIST's own damage estimates, and these would have to be directed in a very symmetrical fashion to strip the columns and floors from all sides.  However, it is much more likely that the aircraft debris was a distribution of sizes from very large chunks to a few smaller ones, and that it was directed asymmetrically.  Also, there is no indication that fireproofing was stripped from beneath the aluminum cladding on the exterior columns, but in subsequent steps of their story, NIST depends on this.  To put NIST's pivotal claim to rest, there was simply no energy available to cause fireproofing loss.  Previous calculations by engineers at MIT had shown that all the kinetic energy from the  aircraft was consumed in breaking columns, crushing the floors and destroying the aircraft  itself. 10  But NIST's tests indicate that 1 MJ of energy was needed per square meter of surface area to shear the fireproofing off.  For the areas in question, more than 6,000 square meters of column, floor deck and floor joist surface, the extra energy needed would be several times more than the entire amount of kinetic energy available to begin with."  --Kevin Ryan.
See http://journalof911studies.com/What is 9/11 Truth? - The First Steps (pdf).

treating the videos as if they recorded a real, though impossible, event.  NIST and the defendants

claim to have built computer models that mimic the picture and video "data" but "the data" violate

basic physics and are therefore fraudulent.  NIST and its contractors constructed computer

simulations, airplane animations and analyses that are "computer hallucinations."  Not only that,

but some of the NIST contractors then furthered this fraud by preparing simulations of the event

that mimic the impossible feat of jetliners gliding into a steel building, from nose to tail, wing tip to

wing tip, without slowing and without exploding fuel upon initial impact, creating an external

explosion and debris field.  That is fraud.

      52.     Consider one video in particular.  According to Ace Baker, musician, composer and

videographer, FOX cleansed its Chopper 5 footage from the archives because there is:

    1. No plane in the wide shot.
    2. Miracle Zoom, too obvious.
    3. Plane motion becomes less stable upon stabilizing the video.
    4. Nose pops out from behind the layer mask.
    5. Picture fades to black.[44]

      53.     Run any south tower penetration video frame-by-frame and no crash occurs.  The

plane image glides smoothly and effortlessly into the south tower without breaking a single part

off.[45]  Even on the morning of 9/11, TV-types said the "plane" entered the tower which is odd

---

[44] Source： http://www.acebaker.com/9-1/PinocchioStudy/Chopper5Velocity.html
[45] NIST and the defendants relied on the following video "records" to "estimate the initial impact conditions of the aircraft that impacted World Trade Center (WTC) 1 and WTC 2" as specified in NCSTAR 1, Table 6-1 and Appendix E, pg. 340-8 (pg. 453-61 of 462):

WTC 1 videos (n=2):
The first is the "Naudet brothers," the second allegedly from Pavel Hlavel 2001.
WTC 2 videos (n=7):
p. 341 WABC-TV, jetliner looks black, shaped like a 747,
p. 342 Michael Hezarkhani, CNN shot, looks like AA livery, fuselage nose in WTC 2,
p. 343 Park Foreman, very dark aircraft, darker than UA livery, with two shiny spots on starboard fuselage,
p. 344 Scott Myers, AA livery with jetliner nearly overhead to left, on Liberty St. or block south of

language to use if there were a real crash.  High-speed crashes are violent, yet the "airliner" entries

into the towers were not.  The explosions were violent.  The building even appears to heal itself up

momentarily after the plane image disappears and before explosions appear.  Even aluminum wing

tips disappear into the building without breaking off, instead wings, both engines attached, slice or

"saw" in one piece through steel box columns, reinforced by steel spandrel belts and the lateral

edges of six steel-reinforced concrete floors.  This is impossible.  During discovery, there will be a

need to determine how did NIST and its contractors, the defendants, professionals all, treat these

multiple facts?

54.    The wings on a Boeing 767 are raked back at approximately 30$^\circ$.  In a collision with

a tower, if the wings stayed attached initially, they would not strike "flush," all at once, but instead

the left engine would hit the WTC 2 first.  The wrecking ball (steel wall) would smack that engine

and its attached (temporarily) wing with enormous equal and opposite force.  The wing would

break off violently, and the lightly-attached wing tips would go flying in the opposite direction.

The only way the wing tips can reach the wall is to imagine

---

Liberty?
p. 345 Evans Fairbanks with jetliner image overhead of FBI agent, no sound, artificial
p. 346 WNBC jetliner represented as if from northk,
p. 347 WPIX-TV NYC "fractional" jetliner as seen from east?, very dark, sun doesn't shine on it, wings and engines look amiss, wrong angle.
I filed a FOIA request for these videos and on October 25, 2007, NIST responded with an offer to "search" for videos for an initial fee of $3,030.50.  The $0.50 demonstrates the precision with which NIST bureaucrats can estimate expenses.  On November 27, 2007 I appealed to NIST and requested new terms upon which NIST might fulfill its obligation to respond to my FOIA request and have heard no reply.  See
http://nomoregames.net/index.php?page=911&subpage1=nist_another_installment   In addition, I filed a FOIA for complete NIST contract information, and I have sent a check to NIST for $398.94 for such a search and NIST acknowledged receipt of the check on December 7, 2007.  I have heard nothing more in response.
The best collection of these videos on the web is here: http://killtown.911review.org/2nd-hit.html#Chopper5_FOX .  On Jeff Hill's call to Michael Herzarkhani, allegedly the filmer of the CNN south tower penetration video, see http://www.youtube.com/watch?v=IOeNUax-gaw&NR=1

