Skip to Main Content Skip to Left Navigation Skip to Footer

Search
Search

Department of Commerce
**OFFICE OF THE CHIEF INFORMATION OFFICER**

- Home
- About OCIO
- Contact Us
- Site Map

You Are Here:

1. OCIO Home

    >

2. Policy and Programs

    >

3. Good Guidance - Information Quality

    > Request for Correction Supplement NIST's World Trade Center Fire Report

# Request for Correction Supplement NIST's World Trade Center Fire Report

## Dr. Morgan Reynolds

26 Alta Way

Hot Springs Village, AR 71909

501-922-4592

econrn@suddenlink.net

May 1, 2007

**VIA EMAIL AND CERTIFIED MAIL RRR**

Chief, Management and Organization Division

National Institute of Standards and Technology

100 Bureau Drive, Mail Stop 3220

Gaithersburg, MD 20899-3220

Email: info.quality@nist.gov

Re: Requests for Correction per

Section 515 of Public Law 106-554

SUPPLEMENT # 1 to RFC submitted March 8, 2007

Ref:

http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_002621

Dear Chief, Management and Organization Division:

This is a supplement to the above referenced request for correction that I filed on March 8, 2007, posted at www.ocio.os.doc.gov. Please acknowledge receipt of this supplement # 1.

This supplement asserts that NIST contractor, Science Applications International Corporation (SAIC) of La Jolla, CA (NIST solicitation number unknown), has a significant, clear and palpable conflict of interest that adversely affects the quality and the integrity of the work done by SAIC for NIST. SAIC was the largest NIST contractor employed in the WTC towers investigation ranked by number of persons assigned (n = 16) as documented in NCSTAR1 (p. viii). ARA of Albuquerque, NM, was also a leading contractor (n = 9), already cited for malfeasance in my RFC submitted March 8, 2007. SAIC "team leaders" for the NIST project were John Eichner and Cheri Sawyer (NCSTAR1 p. viii).

SAIC reportedly is the ninth largest defense contractor in the United States and also has numerous contracts with intelligence agencies. The U.S. government is responsible for 89% of SAIC revenues. SAIC reportedly is a Fortune 500 company (number 285) with some 43,000 employees and 2006 revenues of $7.8 billion. SAIC has "close ties with Washington power brokers," according to

USNWR writer Bruce B. Auster. An SAIC executive has properly termed his firm a "stealth company." SAIC is a military contractor specializing in communications and organization and reportedly is integration contractor for the Air Force's Space and Missile System Center's advanced programs. That, among other facts, points to SAIC's involvement in developing directed energy weapons. In addition, SAIC is a company involved in psychological operations as evidenced by its involvement in a Pentagon program to feed disinformation to the foreign press and its psy-ops activities in Iraq. The propositions that directed energy weapons were a causal factor in destruction of the WTC on 9/11 (see Dr. Judy Wood's RFC filed on March 16, 20007) and that 9/11 was primarily a false-flag operation conducted as a "psyop" to foster war, whose results critically depended on selling the "hijacked jetliner" hoaxes, are supported by NIST's use of investigators like SAIC and ARA. SAIC obviously has benefited tremendously from 9/11 and its executives pushed the WMD fraud about Iraq to promote the U.S. invasion of Iraq. According to Vanity Fair , "In October of 2006 the company told would-be investors flatly that the war on terror would continue to be a lucrative growth industry."

Consider two supporting statements from the SAIC 2006 Annual Report:

p. 1 " We develop new technologies for space defense and space intelligence."

p. 29: "Emerging Technologies for Directed Energy"

"SAIC's expertise on high-energy lasers—weapons that can destroy ballistic missiles in flight—spans more than 30 years and every major DoD high-energy laser program, including the Space Based Laser and Airborne Laser.

For the Air Force Research Laboratory (AFRL), SAIC recently applied its adaptive optics technologies to maximize the high laser energy delivered to targets such as ballistic missiles and tactical rockets…"

None of this information about SAIC was disclosed in NCSTAR 1 and should have been.

NCSTAR 1 is, therefore, false, misleading and fraudulent within the meaning of the False Claims Act 31 U.S.C. §§ 3729, *et seq.*

In addition, I assert that the following NIST contractors knew or should have known of the falsity of NCSTAR 1 as it relates to the use of directed energy weapons:

Science Applications International Corp.

Applied Research Associates Inc.

Boeing

NuStats

Computer Aided Engineering Associates, Inc.

DataSource, Inc

GeoStats, Inc.

Gilsanz Murray Steficek LLP

Hughes Associates, Inc,

Ajmal Abbasi, Eduardo Kausel, David Parks, David Sharp, Daniele Veneziano,

Josef Van Dyck and Kaspar Willam

Isolatek International, Inc.

Leslie E. Roberson Assoicates, RLLP

Rolf Jensen & Associates, Inc.

Rosenwasser/Grossman Consulting Engineers, P.C.

Simpson Gumpertz & Heger Inc.

S.K.Ghosh Associates, Inc.

Skidmore, Owings & Merrill, LLP

Teng & Associates, Inc.

Underwriters Laboratories, Inc.

Accordingly, I hereby request the correction of NCSTAR 1 to disclose the extent to which SAIC is involved with defense contracts, intelligence contracts, directed energy weapons, payment of court-ordered fines and psychological operations, as well as acknowledge that undue influence may have been a factor leading to the false, misleading, deceptive and fraudulent conclusions reached and publicized in NCSTAR 1, all as more elaborated in my said RFC dated March 8, 2007 and referenced as above.

All assertions in my said RFC remain in full force and effect.

This is Supplement # 1 to my RFC dated March 8, 2007.

Respectfully submitted,

Dr. Morgan Reynolds

Cc:

Jerry V. Leaphart

Attorney

8 West Street

#203

Danbury, CT 06810

| |
|---|
| 203-825-6265 |
| Selected references: |
| http://en.wikipedia.org/wiki/Science_Applications_International_Corporation#_note-0 |
| http://www.mothersalert.org/starwars2.html |
| http://www.saic.com |
| http://www.corpwatch.org/article.php?id=7884 |
| http://www.vanityfair.com/politics/features/2007/03/spyagency200703 |
| http://www.sourcewatch.org/index.php?title=Science_Applications_International_Corporation |
| *Last Updated:* |

| | |
|---|---|
| | September 12, 2007 |
| Questions regarding this section may be directed to the Good Guidance - Information Quality Administrator | |

OCIO Home

- Policy and Programs
  - IT Policy, Guidance & Legislation
  - IT Capital Planning & Investment Control
  - Enterprise Architecture
  - E-Government
  - IT Security
  - IT Privacy
  - Project Management
  - Paperwork Reduction & Information Collection
  - Good Guidance - Information Quality
  - Electronic & IT Accessibility
  - Forms Management
  - IT Workforce
  - Records Management
- IT Support Services
- Commerce IT Groups
- CIO Organization

- U.S. Department of Commerce
- Privacy Policy
- FOIA
- USA.gov
- No FEAR Act
- Disclaimer
- Feedback
- Forms
- Information Quality