# **Defendants**

1. Defendant Science Applications International Corporation

2. Defendant Applied Research Associates, Inc.

3. Defendant Boeing

4. Defendant NuStats

5. Defendant Computer Aided Engineering Associates, Inc.

6. Defendant DataSource, Inc.

7. Defendant GeoStats, Inc.

8. Defendant Gilsanz Murray Steficek LLP

9. Defendant Hughes Associates, Inc.

10. Ajmal Abbasi

11. Eduardo Kausel

12. David Parks

13. David Sharp

14. Daniele Veneziano

15. Josef Van Dyck

16. Kasper William

17. Defendant Rolf Jensen & Associates, Inc. (RJA)

18. Defendant Rosenwasser/Grossman Consulting Engineers, P.C.

19. Defendant Simpson Gumpertz & Heger Inc.

20. Defendant S.K.Ghosh Associates, Inc.

21. Defendant Skidmore, Owings & Merrill, LLP

22. Defendant Teng & Associates, Inc.

23. Defendant Underwriters Laboratories, Inc.

24. Defendant Wiss, Janney, Elstner Associates, Inc.

25. Defendant American Airlines

26. Defendant Silverstein Properties

27. Defendant United Air Lines