

**UNITED STATES DEPARTMENT OF COMMERCE**
National Institute of Standards and Technology
Gaithersburg, Maryland 20899-
OFFICE OF THE DIRECTOR

DEC 0 6 2007

Morgan Reynolds, Ph.D.
26 Alta Way
Hot Springs Village, AR 71909

Dear Dr. Reynolds:

I am writing to confirm that the National Institute of Standards and Technology (NIST) will honor your request to delay its response to your October 26, 2007, appeal submitted under NIST Guidelines, Information Quality Standards, and Administrative Mechanism. Your appeal requests reconsideration of NIST's September 28, 2007, denial of your March 8, 2007, request for correction (RFC) and the supplement received on May 1, 2007, of NIST's report on the collapse of the World Trade Center towers. In your appeal, you request that NIST not respond to that appeal until such time as you receive NIST's response to a request you made under the Freedom of Information Act and submit a supplement to your appeal based on documents you may receive with that response.

On Tuesday, November 27, 2007, Dr. Daniel Josell of my staff contacted you and confirmed that you intended that NIST delay its response to your appeal until we received further communication from you either in the form of a supplement to your appeal or advising us that we should proceed based on your original submission. Therefore, NIST will not begin working on a response to your appeal until we receive further communication from you on this matter.

Sincerely,

Richard F. Kayser
Acting Deputy Director

cc: Daniel Josell

