

**UNITED STATES DEPARTMENT OF COMMERCE**
**National Institute of Standards and Technology**
Gaithersburg, Maryland 20899-

October 25, 2007

Morgan Reynolds, Ph.D.
26 Alta Way
Hot Springs Village, AZ 71909

Dear Dr. Reynolds,

This letter is in response to your October 5, 2007 Freedom of Information Act (FOIA) request to National Institute of Standards and Technology (NIST) in which you requested "copies of and/or access to the videos that NIST collected that depict, show or otherwise appertain to the allegation that two 767 jetliners crashed into the World Trade Center buildings One and Two respectively."

Your request was received at the NIST FOIA Control Desk on October 5, 2007 and was assigned FOIA Log #08-03.

For the purpose of the FOIA, it was previously determined that you are in the "all other requesters" category, for which chargeable services include search and duplication of responsive documents excluding the cost of the first 2 hours of search and the first 100 pages of duplication. We initially estimate the cost for the search to be $3,030.50. Upon receipt of a check or money order payable to the "**United States Treasury**" in the amount of $3,030.50, we will begin the search and duplication of responsive documents. Since this is just an estimate, if the actual cost for search and duplication of responsive documents is less than the estimate, the overage will be refunded promptly. Likewise, if the actual cost for search and duplication of responsive documents is more than the estimate, you will be required to pay the difference.

Please be advised that these charges are assessed whether or not responsive documents are located and whether or not any of these documents are exempt from disclosure under FOIA.

Please forward your check or money order to me at the following address:

NIST Freedom of Information Act Officer
Mail Stop 1710
100 Bureau Drive
Gaithersburg, MD 20899-1710

**NIST**

If we do not receive a check or money order from you within thirty calendar days of the date on this letter, we will assume that you are no longer interested in receiving the documents requested and your FOIA request will be closed.

Sincerely,

Catherine S. Fletcher
Freedom of Information Act Officer