

UNITED STATES DEPARTMENT OF COMMERCE
**National Institute of Standards and Technology**
Gaithersburg, Maryland 20899-

October 12, 2007

*FOIA clarification call Oct 23, 2007*

Morgan Reynolds, Ph.D.
26 Alta Way
Hot Springs Village, AZ 71909

Dear Dr. Reynolds,

This letter acknowledges receipt of your October 5, 2007, Freedom of Information Act (FOIA) request to the National Institute of Standards and Technology (NIST) in which you requested "copies of and/or access to the videos that NIST collected that depict, show or otherwise appertain to the allegation that two 767 jetliners crashed into World Trade Center buildings One and Two respectively."

Your request was received at the FOIA Control Desk on October 5, 2007, and was assigned FOIA Log #08-03.

For the purpose of the FOIA, you are in the "all other requesters" category. This means that you will be charged for the search and duplication of responsive documents excluding the cost of the first 2 hours of search and the first 100 pages of duplication. Upon completion of the fee estimate, I will be in contact with you as to the amount owed to process your request.

Sincerely,

Catherine S. Fletcher
Freedom of Information Act Officer

