

UNITED STATES DEPARTMENT OF COMMERCE
National Institute of Standards and Technology
Gaithersburg, Maryland 20899-

October 23, 2007

Morgan O. Reynolds, Ph.D.
26 Alta Way
Hot Springs, AR 71909

Dear Dr. Reynolds,

This letter acknowledges receipt of your October 23, 2007, Freedom of Information Act (FOIA) request to the National Institute of Standards and Technology (NIST) in which you requested "copies of and/or access to all the NIST contracts and any related documents for work NIST contractors performed under the WTC Twin Tower project, including SAIC."

Your request was received at the FOIA Control Desk on October 23, 2007, and was assigned FOIA Log #08-05.

For the purpose of the FOIA, you are in the "all other requesters" category. This means that you will be charged for the search and duplication of responsive documents excluding the cost of the first 2 hours of search and the first 100 pages of duplication. Upon completion of the fee estimate, I will be in contact with you as to the amount owed to process your request.

Sincerely,

Catherine S. Fletcher
Freedom of Information Act Officer

