From: foia@nist.gov
Subject: **Re: Fwd: query on $398.94**
Date: December 12, 2007 7:11:58 AM CST
To: "Morgan O. Reynolds" <econrn@suddenlink.net>

Dr. Reynolds,
Your check for $398.94 was received at the NIST FOIA Office on December 7, 2007
for FOIA Request #08-05 and is being processed.
Thank you,
Darla Yonder
Management Analyst, NIST FOIA Office


Quoting "Morgan O. Reynolds" <econrn@suddenlink.net>:

> Please respond to the email I sent yesterday. I just want confirmation that you have received my check regarding log #08-05. Thank you.
>
> Begin forwarded message:
>
> From: Morgan O. Reynolds <econrn@suddenlink.net>
> Date: December 10, 2007 12:57:46 PM CST
> To: foia@nist.gov
> Cc: Jerry Leaphart <Jsleaphart@cs.com>
> Subject: query on $398.94
>
> NIST FOIA office:
> Last Tuesday, Dec. 4, I mailed a check for $398.94 made out to "United States Treasury" for material requested in my FOIA log #08-05.