Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS, on behalf of | : | |
| The United States of America | : | |
| | : | |
| Plaintiff, | : | ECF CASE |
| vs. | : | |
| | : | January ____, 2008 |
| SCIENCE APPLICATIONS | : | |
| INTERNATIONAL CORP., et al | : | 07 CIV 4612 (GBD) |
| | : | |
| Defendants. | : | |

# AFFIDAVIT

PROVINCE OF ONTARIO )
ss:
CITY OF SAULT STE MARIE)

i) My name is Jeffrey Hill and I am a resident of Sault Ste Marie, Ont. Canada. I am submitting this Information in regards to Morgan Reynolds' Qui Tam case against NIST contractors involving their findings in the NCSTAR 1 2005 report on the collapse of the Twin Towers. Although I am not a physicist or engineer, I do understand some basic principals of science that dispute the conclusions in the NIST report. I have spoken to individuals who are qualified to answer some of the questions I had, including some NIST employees. The

conversations I had were legally recorded and I would like to have them included as part of Morgan Reynolds' case.

ii) With regards to the speed of United Flight 175. NIST claims that it was going 546/mph at 700 feet altitude. When I contacted Boeing to ask if such speed at that low of an altitude was possible Boeing spokesperson Leslie Hazzard laughed at the absurdity of the question as she stated "not a chance, not that fast!" She also replied with other remarks throughout the conversation to indicate that a Boeing 767-200 could not perform in such a way as reported by the NIST contractors For further reference I also contacted Lori Bechtold who is a Boeing engineer and she too was amused by such a ridiculous question. These conversations can be found at the following links on the internet:

Leslie Hazzard

http://www.pumpitout.com/audio/leslie_hazzard_boeing_091807.WAV

Lori Bechtold

http://www.pumpitout.com/audio/lori_bechtold_boeing_engineer_091807.WAV

iii) I would also like to submit a conversation I had with NIST employee Bill Pitts where we had spoke about the plane impact on the tower. I was confused at the fact that what we see in the videos disregarded basic Newtonian physics. Upon the planes impact with the tower we fail to see any type of collision that one would expect to see when an aluminum plane comes in contact with a steel and concrete building. During the course of our conversation Bill Pitts stated that he was "amazed that the tower just ate the plane" and that what we were seeing was "miraculous." The conversation can be found at the following link on the internet:

http://www.pumpitout.com/audio/bill_pitts_nist_100907.mp3

iv) I hereby swear to the authenticity of everything I have presented and would testify to it under oath in a court of law.

/s/Jeffrey Hill______________
JEFFREY HILL

[Notarization]