File No. 9110009

WORLD TRADE CENTER TASK FORCE INTERVIEW

LIEUTENANT MURRAY MURAD

Interview Date:  October 4, 2001

Transcribed by Laurie A. Collins

M. MURAD                    2

MR. CAMPBELL:  Today is October 4th at
10:30 in the morning.  We're in conference
room 4E21 at headquarters.  My name is
Patrick Campbell, Fire Marshal, here to
conduct an interview with Murray Murad about
the occurrence of September 11th.

Also present in the room is --

MR. STARACE:  Michael Starace, Fire
Marshal.

LIEUTENANT MURAD:  Murray Murad,
Lieutenant Investigator with Bureau of
Investigations and Trials.

Q.  Okay, Murray, we're just coming here
and trying to do a fact-finding mission of what
you saw on September 11th in the morning of the
plane crash and the incident that happened at the
World Trade Center.  Just tell us what you saw
and did that day.

A.  Well, I was conducting business down on
Greenwich and Liberty at Engine 10, Truck 10, on
that day.  I happened to walk through the
quarters around 8:35 and I asked to speak to the
officer in charge of the truck -- I think that
was Captain Mallery; I think it's

M. MURAD                    3

M-A-L-L-E-R-Y -- I needed to speak to one of the
firemen.  It so happens who I was looking for,
the firefighter was there.

So we went upstairs and we started to
prepare the paperwork.  I was conducting a
confidential investigation at the fire house.  It
was about 8:41 that we heard a plane hovering
over the fire house.  It sounded like the plane
was right on top of us.  At that time the captain
was upstairs.  He was taking a shower in the
office and I was conducting the work with the
firefighter.

The captain came out and said:  "What's
going on?  This is a no-fly zone.  There should
be no planes over here unless this is a military
plane, a plane in trouble."  Other than that,
there was really no clue.

So about two or three minutes after
hearing it, you heard something like revving.  We
took a look, and, boom, the north tower is hit.
So what happened was everyone left the house
except for the captain, because he already had
his relief.  What I'm assuming is that he's going
to man the house.  His relief was there.

They all took off.  The engine and the
truck took off I guess they both were responding
to a pre-arranged staging location when the World
Trade Center is involved in some kind of major
incident.  And they all took off.

So what happened was people were
running out of the building.  We got a couple of
injuries.  We were treating them.

Q.    Out of the building, out of the Trade
Center?

A.    Out of the Trade Center, yeah.  I don't
know which Trade Center building they came out
of, but it was either the north or the south
building.

It was very minimal, like five, six
patients.  They came with very, very minor
injuries.  There was a police officer in the fire
house.  I asked him:  Listen, can you get an
ambulance here, we have a couple minor injuries.
We need an ambulance at the staging location
here.

The ambulance comes in.  The first EMT
that walks in, he sprained his ankle.  So he was
not much of a help, but he tried to get these

M. MURAD                    5

people as comfortable as possible.

          Let me go back.  Let me go back one
second before this.  After the first plane hit,
we went downstairs after everyone took off.  I
was there downstairs for maybe seven, eight
minutes.

          I went back upstairs because I wanted
to get something out of my bag.  Maybe about
10 to 12-minutes after that first plane, I heard
another plane.  Then I said to myself, we're
being attacked.

          I ran downstairs.  No sooner did I run
downstairs and look up, that I saw the second
plane strike the south tower.  It was such a
vicious hit and such a precision hit, it was
unbelievable.

          Still we didn't have that many more
people coming into the fire house, just regular
civilians hanging around.  They were looking at
everything else like that.  So pretty much
everything was pretty much stabilized in the fire
house.  The captain was still the only one there.

          At that point there were two fire
marshals that came to the house.  They wanted to

borrow some equipment.  I can't identify who they
were.  I forget what they looked like.  They got
some gear from the house and then they took off.
So I only saw them for a second.  I only
determined they were fire marshals because they
had their jackets on.

        So at this point what I did was I went
around the corner to Liberty and Greenwich to
tell the people listen, just keep walking, just
keep walking as far as you can, just stay away
from the buildings.

        I got to the American Stock Exchange
building.  A guy came out and asked me what do
you think we should do?  I said listen, if it was
me, I tell you in one word, R-U-N, run, just
leave.  Oh, we have a protocol, for this and
that.  Listen, you've to get your people to
safety.  I don't think being in the building is
that safe.  But this is the American Stock
Exchange.  I said listen, you do what you have to
do.  We have a couple of retired cops on the job
here.  So one of them called me over.  I told him
the same story.  I said listen, you guys need to
get out of here, just for safety reasons.  Again,

M. MURAD                    7

he told me that they have their protocol that
they do.

