UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

          Plaintiff / Realtor,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES, INC.;
BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI, EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK, KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

          Defendants.

------------------------------------------------------------------- X

Civil Action
No. 07 CV 4612

ECF CASE

NOTICE OF MOTION FOR
RULE 11 SANCTIONS

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, Defendant Skidmore, Owings & Merrill, LLP ("SOM") will move before the Honorable George B. Daniels, United States District Judge at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an order granting sanctions, pursuant to Rule 11 of the Federal Rules of Civil Procedure, against Plaintiff/Relator Morgan Reynolds and

Plaintiff/Relator's counsel, Jerry V. Leaphart and the Law Offices of Jerry V. Leaphart & Associates, P.C.

This motion is supported by the annexed Declaration of Louis J. Dennis, dated January 9, 2008, the Memorandum of Law of Defendant Underwriters Laboratories, Inc. ("UL") in support of UL's motion for Rule 11 sanctions, dated November 8, 2007, and the Declaration of Phillip C. Semprevivo in support of UL's motion for Rule 11 sanctions, dated November 8, 2007.

As explained in further detail in the Dennis and Semprevivo Declarations and in UL's Memorandum of Law, Plaintiff/Relator's Complaint is barred by the False Claims Act's first to file rule (31 U.S.C. § 3703(e)(4)(b)), since Mr. Leaphart preceded the instant Complaint by filing a virtually identical complaint on behalf Relator Judy Wood (case no. 07-CV-3314-GBD). The Complaint is also frivolous because it is clearly barred by numerous other rules, including the heightened pleading requirements for allegations of fraud as codified in Fed. R. Civ. P. 9(b) and the original source requirement of the False Claims Act. Because Plaintiff/Relator and his counsel have refused to withdraw these frivolous claims, SOM is entitled to sanctions pursuant to Fed. R. Civ. P. 11.

Dated: New York, New York
       January 9, 2008

                                     Respectfully submitted,

                                     ZETLIN & DE CHIARA, LLP
                                     *Attorneys for Defendant*
                                     *Skidmore, Owings & Merrill, LLP*

                                     _____
                                     Louis J. Dennis (LD 5727)
                                     801 Second Avenue
                                     New York, New York 10017
                                     (212) 682-6800
                                     ldennis@zdlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiff / Realtor,<br><br>  vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI, EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK, KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>    Defendants. | Civil Action<br>No. 07 CV 4612<br><br>ECF CASE<br><br>DECLARATION OF LOUIS J. DENNIS IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS |

------------------------------------------------------------------------- X

  Louis J. Dennis, an attorney admitted *pro hac vice* to practice in and before the Courts of the Southern District of New York, declares the following pursuant to 28 U.S.C. § 1746:

  1.  I am a partner of the law firm of Zetlin & De Chiara, LLP, attorneys for Defendant Skidmore, Owings & Merrill, LLP ("SOM"). I am fully familiar with the facts stated herein.

2. I respectfully submit this Declaration in support of SOM's motion, pursuant to Rule 11 of the Federal Rules of Civil Procedure, which seeks an order imposing sanctions against Plaintiff/Relator Morgan Reynolds and Plaintiff/Relator's counsel, Jerry V. Leaphart and the Law Offices of Jerry V. Leaphart & Associates, P.C.

3. On or about May 31, 2007, Plaintiff/Relator filed a complaint against SOM ("the Complaint") that alleged seven causes of action. The first three counts allege violations of the False Claims Act, while counts four through seven alleged common law claims for unjust enrichment, payment by mistake, recoupment of overpayments, and common law fraud.

4. On November 9, 2007, Co-Defendant Underwriters Laboratories, Inc. ("UL") served upon Plaintiff/Relator a proposed motion for Rule 11 Sanctions. In a series of emails on November 9 and 10, 2007, Plaintiff/Relator's counsel notified each of the defendants that although he was willing to withdraw Plaintiff/Relator's common law claims, he had no intention of withdrawing Plaintiff/Relator's causes of actions under the False Claims Act.

5. On November 12, 2007, SOM sent to Mr. Leaphart a Stipulation and Order of dismissal for counts through seven of the Complaint. Mr. Leaphart executed and returned that Stipulation and Order. On December 19, 2007, this Court signed the Stipulation and Order, and dismissed counts four through seven of the Complaint as to SOM.

6. On December 7, 2007, Phillip C. Semprevivo, Esq., counsel for UL, submitted to the Court a final Declaration and Memorandum of Law in support of UL's motion for Rule 11 sanctions against Plaintiff/Relator's counsel, Jerry V. Leaphart and the Law Offices of Jerry V. Leaphart & Associates, P.C. To the extent that UL's motion pertains to Counts One,

Two and Three of the Complaint, SOM hereby incorporates by reference, relies upon, and joins UL's motion, Declaration, and Memorandum of Law.

