Jerry V. Leaphart #jl4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS, on behalf of The United States of America | : : : | |
| Plaintiff, | : | ECF CASE |
| vs. | : : | January 30, 2008 |
| SCIENCE APPLICATIONS INTERNATIONAL CORP., et al | : : : | 07 CIV 4612 (GBD) |
| Defendants. | : | |

**NOTICE OF FILING OF REPLACEMENT AFFIRMATION OF ATTORNEY – JERRY V. LEAPHART**

PLEASE TAKE NOTICE, that on this 30th day of January, 2008, a replacement Affirmation was filed replacing the Affirmation filed at Docket #92 and the Errata Affirmation filed at Docket #96. The Replacement Affirmation corrects the content of paragraphs 25 to 28 and 31 of the first filed Affirmation and the Errata Affirmation

Respectfully submitted,

By_____
Jerry V. Leaphart jl4468
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 - phone
(203) 825-6256 - fax
jsleaphart@cs.com

Dated:    Danbury, CT
          January 30, 2008

## ELECTRONIC CERTIFICATE OF SERVICE

    I hereby certify that on January 3028, 2008, a copy of the foregoing notice of Replacement Affirmation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Jerry V. Leaphart
Jerry V. Leaphart (jl4468)
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
Tel. (203) 825-6265
Fax (203) 825-6256