# JERRY V. LEAPHART & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
8 West Street. Suite 203
Danbury, CT 06810

Tel: 203-825-6265        Facsimile: 203-825-6256

VIA FACSIMILE (212) 805-6735

**SO ORDERED**

*[signature: George B Daniels]*

JAN 31 2008

January 30, 2008

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Reynolds v. Science Application International Corp.
    07 CIV 4612 (GBD)

Dear Judge Daniels:

Subsequent to this court's endorsement of the request for an extension of time of thirty (30) days from and after rendering this court's decision on pending motions to dismiss to respond to defendant UL's motion for sanctions (see Docket # 79), two other defendants, ARA and SOM, have filed sanctions motions.

It is requested that the time period endorsed by Docket # 79 be deemed applicable to the two additional sanctions motions and to any others that any of the remaining defendants might choose to file; assuming they continue to think they have a reason for seeking them.

Respectfully submitted,

*[signature]*

Jerry V. Leaphart

CC: Edward B. Keidan, Esq. (312) 658-1201
    E. Leslie Hoffman, Esq. (304) 263-7110
    Remaining counsel via email