UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA, | Civil Action No. 07 CV 4612 |
| Plaintiff / Realtor, | ECF CASE |
| vs. | |
| SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI, EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK, KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, | NOTICE OF MOTION FOR RULE 11 SANCTIONS |
| Defendants. | |

-------------------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, Defendant Skidmore, Owings & Merrill, LLP ("SOM") will move before the Honorable George B. Daniels, United States District Judge at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an order granting sanctions, pursuant to Rule 11 of the Federal Rules of Civil Procedure, against Plaintiff/Relator Morgan Reynolds and

Plaintiff/Relator's counsel, Jerry V. Leaphart and the Law Offices of Jerry V. Leaphart & Associates, P.C.

This motion is supported by the annexed Declaration of Louis J. Dennis, dated January 9, 2008, the Memorandum of Law of Defendant Underwriters Laboratories, Inc. ("UL") in support of UL's motion for Rule 11 sanctions, dated November 8, 2007, and the Declaration of Phillip C. Semprevivo in support of UL's motion for Rule 11 sanctions, dated November 8, 2007.

As explained in further detail in the Dennis and Semprevivo Declarations and in UL's Memorandum of Law, Plaintiff/Relator's Complaint is barred by the False Claims Act's first to file rule (31 U.S.C. § 3730(b)(5)), since Mr. Leaphart preceded the instant Complaint by filing a virtually identical complaint on behalf Relator Judy Wood (case no. 07-CV-3314-GBD). The Complaint is also frivolous because it is clearly barred by numerous other rules, including the heightened pleading requirements for allegations of fraud as codified in Fed. R. Civ. P. 9(b) and the original source requirement of the False Claims Act.  Because Plaintiff/Relator and his counsel have refused to withdraw these frivolous claims, SOM is entitled to sanctions pursuant to Fed. R. Civ. P. 11.

Dated: New York, New York
       January 9, 2008

                                        Respectfully submitted,

                                        ZETLIN & DE CHIARA, LLP
                                        *Attorneys for Defendant*
                                        *Skidmore, Owings & Merrill, LLP*

                                        Louis J. Dennis (LD 5727)
                                        801 Second Avenue
                                        New York, New York  10017
                                        (212) 682-6800
                                        ldennis@zdlaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed the foregoing Notice and Declaration with the Clerk of the Court using the CM / ECF system, which will send notification of filing to the following recipients.

Jerry Leaphart, Esq.
*Attorney for Relator Morgan Reynolds*
8 West Street
Suite 203
Danbury, CT 06810
(203) 825-6265
(203)-825-6256 (fax)
jsleaphart@cs.com

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
*Attorneys for Defendant Gilsanz Murray Steficek*
150 East 42nd Street
New York, NY 10017
(212) 490-3000
(212) 490-3038 (fax)
Jason Harrington, Esq.
Jason.harrington@wilsonelser.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
(412) 434-8804
(412) 434-8062
Adam S. Ennis, Esq.
aennis@jacksonkelly.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
1099 18th Street, Suite 2150
Denver, CO 80202
(303) 390-0188
(303) 390-0177 (fax)
William David Byassee, Esq.
dbyassee@jacksonkelly.com
Gail D. Zirkelbach, Esq.
gdzirkelbach@jacksonkelly.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800
(304) 263-7110
E. Leslie Hoffman, III, Esq.
phoffman@jacksonkelly.com

Biedermann, Hoenig, Massamillo & Ruff
*Attorneys for Underwriters Laboratories, Inc.*
570 Lexington Avenue
New York, NY 10022
(212)-634-5066
(212)-986-3509 (fax)
Philip Carmine Semprevivo, Esq.
psemprevivo@bhmr.com

Wormser, Kiely, Galef & Jacobs LLP
*Attorneys for Hughes Associates, Inc.*
825 Third Avenue, 26th Floor
New York, NY 10022
(212)-573-0618
(212)-687-5703 (fax)
Sean Thomas O'Leary, Esq.
soleary@wkgj.com

Hinshaw & Culbertson LLP
*Attorneys for Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen & Associates, Inc.*
780 Third Avenue, 4th Floor
New York, NY 10017
(212) 471-6200
Phillip Touitou, Esq.
ptouitou@hinshawlaw.com
Renee C. Choy, Esq.
rchoy@hinshawlaw.com

Donovan Hatem LLP
*Attorneys for Defendant Simpson Gumphertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*
One Penn Plaza
250 West 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333
David M. Pollack, Esq.
dpollack@donovanhatem.com

Donovan Hatem LLP
*Attorneys for Defendant Simpson Gumphertz & Heger, Inc. and
Computer Aided Engineering Associates, Inc.*
Two Seaport Lane
Boston, MA 02210
(617) 406-4500
Patricia B. Gary, Esq.
pgary@donovanhatem.com

Conway & Mrowiec
*Attorneys for Teng & Associates*
20 South Clark Street
Suite 1000
Chicago, IL 60603
Edward B. Keidan
(312)658-1100
(312)658-1201 (fax)
ebk@cmcontractors.com

Hughes Hubbard & Reed LLP
*Attorneys for Teng & Associates, Inc.*
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
David W. Wiltenburg, Esq.
wilten@hugheshubbard.com
Jeffrey S. Margolin, Esq.
Margolin@hugheshubbard.com


Dated: New York, New York
       January 31, 2008

_____
Chad E. Sjoquist
801 Second Avenue
New York, New York 10017
(212) 682-6800