UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

DR. MORGAN REYNOLDS on behalf of the )    Case No. 07CV4612
UNITED STATES OF AMERICA, )   (GBD)
   )
      Plaintiff, )
   )
   )
v. )
   )
SCIENCE APPLICATIONS INTERNATIONAL )
CORP.; APPLIED RESEARCH ASSOCIATES, )
INC.; BOEING; NuSTATS; COMPUTER )
AIDED ENGINEERING ASSOCIATES, )
INC.; DATASOURCE, INC.; GEOSTAATS, )
INC.; GILSANZ MURRAY STEFICEK LLP; )
HUGHES ASSOCIATES, INC.; AJMAL )
ABBASI; EDUARDO KAUSEL; DAVID )
PARKS; DAVID SHARP; DANIELE )
VENEZANO; JOSEF VAN DYCK; KASPER )
WILLIAM; ROLF JENSEN & ASSOCIATES, )
INC.; ROSENWASSER/GROSSMAN )
CONSULTING ENGINEERS, P.C.; SIMPSON )
GUMPERTZ & HEGER, INC.; S.K. GHOSH )
ASSOCIATES, INC.; SKIDMORE, OWINGS & )
MERRILL, LLP; TENG & ASSOCIATES, INC.; )
UNDERWRITERS LABORATORIES, INC.; )
WISS, JANNEY, ELSTNER ASSOCIATES, )
INC.; AMERICAN AIRLINES; SILVERSTEIN )
PROPERTIES; and UNITED AIRLINES, )
   )
      Defendants. )

--------------------------------------------------------------

**NOTICE OF JOINDER OF DEFENDANT UNDERWRITERS LABORATORIES, INC. TO THE REPLY TO RELATOR'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS OF DEFENDANT APPLIED RESEARCH ASSOCIATES, INC.**

**PLEASE TAKE NOTICE** that Defendant Underwriters Laboratories, Inc. ("UL") hereby adopts and joins in for all purposes Applied Research Associates, Inc.'s Reply to Relator's Memorandum of Law in Opposition to Defendants' Motions to Dismiss and all supporting documents (the "ARA Reply"), which seeks to dismiss the Plaintiff/Relator's Complaint herein pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 9(b).

Applied Research Associates, Inc. filed its reply to Relator's Memorandum of Law in Opposition to Defendants' Motion to Dismiss on February 4, 2008. To best serve justice and avoid unnecessary or duplicative effort, time or expense to the Court and the parties involved, UL now adopts and joins in the ARA Reply in its entirety, including any and all contents, statements, and arguments as they are equally applicable to UL and, thus, are incorporated herein by reference. For all the reasons stated in the ARA Motion, UL requests that the Court dismiss the Plaintiff/Relator's Complaint in its entirety as against UL, and further seeks an award of attorneys' fees and expenses due to the frivolous nature of the Complaint.

Wherefore, UL respectfully requests that this Court permit UL to join in and adopt the ARA Motion in its entirety; grant the relief requested in the ARA Motion in favor of UL; and grant UL such other and further relief as the Court deems just and proper.

Dated: February 4, 2008

Respectfully submitted,

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____

Philip C. Semprevivo (PS1526)

570 Lexington Avenue
New York, New York 10022
(212) 697-6555
psemprevivo@bhmr.com

*Attorneys for Defendant Underwriters
Laboratories, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing Notice of Joinder with the Clerk of Court using the CM/ECF system, which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Attorney for Relator*

Gail D. Zirkelbach, Esq.
Adam S. Ennis, Esq.
William David Byassee, Esq.
E. Leslie Hoffman, III, Esq.
gdzirkelbach@jacksonkelly.com
aennis@jacksonkelly.com
dbyassee@jacksonkelly.com
phoffman@jacksonkelly.com
*Attorneys for Applied Research Associates, Inc.*

David M. Pollock, Esq.
dpollock@donovanhatem.com
*Attorney for Simpson, Gumpertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*

Philip Touitou, Esq.
ptouitou@hinshawlaw.com
*Attorney for Wise, Janney, Elstner Associates, Inc.*
*Rolf Jensen Associates, Inc., and*
*Teng & Associates, Inc.*

Chad Everett Sjoquist, Esq.
csjoquist@zdlaw.com
*Attorney for Skidmore, Owings & Merrill, LLP*

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

None.

Dated: February 4, 2008

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____
        Philip C. Semprevivo (PS1526)

570 Lexington Avenue
New York, New York 10022
(212) 697-6555
psemprevivo@bhmr.com

*Attorneys for Defendant Underwriters
Laboratories, Inc.*