# ZETLIN & DE CHIARA

COUNSELORS AT LAW

ZETLIN & DE CHIARA LLP
801 Second Avenue
New York, NY 10017
212.682.6800 Phone
212.682.6861 Facsimile
www.zdlaw.com

February 4, 2008

**VIA FEDERAL EXPRESS**

Judge George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

      Re:    Reynolds v. Science Applications International Corp., et al.
               No. 07 CV 4612

Dear Judge Daniels:

      We represent Defendant Skidmore, Owings & Merrill LLP ("SOM") in the above-referenced matter.

      Please find enclosed SOM's Request for Judicial Notice Pursuant to Fed. R. Evid. 201.

      Thank you very much for your attention to this matter. Please feel free to contact me at (212) 300-1485 if you have any questions.

                                            Sincerely yours,

                                            Chad E. Sjoquist

Enc.