UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

        Plaintiff / Realtor,

vs.

SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI, EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK, KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,

        Defendants.

------------------------------------------------------------------------ X

Civil Action
No. 07 CV 4612

ECF CASE

REQUEST FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201

        Defendant Skidmore, Owings & Merrill, LLP ("SOM") respectfully requests that pursuant to FED. R. EVID. 201, this Court take judicial notice of the following fact that is not subject to reasonable dispute in any jurisdiction:

> **On September 11, 2001, terrorists hijacked commercial airplanes and flew them into the north and south towers of the World Trade Center, destroying both buildings.**

This fact is also capable of accurate and ready determination pursuant to the findings of both the Supreme Court of the United States in *Hamdan v. Rumsfeld*,[1] 126 S. Ct. 2749, 2760, 165 L. Ed. 2d 723, 739 (2006) and the United States Court of Appeals for the Second Circuit in *SR Int'l Bus. Ins. Co. v. World Trade Ctr. Props., LLC*,[2] 467 F.3d 107, 116 (2d Cir. 2006).

Dated: New York, New York
       February 4, 2008

                                        Respectfully submitted,

                                        ZETLIN & DE CHIARA, LLP
                                        *Attorneys for Defendant*
                                        *Skidmore, Owings & Merrill LLP*

                                        Louis J. Dennis (LD 5727)
                                        801 Second Avenue
                                        New York, New York 10017
                                        (212) 682-6800
                                        ldennis@zdlaw.com

---

[1] The Supreme Court found that:

> On September 11, 2001, agents of the al Qaeda terrorist organization hijacked commercial airplanes and attacked the World Trade Center in New York City and the national headquarters of the Department of Defense in Arlington, Virginia. Americans will never forget the devastation wrought by these acts. Nearly 3,000 civilians were killed.

126 S. Ct. at 2760, 165 L. Ed. 2d at 739.

[2] The Court of Appeals for the Second Circuit found that:

> On the morning of September 11, 2001, terrorists flew two fuel-laden jetliners into the north and south towers of the WTC, destroying both buildings and cutting short the lives of thousands of people.

467 F.3d at 116.

| Index No. | 07 Civ. 4612 | Year |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

Plaintiff/Realtor,

-against-

SCIENCE APPLICATIONS INTERNATIONS CORP.; ET. AL.
Defendants.

## REQUEST FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201

**ZETLIN & DE CHIARA** LLP

Attorney(s) for  Skidmore, Owings & Merrill, LLP

Office and Post Office Address
**801 SECOND AVENUE
NEW YORK, N.Y. 10017**
**(212) 682-6800**

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

Dated: _____          Signature _____

                                        Print Signer's Name _____

**Service of a copy of the within**                                        **is hereby admitted.**

**Dated,**

**Attorney(s) for**                                        ..............................

**Sir: Please take notice**
☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐ *NOTICE OF ENTRY*
that an order                                        of which the within is a true copy will be presented for
settlement to the HON.                                                                  one of the
judges

of the within named Court, at
on the          day of                    at        M.
Dated,

**ZETLIN & DE CHIARA** LLP
Attorney(s) for

Office and Post Office Address
**801 SECOND AVENUE
NEW YORK, N.Y. 10017**