United States of America, Appellee. - v. - Angel Recalde, Defendant-Appellant.

98-1128

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

172 F.3d 39; 1999 U.S. App. LEXIS 10596

February 17, 1999, Decided

NOTICE: [*1] DECISION WITHOUT PUBLISHED OPINION

PRIOR HISTORY: Appeal from the United States District Court for the Southern District of New York (Wood, J.).

AFFIRMED.