Jerry V. Leaphart #jl4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS, on behalf of The United States of America | : : : | |
| Plaintiff, | : : | ECF CASE |
| vs. | : : | February 5, 2008 |
| SCIENCE APPLICATIONS INTERNATIONAL CORP., et al | : : : | 07 CIV 4612 (GBD) |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL OF MOTION DOCKET # 107;**
**RE-FILED AS 'OBJECTION' TO TAKING OF JUDICIAL NOTICE**

PLEASE TAKE NOTICE, that the motion filed at document #107 is deemed to be hereby withdrawn and is to be re-submitted as an "objection" to the taking of judicial notice. The objection is supported by the affirmation filed at document #109 with exhibits.

Respectfully submitted,

By /s/ Jerry V. Leaphart
Jerry V. Leaphart jl4468
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 - phone
(203) 825-6256 - fax
jsleaphart@cs.com

Dated:     Danbury, CT

February 5, 2008

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, a copy of the foregoing notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     /s/ Jerry V. Leaphart
Jerry V. Leaphart (jl4468)
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
Tel. (203) 825-6265
Fax (203) 825-6256

2