Jerry V. Leaphart #jl4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS, on behalf of The United States of America | : : : | |
| Plaintiff, | : | ECF CASE |
| vs. | : : | February 5, 2008 |
| SCIENCE APPLICATIONS INTERNATIONAL CORP., et al | : : : | 07 CIV 4612 (GBD) |
| Defendants. | : | |

**NOTICE OF OBJECTION TO TAKING OF JUDICIAL NOTICE; OR**

**IN THE ALTERNTIVE,**

**REQUEST FOR HEARING PER FRE 201(e)**

PLEASE TAKE NOTICE, that plaintiff, Dr. Morgan Reynolds objects to the request for the taking of judicial notice submitted to Hon. George B. Daniels, USDJ, by defendant Skidmore, Owings & Merrill under cover letter dated on or about February 4, 2008, copies of which cover letter and request are annexed to the Affirmation of Jerry V. Leaphart, further opposing the taking of judicial which affirmation is filed herein at Docket # 109. Plaintiff also requests a hearing on the propriety of taking judicial notice as per FRE 201(e), in the event the said request is not summarily denied.

Respectfully submitted,

By /s/ Jerry V. Leaphart
Jerry V. Leaphart jl4468
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 - phone
(203) 825-6256 - fax
jsleaphart@cs.com

Dated:      Danbury, CT
            February 5, 2008

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2008, a copy of the foregoing notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  /s/ Jerry V. Leaphart
Jerry V. Leaphart (jl4468)
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
Tel. (203) 825-6265
Fax (203) 825-6256