USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DR. MORGAN REYNOLDS, on behalf of the United States of America,

-against-

SCIENCE APPLICATIONS INTERNATIONAL CORP., et al.,

Defendants.

ORDER

07 CV 4612(GBD)

-------------------------------------------------------------x

DR. JUDY WOOD, on behalf of the United States of America,

Plaintiff.

-against-

APPLIED RESEARCH ASSOCIATES, INC., et al.,

Defendants.

07 CV 3314(GBD)

-------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

The defendants' time to reply, and plaintiff Dr. Judy Wood's time to respond to the pending motions to dismiss, is extended to February 29, 2008.

Dated: New York, New York
February 4, 2008

SO ORDERED:

GEORGE B. DANIELS
United States District Judge