Jerry V. Leaphart #jl4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. MORGAN REYNOLDS, on behalf of The United States of America | : : : | |
| Plaintiff, | : : | ECF CASE |
| vs. | : : | February 5, 2008 |
| SCIENCE APPLICATIONS INTERNATIONAL CORP., et al | : : : | 07 CIV 4612 (GBD) |
| Defendants. | : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT, SKIDMORE OWINGS & MERRILL'S REQUEST TO TAKE JUDICIAL NOTICE; OR,**

**IN THE ALTERNATIVE,**

**REQUEST FOR HEARING PER FRE 201(e)**

Plaintiff, Dr. Morgan Reynolds, by his attorney, Jerry V. Leaphart of Jerry V. Leaphart & Assocs. P.C., hereby submits his opposition to the annexed letter (Exhibit 1) and request to take judicial notice (Exhibit 2); or, in the alternative, hereby requests a hearing on the matter as per his right to a hearing set out in FRE 201(e).

Plaintiff respectfully relies upon the annexed Affirmation of Jerry V. Leaphart in opposing said defendant's request to take judicial notice.

Respectfully submitted,

/s/_____
Jerry V. Leaphart

Dated: Danbury, Ct
February 5, 2008

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2008, a copy of the foregoing Affirmation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Jerry V. Leaphart_____
Jerry V. Leaphart (jl4468)
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
Tel. (203) 825-6265
Fax (203) 825-6256