UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>                        Plaintiff/Relator,<br><br>           -against-<br><br>SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,<br><br>                               Defendants. | 07 CIV 4612 (GBD)(DF)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Philip Touitou, Esq. and the accompanying Memorandum of Law, defendants WISS, JANNEY, ELSTNER ASSOCIATES, INC. ("WJE") and ROLF JENSEN & ASSOCIATES, INC. ("RJA"), will move this Court, on a date and time determined by the Court, before the Honorable George B. Daniels in the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for the imposition of sanctions against Relator and his attorney herein pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the False Claims Act for the reasons set forth in the motion papers submitted by co-defendants UNDERWRITERS LABORATORIES, INC. ("UL") and APPLIED RESEARCH ASSOCIATES, INC. ("ARA") which are adopted and

incorporated herein, and for such other and further relief in favor of defendants WJE and RJA as the Court may deem just and proper.

Dated: New York, New York
       February 5, 2008

                                                  Respectfully submitted,

                                                  HINSHAW & CULBERTSON LLP

                                                  By: _____
                                                        Philip Touitou (PT- 4302)
                                                        Concepcion A. Montoya (CM-7147)

                                                Attorneys for Defendants
                                                WISS, JANNEY, ELSTNER  ASSOCIATES, INC.
                                                and ROLF JENSEN & ASSOCIATES, INC.
                                                780 Third Avenue, 4th Floor
                                                New York, New York 10017
                                                (212) 471-6200

TO:    Jerry Vincent Leaphart, Esq.
        Attorney for Plaintiff
        8 West Street, Ste. 203
        Danbury, CT 06810

        William David Byassee, Esq.
        Jackson Kelly, PLLC
        Attorneys for Defendant
        APPLIED RESEARCH ASSOCIATES, INC.
        1099 18th Street, Ste. 2150
        Denver, CO 80202

        Wilson Elser, Moskowitz, Edelman & Dicker LLP
        Attorneys for Defendant
        GILSANZ MURRAY STEFICEK
        150 East 42nd Street
        New York, NY 10017
        (212) 490-3000
        (212) 490-3038 (fax)
        Jason Harrington, Esq.
        Jason.harrington@wilsonelser.com

Jackson Kelly PLLC
Attorneys for Defendant
APPLIED RESEARCH ASSOCIATES, INC.
Three Gateway Center, Ste. 1340
Pittsburgh, PA 15222
(412) 434-8804
(412) 434-8062
Adam S. Ennis, Esq.
aennis@jacksonkelly.com

Jackson Kelly PLLC
Attorneys for Defendant
APPLIED RESEARCH ASSOCIATES, INC.
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800
(304) 263-7110
E. Leslie Hoffman, III, Esq.
phoffman@jacksonkelly.com

Philip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
Attorneys for Defendant
UNDERWRITERS LABORATORIES, INC.
570 Lexington Avenue
New York, NY 10022

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
Attorneys for Defendant
SKIDMORE, OWINGS & MERRILL, LLP
801 Second Avenue
New York, NY 10017

Wormer, Kiely, Galef & Jacobs LLP
Attorneys for Defendant
HUGHES ASSOCIATES, INC.
825 Third Avenue, 26th Floor
New York, NY 10022
(212) 573-0618
(212) 687-5703 (fax)
Sean Thomas O'Leary, Esq.
soleary@wkgj.com

31026575v1 880267

Donovan Hatem LLP
Attorneys for Defendants
SIMPSON GUMPHERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING ASSOCIATES, INC.
One Penn Plaza
250 West 34th Street, Ste. 3324
New York, NY 10119
(212) 244-3333
David M. Pollack, Esq.
dpollack@donovanhatem.com


Donovan Hatem LLP
Attorneys for Defendants
SIMPSON GUMPHERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING ASSOCIATES, INC.
Two Seaport Lane
Boston, MA 02210
(617) 206-4500
Patricia B. Gary, Esq.
pgary@donovanhatem.com

Conway & Mrowiec
Attorneys for Defendant
TENG & ASSOCIATES, INC.
20 South Clark Street, Ste. 1000
Chicago, IL 60603
(312) 658-1100
(312) 658-1201 (fax)
ebk@cmcontractors.com

Hughes Hubbard & Reed LLP
Attorneys for Defendant
TENG & ASSOCIATES, INC.
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
David W. Wiltenburg, Esq.
wilten@hugheshubbard.com
Jeffrey S. Margolin, Esq.
Margolin@hugheshubbard.com

31026575v1 880267