UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. MORGAN REYNOLDS ON BEHALF OF THE UNITED STATES OF AMERICA,

                Plaintiff/Relator,

-against-

SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; ANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,

                Defendants.

07 CIV 4612 (GBD)(DF)

---

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS WISS, JANNEY ELSTNER ASSOCIATES INC. AND ROLF JENSEN & ASSOCIATES, INC.'s MOTION FOR SANCTIONS AGAINST RELATOR AND HIS ATTORNEY**

---

**HINSHAW & CULBERTSON LLP**
Attorneys for Defendants
WISS, JANNEY, ELSTNER ASSOCIATES, INC. and
ROLF JENSEN & ASSOCIATES, INC.
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200

## PRELIMINARY STATEMENT

Defendants WISS, JANNEY, ELSTNER ASSOCIATES, INC. ("WJE") and ROLF JENSEN & ASSOCIATES, INC. ("RJA") move for the imposition of sanctions, pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the False Claims Act ("FCA"), respectively, against Relator and his attorney, and hereby adopt and incorporate herein the arguments set forth in the motion papers submitted by co-defendants UNDERWRITERS LABORATORIES, INC. ("UL") and APPLIED RESEARCH ASSOCIATES, INC. ("ARA"). As more fully demonstrated therein, plaintiff's bizarre claims are without support, both factually and legally, and are made without a good faith basis to seek the extension, modification or reversal of existing law or the establishment of new law. For these reasons, plaintiff's Complaint must be dismissed.

## STATEMENT OF FACTS

Defendants refer the Court to co-defendants UL's and ARA's memorandum of law in support of their respective motions for sanctions for a full recitation of the facts and applicable law.

## ARGUMENT

### POINT I

### DEFENDANTS WJE AND RJA JOIN DEFENDANTS UL'S AND ARA'S MOTIONS TO DISMISS ON THE SAME GROUNDS SET FORTH THEREIN

Sanctions against Relator and his attorney are proper because, as more fully argued in the papers filed by co-defendants UL and ARA, his Complaint is not only barred statutorily by the "first to file" bar (§ 3730(b)(5) of the FCA) and the "public disclosure bar" (§ 3730(e)(4)(A) of the FCA), but also filed for the improper and sanctionable purposes of harassing defendants and promoting Relator's own conspiracy theories surrounding September 11, 2001. In essence, Relator has used this litigation as a forum for advertising his fantastical theories. The Court

31026578v1 880267

should not allow Relator to continue this abuse of the judicial process. For these reasons, as more fully set forth in the motion papers submitted by co-defendants UL and ARA that are adopted and incorporated herein, WJE and RJA request that sanctions be imposed against Relator and his attorney.

## **CONCLUSION**

For the foregoing reasons and as more fully set forth in the papers submitted by co-defendants UL and ARA in support of their respective motions for sanctions herein, it is respectfully requested that the Court grant sanctions against Relator and his attorney pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA.

Dated: New York, New York
       February 5, 2008

HINSHAW & CULBERTSON LLP

By: _____
    Philip Touitou
    Concepcion A. Montoya
Attorneys for Defendants
WISS, JANNEY, ELSTNER ASSOCIATES, INC.
and ROLF JENSEN & ASSOCIATES, INC.
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200

31026578v1 880267