UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS, on behalf of the UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff/Relator,<br><br>- against -<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>　　　　　　　　　　　　　Defendants. | **CERTIFICATE OF SERVICE**<br><br>Docket No. 07-CV-4612<br>(GBD)(DF) |

　　　The undersigned certifies that on February 7, 2008, a Notice of Motion for Imposition of Sanctions, Declaration of Philip Touitou in Support and Memorandum of Law were filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

| | |
|---|---|
| Jerry Vincent Leaphart, Esq.<br>8 West Street, Suite 203<br>Danbury, CT 06810<br>(203) 825-6265<br>Attorney for Plaintiff<br>*Dr. Morgan Reynolds* | William David Byassee, Esq.<br>Jackson Kelly, PLLC<br>1099 18th Street, Ste. 2150<br>Denver, CO 80202<br>Attorneys for Defendant<br>*APPLIED RESEARCH ASSOCIATES, INC.* |

Wilson Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017
(212) 490-3000
(212) 490-3038 (fax)
Jason Harrington, Esq.
Jason.harrington@wilsonelser.com
Attorneys for Defendant
*GILSANZ MURRAY STEFICEK*

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
Attorneys for Defendant
*Skidmore, Owings & Merrill, LLP*

Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800
(304) 263-7110
E. Leslie Hoffman, III, Esq.
phoffman@jacksonkelly.com
Attorneys for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

Donovan Hatem LLP
One Penn Plaza
250 West 34th Street, Ste. 3324
New York, NY 10119
(212) 244-3333
David M. Pollack, Esq.
dpollack@donovanhatem.com
Attorneys for Defendants
*SIMPSON GUMPHERTZ & HEGER, INC.
and COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.*

Philip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022
Attorneys for Defendant
*UNDERWRITERS LABORATORIES, INC.*

Jackson Kelly PLLC
Three Gateway Center, Ste. 1340
Pittsburgh, PA 15222
(412) 434-8804
(412) 434-8062
Adam S. Ennis, Esq.
aennis@jacksonkelly.com
Attorneys for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

Wormer, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
(212) 573-0618
(212) 687-5703 (fax)
Sean Thomas O'Leary, Esq.
soleary@wkgj.com
Attorneys for Defendant
*HUGHES ASSOCIATES, INC.*

Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 206-4500
Patricia B. Gary, Esq.
pgary@donovanhatem.com
Attorneys for Defendants
*SIMPSON GUMPHERTZ & HEGER, INC.
and COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.*

- 3 -

| | |
|---|---|
| Conway & Mrowiec<br>20 South Clark Street, Ste. 1000<br>Chicago, IL 60603<br>(312) 658-1100<br>(312) 658-1201 (fax)<br>ebk@cmcontractors.com<br>Attorneys for Defendant<br>*TENG & ASSOCIATES, INC.* | Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>(212) 837-6000<br>David W. Wiltenburg, Esq.<br>wilten@hugheshubbard.com<br>Jeffrey S. Margolin, Esq.<br>Margolin@hugheshubbard.com<br>Attorneys for Defendant<br>*TENG & ASSOCIATES, INC.* |

Dated: New York, New York
 February 7, 2008

_____
ALFRAE JOHNSON-RAGINS