UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

    Plaintiff/Relator,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES, INC.;
BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

    Defendants.
------------------------------------------------------------------------X

Case No. 07-CV-4612
(GBD)(DCF)

**RULE 7.1
STATEMENT**

    Defendant Science Applications International Corporation, sued herein as Science Applications International Corp. ("SAIC"), states that it is a wholly-owned subsidiary of SAIC, Inc., a publicly traded company. SAIC, Inc. has no parent. Vanguard Fiduciary Trust Company owns more than 10% of its stock.

Dated: March 5, 2008
      New York, New York

                Respectfully submitted,

                McKENNA LONG & ALDRIDGE LLP

                By: _____
                Charles E. Dorkey III (CD-8422)
                S. Jane Moffat (SM-0912)
                230 Park Avenue
                Suite 1700
                New York, New York  10169
                (212) 905-8330

                Of Counsel:

                Mark R. Troy
                McKenna Long & Aldridge LLP
                444 South Flower Street, 8th Floor
                Los Angeles, California  90071
                (213) 688-1000

NY:12051016.3