**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

      Plaintiff/Relator,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES, INC.;
BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

      Defendants.
------------------------------------------------------------------------X

Case No. 07-CV-4612
(GBD)(DCF)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying declaration of Charles E. Dorkey III, Esq. and memorandum of law, defendant Science Applications International Corp. ("SAIC") hereby adopts and joins for all purposes in the motion to dismiss submitted by Applied Research Associates, Inc. ("ARA"), which seeks to dismiss the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 9(b).

To best serve justice and avoid unnecessary and duplicative effort, time and expense to the Court and the parties, SAIC adopts and joins ARA's motion in its entirety, filed on October 9, 2007 (ECF entry # 38).  For the reasons stated in that motion, incorporated herein by reference, SAIC requests that this Court dismiss the Plaintiff's Complaint in its entirety as against SAIC with prejudice, and further seeks an award of attorneys' fees and expenses pursuant to 31 U.S.C. §3730(d)(4).

WHEREFORE, Science Applications International Corp. respectfully requests that this Court permit it to join and adopt the motion to dismiss submitted by ARA, grant the relief requested in that motion including attorneys' fees and costs pursuant to 31 U.S.C. §3730(d)(4), and grant such other and further relief as this Court deems just and proper.

Dated:  March 5, 2008
New York, New York

Respectfully submitted,

McKENNA LONG & ALDRIDGE LLP

By:
Charles E. Dorkey III (CD-8422)
S. Jane Moffat (SM-0912)
230 Park Avenue
Suite 1700
New York, New York  10169
(212) 905-8330

Of Counsel:

Mark R. Troy
McKenna Long & Aldridge LLP
444 South Flower Street, 8th Floor
Los Angeles, California  90071
(213) 688-1000

NY:12050990.5

2