UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
DR. MORGAN REYNOLDS on behalf of the : 
UNITED STATES OF AMERICA, : Case No. 07-CV-4612 (GBD)
: (DCF)
                Plaintiff/Relator, :
:
  - vs.- :
: **AFFIDAVIT OF SERVICE**
SCIENCE APPLICATIONS INTERNATIONAL :
CORP.; APPLIED RESEARCH ASSOCIATES, :
INC.; BOEING; NuSTATS; COMPUTER :
AIDED ENGINEERING ASSOCIATES, INC.; :
DATASOURCE, INC.; GEOSTAATS, INC.; :
GILSANZ MURRAY STEFICEK LLP; :
HUGHES ASSOCIATES, INC.; AJMAL :
ABBASI; EDUARDO KAUSEL; DAVID :
PARKS; DAVID SHARP; DANIELE :
VENEZANO; JOSEF VAN DYCK; KASPAR :
WILLIAM; ROLF JENSEN & ASSOCIATES, :
INC.; ROSENWASSER/GROSSMAN :
CONSULTING ENGINEERS, P.C.; SIMPSON :
GUMPERTZ & HEGER, INC.; S.K. GHOSH :
ASSOCIATES, INC.; SKIDMORE, OWINGS & :
MERRILL, LLP; TENG & ASSOCIATES, INC.; :
UNDERWRITERS LABORATORIES, INC.; :
WISS, JANNEY, ELSTNER ASSOCIATES, :
INC.; AMERICAN AIRLINES; SILVERSTEIN :
PROPERTIES; and UNITED AIRLINES, :
:
                Defendants. :
------------------------------------------------------------ x

STATE OF NEW YORK   )
                                ) ss:
COUNTY OF NEW YORK  )

     ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

That on the 5th and 6th day of March, 2008, deponent served, by U.S. Mail, a true and correct copy of (1) **DEFENDANT'S NOTICE OF MOTION**, (2) **MEMORANDUM OF LAW IN SUPPORT OF MOTION**, (3) **DECLARATION OF CHARLES E. DORKEY III** (4) **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** upon the following:

**Jerry Vincent Leaphart, Esq.**
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
Attorney for Plaintiff
*Dr. Morgan Reynolds*

**Gail Debra Zirkelbach, Esq.**
**William David Byassee, Esq.**
Jackson Kelly, PLLC
1099 18th Street, Ste. 2150
Denver, CO 80202
Attorney for Defendant
*Applied Research Associates, Inc.*

**Glenn Fuerth, Esq.**
**Jason Harrington, Esq.**
Wilson Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017
Attorney for Defendant
*Gilsanz Murray Steficek*

**Philip Carmine Semprevivo, Esq..**
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022
Attorney for Defendant
*Underwriters Laboratories, Inc.*

**Louis J. Dennis, Esq.**
**Chad Everette Sjoquist, Esq.**
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
Attorney for Defendant
*Skidmore, Owings & Merrill, L.L.P.*

**Renee C. Choy, Esq.**
**Kevin R. Sido, Esq.**
Hinshaw & Culbertson LLP
222 N. Lasalle, Suite 300
Chicago, IL 60601
Attorney for Defendants
*Rolf Jensen & Associates, Inc. and* Wiss, *Janney, Elstner Associates, Inc.*

**E. Leslie Hoffman, III, Esq.**
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
Attorney for Defendant
*Applied Research Associates, Inc.*

**Sean Thomas O'Leary, Esq.**
Wormer, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
Attorney for Defendant
*Hughes Associates, Inc.*

**Jeffrey S. Margolin, Esq.**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attorney for Defendant
*Teng & Associates, Inc.*

**David M. Pollack, Esq.**
Donovan Hatem LLP
One Penn Plaza
250 West 34th Street, Ste. 3324
New York, NY 10119
Attorney for Defendants
*Science Applications International Corporation; Applied Research Associates, Inc.; Nustats; Computer Aided Engineering Associates, Inc.; Datasource, Inc.; Geostats, Inc.; Gilsanz, Murray, Steficek L.L.P.; Hughes Associates, Inc.; Ajmal Abbasi; Eduardo Kausel; David Parks; David Sharp; Daniele Veneziano; Josef Van Dyck; Kasper William; Rolf Jensen And Associates, Inc.; Rosenwasser/ Grossman Consulting Engineers, P.C.; Simpson Gumphertz & Heger, Inc.; S.K. Ghosh Associates, Inc.; Skidmore, Owings & Merrill, L.L.P; Teng & Associates, Inc.; Underwriters Laboratories, Inc.; And Wiss, Janney, Elstner Associates, Inc.*

**Philip Touitou**
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
Attorney for Defendant
*Rolf Jensen & Associates, Inc.; Teng & Associates, Inc.; and Wiss, Janney, Elstner Associates, Inc.*

**Edward B. Keidan, Esq.**
Conway & Mrowiec
20 South Clark Street, Suite 1000
Chicago, IL 60603
Attorney for Defendant
*Teng & Associates, Inc.*

**Patricia B. Gary**
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Attorney for Defendants
*Simpson Gumphertz & Heger, Inc. And Computer Aided Engineering Associates, Inc.*

the address designated by said attorneys for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

*[signature: Robert Gu]*

Sworn to before me this
7th day of March, 2008

*[signature]*
NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, State of New York
No. 01SA4831775
Qualified in Kings County
Commission Expires August 31, 2009