SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. Morgan Reynolds on behalf of the United States of America

Plaintiff,

- against -

Science Applications International Corporation, et al.

Defendant.

7 cv 4612 (GB)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Charles E. Dorkey III a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Mark R. Troy
Firm Name: McKenna Long & Aldridge LLP
Address: 444 South Flower Street, 8th Floor
City/State/Zip: Los Angeles, CA 90071
Phone Number: (213) 243-6170
Fax Number: (213) 243-6330

Mark R. Troy is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Mark R. Troy in any State or Federal court.

Dated: March 20, 2008
City, State: New York, NY

Respectfully submitted,

Sponsor's SDNY Bar: (CD-8422)
Firm Name: McKenna Long & Aldridge LLP
Address: 230 Park Avenue, Suite 1700
City/State/Zip: New York, New York 10169
Phone Number: 212.905.8330
Fax Number: 212.922.1819

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MORGAN REYNOLDS on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiff/Relator,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>    Defendants. | Case No. 07-CV-4612 (GBD) (DCF)<br><br>**AFFIDAVIT OF CHARLES E. DORKEY III IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK    )
                                   ) ss:
COUNTY OF NEW YORK  )

    CHARLES E. DORKEY III, being duly sworn, hereby deposes and says as follows:

1. I am a partner at McKenna Long & Aldridge LLP, counsel for Science Applications International Corp. ("Defendant") in the above captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Mark R. Troy as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 6, 1975. I am also admitted to the bar of the United States District Court for Southern District of New York, and am in good standing with this Court.

3. I have known Mark R. Troy since January 2008.

4. Mr. Troy is a partner at McKenna Long & Aldridge LLP in Los Angeles, CA.

5. I have found Mr. Troy to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mark R. Troy, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mark R. Troy, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Mark R. Troy, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: March 20, 2008

Respectfully submitted,

McKENNA LONG & ALDRIDGE LLP

By_____

Charles E. Dorkey III (CD-8422)
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

ATTORNEYS FOR DEFENDANT

NY:12051054.1



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MARK ROBERT TROY

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that MARK ROBERT TROY was on the 10TH day of DECEMBER 1985 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 13th day of MARCH, 2008.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By  *Joseph Cornetta*
Joseph Cornetta, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

          Plaintiff/Relator,

- vs.-

SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,

          Defendants.

------------------------------------------------------- x

Case No. 07-CV-4612 (GBD) (DCF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

    ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

That on the 20th day of March, 2008, deponent served, by U.S. Mail, a true and correct copy of (1) **DEFENDANT'S MOTION TO ADMIT COUNSEL PRO HAC VICE,** (2) **AFFIDAVIT OF CHARLES E. DORKEY III IN SUPPORT OF MOTION,** (3) **ORDER FOR ADMISSION PRO HAC VICE** upon the following:

**Jerry Vincent Leaphart, Esq.**
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
Attorney for Plaintiff
*Dr. Morgan Reynolds*

**Gail Debra Zirkelbach, Esq.**
**William David Byassee, Esq.**
Jackson Kelly, PLLC
1099 18th Street, Ste. 2150
Denver, CO 80202
Attorney for Defendant
*Applied Research Associates, Inc.*

**Glenn Fuerth, Esq.**
**Jason Harrington, Esq.**
Wilson Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017
Attorney for Defendant
*Gilsanz Murray Steficek*

**Philip Carmine Semprevivo, Esq..**
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022
Attorney for Defendant
*Underwriters Laboratories, Inc.*

**Louis J. Dennis, Esq.**
**Chad Everette Sjoquist, Esq.**
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
Attorney for Defendant
*Skidmore, Owings & Merrill, L.L.P.*

**Renee C. Choy, Esq.**
**Kevin R. Sido, Esq.**
Hinshaw & Culbertson LLP
222 N. Lasalle, Suite 300
Chicago, IL 60601
Attorney for Defendants
*Rolf Jensen & Associates, Inc. and* Wiss, Janney, Elstner Associates, Inc.

**E. Leslie Hoffman, III, Esq.**
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
Attorney for Defendant
*Applied Research Associates, Inc.*

**Sean Thomas O'Leary, Esq.**
Wormer, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
Attorney for Defendant
*Hughes Associates, Inc.*

**Patricia B. Gary**
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Attorney for Defendants
*Simpson Gumphertz & Heger, Inc.*
*And Computer Aided Engineering*
*Associates, Inc.*

**Jeffrey S. Margolin, Esq.**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attorney for Defendant
*Teng & Associates, Inc.*

**David M. Pollack, Esq.**
Donovan Hatem LLP
One Penn Plaza
250 West 34th Street, Ste. 3324
New York, NY 10119
Attorney for Defendants
*Science Applications International*
*Corporation; Applied Research*
*Associates, Inc.; Nustats; Computer*
*Aided Engineering Associates, Inc.;*
*Datasource, Inc.; Geostats, Inc.;*
*Gilsanz, Murray, Steficek L.L.P.;*
*Hughes Associates, Inc.; Ajmal Abbasi;*
*Eduardo Kausel; David Parks; David*
*Sharp; Daniele Veneziano; Josef Van*
*Dyck; Kasper William; Rolf Jensen*
*And Associates, Inc.; Rosenwasser/*
*Grossman Consulting Engineers, P.C.;*
*Simpson Gumphertz & Heger, Inc.;*
*S.K. Ghosh Associates, Inc.; Skidmore,*
*Owings & Merrill, L.L.P; Teng &*
*Associates, Inc.; Underwriters*
*Laboratories, Inc.; And Wiss, Janney,*
*Elstner Associates, Inc.*

**Philip Touitou**
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
Attorney for Defendant
*Rolf Jensen & Associates, Inc.;*
*Teng & Associates, Inc.; and Wiss,*
*Janney, Elstner Associates, Inc.*

**Edward B. Keidan, Esq.**
Conway & Mrowiec
20 South Clark Street, Suite 1000
Chicago, IL 60603
Attorney for Defendant
*Teng & Associates, Inc.*

the address designated by said attorneys for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

_____

Sworn to before me this
20th day of March, 2008

_____
NOTARY PUBLIC

ADRIENNE THERESE MONTES
Notary Public, State of New York
Reg. No. 01MO6181586
Qualified in New York County
Commission Expires Feb. 4, 2012

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. Morgan Reynolds on behalf of   Plaintiff,
the United States of America

7   cv  4612   (GBD)

- against -

Science Applications International   Defendant.
Corporation, et al.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Charles E. Dorkey III  attorney for  Science Applications International Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark R. Troy |
| Firm Name: | McKenna Long & Aldridge LLP |
| Address: | 444 South Flower Street, 8th Floor |
| City/State/Zip: | Los Angeles, CA 90071 |
| Telephone/Fax: | (213) 243-6170 |
| Email Address: | mtroy@mckennalong.com |

is admitted to practice pro hac vice as counsel for   Science Applications International Cor[p]  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge