UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

*Reynolds*

        Plaintiff,

  -against-          07 CIVIL 4612 (GBD)

*Gilsanz Murray Steficek et al* Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: *Jason Harrington on behalf of Gilsanz Murray Steficek*

[X] **Attorney**

 [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JH7273

 [ ] I am a Pro Hac Vice attorney

 [ ] I am a Government Agency attorney

[ ] **Law Firm/Government Agency Association**

 From: _____

 To: _____

 [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

 [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[X] **Address:** Wilson Elser Moskowitz Edelman & Dicker LLP: 150 E 42nd St, NY, NY 10017

[ ] **Telephone Number:** Same as shown on ECF

[ ] **Fax Number:** Same as shown on ECF

[ ] **E-Mail Address:** Same as shown on ECF

Dated: 3/27/08

*Please note: I have never been associated with the firm or address currently on the docket. Please advise as to how that error was made and please fix*