# Ex. A

BIEDERMANN, REIFF, HOENIG & RUFF
A Professional Corporation
Attorneys at Law
570 Lexington Avenue
New York, New York 10022
Telephone (212)697-6555

Employer Id No. 13-3866269

Underwriters Laboratories, Inc.
333 Pfingsten Road
Northbrook  IL  60062

Attn: Mr. Charles Rego

Page: 1
October 16, 2007
File No.: 341-15917M
Statement No:       47561

Re.:Reynolds v. Underwriters
Our File No.:341.15917

Legal Services for Period Ending 09/30/07

REDACTED

```
Underwriters Laboratories, Inc.                              Page:  2
                                                   October 16, 2007
                                                   File No.: 341-15917M
                                                   Statement No:    47561
Re.:Reynolds v. Underwriters
Our File No.:341.15917
```

REDACTED

Underwriters Laboratories, Inc.
Page: 3
October 16, 2007
File No.: 341-15917M
Statement No:      47561

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.

Page: 4
October 16, 2007
File No.: 341-15917M
Statement No:    47561

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.
Page: 5
October 16, 2007
File No.: 341-15917M
Statement No:   47561

Re.: Reynolds v. Underwriters
Our File No.: 341.15917

**REDACTED**

Disbursements:

| | |
|---|---|
| Postage | 0.41 |
| Phone Charges | 1.18 |
| TOTAL EXPENSES | 1.59 |

Advances

| | | |
|---|---|---|
| 08/28/07 | Computer Research - West Law | 88.32 |
| 09/30/07 | Computer Research - Pacer Service Center | 0.16 |
| | TOTAL ADVANCES | 88.48 |

**REDACTED**

BIEDERMAN, REIF, HOENIG & RUFF
A Professional Corporation
Attorneys at Law
570 Lexington Avenue
New York, New York 10022
Telephone (212)697-6555

Employer Id No. 13-3866269

```
                                                           Page: 1
Underwriters Laboratories, Inc.                  December 17, 2007
333 Pfingsten Road                           File No.: 341-15917M
Northbrook   IL   60062                     Statement No:    47805

Attn: Mr. Charles Rego



Re.:Reynolds v. Underwriters
Our File No.:341.15917
```

Legal Services for Period Ending 12/14/07

REDACTED

Underwriters Laboratories, Inc.
December 17, 2007
File No.: 341-15917M
Statement No:         47805

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.

Page: 3
December 17, 2007
File No.: 341-15917M
Statement No:      47805

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Case 1:07-cv-04612-GBD   Document 138-2   Filed 07/07/2008   Page 9 of 17

Underwriters Laboratories, Inc.
December 17, 2007
File No.: 341-15917M
Statement No:      47805

Re.: Reynolds v. Underwriters
Our File No.: 341.15917

REDACTED

```
                                                          Page: 5
Underwriters Laboratories, Inc.                  December 17, 2007
                                               File No.: 341-15917M
                                             Statement No:    47805

Re.:Reynolds v. Underwriters
Our File No.:341.15917
```

REDACTED

Underwriters Laboratories, Inc.
December 17, 2007
File No.: 341-15917M
Statement No:       47805

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.
December 17, 2007
File No.: 341-15917M
Statement No:     47805

Re.: Reynolds v. Underwriters
Our File No.: 341.15917

REDACTED

Underwriters Laboratories, Inc.
December 17, 2007
File No.: 341-15917M
Statement No:     47805

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.  
December 17, 2007  
File No.: 341-15917M  
Statement No:     47805  

Re.: Reynolds v. Underwriters  
Our File No.: 341.15917  

REDACTED

Underwriters Laboratories, Inc.
December 17, 2007
File No.: 341-15917M
Statement No:       47805

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.                                  December 17, 2007
                                                                 File No.: 341-15917M
                                                                 Statement No:    47805

Re.:Reynolds v. Underwriters
Our File No.:341.15917



                              Disbursements:

    Photocopies                                                           145.26
    Postage                                                                 0.58
    Phone Charges                                                           0.03
                                                                         -------
    TOTAL EXPENSES                                                        145.87

                                 Advances

0/01/07 Computer Research - Pacer Service, Inc.                            25.52
0/01/07 Computer Research - Pacer Service Center, Inc.                      0.48
0/10/07 Computer Research - West Law                                       10.50
0/16/07 Computer Research - West Law                                       22.26
0/19/07 Computer Research - West Law                                      130.98
0/24/07 Computer Research - West Law                                        5.80
1/07/07 Computer Research - West Law                                        2.72
1/12/07 Courier Charges - Fedex
             Inv. #237988475
           To: Jerry Leaphart                                              20.25
                                                                         -------
    TOTAL ADVANCES                                                         218.51