BIEDERMANN, REIF, HOENIG & RUFF

A Professional Corporation

Attorneys at Law

570 Lexington Avenue

New York, New York 10022

Telephone (212)697-6555

Employer Id No. 13-3866269

Underwriters Laboratories, Inc.
333 Pfingsten Road
Northbrook   IL   60062

Attn: Mr. Charles Rego

```
                                        Page: 1
                                   April 21, 2008
                            File No.: 341-15917M
                            Statement No:      48178
```

Re.:Reynolds v. Underwriters
Our File No.:341.15917

Legal Services for Period Ending 03/31/08

REDACTED

Underwriters Laboratories, Inc.

April 21, 2008
File No.: 341-15917M
Statement No:      48178

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.

April 21, 2008
File No.: 341-15917M
Statement No:        48178

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.

April 21, 2008
File No.: 341-15917M
Statement No:       48178

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Underwriters Laboratories, Inc.                                April 21, 2008
                                                     File No.: 341-15917M
                                                     Statement No:      48178

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

## Disbursements:

| | |
|---|---:|
| Photocopies | 14.94 |
| Postage | 0.41 |
| Court Service | 46.72 |
| Phone Charges | 177.20 |
| TOTAL EXPENSES | 239.27 |

## Advances

| | | |
|---|---|---:|
| 02/04/08 | Computer Research - West Law | 28.31 |
| 03/07/08 | Computer Research - Pacer Service Center | 3.84 |
| | TOTAL ADVANCES | 32.15 |

Underwriters Laboratories, Inc.

Page: 6
April 21, 2008
File No.: 341-15917M
Statement No:        48178

Re.:Reynolds v. Underwriters
Our File No.:341.15917

REDACTED

Detail Cost Transaction File List
HABERMAN, REIF, DWORKIN & OFF, A PROFESSIONAL CORPORATION

| Client | Date | Tmkr | E/A | Src | H P | T X | B C | R C | Tcd | C T | Amount | Ref # |
|--------|------|------|-----|-----|-----|-----|-----|-----|-----|-----|--------|-------|
| 341.15917 | 08/21/07 | 2 | E | A | A | | | | 76 | 0 | 0.19 | Phone Charges - McGraw Communications, Inc. | ARCH |

Inv. #250203
Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 08/24/07 | 2 | E | D | A | | | | 62 | 0 | 0.41 | Postage | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 08/28/07 | 42 | A | | A | | | | 71 | 0 | 88.32 | Computer Research - West Law | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 08/31/07 | 2 | E | A | A | | | | 76 | 0 | 0.99 | Phone Charges - McGraw Communications, Inc. | ARCH |

Inv. #250203
Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 09/30/07 | 2 | A | A | A | | | | 71 | 0 | 0.16 | Computer Research - Pacer Service Center | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/01/07 | 2 | A | A | A | | | | 71 | 0 | 25.52 | Computer Research - Pacer Service, Inc. | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/01/07 | 2 | A | A | A | | | | 71 | 0 | 0.48 | Computer Research - Pacer Service Center, Inc. | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/09/07 | 2 | E | | A | | 7 | | 61 | 0 | 3.60 | Photocopies | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/10/07 | 42 | A | A | A | | | | 71 | 0 | 10.50 | Computer Research - West Law | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/15/07 | 2 | E | | A | | 7 | | 61 | 0 | 5.94 | Photocopies | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/16/07 | 39 | A | A | A | | | | 71 | 0 | 22.26 | Computer Research - West Law | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/17/07 | 2 | E | D | A | | | | 62 | 0 | 0.58 | Postage | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/17/07 | 2 | E | A | A | | | | 76 | 0 | 0.03 | Phone Charges - McGraw Communications, Inc. | ARCH |

Inv. #260056
Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/19/07 | 42 | A | A | A | | | | 71 | 0 | 130.98 | Computer Research - West Law | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 10/24/07 | 44 | A | A | A | | | | 71 | 0 | 5.80 | Computer Research - West Law | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 11/07/07 | 42 | A | A | A | | | | 71 | 0 | 2.72 | Computer Research - West Law | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 11/08/07 | 2 | E | | A | | 7 | | 61 | 0 | 45.36 | Photocopies | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 11/12/07 | 2 | E | | A | | 7 | | 61 | 0 | 90.36 | Photocopies | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 11/12/07 | 44 | A | A | A | | | | 68 | 0 | 20.25 | Courier Charges - Fedex | ARCH |

Inv. #237988475
To: Jerry Leaphart
Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 12/07/07 | 2 | E | D | A | | | | 62 | 0 | 0.41 | Postage | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 12/31/07 | 2 | E | | A | | 7 | | 63 | 0 | 26.24 | Court Service - Pacer | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 01/09/08 | 2 | E | | A | | | | 76 | 0 | 81.24 | Phone Charges - AT&T | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 01/17/08 | 2 | E | | A | | | | 76 | 0 | 95.96 | Phone Charges - AT&T | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 01/28/08 | 2 | E | | A | | 7 | | 61 | 0 | 3.42 | Photocopies | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 01/29/08 | 2 | E | | A | | 7 | | 63 | 0 | 20.48 | Court Service - Pacer Service Center | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 02/04/08 | 42 | A | | A | | | | 71 | 0 | 28.31 | Computer Research - West Law | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 02/25/08 | 2 | E | | A | | 7 | | 61 | 0 | 11.52 | Photocopies | ARCH |

Underwriters Laboratories, Inc.
Re.:Reynolds v. Underwriters

| 341.15917 | 03/07/08 | 2 | A | | A | | | | 71 | 0 | 3.84 | Computer Research - Pacer Service Center | ARCH |

Underwriters Laboratories, Inc.

Detail Cost Transaction File List
STODDARD, MILLER, NOLAN (INDF) A PROFESSIONAL CORPORATION

Case 1:07-cv-04612-GBD   Document 38-3   Filed 07/07/2008   Page 8 of 8

| Client | Date | Tmkr | E/A | Src | H P | T X | B C | R C | Tcd | C T | Amount | Ref # |
|--------|------|------|-----|-----|-----|-----|-----|-----|-----|-----|--------|-------|

Re.:Reynolds v. Underwriters

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Totals | | | | | Billable | | | | | | 725.87 | |
| | | | | | Total | | | | | | 725.87 | |