UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DR. MORGAN REYNOLDS on behalf of the
UNITED STATES OF AMERICA,

                Plaintiff/Relator,

        -against-

SCIENCE APPLICATIONS INTERNATIONAL
CORP., et al.,

                Defendants.
------------------------------------------------------------x

ORDER
07 CV 4612 (GBD)

GEORGE B. DANIELS, District Judge:

       Plaintiff's motion, pursuant to Fed.R.Civ.P. 59(e) and Local Rule 6.3, that this Court reconsider and amend its June 26, 2008 decision granting defendants' motions to dismiss, is denied.

Dated: New York, New York
       July 11, 2008

                                    SO ORDERED:

                                    _____
                                    GEORGE B. DANIELS
                                    United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUL 11 2008