Source: http://www.airliners.net/info/stats.main?id=103



that the wings tips stay attached to the wing and "shred" themselves against the building by the

aluminum wings "sawing" through the steel wall and floors backing up the wall, something like an

angled carpenters cut.  By the time the tips made wall contact, intact wings and engines

conservatively would be at least 25 ft deep into the building.  But the tips cannot hit the wall for

"shredding" themselves to shrapnel unless they are still connected to the engine/wings "carrying"

them in laterally.   This means wing tips cannot break off prior to hitting the building and the entire

intact aluminum wing, engine and all, must pass completely through ("sawing") the wall's steel columns and steel/concrete floors undamaged, and "then," with the wing roots more than 30 ft deep into the building, the wings all shred. This is impossible physics, need I point out?[46]  Instead of this fiasco, call it Fiasco A, NIST and the defendants present computer simulations that picture wings and engines severing steel columns and floors while the wings simultaneously shred themselves against the building. This is also impossible, call it Fiasco B. During discovery, there will be a need to determine how NIST and the defendants treated these facts.

55.    Annexed hereto is the affidavit of Jeff Hill (http://pumpitout.com) who interviewed William M. Pitts, a NIST official who was in charge of 9/11 pictures and videos gathered by NIST, by telephone. Hill asked Pitts, "…as soon as the plane would hit the building there should be an explosion, the wings should break, the tail section should be breaking or crumpling or something and it just kind of seamlessly melds into the building." Pitts replied, "I don't dispute what you're saying, I've looked at the same stuff, I've seen the exact same thing in 15 other videos, I don't see how they all could fake it." Pitts thereby contends that one video could be faked but not 15 videos. In the digital age? When down-and-distance composite lines appear on live football telecasts? When it is really vital to the perpetrators? Fakers had plenty of time to modify pictures and videos. No penetration video of either tower was shown "live" or with a few second delay on 9/11. The so-called live shots only showed a plane image disappearing behind the edge of a tower, followed by an explosion, easy to fake. TV announcers and pundits then filled in the connection for viewers. Despite hundreds of network reporters and photographers from the communications capitol of the world down at the WTC, not one heard or recorded a thundering suicide airliner and turned his

---

[46] Physical impossibility was no deterrent to Purdue University to concoct this animation: http://www.livevideo.com/video/killtown/C988F75E99224372824831E3F73DC126/purdue-sim-of-aa11-s-strong-wi.aspx

camera to capture the shot, despite the media opportunity of the century. The Naudet brothers' north tower video showed up the next day and many south tower "penetration" videos showed up hours, days, weeks, months and years later. None have been authenticated and all probably will prove inadmissible because of the inability to find the alleged photographers, acquire sworn statements from them, depose them, and establish a chain of custody and evidence to support non-manipulation. Pitts of NIST further stated, "The guy who did the analysis of the trajectory was a professional and, ummm, there were no indications of things that he said that …myopic…(inaudible) …so I don't have any problem with it and I know you guys are still trying to figure out what you're seeing and I don't blame you and to me *it's still amazing that the building just ate the plane* [emphasis added]. It's *amazing that fires didn't start initially* [emphasis added] when it first went through, you guys are correct about that. Obviously the fuel got pretty deep into the building where there was an ignition source, and umm, there... it's, *it's miraculous when you look at it* [emphasis added]. Both planes were the same way. And, ummm, I still feel the same way. But the analysis we did on airplane impact said that if you had fuel tanks that were *fully loaded,* [emphasis added] that's exactly what you might expect to see…I don't find it to be inconsistent." Why would the fuel tanks be "fully loaded" with such a light load aboard? They would not. NCSTAR 1 claims that UA 175 carried "about 9,100 gal (62,000 lb) of jet fuel, evenly distributed between the inboard portions of the left and right wing tanks" (p. 38, 88 of 298). Fuel capacity of a 767-200ER is 23,980 gal, so 9,100 gal would be 38% full. That is not "fully loaded." The definition of the word "amazing," by the way, is "causing amazement = a state of extreme surprise or wonder; astonishment." Mr. Pitts, a NIST official, found it "amazing" that the building "just ate the plane." A NIST official found it "amazing" that the fires were delayed, even "miraculous." Miraculous is an adjective meaning "of the nature of a miracle." A miracle is

defined as "an event that appears unexplainable by the laws of nature and so is held to be supernatural in origin or an act of God." NIST thereby implicitly admits that the seamless penetration and disappearance of two wide-body aluminum airplanes into the Twin Towers and the long-delayed jet fuel explosions are "amazing," "miraculous," make no sense and violate laws of nature.   Where is the burned jet fuel spillage all over the face of the impact walls of the towers? Their absence is absurd if we are to believe that real airliners crashed against the twin towers.   The foregoing facts indicate the existence of admissions that the NCSTAR 1 report is fraudulent and this information will be used during the discovery process to ascertain the extent to which it constitutes an admission and to help ferret out what is expected to be abundant additional admissions.