       So I continued on my little excursion
here trying to get people out of the stores, out
of the buildings.  I went to all of the shops
right behind the fire house.  I said listen, just
leave your building, just leave.

       Q.    This is on Greenwich Street?

       A.    Yeah, right on Greenwich and Liberty,
right behind the fire house, right on -- is it
Cider or Cedar?

       Q.    Cedar?

       A.    Cedar.  They have all the little coffee
shops there, bagel stores, gourmet shops there
with all the foods.  I told them just leave,
just -- don't even close your business, just walk
out and leave.  They're telling me they're okay,
they're okay.  Now it's getting a little
frustrating because I said listen, you should
really leave.  Don't lock your door, but let your
employees go.  That didn't seem to work.

       So I went back into the fire house to
see what I could do.  The EMS unit was trying to
treat a couple of people.  We had a guy with a

broken leg, possibly, and maybe one patient with

second degree burns but nothing life-threatening.

All the injuries in the fire house were minor.

There were really no life-threatening injuries.

So in a matter of 15, 20 minutes, the

captain yelled out and you heard this roar.  All

he said was run to the back, it's coming down.

And we all started running to the back of the

fire house.

I know the design of Engine 10, Truck

10.  It's on the corner, pretty wide.  Then as

you go into the house it narrows into the

hallway.  It has a phone.  It has a TV room.

Then it has a bathroom and a kitchen, which I

totally forgot about, the kitchen during the

collapse.

Everyone's running down to the basement

or upstairs.  One of the firefighters, who must

have come in when they were calling all these

guys in, I don't know who they were, said go

upstairs, go upstairs.  A lot of people didn't

want to go upstairs because they were afraid.

The building is coming down upstairs.

So as we were running, we were picking

M. MURAD                    9

up the injured people.  They would fall, we would
stop, two people pick them up.

        Q.    Still in the house?

        A.    Still in the house.  Then it came down.
From the implosion, we all got thrown and all
that stuff came in the house, all that debris,
all that concrete and all that fiberglass.  Name
it, it was in there.  It was incredible.  Then it
started getting dark, darker.  You couldn't even
see in front of you.

        Q.    Inside?

        A.    Inside the fire house.  You couldn't
even see.  I couldn't even see in front of my
face.  Then it became very, very black.  We were
trying to get out the door.  The back entrance
was blocked with all the rubble.  Somehow they
were able to get the door open.  Again I think
most of us forgot about the kitchen.  We were all
trying to go out through the back.  So everyone I
think got out.

            So what happened was I got out and I
went to see what was going on.  It was a
nightmare.  Cars were tossed.  I mean, all that
stuff was in the air, on the street.

M. MURAD                    10

          So I walked up to Trinity Place.  It
just so happens I needed a mask, you know.  I
happened to see Matty James who was in a Jeep.  I
said Matty, you got a mask?  He said:  "I have a
couple of Scott packs."  I didn't want to take
one because they had a couple of fire trucks that
were hanging out right in front of him.  I don't
know what fire trucks they were, but they looked
kind of beaten up from the explosion.

     Q.    This was on where?

     A.    On Trinity Place.

     Q.    On Trinity?

     A.    And Cedar.

     Q.    Cedar.

     A.    Right, right up there.

     Q.    They were parked there, and they were
smashed?

     A.    I don't know if they were really
smashed, but there was a lot of debris on them.
I only saw one or two.  I can't really identify
them because there was so much debris in the air
and on the ground.  The pictures that you see,
that's what was going on.

          So he said to me:  "Hop in my car, I'll

give you a ride, because there's a cop, he's
giving out masks on the corner."  Meanwhile I
can't see, my eyes are so red and irritated and
I'm coughing up all the soot and everything.  So
I got a mask from the cop.

          Then there was like a little cappuccino
store right there.  I knocked on the door and was
let in.  Listen, can I use your facilities here?
He said oh, yeah, come on in, wash up.  I just
wanted to wash my face and get all that stuff out
of my eyes.  He said hey, have some water.  He
gave me a bottle of water.  I was there about 15
minutes.  Then I started walking out.

          I walked about two, three minutes, and
all of a sudden I heard a plane.  Now, I'm like
the only one walking on this block.  I said oh,
my God, we're being attacked again.  Someone said
it could have been a B15, a U.S. plane up in the
air.  Actually, what I think it was, was
simultaneously the plane and the north tower
coming down.  So that's what the sounds were.  I
heard that rumble.