7. Specifically, SOM relies upon the fact that before filing Plaintiff/Relator's Complaint, Mr. Leaphart filed a virtually identical complaint on behalf Dr. Judy Wood (case no. 07-CV-3314-GBD). The complaints of Relator Wood and Plaintiff/Relator Reynolds contain the same factual allegations and causes of actions. This means that Mr. Leaphart knew or should have known that the first to file rule encompassed in 31 U.S.C. § 3703(e)(4)(b) barred Plaintiff/Relator Reynolds' Complaint, yet he inexplicably chose to ignore this rule and file the Complaint. Even if Mr. Leaphart was somehow unaware of the first to file rule at the time he filed Plaintiff/Relator's Complaint, he cannot now claim such ignorance since a number of the defendants' motions to dismiss raised this issue.

8. The Complaint is also frivolous because it is clearly barred by numerous other rules, as SOM explained in its Memorandum of Law in support of its motion to dismiss the Complaint, dated October 8, 2007. For example, Plaintiff/Relator has not even remotely met the heightened pleading requirements for claims of fraud that are encompassed in Fed. R. Civ. P. 9(b). Plaintiff/Relator's claims under the False Claims Act are also barred as a matter of law because Plaintiff relies entirely on information that is in the public domain, and Plaintiff has not, and cannot, demonstrate that he is the original source of that information.

9. Because Plaintiff/Relator's Claims are both factually and legally groundless and entirely frivolous, SOM respectfully requests that this Court issue an Order, pursuant to Fed. R. Civ. P. 11, imposing sanctions on Plaintiff/Relator and his counsel.

10.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: New York, New York
      January 9, 2008

Respectfully submitted,

ZETLIN & DE CHIARA, LLP
*Attorneys for Defendant*
*Skidmore, Owings & Merrill, LLP*

_____
Louis G. Dennis (LD 5727)
801 Second Avenue
New York, New York  10017
(212) 682-6800
ldennis@zdlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing Notice and Declaration with the Clerk of the Court using the CM / ECF system, which will send notification of filing to the following recipients.

Jerry Leaphart, Esq.
*Attorney for Relator Morgan Reynolds*
8 West Street
Suite 203
Danbury, CT 06810
(203) 825-6265
(203)-825-6256 (fax)
jsleaphart@cs.com

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
*Attorneys for Defendant Gilsanz Murray Steficek*
150 East 42nd Street
New York, NY 10017
(212) 490-3000
(212) 490-3038 (fax)
Jason Harrington, Esq.
Jason.harrington@wilsonelser.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
(412) 434-8804
(412) 434-8062
Adam S. Ennis, Esq.
aennis@jacksonkelly.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
1099 18th Street, Suite 2150
Denver, CO 80202
(303) 390-0188
(303) 390-0177 (fax)
William David Byassee, Esq.
dbyassee@jacksonkelly.com
Gail D. Zirkelbach, Esq.
gdzirkelbach@jacksonkelly.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800
(304) 263-7110
E. Leslie Hoffman, III, Esq.
phoffman@jacksonkelly.com

Biedermann, Hoenig, Massamillo & Ruff
*Attorneys for Underwriters Laboratories, Inc.*
570 Lexington Avenue
New York, NY 10022
(212)-634-5066
(212)-986-3509 (fax)
Philip Carmine Semprevivo, Esq.
psemprevivo@bhmr.com

Wormser, Kiely, Galef & Jacobs LLP
*Attorneys for Hughes Associates, Inc.*
825 Third Avenue, 26th Floor
New York, NY 10022
(212)-573-0618
(212)-687-5703 (fax)
Sean Thomas O'Leary, Esq.
soleary@wkgj.com

Hinshaw & Culbertson LLP
*Attorneys for Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen & Associates, Inc.*
780 Third Avenue, 4th Floor
New York, NY 10017
(212) 471-6200
Phillip Touitou, Esq.
ptouitou@hinshawlaw.com
Renee C. Choy, Esq.
rchoy@hinshawlaw.com

Donovan Hatem LLP
*Attorneys for Defendant Simpson Gumphertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*
One Penn Plaza
250 West 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333
David M. Pollack, Esq.
dpollack@donovanhatem.com

Donovan Hatem LLP
*Attorneys for Defendant Simpson Gumphertz & Heger, Inc. and Computer Aided Engineering Associates, Inc.*
Two Seaport Lane
Boston, MA 02210
(617) 406-4500
Patricia B. Gary, Esq.
pgary@donovanhatem.com

Conway & Mrowiec
*Attorneys for Teng & Associates*
20 South Clark Street
Suite 1000
Chicago, IL 60603
Edward B. Keidan
(312)658-1100
(312)658-1201 (fax)
ebk@cmcontractors.com

Hughes Hubbard & Reed LLP
*Attorneys for Teng & Associates, Inc.*
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
David W. Wiltenburg, Esq.
wilten@hugheshubbard.com
Jeffrey S. Margolin, Esq.
Margolin@hugheshubbard.com


Dated: New York, New York
       January 30, 2008

_____
Chad E. Sjoquist
801 Second Avenue
New York, New York 10017
(212) 682-6800