56.    Thousands of crashes and collisions have occurred daily throughout history. Crashes are mundane. The elementary physics of these interactions between bodies have never been known to vary. All of them have obeyed the basic laws of physics. Yet somehow, 9/11 was different, we are to believe. "Both the aircraft and the towers included deformable components and materials, whose interactions were properly accounted for in the models," states NIST on p. 2 of its September 28, 2007, letter to me defending the quality of its work and that of its contractors Exhibit D. "As a result, the aircraft would not be expected to decelerate immediately upon impact with the exterior wall of the tower."  This cannot be true according to classical physics.  Let us repeat NIST's claim: "...the aircraft would not be expected to decelerate immediately upon impact."  This statement violates Newton's first law of motion.  In truth, NIST and the defendants' airplane animations and modeling violate all three fundamental laws of Newtonian mechanics. Under Newton's 1st law of motion, or law of inertia, if a plane does not decelerate upon impact with an exterior wall, no net force could have been impressed on the plane. To restate, if a plane continues to fly at the same

speed, no force has been applied to it. That is the law of inertia. NIST's assertion that we would not expect an aircraft to "decelerate immediately upon impact" against a massive steel wall backed by steel spandrel belts and the lateral edges of steel/concrete floors contradicts Newton's first law. A contradiction cannot exist in nature. NIST Engineers would be shocked to learn that Newton's first law is invalid or did not apply on 9/11. As a best-selling college statics textbook for engineers puts it: "…Newton stated the fundamental principles of mechanics, which are the foundation of much of today's engineering…Newtonian mechanics still remains the basis of today's engineering sciences…on the human or engineering scale, where velocities are small compared with the speed of light, Newton's mechanics has yet to be disproved."[47] Under Newton's 2d law, sometimes called the law of acceleration, if a force is applied at the front of an airplane, it must slow while the back or tail of that aircraft must slow too. Unless, that is, the front is no longer in the way of the back of the plane because the front is no longer connected to the rear, and the separation occurred without loss of kinetic energy. Further, according to the 2d law, deceleration must be proportional to the force applied. The steel/concrete Twin Towers would administer a massive blunt force against a wide-body aluminum airliner flying at high speed. Since NIST contractors insist that a 159-foot-long Boeing 767 disappeared into the north tower within 0.25 seconds and into the south tower within a "corrected" 0.23 seconds, up from 0.20 seconds, almost the same as the alleged 767 speeds in the air, no force was impressed on these planes according to Newton's second law. In the Executive Summary on page 93 of 462 of NCSTAR 1-2, for example, it states, "Full penetration of the aircraft into the tower was completed at 0.2 s after impact," or an average speed of 542 mph in tower 2, which implies zero deceleration. F = ma and if a = 0, then no net force was applied. When was Newton's 2nd law repealed? I did not get the memo nor did the engineering professions. If the

---

[47] Ferdinand P. Beer, E. Russell Johnston, Jr., and Elliot R. Eisenberg, *Vector Mechanics for Engineers: Statics*, NYC: McGraw-Hill, 2004, pp. 1-2, 5.

2d law still applies, as it surely does, then NIST and the defendants cannot possibly be right and any gashes or holes in the towers that appeared at 8:46 a.m. and 9:03 a.m. on the morning of 9/11 must have been impressed by some method other than by a zero-deceleration airplane. NIST and its contractors apparently forgot the first lecture in engineering mechanics class. Newton's 3d law, sometimes called the law of reciprocal actions, states that all forces occur in pairs and these two forces are equal in magnitude and opposite in direction. By way of explanation for NIST and the defendants, the forces of action and reaction between bodies in contact have the same magnitude, same line of action, and opposite sense. We must ask, did NIST contractors have a tug of war when they were children? If there is a force on the building in a crash, there is an equal and opposite force on the airplane. Yet the plane does not slow down or break apart!  If any aluminum plane had run into a Twin Tower, it must crumple, shatter and could not possibly leave a jetliner-shaped, cartoon-like "silhouette of passage" because in a collision with a tremendously strong building, arguably the strongest in the world, an airplane with its far lower mass, density and strength because it is built to be lightweight, would be far less able to withstand the equal force exerted on both bodies.  The airlines weigh your luggage and worry about its distribution en route while building security personnel and custodians never worry about the weight entrants bring into a building because buildings have tremendous redundant strength, especially when built in downtown Manhattan, and need not be lightweight like airplanes to be lifted into the air and flown.  Strength, density and mass matter greatly in which body will fare better in withstanding the equal force of an impact. Everybody knows this in shopping for a car: should I buy a heavy SUV for safety or accept the risk of driving a lightweight econo-box or sports car? If the damage inflicted on the other body in a collision between a jetliner and a Tower were likened to a sports contest, it would be something like Tower 100, Airplane 2. Imagine, for example, that a Tower fell on the airplane

instead of the aluminum airplane hitting the Tower: complete and utter devastation of the airplane. However, this mismatch is not what the videos show. Instead, the aluminum plane cuts right through steel and disappears inside the Tower. Structural steel is far stronger than aluminum and present in abundant, cross-braced, reinforced quantity, and would suffer only light damage compared to complete and utter destruction/rejection of an aluminum airplane, with most of its debris scattered, telescoped and crumpled outside the building, especially wings, tail section and most of the shattered fuselage. This is not a close call. Needless to say, during discovery, there will be a need to determine how did NIST and the defendants treat these multiple facts and technical information that should have, in the aggregate, resulted in their recognition that no wide-body jetliners crashed into the WTC on 9/11?