          So I started going back to the area
where Liberty Street was.  I went up to Liberty

Street.  Everything's destroyed, everything, all
the buildings around it.  The only thing standing
was the fire house.

        I re-entered the fire house.  I spotted
a chief.  I think it was Philip Burns only
because someone called his name.  A couple of
firemen were in there.  There was Firefighter
Peter D'Ancona.  He was there.  He was assigned
there.  I saw him.  He was looking for gear.
There was no gear to be found for these guys, no
turn-out coats, no nothing.  Everything was gone.

        Guys were coming in.  A couple of
companies were coming in just trying to assist.
It was still dark out.

        What happened was everybody got out of
the house safely.  I asked the captain where is
everybody?  He said everyone's out, everyone's
fine, everyone's good.  There was nothing else to
do.  Then I spotted the two EMTs that were
assigned to the location.  I said listen, I have
a car --

    Q.    Do you remember their names?

    A.    No, I don't.  The ambulance was
destroyed in the collapse.  I don't know if it

was totaled, but there was a lot of damage to the
vehicle.

     Q.   Where was that vehicle?

     A.   It was parked right inside the 10 and
10 house.

     Q.   On the side?

     A.   Right inside.

     Q.   Oh, inside?

     A.   Inside, right.  They backed it up.  I
don't know if they were going to do triage or
going to transport.

     Q.   How did the ambulance get damaged?

     A.   All the debris from the collapse of --

     Q.   So it was outside?

     A.   It was inside.  From the implosion,
everything just came inside.

     Q.   The doors were open?

     A.   The doors were open.

     Q.   Oh, the doors were open?

     A.   Yeah.  They should have been closed,
but I don't think -- no one expected within an
hour the collapse.  It was an awful thing.

     Q.   Where did you park?

     A.   I parked down on Greenwich between -- I

M. MURAD                    14

think it's Carlisle and Rector.  That's where I
was parked.

        Q.   So you were down a little further?

        A.   Yeah.  Because what happened was when I
got to the house it was almost changing shifts
and I didn't want to take a parking spot up,
because they double park there and everywhere
right around the corner.  It was still early.  I
said you know what, let me just park up further.
I found a spot, I pulled the car in, and then I
just walked up to the fire house.

        Q.   You never made it to the towers?  You
never went near the towers?

        A.   No, that was just from my location of
being right at 10 and 10.  That was the closest I
was.

        Q.   Philip Burns was in there during that
whole time?

        A.   I only saw him when I came back after
the second tower collapsed.  I'm only saying it
was Philip Burns because someone said that was
Chief Burns.

        Q.   That was after the second?

        A.   After the second collapse.

M. MURAD                    15

Q.    When the first one was hit, you were

outside?

A.    No, I was almost in front of the house

at the front doors.  The doors were open.

Q.    Which is actually right across the

street?

A.    Right across the street.  It was on

Liberty and Greenwich.

Q.    You looked up and you saw the --

A.    I didn't look up.  What happened was

the captain just -- we heard a roar, and he just

yelled out it's coming down, just run to the back

of the fire house.

Q.    Oh, no, when it hit -- did you see

it -- were you outside when it hit?

A.    No.

Q.    You were inside?

A.    Yeah.  We just heard all the rumble and

all -- the collapse.

Q.    I'm saying you were in the house when

the first plane hit?

A.    Yes.

Q.    Did you go out at all right after it?

A.    When the first plane hit?  I did.  I

M. MURAD                    16

went outside.

        Q.    What did you see then?

        A.    I just saw the fire -- the smoke coming

out from the top from the north tower.

        Q.    Was there any debris?

        A.    Not at that time.

        Q.    No debris at all?

        A.    No.  Stuff was coming down, but nothing

real major.  After the second plane hit even more

stuff came down.

        Q.    I'm sorry, when the second plane hit.

        A.    When the second plane hit, it was just

a lot of fire, a lot of black smoke.

        Q.    Coming out?

        A.    Right.  What happened was that we

looked up and then within a couple of minutes one

guy jumped -- an individual came out.  It wasn't

like a jump, because they came out backwards.

Evidently from the explosion up on those floors

they got blown out.  Someone else came down and

they were coming out.  I only saw two people come

out.

            Now we had more people congregating in

the fire house.  We would just evaluate them, if

M. MURAD                    17

they were injured.  No, we're not injured.  We
need a phone.