57.    The chances of a plane hitting a tower at an exact perpendicular, $90^o$ angle are slim and none, and therefore each plane would rotate during the crash in real collisions, in contrast to the official WTC story. Flight 11 supposedly was banking (rolling) at $25^o$ and at a lateral angle of less than $1^o$ according to NIST and the defendants while Flight 175 banked at $38^o$ and had a lateral angle of $15^o$. Consistent with the $38^o$ angle and $15^o$ lateral angle, Flight 175 supposedly turned left in the last moments and therefore the left wing/engine, assuming they would not break off immediately, would hit the building first, before the right wing/engine. The wrecking ball (a.k.a the tower) would bash such a plane in the opposite direction (counter-clockwise) and its tail section would break off, at a minimum, and be flung to the east. Crashes are messy, to state the obvious, with airplane parts deforming, bending, crushing, tearing and breaking off yet flung sometimes in predictable directions, as in this case. Yet NIST and its contractors depict an impossibly neat perpendicular penetration with no rotation at both the north tower and south tower events. This is a fraud, pure and simple; or, at a minimum, these facts are indicative of fraud and are worthy of

inquiry in the course of this lawsuit.

58.    An airplane cannot be powerful and "invincible" at impact and yet fragile relative to the building during impact at the same time. I repeat, an airplane cannot be powerful in punching an airplane outline, "silhouette of passage" into the tower as if the tower were a weak structure relative to the plane, thereby deforming and tearing the building away, while the plane at the same time is also fragile at the exoskeleton and inside the building, shredding itself into thousands of pieces against the building. An airplane, like a steel structure, is either strong in a collision relative to another body or it is relatively weak and fragile. If an aluminum plane is weak and fragile relative to a steel/concrete tower, the aluminum plane would suffer immense damage relative to the building with much airplane wreckage outside the building. Which is it? NIST and the defendants want it both ways, an impossibility in a collision between an airplane and twin tower. When a tennis ball collides with the strings of a tennis racquet, that ball cannot burst through the strings and yet simultaneously shatter into thousands of ball pieces. A body cannot change its physical character in the same environment within a fraction of a second (temperature, etc.). The aluminum parts (most of it) of a plane cannot cut through steel columns reinforced by steel-spandrel-belts backed by lateral edges of six or more steel-reinforced concrete floors while the plane simultaneously shreds itself against the steel walls and steel/ concrete floors. I think I have made it clear that the facts I am referencing warrant the discovery process and are clearly indicative that I can meet the burden of proof, by a preponderance, and that I have an adequate factual basis to proceed with this lawsuit, particularized to the defendants herein.

59.    Shredding at the exoskeleton (wall) and simultaneously bursting through it and imposing an airplane silhouette of passage on the tower is impossible. Shredding plus punching? That is a non-starter. If parts "shredded" and deformed at the exoskeleton, as asserted by NIST and

its contractors, wreckage would have accumulated below the impact zone and in the gash in each

tower. The plane could not disappear inside a tower yet NIST/defendant exhibits from their alleged

computer simulation results reported in NCSTAR 1-2 Executive Summary like Figures E-26, E-27,

E-35, E-43, E-44, E-45, E-53, and E-61 show fine debris everywhere in the impact zone and below

it. NIST and the defendants offer no evidence of such accumulations visible in either tower gash

or below them. Therefore, the computer simulations are better termed "computer hallucinations"

because the results are contrary to classical physics and simple evidential tests.



(a) Time=0.00 s

(b) Time=0.50 s

Figure E–26.  WTC 1 base case global impact analysis – side view.



**(a) Floor 95 slab damage**                                    **(b) Floor 96 slab damage**

**Figure E–33. Base Case impact damage to the slabs on floors 95 and 96 of WTC 1 (plan view).**

60.    Gashes in the towers as depicted were too small to completely absorb the alleged aircraft. To accommodate this problem, NIST contractors rely on a "shredding" theory. The 767 fuselage (essentially a framed, hollow aluminum tube), fuel-laden wings and engines supposedly caused failure (severing) of the steel walls (and floors) while the outer half of the wings damaged wall columns and belts but these columns did not fail. Allegedly, the outer wings "shredded" against a web of steel and all wing material was carried into the buildings. This is impossible for another reason, as demonstrated here ("A Theoretical Shredding Mechanism" section in http://nomoregames.net/index.php?page=911&subpage1=we_have_holes). Steel wall sections that do not fail (fragment completely) would compress the wing, causing crumpling in the wing. Tearing must occur in jetliner material some distance from the steel columns and spandrel belts against which the jetliner metal crumples. Barring any angular forces arising to spin pieces around columns and spandrel belts, all steel columns, steel spandrel belt and floor sections that were hit at

the wall but did not fail must have rejected jetliner pieces and bounced them (inelastically) outside each tower. We would expect even more debris compared to a fracture mechanism because shredding would hold back a considerable amount of material in large crumpled pieces rather than shattered fragments. Yet pictures and videos show no evidence that aircraft debris fell to the ground below the impact zones. Where is the evidence for the shredded wing halves? It does not exist. Such shreddings could not have flown into the buildings after inelastic rejection/reflection by steel walls.

61. The NIST/defendant computer simulations with thousands of pounds of jetliner debris posited in airliner crashes located in the WTC plaza are entirely unsupported. These may properly be labeled computer delusions. The word "simulation"(s) appears 130 times in NCSTAR 1, 88 times in NCSTAR 1-2, etc., as per my search of the document. In it are a variety of simulations, of which the following is an example:



**Figure 2–1. Simulated impact of American Airlines Flight 11 with WTC 1.**

The use of simulations by NIST and its contractors entail fraud and deception in that they intentionally depict fraudulent and/or misleading conditions and results. In conjunction with the

above shown fraudulent simulation there was, in addition, the following caption:

.

> The 767-200ER
> aircraft had two fuel
> tanks that extended
> through most of the
> interior of the wings
> and a center tank
> between the wings
> in the bottom of the
> fuselage.  A full fuel
> load would have
> filled all three tanks.