          Of course the cell phones were not
working.  The only cell phone that worked I think
was Nextel.  It's a two-way portable radio,
practically, and you can have contact.  You don't
even have to worry about dialing.  That's the
only phones that were working.

          Everyone's cell phones were just not
working.  My cell phone was dead.  The beepers
were dead.  Everything in the fire house was
dead.  There was no communication whatsoever.  So
we just relied on whatever information we were
able to get, which was actually really nothing.

     Q.   Were there a lot of plane parts or
anything when the second one hit?

     A.   Not that I saw, no.

     Q.   You said there were firemen around you.
Did you hear any transmissions going on?

     A.   No.  It was all verbal among the
firemen just discussing.  The radio communication
was fairly -- I didn't hear anything.

          MR. CAMPBELL:  Do you have anything
     else, Mike?

Q.   Anybody else you actually recognized?

A.   I recognized the captain.  I recognized
one of the firefighters.  I recognized a
lieutenant that was from BHS.  I don't know his
last name.  His first name is John.  He was good
friends with Geoff Guja.  Actually they went down
together.  Geoff unfortunately didn't make it.

Q.   You don't remember the fireman's name?

A.   No, that was with him?  I don't
remember.

Q.   Captain Mallery, he stayed in the fire
house the whole time?

A.   I believe so.

Q.   Anything else?  Is there anything else
you want to add?  You can say anything about how
you felt or whatever.

A.   It was something that if you were
there, to describe it, it was horrible.  It was a
horrific act against us.  It was something that
you would never, ever think would ever, ever
happen to this country.

When those towers came down, it was
like a sign of something.  When all these
people -- I mean, war is war.  They talk about

M. MURAD                19

Pearl Harbor.  Bottom line is Pearl Harbor was a
military base, installation.  It was peace time.

          But here what happened was we got two
planes, our own planes, going into two towers and
killing almost 5,000 people.  It was just an
awful day.  It was day I'll never forget, just
the sounds of everything and the planes hitting.
The awful sound of hearing that plane over the
fire house.  It was like it was sitting right on
top of the fire house.  That's how close it was.
And then revving up the engine and then hitting
the north tower.

     Q.   You had said earlier people in the fire
house were alarmed when they heard the plane.
They felt something was wrong?

     A.   Oh, yeah.

     Q.   Before it even --

     A.   I was upstairs.  There was only the
captain and the firefighter.  It was George
Bachmann who was up there with me.  George
Bachmann was in Vietnam -- served in Vietnam.  So
he knows certain sounds.  Like we said, this is a
no-fly zone here.  What's a plane doing here?

          So as soon as that plane hit, they all

took off.  The only one left was the captain at

the time.  Anybody else coming back, coming into

the house was either called in or off-duty guys

coming in, grabbing equipment.  I saw the two

fire marshals.  They were grabbing equipment.

They asked the captain:  "We need some gear."

        But again, no one ever expected it to

collapse like that.  Just thankfully a pancake

rather than toppling over.  That would have been

a nightmare.  But in an hour the intensity of

that heat must have been incredible.

    Q.   Did any of the guys from 10 and 10 come

back after --

    A.   They were out.  I understand that a lot

of them didn't come back.

    Q.   So none of them came back after, while

you were around?

    A.   No, no.  They, I think, just went to

the location where they were supposed to go and

whatever assignment they were given.  The problem

was when the south tower went down, I guess there

was no communication and people just went into

the north tower.  That's what they were saying.

        When the south tower came down, that

was where the communication was.  While
the north tower is still up, burning, guys were
just told go into the building.  There was no
radio communication.  That's what --

    Q.  You were by the south tower?

    A.  Right.

    Q.  After that got hit, were there any
firefighters going into Two World Trade from
Liberty Street or anything?

    A.  No, they just -- everyone just got in
and they went to --

    Q.  No, I'm saying when the second one hit
when they were responding when they made the
other alarm for the second tower.

    A.  Right.

    Q.  Units were assigned to the second tower
or the south tower.  Did you see any of them go
in?

    A.  No, no.  Actually I didn't see any
units from where I was.  They must have all gone
to Vesey or they were parked on Church right up
on the street.  I saw some fire apparatus up on,
I think it was, Church or Trinity or right up
there on Liberty Street.

M. MURAD                         22

Q.  Did you see any numbers or anything?

A.  No.

MR. CAMPBELL:  All right.  This

concludes the interview.  It's 10:52.  Thank

you very much.