That statement, found at pg. 70 of 298 of NCSTAR 1 is false and/or misleading because it implies

that there was a full-fuel load onboard the purported jetliner that reputedly (but falsely) is said to

have crashed into WTC 1.  The jetliner, if it had been there, would not have had a full load of fuel

and the importance of this deception consists in the fact that there was insufficient energy available

through mere kerosene, irrespective of quantity, to cause the pulverization/powderization/

dustification of the WTC, as I have alleged and as is more fully delineated by another qui tam

relator, Dr. Judy Wood. NCSTAR 1 on pg. 70 of 298 admits in regular font: "…it likely carried

about 10,000 gal..." or only 42% full.

62.     In a previous crash of an airplane into a Manhattan skyscraper, a B-25 bomber hit

the Empire State Building going an estimated 225 mph in 1945 and put a gash in the building but

left a large section of the telescoped plane in that gash, burned fuel over the surface of the building

and ample wreckage below the impact zone.

63.     Yankee relief pitcher Corey Lidle crashed into a condo building on the east side of

Manhattan in a light plane, did little damage to the building, left wreckage below the impact zone

and spilled burning fuel across the impact wall,[48] contrary to both plane "collisions" at the World Trade Center.

64.     Experienced pilots on flight simulators could not hit the "towers" (208 foot wide target) at over 500 mph on multiple attempts on the morning of 9/11 according to an interview with pilot John Lear by pilotsfor911truth.org.

65.     Could a 767 hit 540 mph at low altitude, as claimed by the defendants and NIST? Boeing 767s or other airliners are not designed to fly at speeds above 500 mph near sea level. Total drag increases in proportion to air density and air density is much thicker near sea level, over 3x the air density at 35,000 feet altitude. It is akin to jogging along on the beach and then trying to do so in two feet of water, where resistance is much greater. Total drag increases as the square of velocity. Thrust must equal drag to sustain velocity and turbofan engines cannot develop sufficient thrust to fly level at speeds over 500 mph near sea level. They cannot do so because the turbo fans (multi-blade propellers) would "choke" on such dense air at such speeds and begin acting as a brake. See the exhibit __of retired airline pilot John Lear for more. Retired aerospace engineer Joseph Keith designed Boeing's "shaker system" to test airframes against resonant frequencies and insists that a Boeing airliner would risk shaking itself apart flying above 500 mph near sea level, although he also maintains that a Boeing 767 could not attain such speeds near sea level. Boeing refuses to answer Keith's inquiries on this issue of 767 speed at low altitude, even though he is a Boeing pensioner receiving monthly checks from Boeing. That is an admission in itself. Boeing knows that speeds near 600 mph near ground level in a 767 are ridiculous. In responding to Jeff Hill in two separate telephone calls (see above #__), two Boeing spokespersons scoffed at the idea that a Boeing 767 could fly at more than 500 mph near sea level, and in particular, Leslie Hazzard

---

[48] See slides 34-39 in
http://nomoregames.net/presentations/Madison_No_Planes_Final_August_07.ppt.htm

laughed and said, "Not a chance, not that fast." John Lear, whose affidavit is attached, says that a Boeing 767 cannot fly 540 mph at low altitude. How did NIST and the defendants prove that a Boeing 767 is capable of flying at 542 mph near sea level? This will be a subject to be explored in deposition.

66.    Even if such speeds were possible at low altitudes in a 767, retired pilot John Lear insists that no accomplished pilot, including himself, could hand-pilot an airliner into the towers at such speeds. Mr. Lear intends to rent time on a flight simulator in February and videotape candidates trying to hit a tower at high speed. No one will be able to do it.

67.    Painted on the top of wings of airliners are the warnings "No Step" and "Do Not Walk Beyond This Area" because, obviously, a 200-lb. man can walk on and damage these delicate ailerons, panels and flaps. There are no such warnings or restrictions against walking on steel/concrete towers because redundant strength is enormous. There is little design premium to in favor of reducing the building's weight because the building's design orders do not include flying. Do the airlines weigh your luggage? Yes, they care very much about weight brought aboard and its distribution in flight. Do building owners weigh the luggage you bring in? No, they do not care for obvious reasons.

68.    Airplanes do not have "crash test ratings" like passenger cars because airplanes are designed to carry their own weight and payload (strictly monitored) and withstand the rigors of flying, weather, landing and taking off and no more. Their "overdesign" margin is minimal. They cannot take much punishment in collisions with steel machinery, cables, buildings, telephone



Source: http://www.airdisaster.com/photos/aa1420/photo.shtml ;

http://nomoregames.net/presentations/Madison_No_Planes_Final_August_07.ppt.htm

poles and trees.  The overdesign factor in buildings, by contrast, especially in lower Manhattan, is

huge.

      69.     Airplanes are so fragile that bird strikes are a serious problem, 5-10 pounds of soft

tissue.



70.    If I got up on a 767 with my sledgehammer (weight: 9.5-lbs.) for 15 minutes, I would insure that that plane would be unflyable.  One man, 9-lbs of steel and 15 minutes would seriously damage the plane.  I would assault the flaps, panels, nose avionics and cockpit.  What would 500,000 tons of tower do to a 767?  Imagine a 500,000 tower simply fell on a 767.  The airplane would be completely devastated, virtually unrecognizable.

71.    By contrast, if I got up on a steel/concrete tower with my 9.5-lb. sledgehammer for 15 minutes, I could not damage the building.  About all I could accomplish would be to break some windows and dent some machinery.  The tower would remain completely functional.

72.    So how can a plane made of lightweight materials (for actual/efficient flight) cause such tremendous damage to a robust structure of concrete and steel – i.e., how can thin aluminum wings severe and deform steel beams?  Will NIST and the defendants come out with aluminum steel-cutting rotary blades to replace carbide/hardened steel plates in metal cutting?  Despite the "lessons" about the impressive strength of lightweight aluminum and aluminum alloys vs. a dense lattice work of steel/concrete on the morning of 9/11, U.S. industry has ignored this historic lesson about the properties of aluminum and carbide remains king in cutting metal: http://www.dynamic-saw-blade-sharpening.com/circular-metal-cutting.html

73.    NIST and the defendants incorporate the untested assumption that two jetliners could perforate the twin towers and fail to decelerate during the first 159 feet of travel, the overall length of the jetliners, as shown in videos.[49]  This assumption implies that all or most deceleration by each jetliner would occur within approximately the last 208'-159' = 49' in each tower, ignoring off-perpendicular lines of travel within a tower. The endpoints maintained by NIST are impossible (entry at 443 or 542 mph with average speed maintained for 159' in each tower, followed by deceleration to zero for most of each jetliner within the remaining approximately 49').  If kinetic energy and/or momentum did not decrease during the first 159' of tower penetration (implied by no deceleration under Newtonian mechanics), then each jetliner would have exited its tower, flying right through.  It would be like a .357 magnum bullet fired through paper or 1 mm of balsa wood. As any such theory about jetliner impact with the twin towers is physically impossible, it is utterly improper for NIST and the supposedly sophisticated defendants it retained and paid to have utilized patently false physics so as to disregard the issue of deceleration as here shown to have been done.

74.    Collisions are a matter of relative speeds—neither the jetliner nor the building "knows" which one is moving at 500+ mph and which one is standing still.  Imagine that a WTC tower toppled over and into a Boeing 767 parked on the ground.  What would happen?  Despite slow speed of the tower, far below 540 mph, the "localized" area of the tower would crush the Boeing and the plane, in turn, would inflict little damage on the building.  The difference is the vast discrepancy in strength and mass of the two bodies.  Yet what happened on 9/11, according to the government, NIST, the defendants and the media, is that the planes crushed both steel walls/floors and disappeared inside each tower.  How stupid is that?  These facts about the relative strengths of the twin towers and airplanes is a necessary subject for deposition.

---

[49] http://nomoregames.net/index.php?page=911&subpage1=deceleration_WTC2_myers

75.   NIST is a political unit of the political U.S. Department of Commerce.  While its predecessor's name—National Bureau of Standards--once stood for apolitical science and technology, evidence supports the proposition that NIST since the mid-90s has been all about serving the regime.  I served as chief economist at the U.S. Department of Labor 2001-2, a political appointee of the Bush/Cheney government, at the pleasure of Secretary Elaine Chao, as did all 100+ political appointees at USDOL who headed up every sub-unit of the USDOL.  While restrained by law and existing regulations, all answered to Secretary Chao and her policy/political preferences.  The same was/is true up and down every agency and Cabinet-level department in the Bush administration, including the Department of Commerce.  Donald Evans was Secretary of Commerce January 20, 2001 until February 2005. One of the president's best friends, Evans was the designated survivor during President Bush's 2004 State of the Union and spent the night in a secure undisclosed location. In the event of an attack on the Capitol he would have become Acting President.[50] The recent history of NIST chieftains shows they are drawn from the military-industrial-complex and come politically loyal and well-connected.   "NIST is a group of government scientists whose leaders are Bush appointees, and therefore their report is not likely to veer from the political story," as Kevin Ryan says, [New York Times, 9/2/2006; Reuters, 9/2/2006].[51]  Former NIST professsionals like Professor James Quintiere confirm the politicization of NIST.[52]

---

[50] http://en.wikipedia.org/wiki/Donald_Evans

[51] http://www.cooperativeresearch.org/timeline.jsp?timeline=complete_911_timeline&investigations:_a_detailed_look=wtcinvestigation

[52] http://cooperativeresearch.org/entity.jsp?entity=jame_quintiere_1 ;

http://www.ae911truth.org/info/12 ;  http://georgewashington.blogspot.com/2007/10/former-nist-employee-blows-whistle.html http://www.911blogger.com/node/11804

76.    The dog that did not bark at the WTC was that there were almost no reports of a deafening sound from incoming "kamikazee airliners."   Everyone should have hear thundering airliners screaming at above-top speed, and no one could have missed it.  Testimony about the ear-splitting sound of the above-top-speed airliners should have been nearly universal yet few remarked about the deafening sound or said their ear drums nearly split open it was so painful.  Full throttle jet engines will emit 130-140 db at their source, vastly in excess of the loudness in front of amplified speakers at a rock concert (approximately 110-120 dB).  When dB levels increase by 10, the subjective loudness roughly doubles, so 130 dB is twice the cacophony of being in the front row at a rock concert and 140 dB would be four times the loudness at a rock concert.  Any lengthy exposure to 140 dB courtesy of, say, being within 200 feet of a full throttle jetliner is dangerous and at the pain threshold.[53]  Few, if any, complaints of such deafening noise from airliners were reported at the WTC.[54]

77.    I next enter into what may be one of the most fruitful areas of evidence that I have investigated as part of the process of securing direct and independent knowledge of the fraud perpetrated by the defendants.  Why not listen to those who were there?  I have participated in a research study of 505 witness statements from 501 first-responder witnesses compiled by the 9/11 Task Force.  I have attached to this affidavit important segments of that compilation that point clearly and directly to the plain fact that the actual eye- and ear-witnesses to the event DO NOT confirm that jetliners crashed into the WTC on 9/11.[55]  In the only known systematic review of

---

[53] http://www.wordinfo.info/words/index/info/view_unit/620
[54] The lack of reported deafening sound from airliners at the WTC is also apparent from testimony in books like Mitchell Fink and Lois Mathias, *Never Forget: An Oral History of September 11, 2001*, NYC: HarperCollins 2002.
[55] August 12, 2005: New York Releases Records of 9/11 Emergency Responders

witness statements, the report reveals surprisingly little support for the official airliner "impact" stories.  It is submitted that this paragraph, standing alone, is sufficient to confirm that the defendants herein are not entitled to have this case dismissed.  In this paragraph, we now know, or, at a minimum, have sufficient evidence to satisfy the preponderance of evidence standard, that no jetliners hit the WTC on 9/11, contrary to the work prepared by the defendants for NIST.  Why?  Because that is what most of the witnesses said.  We come to this conclusion based on an assessment of Exhibits __ through ___, and an analysis of what those facts stand for.  Clearly, we can see that the witnesses do not describe events consistent with wide-body jetliners hitting the WTC at speeds of over 400 mph and 500 mph, respectively.  Instead, and in the aggregate, they clearly indicate that the witnesses are not sure what, if any object, they saw and are only clear on having heard or seen and heard explosions.  See Exhibits __ through ___.

To be more specific, the study found that of 501 individual witnesses, only 16 claimed to see a plane before the hit at WTC 1 and 16 witnesses claimed to hear something like a plane before the

---

The City of New York releases a large volume of records from 9/11. These include over 12,000 pages of oral histories—testimonies from 503 firefighters, paramedics, and emergency medical technicians involved in the 9/11 emergency response—and about 15 hours of radio communications between dispatchers and firefighters. The oral histories were gathered in informal interviews by the New York City Fire Department, beginning in October 2001. This was on the order of then Fire Commissioner Thomas Von Essen, who said he wanted to preserve the accounts before individual memories faded. However, these histories were never subsequently used for any official purpose. [New York Times, 8/12/2005; BBC, 8/13/2005; Guardian, 8/13/2005; Newsday, 8/13/2005] The New York Times, under the freedom of information law, originally sought the records in February 2002. Mayor Bloomberg's administration refused the request, claiming their release would jeopardize the prosecution of Zacarias Moussaoui, and violate firefighters' privacy. The newspaper, joined by some 9/11 victims' relatives, consequently sued the city, and in March 2005 the state's highest court ruled that the city had to release the oral histories and recordings, but could edit out potentially painful and embarrassing portions. The city had also initially refused investigators from the 9/11 Commission and the National Institute of Standards and Technology (NIST) access to the records, but relented following threats of legal action. [Associated Press, 8/12/2005; New York Times, 8/12/2005; Guardian, 8/13/2005]
http://www.cooperativeresearch.org/timeline.jsp?timeline=complete_911_timeline&investigations:_a_detailed_look=wtcinvestigation

hit at WTC 1.  Ten of those claimed to be both ear and eyewitnesses.  There is little or no

consistency among these reports.  Only one witness claimed to see and hear a plane before the

WTC 1 event.  Only one witness, William Walsh, described an American Airlines plane, although

all interviews were conducted weeks after 9/11, plenty of time for government and media accounts

to influence and control memories.

78.      The study found that at the time of the hit on the south tower, 21 witnesses reported they

were inside the twin towers and 96 were outside, either at the WTC or within six blocks, for a total

of 117 witnesses potentially able to see and hear an incoming airliner at a reasonably close

distance.  Only 19 claimed that they saw a plane and 98 made no such claim, so only one in six

reported seeing a plane, a surprisingly small percentage.  Only 20 reported hearing a plane, 97

heard no plane, so only 17% reported hearing the sound of a plane.  That is astounding testimony,

given that such a speeding airliner would emit sound exceeding that of the front row at a rock

concert.  Only two witnesses inside the towers reported hearing a plane, a shockingly low

percentage if there were truly a 130-140 dB noise approaching at the speed of sound (sound travels

at the speed of sound, approximately 767 mph near sea level).  Among those claiming to see or hear

a plane, there is little or no consistency among their reports. Some are rather odd statements, for

example, Thomas Fitzpatrick said, "The noise from the plane was enough to make you not want to

look up. I thought the plane was actually going to land in the street to be honest with you. The noise

was outrageous. When it hit the building it was even worse." Yet no one claimed to definitively see

and hear a screaming airliner hit either tower at high speed in this sample of first responders.  Most

witnesses reported hearing or seeing or just hearing a sudden explosion in towers 1 and 2 and

explained that they did not know a plane had hit it and only found out later from the news that "it was a plane."[56]

79.     Approximately 100 of the first responder civilian interviews were redacted, over 20%, some heavily redacted, for example, see interviews of Rene Davila and Ronald Coyne. Others were concluded abruptly.  What were the authorities hiding?

80.     The case for the remarkable lack of eyewitnesses who claim they saw and heard an airliner hit a twin tower as claimed by the defendants is presented well in a radio interview by Ace Baker on January 15, 2007, including audio clips of commentary by network anchors and reporters during 9/11, as well interviews with alleged witnesses to the alleged WTC airliner events.[57]

81.     Witness testimony is often problematic and contradictory.  What is surprising is that given the traumatizing nature of 9/11, the lack of psychological and material preparation for the 9/11 attacks by the population, the vast governmental and media control over information and psychology, plus false memory syndrome, that so few first responders claimed to have seen and heard an airliner hit WTC 1 or WTC 2 weeks or months on that fateful morning, in interviews conducted by their FDNY superiors.  None of the witness statements were under oath or under hostile cross-examination.  Some of the anomalies in witness testimony might be resolved under oath in deposition.

82.     Most eyewitnesses saw no planes, heard no jetliners and many insist they heard and saw the initial explosion at each tower come from inside. Given the conflicting reports, eye- and ear-witness testimony must be described as problematic and inconclusive at this point.  One issue is that memories are remarkably malleable and "one of the cleverest and most powerful techniques for

---

[56] http://www.checktheevidence.com/911/NYT9-11AccountsAnalysis/Report%20on%20NYC%20First%20Responder%209-11%20Accounts.htm
[57] http://www.checktheevidence.co.uk/audio/911/Ace%20Baker%20-%20Media%20Fakery%20Timeline%20Dynamic%20Duo%20-%2015%20Jan%202008.mp3

planting highly implausible false memories involves the use of fake photographs."[58]  Some of 9/11 is about false memories.  The unidentified perpetrators may have drones, missiles or other aircraft that can be disguised to look like airliners.  There may be other "back technology" to deceive enemies and civilians about what is flying or not flying.

83.    Witness accounts deserve additional investigation and research but one thing is clear: no planes crashed into the twin towers on 9/11 as maintained by the defendants and NIST. The evidence, especially the physical evidence and laws of physics, is overwhelmingly against the official myth that airliners "entered" the twin towers.  I need only prove fraud on the part of the defendants in their work on behalf the NIST final report which propagates the indefensible claim that Boeing 767 airliners crashed into the twin towers.  I am under no obligation to put forward a positive theory about how the towers suddenly acquired their gashes that morning, nor advance a single theory about what diverse witnesses did or did not see, nor explain exactly how the perpetrators conducted the magic show at the WTC on the morning of 9/11.

84.    A major problem for the perpetrators was that they knew the plane videos did not look real, so they employed people like the scripted "Harley shirt" shill on the street, interviewed on Fox News, who said: "…several minutes after the first plane had hit, I saw this plane come out of nowhere, and just scream right into the side of the twin tower, exploding through the other side, and then I witnessed both towers collapse, one first and then the second, mostly due to structural failure, probably because the fire was just too intense."[59]  Amazing, isn't it?  This obvious plant, a guy in a Harley shirt, brought closure to America by explaining everything in one sentence, explaining it all, enunciating the same script replayed by NIST and the defendants in more elaborate regalia.

---

[58] http://faculty.washington.edu/eloftus/Articles/2003Nature.pdf 9
[59] Ibid.

85.    What happened to the passengers allegedly aboard Flights 11 and 175?  To paraphrase author Jim Marrs, "I did not plan 9/11 so I do not know."  We will never know everything about the complex crime of 9/11.  Rarely is such perfection achieved, nor is it much of an obstacle to obtain criminal convictions and plaintiff victories in the courts daily.[60]  Searches of public records by 9/11 researchers support the suspicion that many names on the (variable) passenger manifests were fake.[61]  Ellen Mariani, widow of Louis Neil Mariani, allegedly aboard Flight 175, apparently has never found other family survivors of victims allegedly aboard Flight 175.[62]  Perhaps the defendants have information about airline passengers that may be found in discovery.   I am aware, too, that the query "what about the passengers" serves as a rhetorical device to prove the jetliner crash assertion true.  The premise is:  Since so many innocent people died, it is therefore unworthy to question the event.  I am informed that, in legal proceedings, the question "what about the passengers?" would be stricken as being misleading since it presupposes a state of facts not shown to exist.  That is exactly right and may be a key indicator of why this forum, the court, is the right place for this query to be tested.  You cannot use unproven assertions as though they are facts in court.  For that, I am grateful.

---

[60] http://flight11hoax.blogspot.com/ ;

http://www.conspiracyplanet.com/channel.cfm?channelid=79&contentid=4509&page=2

[61] http://69.28.73.17/thornarticles/911passengerlist.html ; http://www.apfn.net/messageboard/05-10-05/discussion.cgi.74.html ; http://flight11hoax.blogspot.com/ ; http://www.conspiracyplanet.com/channel.cfm?channelid=79&contentid=4509&page=2
[62] http://onlinejournal.com/artman/publish/article_1654.shtml



Where did the buildings go?  Where is all the material for 110 floors of steel and concrete?  Poof!

Photo: http://en.wikipedia.org/wiki/Aftermath_of_the_September_11,_2001_attacks

_____
DR. MORGAN REYNOLDS


Subscribed and Sworn to before
me this 28th day of  January 2008.

_____
Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

**EXHIBIT LIST**

Exhibit A: RFC dated March 8, 2007
http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_002621

Exhibt B: Supplement to RFC dated May 1, 2007
http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_003887

Exhibit C: List of Defendants

Exhibit D: NIST letter of denial dated September 28, 2007

Exhibit E:
http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_004608

Exhibit F: December 6, 2007 NIST letter confirming NIST will hold response to appeal until further communication from Reynolds

Exhibit G: NIST letters of October 12, 23, and 25, 2007, and November 13, 2007, acknowledging receipt of Reynolds FOIA requests and NIST email of December 12, 2007, acknowledging receipt of Reynolds' check for $398.94.